# EXHIBIT 1

**Publication and advertisement excerpts from national Catholic publications including the *Catholic Messenger*, *Fairhaven Star*, and *The Anchor* advertising Sacred Hearts Academy and evidencing Sacred Hearts Academy's appeal to New York families/students**

---

**SACRED HEARTS ACADEMY**
FAIRHAVEN, MASS.
Boarding and Day School for Girls—Grades 1-12
Academic and Commercial Courses. Also Kindergarten—
Day School—Boys and Girls.
WYman 2-3467

---

The grounds are embellished by a beautiful statue of the Sacred Heart, and a Grotto of Lourdes; also by shade trees, shrubs, various types of evergreens, a terrice lawn, a rock garden, creeping vines, and a series of gravel drives.

The elementary grades of the school follow the program of studies prescribed by the Fall River diocese. The high school is accredited by affiliation with the Catholic University of America. The high school program comprises general, classical, scientific, and commercial courses. The Catholic University prescribes the annual examinations for the students in Sacred Hearts Academy, and on the successful completion of fifteen units of work the student is awarded her diploma.

In 1929, a small boy's department was added to the curriculum of the academy, and now comprises the eight elementary grades and is an entirely separate and distinct unit in itself. The classrooms of Sacred Hearts Academy are spacious and airy, are flooded with sunshine and are equipped in the most modern manner.

The following quotation from the "Catholic Messenger" demonstrates the esteem in which Sacred Hearts Academy is held throughout the country:

"Keen observers state that the school has a tradition of thoroughness and depth in scholarship, and is remarkable for the poise, quiet stendiness and solid piety which dignity, high ideals, fearlessness, it imparts to its students. The atmosphere of the school is homelike and affectionate, making the pupils feel that they are children of the house."

# The ANCHOR

*An Anchor of the Soul, Sure and Firm*—ST. PAUL

Fall River, Mass. Thursday, August 14, 1958

Vol. 2, No. 33    Second Class Mail Privileges Authorized at Fall River, Mass.    PRICE 10c    $4.00 per Year

## Fairhaven Nun to Direct New California School

Sister Mary Elizabeth, SS.CC., a native of Stonington, Conn., who has been teaching at the Sacred Heart School in Fairhaven since 1951, has been named principal of a new elementary school the Sisters of the Sacred Hearts will staff in Gardena, Calif.

The newly-designated principal, who has been particularly active in civic matters at the Fairhaven school, will leave this Diocese next Tuesday to take up her new duties on the Pacific coast.

Sister Mary Elizabeth, who also spent considerable time teaching needlework to students at Sacred Hearts Academy in Fairhaven, has successfully guided her Civics class into one of the top 10 scholastic ratings in the United States for the last three consecutive years.

In connection with their expanding activities and program in the education field in United States, the Sacred Hearts Sisters will open a new convent in the Diocese of Los Angeles in connection with their work at the Gardena school.



SISTER M. ELIZABETH, SS.CC.

## Santiago Teenager to Study Here Under International Program

Last year, the three little Cassidys of 66 Pleasant Street, Somerset, learned lots of French words from their student guest, Franchette Laurent of Tourcoing, France. This year they'll be chattering in Spanish, for their parents, Mr. and Mrs. Arthur F. Cassidy, so enjoyed their experiment in international friendship that they've opened their home to another student, 15-year-old Carmen Moran of Santiago, Chile.

Carmen, second oldest in a family of seven children, said she made application in March for the year in the United States. Her knowledge of English

Turn to Page Fourteen

## Bishop Connolly to Preside At First Annual Labor Day Solemn Mass at Cathedral

Solemn High Mass presided over by His Excellency, the Most Reverend Bishop will highlight the first annual Labor Day Religious observance of the United Labor Council of Greater Fall River.

This was announced today by Clement J. Dowling, assistant secretary of the National Association of Letter Carriers, general chairman for the event.

Dowling also announced that Rev. Hubert C. Callaghan, S.J. will preach at the Mass. Father Callaghan, on the faculty of Holy Cross College, Worcester, is director of the college's Institute of Industrial Relations and an arbitrator for the American Arbitration Association and the Federal Mediation and Conciliation Service. He is also chairman of the personnel relations review board of the city of Worcester.

**Mass at 9**

The Labor Day Mass will be celebrated at 9 A. M. in St.

Turn to Page Seventeen

### All Must Attend Mass Tomorrow

Today, the Vigil of the Assumption, is not a day of fast or abstinence.

Tomorrow, the Feast of the Assumption of the Blessed Virgin Mary into Heaven, is a Holyday of Obligation.

Since the Holyday falls on a Friday, the law of Friday abstinence does not apply. Catholics may eat meat tomorrow.

### New Law Limits Sunday Business In New Jersey

NEWARK (NC) — Gov. Robert B. Meyner has signed into law a bill prohibiting the sale of clothing, as well as home and office appliances and furnishings on Sundays.

The legislation is directed primarily at large markets and retail outlets along major state highways, especially in the northern New Jersey area.

**Scores Exemptions**

Three counties are exempt from the measure. Cape May, Atlantic and Ocean counties

Turn to Page Twenty



ASSUMPTION OF THE BLESSED VIRGIN MARY: Tomorrow is the Feast of the Assumption of the Blessed Virgin Mary, holy day of obligation. NC Photo.

## It's Hard to Become Saint Even Harder to Meet Test

VATICAN CITY (NC)—It is hard to become a saint, but even harder to be declared one because of the stringent scrutiny carried on by the Sacred Congregation of Rites.

The bulk of the Congregation's work centers on the investigation of the lives, virtues and miracles of persons proposed for beatification and canonization.

A single case can require more than 1,000 pages of documentation and 10 times as many hours of work. The cause of American-born Mother Eliza-

# Record Enrollment At Sacred Heart

## Twenty-Eighth Annual Registration Reaches 132, Academy's Largest

Little Miss Laureta Rourke of New York has just returned to Sacred Hearts Academy, Fairhaven, after a long vacation, a great part of which was spent in Texas with her mother, visiting friends. She made many interesting trips and excursions in the South, getting as far as Mexico City.

Though Miss Rourke is but entering fifth grade, she is very observing and was awake to the many contrasts between the South and the North... differences in climate, society, industry, occupations, habits and customs. While learning a great deal in the South, she did not forget the Nature Study Class of her northern school, returning with specimens of cotton in various stages of development, and sugar cane.

The return of Miss Rourke completes the enrollment at the Academy with a record registration of 132. This twenty-eighth annual enrollment is the largest in the history of the school, being an increase of 30% over that of last year.

Miss Rourke was welcomed Sunday by her little friend Miss Tecla Lorensen, also from New York. She was glad to join her old friends again and to greet many new ones. The current enrollment includes pupils from Boston, Quincy, Providence, Hyannis, Sandwich, Falmouth, Osterville, West Hyannisport, Tiverton, Fitchburg, Stonington, Fall River, Somerset, New York, New Bedford, Acushnet and Fairhaven. Twenty per cent of this years' students are from Fairhaven, 50 per cent from New Bedford, and the remaining 30 per cent from out of town.

## ACADEMY SHOWS ENROLLMENT GAIN

Enrollment in Sacred Hearts Academy shows a 45 percent increase this year. New Bedford leads with 54 percent of the children from that city, 25 percent from this town and the balance from out-of-town. New York, Connecticut and Rhode Island are represented among the students.

At the close of the annual retreat, the first week in October, officers of the various classes and clubs were chosen. Miss Livia Rodriques of this town was chosen president of the School Sodality with Miss Lillian Cookson of Haverhill as vice-president.

The Aquin Club of Social Activities elected Miss Frances Brown president and Miss Evelyn Holt vice-president. Both are from New Bedford. A busy program for the Winter is planned by the club.