EXHIBIT 2

# The Oblates

## Soviet Press Drums On New "Spy" Story

By Stanley Johnson

MOSCOW (AP)—Soviet newspapers kept a full blaze of publicity today on an alleged American spy who, they said, was captured trying to sneak out to Iran.

Expanding the meager details first given, it is now claimed V.M. Slovnov was parachuted into the Soviet Union by a U. S. spy plane.

The U2 and RB47 cases have shown that repeated and successful penetrations of Soviet air defenses by American aircraft, such as reported by Soviet authorities, touch a most sensitive nerve in this country.

The Communist party paper Pravda published pictures of material claimed to have been seized from Slovnov. This included arms, ammunition, flashlights, a knife and assorted documents — enough to wear down a pack mule.

The press here has also come up with a new spy thriller: "Who Is Bill Holiday?"

Komsomol Pravda, the Communist youth paper, said he is a "famous American intelligence agent" who is based in Limburg, West Germany, and goes under the name of Vassily Vassilivich. It said Holiday recruited Slovnov into the spy service and trained him for the task of ferreting out Soviet missile bases.

Pravda continued to paint the United States as the bad boy of the "imperialist world" and said that "rapacious American monopolists" are moving into Africa.

By contrast, the Soviet Union and its allies were depicted as the only countries that have the true interests of Africa at heart.

## Khrushchev in Long Reply to Macmillan

LONDON (UPI) — Prime Minister Harold Macmillan received a 15-page letter from Soviet Premier Nikita Khrushchev today, the foreign office announced.

The contents of the lengthy note were not revealed immediately, but the official announcement said it was a reply to Macmillan's July 19 note to Khrushchev.

Soviet Ambassador Alexander Soldatov handed the Khrushchev letter to Foreign Secretary the Earl of Home for transmission to the prime minister.

Authoritative sources indicated that the note contained a broad outline of Soviet policy since the failure of the Paris summit conference and some details of its long-term design.

Macmillan's note last month was a blunt request for an explanation of the apparent change in Khrushchev's "co-existence" policy since the collapse of the summit talks.

The prime minister cautioned Khrushchev about the potential danger of world peace created by Russia's harsh post-summit stand.

"I simply do not understand what your purpose is today," he said.

The Kremlin has maintained complete silence on the Macmillan note, which has neither been published by the official Soviet press nor broadcast by Moscow radio.

Communist diplomats here have hinted recently that Khrushchev was giving special attention to the Macmillan letter and preparing a reply outlining the Kremlin's policy designs.

Yesterday, the Russians rejected another British note sent the same day as Macmillan's letter to Khrushchev which reiterated denials of British "connivance" in the recent RB 47 plane incident.

## Jeanne Van Wort, the Perpetual Loser

SACRAMENTO, Calif. (AP) — "I'm always on the losing end of things," explained Jeanne Van Wort, 19, after a bullet and tear gas battle with police at her rooming house Wednesday night.

Miss Van Wort fired at least nine shots through the door, walls and windows of her room, but somehow didn't injure a score of police, reporters, photographers and other roomers in the hall outside.

One spent bullet hit Sacramento Bee photographer Bill Piggott on the arm, but didn't break the skin. It had passed through the door, a mattress police had propped against it, and bounced off a wall before striking him.

Miss Van Wort said she was fired from her job as a postal clerk, got "gypped" on a used car, and finally was ordered out of her room by her landlady for drinking.

She held her 19-year-old roommate, Janet Himmerick, hostage while police tried to rout her from the room with tear gas.

They finally succeeded and booked her at City Jail on charges of attempted murder, assault with a deadly weapon, displaying a gun in a rude and threatening manner, disturbing the peace, and impeding an officer in the performance of his duty.

Police found a half bottle of whisky, a full bottle of wine and 40 unused shells in her room after the excitement.

GROVELAND FRUIT COMPANY
CARDINAL O'CONNELL PKWY.
Opposite City Hall

LOWELL'S Only DRIVE-IN FRUIT MARKET | PLENTY OF FREE PARKING IN OUR LOT

U. S. No. 1 NEW! POTATOES 25 lb. bag 69¢
APPLES New Eating 3 lbs. 29¢
SWEET, JUICY PLUMS 2 doz. 29¢
PASCAL CELERY LARGE BUNCH 19¢
ONIONS Yellow Globe 5 lbs. 25¢
LARGE Watermelon 49¢
GRAPES Sweet Red 10¢ lb.
Georgia Peaches Sweet, Fancy Lg. Basket 29¢
Lettuce Calif. Iceberg 2 hds. 29¢
Grapefruit Lg. Calif. Seedless 5 for 29¢
FANCY FRUIT BASKETS Made To Order For Any Occasion
OPEN THURS. & FRIDAY 'TIL 9 P. M. SATURDAY 'TIL 7 P. M.

**Present Check**

Chairman Albert Therrault, left, is pictured presenting a check to Rev. Victor J. Alexander, right, pastor of St. Marie's church. Check represents proceeds realized from St. Marie's parish fair. Looking on is Mrs. Emile Therrault, co-chairman.

## Transfers Announced for 28 Franco-American Oblate Priests

LOWELL — A total of 28 members of the Franco-American Oblate Fathers province have received transfer orders, effective Aug. 15, it was announced today by Very Rev. Alfred L. Pelletier, OMI, provincial, with headquarters at 216 Nesmith street, this city. Several are natives of Lowell, or have served in local parishes in the past, or are presently serving here.

Of interest will be the transfer of Rev. Anatole Lessard, OMI, who has served in Ste Jeanne d'Arc parish for many years, as curate, to the post of spiritual director at the Bucksport, Me. seminary.

Rev. Henry Bolduc, OMI, a native of Lowell, former superior of St. Jean Baptiste parish, has been transferred from the St. Eugene scholasticate in Natick to become superior and bursar of the Bucksport, Me. seminary.

Taking Rev. Fr. Lessard's place in Ste. Jeanne d'Arc parish will be Rev. Roland Bourgeois, OMI of St. Jean Baptiste parish.

Rev. Joseph Juaire, OMI of Notre Dame de Lourdes parish, has been assigned to St. Pierre's parish in Plattsburg N. Y. as curate.

Rev. Normand Fillion, OMI, also of Notre Dame de Lourdes parish, has been assigned to the mission band in Willimantic, Conn.

Rev. Nelson Boucher, OMI is assigned to St. Jean Baptiste parish as curate. He has been serving as chaplain at d'Youville Manor in Lowell.

Rev. Paul Cote, OMI of Fond du Lac, Wisc. is assigned to the provincial house, Lowell, as captain.

Rev. George St. Jean, OMI, a native of Lowell, who served in Africa for many years, is transferred from Colebrook, N.H. to the mission band in Willimantic, Conn.

Rev. Roland Lavallee, OMI, who served in Lowell for many years, is transferred from Manville, R.I. to Colebrook, N.H. as chaplain.

Rev. Ulric Turcotte, OMI, who also served in Lowell, is transferred from Colebrook, N.H. to the Mission band in Willimantic, Conn.

Rev. George Rivard, OMI, also formerly of Lowell, goes from Bucksport, Me. to the Closed Retreat house in Willimantic, Conn.

Rev. Eugene Beaucage, OMI, a native of Lowell, goes from Plattsburg, N.Y. to the post of bursar in Bar Harbor, Me.

Rev. Alphonse Houle, OMI, who served in Lowell parishes for years, goes from Augusta, Me. to Plattsburg, N.Y. as curate.

Rev. Normand Beauchesne, OMI, a native of Lowell, is assigned as chaplain in Natick, where he is presently located.

Other changes include:

Rev. Joseph Vaillancourt, OMI, from Bucksport, Me., to Colebrook, N. H., as master of novices.

Rev. Anatole Baillargeon, OMI, from Manville, R. I., to Willimantic, Conn.

Rev. George Sirois, OMI, from Bucksport, Me., to bursar in Colebrook, N. H.

Rev. Jean Frigon, OMI, from Bar Harbor, Me., to Fond du Lac, Wis., as curate.

Rev. Clarence Menard, OMI, from Washington, D. C., to professor in Bar Harbor, Me.

Rev. Maurice Fillion, OMI, of Augusta, Me., becomes bursar and retreat director at the same place.

Rev. Francis Demers, OMI, of Washington, D. C., becomes professor and bursar in Natick.

Rev. Myles Cyr, OMI, of Plattsburg, N. Y., is named bursar in that parish.

Rev. Maurice Bouvier, OMI, of Hudson, N. H., goes to the mission band in Manville, R. I.

Rev. Roland St. Pierre, OMI, of Bucksport, Me., goes to the mission band in Hudson, N. H.

Rev. Raymond Tague, OMI, of Bucksport, Me., becomes vocational director there.

Rev. Henry Delisle, OMI, Rev. Gilmond Boucher, OMI, and Rev. Normand Tousignant, OMI, all of Washington, D. C., go to Bucksport, Me., as professors.

Important changes in assignments of pastors are expected to be announced in the near future as some pastors have completed the maximum of two terms allowed pastors. Some of the above changes take effect immediately to permit those affected to be briefed in their new duties.

## Voices Bounced Off Moon Come In Loud and Clear

By John Barbour
Associated Press Science Writer

HOLMDEL, N.J. (AP) — Two scientists carried on a 480,000-mile conversation Wednesday night, from a soggy New Jersey hilltop to the torrid California desert—via the moon.

"Hi, Walt. Can you hear me?" asked William C. Jakes of Bell Laboratories, from Crawford Hill, N.J.

"Yes, yes, you're coming in fine," answered Walter K. Victor at the California Institute of Technology's Jet Propulsion Laboratory Station, Goldstone, Calif.

The voice of Victor sounded a little hollow—as if he were talking into a barrel. This was caused, one scientist explained, by the irregularity of the moon's surface.

Both voices, translated into radio beams, flashed skyward at the speed of light—186,000 miles per second—and bounced off the moon to be picked up by receivers on the earth.

It wasn't the first such conversation for Jakes and Victor, both 38. They had others during the past weeks in tests of the equipment.

But it was a dramatic public demonstration of the principle in a Bell Telephone plan, outlined recently to the Federal Communications Commission, calling for 50 space satellites around the earth to provide quick worldwide communications.

THE first contact was made at 8:21 p.m., not long after the moon had risen over the horizon in the California station's line of sight. It was already high in the sky over New Jersey.

There was a slight lag between each side's comments — running about five or six seconds, and caused by the time it took the radio signals to cover the 240,000 miles to the moon and the return trip.

Jakes spoke into an ordinary black table model telephone — a ridiculous contrast in itself to the gigantic equipment it commanded into operation.

His voice buzzed over telephone wires to the giant transmitter, a 60-foot dish on a huge pedestal, moving almost imperceptibly to keep its aim on the moon.

At Goldstone, the moon echo was caught by a gigantic horn-shaped ear.

The weak signals returning from the moon were amplified by ruby masers — the remarkable electronic devices that make such radio feats possible.

The latest moonbounce conversation was a natural consequence of improving know-how since the maser development. In 1946 scientists bounced a radar echo from the moon. In 1954 the first voice signal was reflected back from the moon. Last year a one-way moon message was beamed across the Atlantic. Weeks ago, the first two-way conversation was made.

## Reds Keep Catholics From Church Congress

By Carl Hartman

MUNICH, Germany (AP) — What Roman Catholics call "the Church of Silence" —Catholicism behind the Iron Curtain — is also the "Church of Absence" at the 37th world eucharistic congress now being held in Munich.

Among the hundreds of thousands attending, only a scattered few have arrived from the Communist countries. They are more or less incognito, for fear of reprisals.

An overwhelming majority of the people in Communist-ruled Poland are Catholic. The Church estimates that it has 60 million members altogether in Red Eastern Europe.

Communists do not believe in letting their citizens travel freely, for this or any other purpose.

The difficulty of obtaining permission to go abroad is a major grievance among educated people in Communist lands. Most passport applications are rejected by the police, usually with no reason given.

SOMETIMES permission can be obtained if people are willing to travel in a group. Something about a delegation appeals to the Communists. And it gives them an opportunity to plant an agent who can report on what the group does.

Julius Cardinal Doepfner, archbishop of divided Berlin, tried to get the East German Communists to allow a group of Catholics to attend the congress. He failed.

EAST German newspapers and radio commentators are attacking the congress as a military and political affair, directed against the Communists. Archbishop Josef Wendel of Munich, the host to the congress, replied that it is a purely religious occasion. Military men attending, he said, do so only as individuals.

Less has been heard from the other Communist countries about the congress, but they have shown no more readiness than the East Germans to let anyone attend. The one exception is Yugoslavia, Communist but frequently independent of Moscow. Five Catholic bishops from there accepted invitations, and three have arrived.

The Communists also prevent foreign travel by refusing to give their citizens the foreign money they need abroad. Perhaps for this reason, few ordinary Yugoslavs have joined their bishops at the congress.

Poles, Hungarians and other East Europeans are participating in the Congress, and their languages are heard often on Munich's streets. But many of them are exiles, Munich having long been a center for persons who fled from Communist lands. Numerous special services, with sermons in their own languages, are being held for them in Munich's Catholic churches this week.

There are 117 different makes and sizes of cigarets in the U. S. catering to every smoking taste. Last year, cigaret manufacturers increased their newspaper advertising expenditures 22.4% over 1958 in an effort to inform the public of new developments in their industry.

THURS. & FRI. SPECIALS
FRESH OPENED Lobster Meat lb. $3.59
STEAMING CLAMS . . qt. 50c
Strictly Fresh Swordfish
W. J. HOARE
461 Lawrence St.–GL 2-3571
FOR COOKED SEAFOODS ALL DAY FRIDAY AT 341 FAYETTE ST. and 913 GORHAM ST. near MOORE

STAR Photo Service
Box 272 — Lowell, Mass.
Quan. 1 Print of each
.... 8 Exposure Roll .. .50
.... 12 Exposure Roll .. .70
.... 16 Exposure Roll .. .90
.... 20 Exposure 35mm 1.10
.... 36 Exposure 35mm 1.90
Send film or write for Free Mailers. All work processed same day received

DELICIOUS HOME MADE
TURKEY PIES
ALL NATIVE TURKEY
No Vegetables
WAMESIT TURKEY FARM
Rte. 38, Tewksbury
UL 1-7305

PUBLIC NOTICE

A hearing will be held at the License Commission office, City Hall on Monday, August 15, 1960, at 8:00 p. m. on an application filed by George Garnick d/b/a Church Street Motors for the transfer of a used car dealer's license from 120 Church Street to 1058 Gorham Street.

By order of the Lowell License Commission.
WILLIAM F. BARRETT
Chairman

## Cigar Store Indian
## Woodcarving Display at Library During August

LOWELL — People visiting the Lowell city library during the month will see a return of the famous cigar store Indian. For this is included in the extensive and most creative exhibition of Frank Krantz of Quality Farm, Carlisle road, Westford.

Krantz is foremost in a revival of the wonderfully productive art of woodcarving, an art that had a slump for many years but is truly on the upgrade at this point.

Through the kindness of Krantz, the city library is showing a display of his work which includes eagles, madonnas, crucifixes, models for cathedrals, religious symbols, wood carvings of dogs, bears horses, and doves. Also prominently displayed is the original of sixteen pairs of eagles made for the rostrums in the new Senate Office Building, Washington D. C.

Krantz' interest in woodcarving started at the age of 12, apparently intent on following the example of his father, Frank S. Krantz.

Krantz believes that the new technique combined with more imaginative application of old skills, has turned the tide for the famed old art of woodcarving.

Although best known for his cigar store Indians Mr. Krantz devotes much of his time to the production of church art and decorative reliefs for public buildings.

This beautiful display of excellence in the art of woodcarving, will be on exhibition during the entire month of August in the adult section of the city library.

## Archbishop Iakovos in Lowell for Observance

LOWELL — His Eminence, Archbishop Iakovos, head of the Greek Orthodox church of North and South America, will make his first visit to the Church of the Transfiguration of Our Lord Saturday to assist in the celebration of the name-day of the parish.

The archbishop will officiate at Saturday evening's vesper service and celebrate the Divine Liturgy Sunday morning from 10:15 until approximately noon. Following the liturgy he will be honored at a banquet at a local restaurant.

The observance of the name-day will begin with vesper service Friday evening at 7:30 led by His Grace, Bishop Athenagoras of Boston, who will be assisted by Rev. John Sarantos, priest of the parish; Rev. Demetrios Sgouras of the Holy Trinity church; Rev. Nicholas Diamantopoulos; Very Rev. John Papadopoulos, dean of the Holy Cross Theological school of Brookline, and many other priests from neighboring communities.

Following the church services a social hour will be held in the church parlor for the visiting clergymen and all the congregation, with refreshments provided by the Philoptohos society of the church.

In addition to Friday and Saturday evening's vesper services and the Sunday Divine Liturgy, the name-day will be observed by a celebration of the Divine Liturgy Saturday morning from 9 to 11 a. m.

During his two-day stay, Archbishop Iakovos will be the guest of Rev. and Mrs. John Sarantos at 84 Rolfe street. All members planning to attend the banquet in his honor Sunday are urged to phone in their reservations to either the church office or Father Sarantos.

## Kefauver's Political Life at Stake

By Gavin Scott

NASHVILLE, Tenn. (AP) — Tennessee Democrats choose today between Sen. Estes Kefauver and Judge Andrew T. Taylor in a Senate primary election fought largely over civil and states rights.

Kefauver, the Democratic vice presidential candidate four years ago, pitched his campaign for a third term on his 22-year record in the House and Senate. He was criticized by his opponent, a circuit judge from Jackson, for supporting civil rights legislation.

Indications were the vote would be close.

Upwards of 650,000 persons were expected to vote, which would be a record turnout for a Senate race in this state.

Kefauver's base strength is his native East Tennessee, while Taylor expected to get a thumping majority in segregation-minded West Tennessee. This could make the heavy voting midstate region's vote decisive.

Returns from East Tennessee, the only section of the state on Eastern time, should begin coming in shortly after the first polls close at 4 p.m. The metropolitan vote will be later, since balloting continues until 8 p.m. at Knoxville, 7 p.m. at Chattanooga and Nashville and 7:30 in Memphis, all local times.

Except for Memphis, the West state vote will be counted by hand and the margin of Taylor strength in that region won't be known until late.

Commonwealth of Massachusetts

Middlesex, ss. Probate Court

To all persons interested in the estate of Flora A. Johnson late of Lowell in said County, deceased.

A petition has been presented to said Court for probate of a certain instrument purporting to be the last will of said deceased by Lynn E. Davis of Lowell in the County of Middlesex praying that he be appointed executor thereof without giving a surety on his bond.

If you desire to object thereto you or your attorney should file a written appearance in said Court at Cambridge before ten o'clock in the forenoon on the eighteenth day of August 1960, the return day of this citation.

Witness, John C. Leggat, Esquire, First Judge of said Court, this twenty-eighth day of July 1960.

JOHN V. HARVEY, Register

a4, 8-15

Commonwealth of Massachusetts

Middlesex, ss. Probate Court

To all persons interested in the estate of Laura F. Lindquist, late of Lowell in said County, deceased.

A petition has been presented to said Court, praying that Frederick E. Lindquist of Lowell in the County of Middlesex, be appointed administrator of said estate, without giving a surety on his bond.

If you desire to object thereto you or your attorney should file a written appearance in said Court at Cambridge before ten o'clock in the forenoon on the eighteenth day of August, 1960, the return day of this citation.

Witness, John C. Leggat, Esquire, First Judge of said Court, this first day of August 1960.

JOHN V. HARVEY, Register

a4, 8-15

## CLASSIFIED ADS

LATE FLASHES taken just before press time, too late for regular Classified Pages.

AUTOS FOR SALE

THUNDERBIRD 1955 — Black, fully powered, automatic. Like new. Glenview 9-6581.

PONTIAC 1953—2 door, good condition, must sell by Friday, $175. GL 4-6850.

MERCURY 1954—9 passenger station wagon, fully equipped, excellent condition, $700. Glenview 7-7366.

FORD 1954—4 dr. sedan, V-8, std. trans. R. & H. like new, $5. down $5. weekly. GL 4-0222.

1957 BUICK SPECIAL LIKE NEW. Must sell to settle estate. Can be seen at LALLAS MOTORS, INC. 1401 Middlesex St. GL 8-6432

LOST

LOST ladies Bulova wrist watch Tuesday. Reward. GL 4-2088.

HELP WANTED—MALE

DISH WASHER wanted, Chin-Lee, 65 Merrimack St.

INTERESTING ARTICLES

FOR SALE — Sepco electric water heater 66 gallons, like new. GL 8-8103 after 4 p. m.

PAPER BAGS for all make vacuum cleaners. $1. per package. GL 2-0470.

ARTICLES WTD.—WILL BUY

PIANOS WANTED PLAIN—CASED—UPRIGHT GRANDS AND STUDIOS. HIGHEST PRICES. GL 2-7811

HOUSES FOR RENT

WHITING ST. (1)—Newly renovated 4 room cottage. Shower, white sink, and hot water. Call at 210 Salem St.

NEW RANCH home for rent in Chelmsford. 6-rooms, 1½ baths, kitchen includes refrigerator, washer, dryer, dishwasher & disposal, garage, large yard. Rent $135. monthly. Adults preferred. AL 6-2866.

APARTMENTS AND FLATS

CLARE ST. (45)—Sunny upper. Near Bartlett school. Seen 4-5.

EAST PINE ST. (14)—1st floor, 4 rooms and bath. $8.50 weekly. GL 2-3868.

BACK CENTRAL ST.—Soon to be available beautifully decorated 3-rm. apt. Tiled kitchen & bath, modern cabinets, auto. H. W.

NR. LINCOLN SQ.—Modern 4-rm. apt. Spacious tiled kitchen, nice bath, modern cabinets, fenced-in yard, parking area.

BELVIDERE — Attractively decorated 5 rm. apt. New tiled kitchen & bath, modern cabinets, fenced-in yard. CITYWIDE REALTY CO. GL 4-7935

LOST

BLONDE female Cocker Spaniel lost vicinity of Jupiter Hill, Chelmsford. Dial AL 6-2188. Reward.

HELP WANTED—FEMALE

WANTED mature woman to care for 2 children ages 3 & 4½ from 4 p.m. to 12:30 a.m. Will provide transportation if necessary. No housekeeping required. Live in or out. Dial AL 1-4224 between 9 a.m. & 4 p.m.

WANTED—Full or part time receptionist, office personnel & dance instructors. No experience necessary. We will train you. Apply between 1 p.m.-10 p.m. Arthur Murray Dance Studios, 116 Central St. 2nd floor, next to Strand theatre.

HELP WANTED—MALE

BAR WAITER wanted, part time 9 a.m. to 1:30 p.m. or 4 p.m. to 7 p.m. Apply in person Vesper Country Club.

EXPERIENCED painters wanted. Interior & exterior riggers license preferred. Top wages. UL 1-2823.

INTERESTING ARTICLES

CARRIAGE & STROLLER for sale. Very good condition. GL 3-8449. Call 6-12 a.m.

REGISTERED female Weimaraner dog, 2 yrs. old. Sell or swap. Best offer. GL 3-4075.

FOUR BEAUTIFUL new rugs, 9 x 12—10—15. 201 Hildreth St.

SUMMER PLACE FOR RENT

WILLOWDALE AVE.—7 room cottage, electric stove and refrigerator, hot water, private beach. Available from Aug. 13th on. Call GL 4-4903.

Lowell Sun, August 04, 1960, Pg. 37, Lowell, Massachusetts, US

**Boston Men at Hearing**

Raymond Patriarca, left, and Angelo Rossetti, right, both of Boston, await a call to testify before the Senate Investigations committee in its probe of professional gambling. They are seated in a hearing room in Washington yesterday.—AP WIREPHOTO.

# Senate Checks On Race Wires

By G. Milton Kelly

WASHINGTON (AP) — Race wire services, a legal bulwark of the illegal handbook betting business, come under scrutiny today in Senate rackets hearings.

The Senate Investigations subcommittee sought to explore: (1) the lawful, high-speed business of flashing to bookies the latest word on betting odds at race tracks and the winners in every race; (2) whether new federal laws to control it are needed.

The subcommittee, headed by Sen. John L. McClellan, D-Ark., has heard testimony that swift telephone access to such information is a lifeline of the big-time, big-money business of running handbooks.

THE subcommittee received in evidence Wednesday a map prepared by the Internal Revenue Service showing a flow of telephone calls to and from known gamblers in the United States and Canada.

Harold Wallace, an IRS agent, said he did not know the nature of the calls, but had established they were between gamblers. He named Boston as one of the centers from which known gamblers made frequent calls to gamblers in several other cities in the United States and in Montreal and Toronto.

In this third day of the subcommittee's hearings on organized crime and gambling McClellan announced he would look into the Boston situation and also hear testimony from Rhode Island police officials.

The subcommittee has heard testimony that gamblers are cheating the government out of billions of dollars of income and other federal taxes.

WASHINGTON, (AP) — Gambling laws have been laxly enforced at the local level in Massachusetts, a Boston attorney who was counsel to the state crime commission has told the senate rackets subcommittee.

"It isn't just the fault of the police," Thomas J. McArdle testified yesterday. He also blamed the legislative and judicial branches of local governments—and public disinterest.

Another Massachusetts witness, Angelo Rossetti, is to testify today. Subcommittee Counsel Jerome S. Alderman said Rossetti runs the Sportsday Weekly in Boston.

McArdle was counsel to the Massachusetts state crime commission from 1953 to 1957.

He reviewed the commission's studies of gambling in Massachusetts, but said he has no current information on telephone networks used by bookmakers to receive and disseminate information on horse races.

In Boston, State Public Safety Commissioner Frank S. Giles reacted with a warning that state police will step in if local enforcement agencies can't handle illegal gambling.

"We are definitely going to take some action," Giles said. He said state police will check the "race wire situation."

McARDLE SAID enactment of the federal gambling tax stamp law, which requires bookmakers to register and pay a $50 tax, halted illegal bookmaking in 1951, but only for six weeks.

He said the bookies feared crackdowns by the Internal revenue service and stopped operations—but started up again after they found the IRS "didn't have men enough to really do the job . . . (and) would rely on local arrests" to spot violations of the tax law.

McArdle said the bookmakers were left without a wire service to collect and send out information when the Old Continental Press Service collapsed.

He said they were "desperate for this information, particularly race results," and used makeshift methods to get it.

McArdle said Harry Maltzman and Phil Gather of Boston started a race result service early in 1952. In 1953, he said, a man named Arthur Marcus tried to do the same thing, seeking "pilfered information from newspapers."

HE TESTIFIED a Frank Ferrara and some associates then decided to launch a big wire service. The Ferrara group, he said, obtained an electronic device to help speed race information by telephone to clients. McArdle said they also sought permission to operate a tele-typewriter service, saying it was for a string of garages.

The subcommittee said Ferrara now is serving a prison term in connection with a "hot bond" deal.

McArdle said men named James Ross and Bernard Friedman also were in the Ferrara group.

He testified the group set up an outpost in a farm overlooking Lincoln Downs race track in Rhode Island. A man stationed there with binoculars would see the finish line and the board listing odds and race winners, he said.

McARDLE SAID Raymond Patriarca helped persuade the reluctant barn owner to permit use of the property. But McArdle said he was not implying any strong arm tactics were used.

He said Patriarca "by repute" is a racketeer in Massachusetts and Rhode Island. Patriarca has been subpoenaed but may not be called as a witness, Alderman said.

McArdle said "Angelo Rossetti and, I believe, Ross," visited Lincoln Downs once to install a telephone at the lookout post in the barn.

McArdle also told the subcommittee about a microphone found connected to a telephone line at Suffold Downs race track in Boston.

He said no one ever proved who put it there. Investigation of that incident was "one of the most confused law enforcement situations I have ever seen," McArdle said.

He said if law enforcement agencies had cooperated in the investigation they could have found out who owned the microphone.

Thomas J. McArdle

# 54 Changes of Personnel in Eastern Province of Oblates

BOSTON — Very Rev. Raymond J. Hunt, OMI, provincial, today announced 54 changes of personnel of the eastern American province of the Oblate Fathers.

The changes, effective next month, follow:

To the Brazil mission: Rev. Andre Bouchard, OMI, Rev. Thomas Delaney, OMI.

To the Japanese mission: Rev. Robert Kellen, OMI, Scholastic Brother Richard Bonang, OMI, Scholastic Brother John Iwo, OMI.

To the Philippine mission: Rev. Donald Mundy, OMI, Rev. John Vengcin, OMI.

To the eastern American province: Reappointments — Rev. William Atkinson, OMI, is reappointed to a second term of three years as superior and pastor of the Sacred Heart church, Lowell, Mass.

Rev. Brendan L. Hunt, OMI, is reappointed to a second term of three years as superior and director of juniors, Our Lady of Hope seminary, Newburgh, N. Y.

NEW APPOINTMENTS:

Rev. William Ryan, OMI, is appointed superior and pastor of the Immaculate Conception, Lowell, Mass., for a first term of three years.

Rev. Leo Wetzel, OMI, is appointed pastor and director, St. Anne's church, Ashland, Va.

Rev. Edward Moan, OMI, is appointed pastor and director of St. Monica's church, Gary, Ind.

Rev. Joseph Barry, OMI, is appointed pastor and director of St. Bridget's parish, Indianapolis, Ind.

Rev. John Lyons, OMI, is appointed pastor of St. Joseph's church, Essex, N. Y.

Rev. Leo Dionne, OMI, to Fallon high school, Buffalo, N. Y., as a professor.

Rev. Arthur Craig, OMI, as chaplain, United States Air Force.

Rev. James B. MacGee, OMI, to the Oblate college, Washington, D. C., for higher studies at the Catholic University of America.

Rev. William E. Smith OMI, to the Immaculate Conception, Lowell, Mass., as an assistant.

Rev. Albert Watts, OMI, to the Sacred Heart, Lowell, Mass., as an assistant.

Rev. Thomas Sullivan, OMI, to the Gary Mission House, Gary, Ind., as a missionary.

Rev. Richard Sullivan, OMI, to the Oblate college, Washington, D. C., for pastoral studies.

Rev. Charles Cassetin, OMI, to the Oblate college, Washington, D. C., for pastoral studies.

Rev. Donald Blackwell, OMI, to the Oblate college, Washington, D. C. for pastoral studies.

Rev. William Brooks, OMI, to the Oblate college, Washington, D. C., for pastoral studies.

Rev. Patrick Hollywood, OMI, to the Oblate college, Washington, D. C., for pastoral studies.

Rev. Raymond Sleen, OMI, Oblate college, Washington, D. C., for pastoral studies.

Rev. Walter Roberts, OMI, to the Oblate college, Washington, D. C., for pastoral studies.

Rev. Thomas McGrady, OMI, to the Immaculate Heart of Mary parish, Grand Rapids, Michigan, as assistant.

Rev. Paul McCartin, OMI, to the Oblate Mission house, Toledo, Ohio, as a missionary.

Rev. John Redden, OMI, to Our Lady of Hope seminary, Newburgh, N. Y., as a missionary.

Rev. Paul Frank, OMI, to the Sacred Heart parish, Lowell, Mass., as a missionary.

Rev. Thomas Flanagan, OMI, to Holy Angels, Buffalo, N. Y., as a missionary.

Rev. Joseph Bollard, OMI, to Immaculate Heart of Mary, Grand Rapids, Mich.

Rev. Edward Donovan, OMI, to the Oblate mission house, Port Huron, Mich., as a missionary.

Rev. Patrick Conlon, OMI, to the Oblate mission house, Port Huron, Mich., as a missionary.

Rev. William Kirwin, OMI, to the Oblate mission house, Gary, Ind., as a missionary.

Rev. Joseph Tully, OMI, to St. Catherine of Sienna hospital, McCook, Neb., as chaplain.

Rev. Ralph Karl, OMI, to the Oblate Fathers, West Jefferson, Ohio, as a chaplain, Columbus state hospital.

Rev. Eugene Card, OMI, to Our Lady of Hope shrine, Essex, N.Y.

Rev. Thomas McParland, OMI, to the Oblate Fathers, Petersburg, Va.

Rev. John J. Wholey, OMI, to the Immaculate Conception, Lowell, as a missionary.

Rev. John Heffernan, OMI, to St. Ann's parish, Ashland, Va., as assistant.

Rev. Timothy Mulvey, OMI, to St. Patrick's, McCook, Neb., as assistant.

Rev. James Finigan, OMI, to St. Bridget's, Indianapolis, Ind., as an assistant.

Rev. Russell Nickerson, OMI, to the Oblate Fathers, Sumter, S. C., as an assistant.

Rev. Joseph Curtin, OMI, to Sacred Heart, Princeton, West Virginia, as an assistant.

Rev. Dominic Quinn, OMI, to St. Ann's, Fayetteville, N. C.

Rev. Eugene Scheg, OMI, to Our Lady of Hope Seminary, Newburgh, N. Y., as assistant director of vocations.

Rev. Albert Talbot, OMI, to the Provincial Administration, Boston, Mass., as director of public relations.

Rev. William Hallahan, OMI, to Holy Angels, Buffalo, N. Y., as an assistant.

Rev. Thomas Walsh, OMI, to Our Lady of Hope Seminary, Newburgh, N. Y., as a missionary.

Rev. Harold W. Fraser, OMI, to the Oblate Fathers, Ligonier, Ind.

Rev. Francis W. McCormack, OMI, to St. Monica's, Gary, Ind.

Brother Leo McGee, OMI, to Holy Angels', Buffalo, N. Y.

## Pepperell Fire Set

PEPPERELL—An investigation by the fire department and the fire marshal's office has indicated that yesterday's fire which almost completely destroyed a shed at the Bemis Bro. Bag company was set.

It is reported that at about the time of the fire an explosion was heard, and officials investigating the machine-filled shed have found evidence of gasoline.

An insurance investigator claimed that if any of the machinery was damaged to the extent that a loss of production would result, total damage could run as high as $50,000.

# THURSDAY

August 24, 1961

AP-UPI AROUND THE WORLD

Russ McCollister

Wire Editor

## Zhukov in Rare Display

MOSCOW—Marshal Georgi Zhukov was reported today to have made one of his rare public appearances since he was ousted from the Soviet Union's top military post in 1958. Officials at the Japanese synthetic textiles exhibition in Moscow's Gorki park said Zhukov arrived unannounced, toured the exhibits and wrote in the guest book "long live international trade, the path toward peace." The former defense minister signed the statement "Marshal Zhukov," the officials said. They added that he wore civilian clothes and appeared to be in good health. Zhukov is seen periodically around Moscow, although he does not appear at official functions. He is understood to be living quietly in retirement in a Moscow suburb and working on his memoirs. A hero during World War II, Zhukov was dismissed from his defense post by Premier Nikita Khrushchev because he reportedly objected to strong Communist party control over the armed forces.

Marshal Zhukov

## Hungarian Newsman Jailed

VIENNA—Hungarian Journalist Peter Foldes, one of the leaders of the 1956 anti-Soviet revolt, has been sentenced to 10 years imprisonment in a secret trial, it was learned today.

KABALE, UGANDA — Reports reaching here from missionaries and traders said today that 46 Africans have been killed in tribal warfare in Ruanda-Urundi.

HONG KONG—Brazilian Vice President Joao Goulart, arriving here from a visit to Communist China, said yesterday he favors Peiping's admission to the United Nations.

SALZBURG, AUSTRIA—Plans are being made to transfer the remains of Director Max Reinhardt from New York to Salzburg, the city council announced today.

## The Gimmick

SAN FRANCISCO—Not all pretty girls over 17 are eligible for three queen titles to be selected by judges for the 1961 Grand National horse show and livestock exhibition at the San Francisco Cow Palace. All contestants must be able to ride a horse.

SCARSDALE, N. Y.—Ernest Williams, 60, an engineer who helped plan more than 1000 buildings throughout the world, died Wednesday.

JERUSALEM — Official election returns confirmed today that Premier David Ben-Gurion's Mapai party lost five seats in last week's voting. The official result gave the Mapai 42 seats, compared to 47 in the last Knesset. Second-strongest party was the right-wing Herut, unchanged with 17 seats.

WEST
GERMANY
BERLIN
BERLIN

# Latest Red Move Puts "Little Iron Curtain" Around West Berlin

By David L. Bowen
AP Newsfeature Writer

One more chapter has been added to the long, sometimes dramatic, often monotonous East-West dispute over Berlin.

The arguments started before any of the World War II allies reached Berlin. During the 16 years dispute has raged, the issues frequently have become cloudy.

Basically, there are two reasons this particular point of contact between East and West has created so much more friction than other points along the European border between East and West.

1) The city of Berlin lies 110 miles behind the main dividing line between Communist nations and the West.

2) Unlike all other East-West borders, the one dividing Communist East Berlin and free West Berlin was until this month easily crossed in both directions.

THESE TWO special conditions stemmed from the wartime agreement among the United States, Britain, France and the Soviet Union on how they would occupy the territory of the enemy. Each of these powers was given a zone of control in the German nation. Since all four Allied countries wanted the prestige of occupying the German capital — and since Berlin fell deep inside the Russian zone — that city was given a unique status. It would be occupied by all four, with each holding a sector and all having a voice in the city's over-all control. To avoid a ridiculous fragmentation, passage between zones was to be relatively free. The Western powers received guarantees of their right to travel from their zones in Western Germany by specified road, canal and air routes through the Russian zone to their sectors in Berlin.

No one has ever been completely satisfied with the wartime arrangements. As the Communists employed all available forms of harassment—including at one time an 11-month blockade — the western Allies united their zones, and worked to exploit position as a legal gap in the otherwise impregnable Iron Curtain.

# To Rule On Hassle

EAST CAMBRIDGE—Atty. Gen. Edward J. McCormack, Jr., has been requested by Middlesex County Treasurer Timothy J. Cronin to rule on the legality of two jobs created through legislative action and filled by the county retirement board.

Protested are the filling of the positions of exective director of the county retirement board, held by John Dinan, of Cambridge, and administrative assistant, to which Francis D. McLean, of Everett, was named.

The executive director's berth pays $8000 annually; the administrative assistant's post pays $7500 a year. However, neither has been paid to date, due to a stop order effected by Treasurer Cronin several weeks ago. The stop order was revealed yesterday.

Naming of Dinan and McLean last July 5 drew a storm of protest from the county commissioners. They complained that filling of the two new posts by the retirement board without consulting the county commissioners or personnel board was usurpation of the commissioners' authority.

The attorney general's ruling is expected today or tomorrow.

## Almost Total Eclipse Tomorrow

NEW YORK (AP) — Sky watchers will see an almost total eclipse of the moon Friday night — depending upon visibility.

More than 99 per cent of the moon's disk will pass through the earth's shadow, the American Museum-Hayden Planetarium said.

Astronomers at the planetarium said the eclipse could be visible from all parts of the United States, except the northwestern tip of Alaska.

It will start at 8:35 p. m., Eastern Standard time, and the visible phase will end at 1:41 a. m.

1 HOUR SERVICE
TOWN CLEANING PLANT
411 BRIDGE ST.

YARN SALE
HEAVY KNITTING WORSTED AND FINE SPORT YARN
4 oz. 88c
HANLEY YARN CO.
FORGE VILLAGE MASS

• SPECIAL SALE •
on
RIPE, JUICY HALE HAVEN PEACHES
at
DREW FRUIT FARMS
MAIN ST., WESTFORD
FROM CHELMS. HIGH ROTARY, FOL. ARROWS
Come out evenings for best selection and avoid Sunday crowds
Hours: 10 a. m. to 8:30 p. m., Saturday closing 5:00 p. m.

Thanks to Our Customers on Our
7th ANNIVERSARY
• Harold • Harold III • Dinny • Eddie • Bobbie • Mike
Anniversary Specials
FACTORY SMOKERS PERFECTOS Our price $2.25
Reg. $3.50—Box of 50
HARTWELL'S FAMOUS BRIAR PIPES 59c & 98c
TRANSISTOR RADIO
9 Volt Transistor BATTERIES 2 for $1
LOWELL'S HI SIGN TOBACCO STORE
JACKSON and CENTRAL STS.

AUG 28 1953
LIBRARY

# The Essex County Republican.

New York State Library Exc
James J Wyer, Director—1

PUBLISHED AT KEESEVILLE, N. Y. FRIDAY, AUGUST 28, 1953 NUMBER 5926

# Fire Chief William Lattrell Dies of Injuries In Explosion At His Home Mon.

## "Best Little Fair State Of New York" Has Greatest Success In Its History

"The Best Little Fair in the State of New York," the Essex County Agricultural Fair at Westport was the finest ever held since its inauguration from every point of view from which a fair of its size can be judged. From the standpoints of education, building of worthwhile interest on the part of youth and adult, giving of pleasure to the lovers of horse flesh, knowledge of latest in farm and home equipment right through to a clean little midway, it can be said of this year's fair, the 105th, that it was a complete success.

Some 14,000 paid admissions during the four days of its run, Children's Day Thursday and the Daredevils Friday evening flooding the grounds to capacity. The fireworks Monday night, inspite of not too fine weather in the early evening, brought out a large gate.

The Beauty Contest, which was won by Joan Currier of Willsboro, is increasing in popularity each year, some 15 lovely young ladies being judged in bathing suits. Second place was won by Sally Heustis of Ticonderoga and third by Marian Lettre of Westport. Five judges brought from outside the county made the decisions.

The capacity of the grandstand was overtaxed and persons were turned away from obtaining seats there for the harness racing, interspersed with fine vaudeville acts. If the fair continues to grow as indicated by this year, it will be necessary for the directors to take into consideration the building of additional grandstand space.

Harness racing has been the backbone of many a small fair which has grown to great size, and we sight the Champlain Valley Fair at Essex Junction, Vt., as such an example. Purses amounting to $4,000.00 were raced for at Westport this year to bring 63 entries from the county and as far away as Massena, Malone and Bennington, Vt.

The entries this year in the displays of 4-H, Grange and Home Bureau were the largest ever and more branches of each group had more entries, 14 adult and two juvenile Granges and 16 units of Home Bureau being represented. A separate story on the 4-H showing appears in another column of this paper.

It took six tents to accommodate the poultry, horse and cattle entries, some of the latter representing the top notch dairies and stables of the surrounding country. The automobile dealer displays was the largest in years, nine makes being represented, and the home appliance and farm machinery exhibitions brought the very latest labor-savers in greater amounts than ever.

**Editor's Note:** "Our fair" is growing and already a credit to its sponsors, The Board of Supervisors of Essex County. Daniel Walker, who has managed the fair the past four years should be given great credit for the great amount of work he has put into the fair with no compensation except that of seeing it grow and widen in scope and interest otherwise his work is gratis.

Let's not forget the many years of progressive labor of Harry Albee of Essex, for years the fair's president, who maintained its steady growth and struggled for its expansion.

**Miss Willsboro**

**Joan Currier,** queen of the beauties of Essex County as chosen at the Essex County Fair. Sponsored by the Willsboro-Essex Kiwanis Club, she has been invited to display her charms at the New York State Fair at Syracuse as a member of the State Queen's court. Miss Currier as Miss Cabot (Cabot Minerals, Willsboro, sponsor) was also winning beauty over plenty of competition at the Ki-weekend sponsored by the same Kiwanis club.

## Labor Day Fete At Port Henry Free To All

Under the watchful eyes and guiding hands of celebration chairman Mayor George Clemons, and co-chairman Francis Cooney, supported by an active committee of fellow firemen, the 1953 production of the annual Port Henry Fire Department Labor Day Celebration is nearing completion. Final arrangements for all phases of the day and night festivities have been completed. If the long range forecast for fair weather is forthcoming this year's performance will be one of the greatest show spectacles in the great Champlain Valley area.

The program will open promptly at 9:30 a. m. and will operate continually until midnight. All events will be free to everyone. The Port Henry Fire Department makes no admission charge for any of the events which each year they stage and produce as a public service.

There will be races and a pie eating contest for the youngsters, two Pee Wee baseball games and one semi-pro contest for those who enjoy the national game. Six of the largest and best bands and drum corps from the great northeast and the Province of Quebec will furnish continuous music and will also participate in the gigantic parade which will move out from the American Legion Home at 2 p. m.

Governor Thomas E. Dewey is sending his special representative to Port Henry on Labor Day and he will deliver the principal address following the parade. Other state and local officials will also be present. Following the remarks of these officials the colorful Drum and Bugle Corps will stage a lengthy exhibition of precision marching. The annual hose fight will again be staged between the two Port Henry fire companies.

There will be a massed band concert in the evening, Drum Corps drills and ten acts of top level vaudeville and the program will finally taper off with a big street dance with music furnished by a favorite orchestra.

At this time the committee in charge of the current year's activities wish to extend a very sincere and hearty invitation to everyone to come to Port Henry on Labor Day and enjoy a full day of the best in entertainment.

**Christian Science**

Christian Science transcribed programs will be radiocast over the following stations Sunday morning, August 30th, DST.

Plattsburgh, WEAV, 960 kc., 8:15.
Albany, WPTR, 1540 kc., 8:30.
Burlington, WCAX, 650 kc., 9:30.

The Christian Science Monitor "Views the News".
Albany, WXKW, 860 kc.
Plattsburgh, WEAV, 960 kc.
Saranac Lake, WNBZ, 1450 kc.

(Press-Republican Photo)

**The recent home of Mr. and Mrs. William Lattrell and their eight children destroyed by the explosion Monday morning which resulted in the death of Fire Chief William Lattrell (insert).**

(Press-Republican Photo)

**"Bucky" Lattrell, 18, views the apparatus which it is believed caused the explosion Monday morning which resulted in the death of his father, Fire Chief Lattrell.**

(Press-Republican Photo)

**The living room, following the explosion at the Lattrell's former home looked like the devil's caldron, with broken furniture and lamps, charred areas, bulging walls and dropping ceilings.**

## Oblates Of Essex Dedicate Shrine Lady Of Hope

Before a gathering of over 300 clergy, sisters and laity from numerous communities of Champlain Valley, the Rt. Rev. Msgr. Benjamin H. Staie, V. F., dean of the Port Henry deanery, presided at the colorful rites at which the first American Shrine of Our Lady of Hope was dedicated on the grounds of the Oblate Scholasticate at Essex, this past Sunday afternoon.

Set against the distant background of the Adirondacks and facing the waters of Lake Champlain, the outdoor altar was ablaze with summer flowers which surrounded the imported statue of the Blessed Virgin portrayed as she appeared at Pontmain on January 17, 1871.

The sermon for the occasion was preached by Very Rev. Raymond J. Hunt, O. M. I., of Washington, D. C., provincial of the Eastern Province of the Oblates of Mary Immaculate. In his inspiring address Father Hunt drew a parallel between the little French village in which the apparition occurred and the village of Essex with its setting of unsurpassed natural beauty.

Remarking that devotion to Our Lady of Hope, although one of the oldest in the Catholic Church, has been practically unknown in this country, Father Hunt stated that the American Oblates were pledged to bring Mary's timely message of hope through the cross to a nation that stood in great need of hope than perhaps at any time in its history. In so doing they will be following in the tradition of the French Oblates who built the beautiful basilica at Pontmain, now one of the greatest pilgrimage spots in France.

The ceremony was concluded with the recitation of Novena prayers to Our Lady of Hope, followed by Solemn Benediction of the Blessed Sacrament. The Rev. Francis W. McConville, O. M. I., pastor of St. Joseph's, Essex, was celebrant, assisted by the Rev. Laurence E. Mallette, pastor of St. Philip's, Willsboro, and the Rev. Daniel F. Lyddy, pastor of Our Lady of Lourdes, Schroon Lake.

The Oblate Scholasticate choir provided a varied program of English and Latin hymns, including the new "Hymn to Our Lady of Hope," the solo part of which

(Continued On Page 8)

## Early Morning Explosion Wrecks Home Completely

The tragedy occurred about 5:30 Monday morning when Fire Chief Lattrell was in the act of igniting the gas on a side-arm heater in the cellar of his home.

Mr. and Mrs. Lattrell had had coffee in the kitchen previous to his leaving for work and she asked him to light the hot water heater before he left and she returned to bed. It is believed that the match intended to light the heater set off the explosion, reason for the explosion having thus far not ascertained, unless the gas had been leaking.

The blast from the explosion filling the house with smoke, reached to the first and second stories of the home in a split second, catapulting furniture, blowing out windows, shredding the curtains, laying beds flat and bringing down ceilings as the sides of the structure bulged. Luckily, the four-year-old baby of the family had previously left his bed and gone into bed with his brother as his crib was demolished by a heavy chest and the ceiling.

The flash fire ignited myriad spots in the house on both floors. The father, fatally injured, made his way from cellar to first floor and on to the top floor to save his children.

Lloyd Bressett, assistant chief of the fire department, and Henry Rock, who live on the same street arrived almost immediately on hearing the explosion as did Lieutenant John Dwyer, whose home is almost opposite, the latter bringing a ladder to the upstairs window which the father had broken with his bare hands. He stepped onto the ladder and carried to safety his children, handed to him by his wife from the smoke drenched and fire swept building. He then collapsed.

Bressette rushed to the fire station for the truck and turned in the alarm. The splotches of fire were quickly extinguished.

The house is a shambles. Kind neighbors and friends have taken the family to their hearthstones and arrangements are being made for temporary living quarters for them in the Callanan block at Sable and Main streets until the possibility of repairing their home, almost paid for, it has been said that it cannot be repaired) or the building of another is decided upon.

**Editor's Note:** Waves of sympathy and desire to stand by this fine mother and her children from so great a number of people in this community can result in nothing but the staunchest of effort for their future, not only by members of the fire department

## Fire Chief Carries Children To Safety From 2nd Floor Before Collapsing

William Lattrell, chief of the Keeseville Volunteer Fire Department, horribly burned early Monday morning when an explosion wrecked his home on Church street, from which he heroically removed his children, died early Tuesday morning at Physicians Hospital, Plattsburgh, where his life was dispaired of from the time of admittance.

but by the community at large as a tribute to a heroic father who fought to save the lives of his family while his own ebbed.

### William V. Lattrell

William Velrieve Lattrell was born May 5, 1912 at Burlington, Vermont, the son of William and Eva (Rivet) Lattrell. He moved with his parents to Keeseville in his early youth and attended school here.

He was united in marriage with Catherine Lavalette, daughter of Frank and Philomene (Benoit) Lavolette of Charlotte, Vt., May 29, 1932, who survives him, as do three daughters, Janice, aged 16, Loretta, 14, and Joan, 6; five sons, William V., jr., 19, Edwin, 13, Alfred, 11, John 6, and Robert 4; Joan and John being twins. He is also survived by his mother, who lives in Keeseville; four sisters, Mrs. Louis Kusalo, his of Keeseville, Mrs. Joseph Marcucci of Cohoes, Mrs. Philip Dupre and Mrs. Henry Lafountain of Bristol, Conn.; one brother, Raymond Lattrell of Keeseville.

"Bill" Lattrell, as widely known as any man in this village, had been a member of the Keeseville Volunteer Fire Department for upwards of 20 years. For some ten or fifteen years he acted as property clerk and caretaker of the company and was serving his second year as chief of the department. A fine father, his family was his hobby as well as his chief concern and his popularity was due to his friendly and good neighborliness.

He was assistant to the late L. P. Gardner while he was in charge of the village street and water departments and Mr. Lattrell served after Mr. Gardner's death as street commissioner. At the time of death he was employed by Callanan Bros.

Members of the Keeseville Fire Department and a number of members of departments in surrounding townships paid tribute to Chief Lattrell Wednesday evening at the funeral home of McDonough & O'Neill where the body rested in closed casket to the time of the funeral.

The funeral, attended by throngs, was held at nine o'clock Thursday morning at St. John the Baptist Church, the Rev. Paul Beyette officiating there and at the grave in St. John's Cemetery.

There was a large honorary escort of firemen of Keeseville Fire Department and from departments of several surrounding towns.

The pall bearers were members of the Keeseville department, Roger Rennell, Lloyd Bressette, Adelore Latourelle, Raney Rock, Jack Garcia and Sherwood Laporte.

His wife and seven children, who were in bed at the time of the explosion, escaped uninjured though furniture was cast about like shavings from a saw, ceilings fell as the house bulged and fires were started in many places on both floors of the two-story home in the flash fire caused by the explosion.

The people of Keeseville, of whom every last man woman and child knew "Bill," were stunned to hear of his death following his heroic efforts resulting in the carrying of his children down a ladder to safety after which he collapsed in the arms of his firemen. Keeseville folks were so saddened that the village seemed to be talking in whispers and the jangle of the horn of a tourist was nerve-racking.

Attendance at the funeral Thursday morning was the largest ever remembered here, floral tributes of unusual beauty and design piled high on the grave and over the newly purchased Lattrell plot in St. John's Cemetery, where loyal and saddened members of his fire-fighters remained until the grave was closed and the flowers were arranged to their satisfaction.

Innumerable friends of the dead chief and his wife are rallying around her to provide temporary shelter for her and her seven children. Her first born, William jr., is Airman 1st Class United States Air Force, now stationed at Chanute Base, Ill. He arrived home Tuesday evening.

**Red Cross Acts**

The ability and quick action of the American Red Cross has been exemplified in an outstanding manner in this Keeseville tragedy, the Keeseville branch and the Essex County Chapter responding in a few hours for immediate relief to the homeless family and in uniting with his mother Airman Lattrell, who was relieved from duty in Illinois Monday afternoon and started on his way home through the request of the Red Cross.

Gordon Green, home service chairman of the Keeseville Branch of the Red Cross, and Frank Gibson, of Westport, executive secretary of the Essex County Chapter of the Red Cross moved without hesitancy and arranged for funds of $300 for immediate relief; for whole blood and plazma, for the return of Airman Lattrell who had just returned to duty after a leave at home, and arranged for hospitalization and nursing care.

**All this from the Red Cross which was let down by the people of Keeseville in its last drive for funds in support of just such disaster, its support of local men in service, its gamma globulin program for the fight of poliomyelitis and its many other humanitarian activities.**

## Rt. Rev. Msgr. Berube Administrator Of Ogdensburg Diocese

In a release from the Chancery office at Ogdensburg it was made known that Rt. Rev. Msgr. Louis D. Berube, rector of St Mary's Cathedral, has been named administrator of the Ogdensburg Diocese following Bishop McEntegart's transfer from the See of Ogdensburg to the Titular See of Aradia in order that he may give his full time to the rectorship of Catholic University.

According to the canon law of the church, the diocesan consultors met August 19, and were officially informed of the transfer of Bishop McEntegart. The senior consultor then called the consultors into session to choose an administrator to be head of the diocese until the appointment of the 6th Bishop of Ogdensburg.

## Annapurna Premiere At Keene Valley Is Postponed

The premiere performance of Annapurna, a technicolor film showing the first conquest of Mt. Annapurna in the Himalayas, scheduled for September 3 in Keene Valley has been postponed due to technicolor production difficulties in London. It will be given at a later date as a Keene Valley Library benefit and announcement of the new date will be made in the near future. It is possible it may be given during the Fall Outing of the Adirondack Mountain Club in Keene Valley over Columbus Day.

A half-cup serving of cabbage provides about one third of the vitamin C recommended as the daily amount for each person.

STATE LIBRARY
New York State Library Exc
James J Wyer, Director—1

# The Essex County Republican.

VOL. CXIV, 9 | PUBLISHED AT KEESEVILLE, N. Y. FRIDAY, NOVEMBER 6, 1953 | NUMBER 5936

## Grand Jury Hands Up 30 Indictments Sought By Dist. Attorney Manning

Of 36 cases brought to their attention by District Attorney Daniel T. Manning, the grand jury of Essex County Supreme Court handed up 30 indictments last Friday to Justice James Gibson, presiding at the fall term.

Donald Stringham, Arthur Ling, Delbert Keating, Lawrence Glover and Gerald Arseneau were arraigned before Justice Gibson and pleaded not guilty and their cases were transferred for trial to Essex County Court which will be convened by County Judge Sheldon F. Wickes on Monday of next week.

Following are the indictments as found by the grand jury:

**Grand Jury Indictments**

Gerald Randolph Arseneau; charged with Grand Larceny Second Degree and Grand Lar. 2nd Deg. for Unauthorized use auto; committed in Town of Elizabethtown, Aug. 18th, 1953.

Basil Barcano; charged with Reckless Driving; Town of Chesterfield; July 31, 1953.

John F. Bastian; charged with Reckless Driving; at Lake Placid; May 31st, 1953.

John C. Carr; charged with Reckless Driving; Ticonderoga, June 28, 1953.

Charles Darling; charged with Abandonment of children and unlawfully omitting to provide for children; Town of Chesterfield; July 7, 1953.

Robert S. Fenimore; charged with Abandonment of pregnant woman; abandonment of children under 16 years of age and unlawfully omitting to provide for children; Town of Elizabethtown; Oct. 7, 1952.

Lawrence Joseph Gastonguay; charged with Burg. 3rd Deg. and Grand Larceny 2nd Degree; committed Town of Schroon; July 28, 1953.

Angelo Giraffa; four indictments; charged with Forgery 2nd Degree; Uttering a forged instrument; petit larceny; committed in Town of Ticonderoga and Schroon Aug. 21, 1953.

Lawrence William Glover; charged with Burg. 3rd Deg. and Unlawful entry and Petit Larceny; committed in Town of Westport, June 24, 1953.

Lawrence William Glover; charged with Grand Larceny First Degree and Grand Larceny 1st Degree for unauthorized use auto; committed in Town of Westport, June 24, 1953.

Howard Nicholas Graham, Leonard Hart, Alfred A. Hart; joint indictment; charges Burg. 3rd Deg. and Unlawful entry and Petit Larceny; committed Town of Essex, June 9, 1953.

Kenneth Grant; charged with Abandonment of children under 16 years of age and unlawfully omitting to provide for children; committed Town of Moriah, Aug. 11, 1951.

Leonard Willis James; charged with abandonment of children under 16 years of age and unlawfully omitting to provide for children; Town of Moriah, Oct. 10, 1953.

(Continued on Page 8)

## Service Of Teachers Features WIRY Program Sunday

A half hour radio show entitled "Of Their Lives," written and directed by Don Lyon, formerly of the Syracuse University Radio and Television Center, and now director of Radio and Television at Rochester University, will be sent out over the facilities of WIRY of Plattsburgh, from 7:30 to 8:00 o'clock Sunday evening, Nov. 8.

The presentation this year is a dramatic story which depicts the usual and unusual service which teachers give to the pupils in the process of "breathing life into knowledge." The show "Of Their Lives," honors teachers in the words of an appreciative parent who discovered late how a teacher had saved the life of his child.

The Public Relations Council of the New York State Teachers Association is making every effort to encourage all schools to schedule American Education Week programs on the evening of November 10 with the broadcast as a part of the total program.

## Patrick Ryan Elected Sup'visor Of Chesterfield

Republican voters in the Town of Chesterfield, predominately a Republican stronghold, wrested the supervisorship from Charles F. Smith, Democrat, the past three terms, by electing Patrick Ryan, Republican to that office by a majority of 67 votes in one of the largest polls ever cast in that township, the vote being 497 to 430.

Hugh Bishop, Independent candidate for the office of supervisor, received 53 votes.

All candidates of the Republican party were elected to office with the exception of Sanford Forrence, long time member of the town board, who lost to his Democratic opponent, Robert Laundree, by 98 votes, the vote being 525 to 427.

Harold (Buster) Heberts lead his party by receiving 631 votes for the office of assessor with Warren Stone, reelected to the office of town clerk, receiving 612 votes. Miss Frances Shields was but one vote behind Stone, receiving 611.

A table giving the vote by districts appears elsewhere in this paper.

PATRICK RYAN, who was elected Tuesday to the office of Supervisor of the Town of Chesterfield, has served the Town of Chesterfield for fourteen years as superintendent of highways and has proved during his time in politics to be an exceptional vote-getter. His friendships are many and his acquaintance wide.

Mr. Ryan, who takes office the first of next year, served some years as deputy sheriff in the county and for a number of years was police officer for the Village of Keeseville.

Mr. Ryan has been a member of the Republican committee of Chesterfield for a number of years.

A communicant of Immaculate Conception Church, Mr. Ryan, a veteran of World War I, has been active in the local post of the American Legion and is a member of the Legion Society of 40 & 8. He is also a member of the Veterans of Foreign Wars.

## Port Kent To Burlington Ferry Service To Dec. 1

Ferry crossings from Port Kent to Burlington, Vt., will be continued until December 1, according to an announcement made by Richard Botsford Tuesday morning. Reason for the continuance of the service between these two points is due to the fact that repairs must be made at the Cumberland Head and Grand Isle docks before real cold weather sets in to obstruct it.

The ferry crossings from Cumberland Head to the Vermont Shore have been discontinued for this season until next spring, according to information given by Mr. Botsford for the Lake Champlain Transportation Company, Inc., which company operates both ferries.

The time table showing the crossings daily is printed in an advertisement elsewhere in this paper.

## Meager Reports On Tuesday's Elections

Inasmuch as confirmed information as received by the Board of Elections of Essex County is most fragmentary as we go to press, we will wait and publish the results of the election of Tuesday in next week's paper.

Supervisors were elected as follows:

Chesterfield: Patrick Ryan, R. was elected over Charles Smith, D, by 67 votes.

Essex: Elvin W. Cross was elected over Harry Albee, 263 to 179.

Jay: Dr. John Smith, R. was elected over Louis Meconi, D, figures not available.

Moriah: Leo Graham won over Dominick Ida, by 75 votes.

North Hudson: F. Jack Ward, R. won over Lee Provoncha, D. by 17 votes.

Ticonderoga: Francis E. Maloney, R. won over James Lonergan, Independent, by 360 votes.

Willsboro: Livingston Hatch, R. won over Allen R. Talbot, 506 to 303.

## Diabetics To Meet At P'burgh Nov. 19

The second meeting of the Lay Society of Northeastern New York Diabetes Association will be held in the assembly hall of Plattsburgh High School at 8 p. m. Thursday, November 19. The meeting will feature the showing of several film strips on diabetes. All persons interested are cordially invited to attend.

Business items on the agenda include the report of the nominating committee on a slate of officers for the newly formed Society. It is also expected that a constitution will be presented for approval.

## Town Of AuSable

**REPUBLICAN**

| Office Candidate | District 1 | District 2 | District 3 | Total |
|---|---|---|---|---|
| Supervisor—Foland | 142 | 112 | 187 | 441 |
| Town Clerk—Twa | 232 | 150 | 202 | 584 |
| Justice of Peace—A. Lesperance | 208 | 142 | 200 | 550 |
| Councilman—R. Lesperance | 268 | 109 | 215 | 593 |
| Supt. of Highways—Bezio | 188 | 129 | 124 | 441 |
| Tax Collector—Garcia | 184 | 115 | 146 | 445 |
| Assessor (4 years)—Moran | 145 | 107 | 173 | 425 |
| Assessor (2 years) Bezio, Jr. | 229 | 135 | 190 | 554 |
| School Director—Patnode | 180 | 92 | 182 | 454 |

**DEMOCRAT**

| Office Candidate | District 1 | District 2 | District 3 | Total |
|---|---|---|---|---|
| Supervisor—Wrisley | 268 | 108 | 136 | 512 |
| Town Clerk—McDonough | 186 | 67 | 125 | 378 |
| Justice of Peace—S. Kelley | 201 | 79 | 123 | 403 |
| Councilman—Bragg | 126 | 105 | 91 | 322 |
| Supt. of Highways—Connell | 222 | 93 | 208 | 523 |
| Tax Collector—Latourelle | 213 | 95 | 170 | 478 |
| Assessor (4 years)—D. Kelley | 241 | 100 | 145 | 486 |
| Assessor (2 years)—Laporte | 163 | 71 | 129 | 363 |
| School Director—Gorman | 186 | 117 | 110 | 413 |

**Next Wednesday, November 11**

**ARMISTICE DAY**

**Pause and Remember**

## William Morrisey Of Minerva Killed By Companion While Hunting Deer

William Henry Morrisey of North Creek, 32 years old, and father of four children, died almost instantly Sunday afternoon after having been accidentally shot by a hunting companion, Archie Morino, 44, assistant principal of Minerva Central School.

Dr. John S. Miller of Crown Point, Essex County coroner before whom the inquest was held Monday morning, reserved decision until the stenographer's notes have been transcribed for study. District Attorney Daniel Manning represented the people at the inquest.

The accidental shooting occurred during a deer "drive" about 3:30 o'clock in the Minerva Hill section. Morino was on watch and Morrisey, with part of the other members of the hunting party of eight, was driving.

The hunted deer was driven into thick underbrush and at the inquest Mr. Marino explained that, when the brush moved and there was no barking as of a dog as had been agreed on, he shot

The rifle bullet penetrated the body of the victim entering at the back. He died almost immediately.

## Mohican Scout Council Budget $27,415 For 1954

J. Walter Juckett, Mohican Council campaign chairman, has announced the annual finance campaign for all communities served by the Council and presented the budget objective for the year 1954, which is $27,415

Within the township of Moriah, Frances Myers and Ray Munson have been appointed co-chairmen by Robert Hoyt of Hague, finance chairman of the Adirondack District. Mr. Munson has announced the appointment of Steve Kefurt, William Blomstran and Thomas Phelps as Community Campaign Directors in Port Henry, Mineville and Witherbee and Moriah. Each of these chairmen are engaged in recruiting the necessary team captains and workers to successfully conduct campaigns in an effort to top the all-time record which was established last year In 1952, $650 was raised in Port Henry, $332 in Mineville-Witherbee and $71 in Moriah.

Wide-spread support of the Scouting program is urged so that all interested boys from 8 to 18 years of age in the area may be included in the three phases of Scouting, namely Cub Scouting, Boy Scouting, and Exploring.

## Scout Visit To West Point November 14

Boy Scouts, and Explorers from Ticonderoga and Mineville are participating in the annual Boy Scout Day at West Point Academy next Saturday, November 14, and as a highlight of the day will witness the West Point-North Carolina State football game.

Forty Scouts representing Troop 71, George Saunders, as Scoutmaster, and Troop 72, W. W. MacAlgine, Scoutmaster, of Ticonderoga and Troop 76 Case Phinney, Scoutmaster, of Mineville, will leave at 5:00 a. m. Saturday for the Academy. Fifteen Explorers of Post 73, Mike Hughes, advisor, of Ticonderoga, also will participate in the all day program. Arriving at West Point at 10:00 a. m. The Scouts and Explorers will be conducted on a tour of the academy that will include demonstrations of military equipment. Following lunch, the cadets will form in dress parade for the benefit of the Scouts, which will be followed by the football game.

## Justice Brewster Memorial Service E'town Saturday

**A memorial service for the late Justice O. Byron Brewster will be held at the Essex County court house in Elizabethtown at two o'clock Saturday afternoon November 7.**

**The service is sponsored by the Essex County Bar Association and it is expected that a large representation of the judiciary and bar of the Fourth Judicial District will be present. It is also anticipated that a host of friends of the late Justice Brewster will assemble at the memorial service to pay their last respects to one whose memory recalls one of the finest men of the North Country and the State of New York.**

## Perpetual Novena To Our Lady Of Hope

The Oblate Fathers will inaugurate a Perpetual Novena in honor of Our Lady of Hope in their community chapel at Essex, Tuesday evening, November 10, at 7:30 p. m. Services will be held every week at the same hour.

Since the Novena to Our Lady of Hope was established by the Essex Oblates a year ago, public services have been held in 48 parishes in ten states. Over 100,000 novena leaflets have been put into circulation.

The novena prayers are similar to those used in the famous Basilica of Our Lady of Hope at Pontmain, France, built by the Oblate Fathers to commemorate the Apparition of Our Lady of Hope on January 17, 1871. Hundreds of valley residents have used these prayers for private devotion during the past year.

The novena services will consist of recitation of the rosary and novena prayer, sermon and Benediction of the Blessed Sacrament. The Rev. Thomas S. Sullivan, OMI, novena director, will preach the sermons for the first nine weeks.

## A. F. Reservists Must Earn Points By December 1st

Air Force Reservists presently assigned to the non-affiliated reserve section, who fail to earn fifteen points during the calendar year ending December 31, 1953, will be transferred to the ineligible reserve section January 1954, it was announced this week by the Plattsburgh Air Reserve Squadron.

This action is tantamount to separation from the Air Force reserve. By assignment to the ineligible reserve section, the reservist thenceforth has no way of accruing further points for promotion, retirement and retention in the reserve.

During the initial year in the ineligible reserve section, a reservist may still volunteer and apply for transfer to an active training unit or face separation from the Air Force reserve at the end of that year. If he is reassigned to the ineligible reserve section, no further transfer to another training unit is possible.

In this connection, master and field files of all non-affiliated and ineligible reserve personnel are to be transferred to the new Air Reserve Center at Denver, Colorado, thus removing the reservist from benefits of close attention by local Air Reserve Units.

## Essex Branch Am. Red Cross Annual Sat.

The annual meeting of the Essex County Chapter of the American Red Cross will be held at Elizabethtown at sharp 12:00 o'clock tomorrow (Saturday) afternoon.

It will be preceded by luncheon at The Little Tavern after which Frank Gibson, executive Secretary, will render his annual report and reports of various chairman will be read, to be followed by the election of officers.

Important subjects to be discussed will be the annual fund campaign, branch quotas and support of the blood program. All chairmen are urged to make it a point to be at this year's meeting.

## "Comic" Books As Related To Your Children

As a member of a committee of the State Legislature seeking to curb the publication of harmful comics, Assemblyman James FitzPatrick recommends to subscribers of this paper that they read an article in the November issue of "Ladies Home Journal." The article is entitled "What Parents Don't Know about Comics" and it was written by Dr. Frederic Wertham of New York City.

Dr. Wertham has appeared before the legislative committee several times and many of the illustrations that he uses in his article are taken directly from its report on this subject. His article hits on the highlights and should be an eye-opener to many readers.

"The best place to attack this problem is undoubtedly in the home and the first step is to understand how serious a matter this is," Assemblyman FitzPatrick contends.

## Essex County A. A. U. W. Meets E'town Nov. 10

On Tuesday, November 10, the Essex County Branch of the American Association of University Women will meet at the Social Center in Elizabethtown at 7 o'clock. Members will bring a box lunch and coffee will be served by the refreshment committee. The business meeting will begin at 8 o'clock, followed by a guest speaker, Mrs. Ruth Mould, of Keeseville, whose book, "Refinishing and Redecorating Furniture," has just been published by Studio Publications. The meeting is open to anyone interested in hearing Mrs. Mould speak.

Best goose shooting is around 9 o'clock in the morning, but sometimes they will come out in the evening, around 5 o'clock usually.—Sports Afield.

## Town Of Chesterfield

**REPUBLICAN**

| Office Candidate | District 1 | District 2 | District 3 | District 4 | Total |
|---|---|---|---|---|---|
| Supervisor—Ryan | 164 | 242 | 18 | 73 | 497 |
| Town Clerk—Stone | 197 | 300 | 36 | 79 | 612 |
| Justice of Peace—Shields | 203 | 313 | 36 | 58 | 610 |
| Councilman—Forrence | 124 | 227 | 21 | 55 | 427 |
| Assessor (4 years)—Heberts | 212 | 311 | 32 | 76 | 631 |
| Assessor (2 years)—Morrow | 146 | 260 | 23 | 72 | 501 |
| Assessor (2 years)—Mace | 175 | 256 | 29 | 38 | 498 |
| Tax Collector—Taylor | 187 | 291 | 31 | 66 | 575 |
| Supt. of Highways—Martin | 201 | 319 | 11 | 69 | 600 |
| School Director (4 yrs)—Shields | 200 | 314 | 33 | 64 | 611 |
| School Director (2 yrs)—Ricketson | 203 | 291 | 32 | 66 | 592 |

**DEMOCRAT**

| Office Candidate | District 1 | District 2 | District 3 | District 4 | Total |
|---|---|---|---|---|---|
| Supervisor—Smith | 135 | 209 | 52 | 34 | 430 |
| Town Clerk—Green | 118 | 106 | 34 | 28 | 286 |
| Justice of Peace—Finnegan | 95 | 121 | 32 | 35 | 283 |
| Councilman—Laundree | 196 | 228 | 49 | 52 | 525 |
| Assessor (4 yrs)—Goggin | 88 | 135 | 35 | 20 | 278 |
| Assessor (2 yrs)—Pray | 146 | 171 | 44 | 28 | 389 |
| Assessor (2 yrs)—Bullis | 118 | 163 | 38 | 68 | 387 |
| Tax Collector—Turner | 125 | 155 | 35 | 38 | 353 |
| Supt. Highways—Burke | 112 | 143 | 62 | 35 | 352 |
| School Director (4 yrs)—Moran | 103 | 129 | 36 | 28 | 296 |

Hugh Bishop, Independent Candidate for Supervisor, received 53 Votes.

## Clark-Patnode American Legion Post Membership Drive Nov. 11-26

This is a personal message from Post Commander Robert J. Brooks of Clark-Patnode Post No. 223, American Legion for American Legion week, Nov. 11 to 26, to all eligible veterans of World War I, World War II, and the Korean War to join the American Legion. Moyor George Clemons has issued a proclamation bolstering interest in Legion membership.

The commander's message:

"We have to get busy or we will get the business—from the forces which would destroy veterans benefits, rehabilitation, child welfare, national security and Americanism. I don't have to spell it out, it could happen here.

January 1, 1954 marks an emergency for all Legionaires. On that date a tax conscious and economy minded Congress reconvenes. The benefits for disabled veterans, widows and orphans of our deceased comrades will be endangered by proposed cuts.

January 1, 1954 the American Legion must back up its demands with a record membership. February, March or April will be too late. Don't let personal squabbles and differences—or something that has happened in the past, stop you from joining the American Legion. You and I were lucky. Let's think of the ones that gave their lives that we might still have a free country to live in, the boys that lay on sick beds, the disabled veterans and the widows and orphans of our deceased veterans.

November 11, a day you all know, to November 26, make up American Legion weeks. These days I have asked all local and civic groups to help observe in honor and appreciation of you veterans of three wars.

One last word, don't wait until tomorrow—join up today. Membership is the life blood of the American Legion.

**Mayor's Proclamation**

The American Legion is known throughout the nation for its service to God and country, since this great veteran organization was conceived in Paris, France, March 15, 1919.

While the American Legion can well claim the title of champion of Veterans, it is also well established as a leader in service to the community, state and nation.

The American Legion nationally has assumed great responsibility in the fields of national defense, Americanism, rehabilitation and child welfare. We take pride in its accomplishments as evidenced by the program of Clark-Patnode Post No. 223 in our Town of Moriah.

Believing that the best interests of our beloved country will be served if all eligible veterans of World War I, World War II and the Korean war affiliate with the American Legion in order to promote a more positive Americanism and to help fight Communism, we hereby declare November 11 to November 26 as American Legion Weeks.

We ask all individual citizens, local, civic and service groups to help observe these days in honor and appreciation of these veterans of three wars who are our fellow citizens.

George L. Clemons,
Mayor

## 142 Hi-Yers Meet At Elizabethtown To Enact Laws

Registered delegates to the number of 142 sat in the Legislative Assembly of the Adirondack Hi-Y Council at the Essex County court house in Elizabethtown Tuesday, election day, studying, passing and rejecting proposed laws which in their opinion will make this state a better place to live in.

Represented were ten townships. They included Newcomb, Tahawus, Saranac Lake, Lake Placid, Elizabethtown, Willsboro, Westport, Mineville, Crown Point and Plattsburgh.

It would be a revelation if all people could observe this embrio legislative body processing bills to become laws in the same manner as they are handled in Albany, sans political and capitalistic influences. This service to youth by the YMCA of Essex County, Frank Gibson, secretary, cannot be estimated in the sense of dollars and cents but is a builder, the actual worth of which will make fine future citizens out of present-day boys and girls.

Because of the complexity and great amount of business transacted, detailed account of the progress made cannot be recorded in this week's paper. Bill Burger, who supervised the term of the legislature, hopes to have it in order for next week's issue. No small task.

## Children's Cardiac Clinic Largest Yet Held

The last Children's Cardiac Clinic of the Essex County Heart Committee held at Placid Memorial Hospital, Lake Placid, on Saturday morning, October 31, was the largest one to date. Five new patients and seven returnees were examined.

The new ones were all given a thorough physical examination by volunteer physicians; laboratory tests; chest x-ray; fluoroscopy; electro-cardiograms and then all twelve children ranging in age from 5 years to 16 years, were re-examined by Dr. D. M. Brumfiel of Saranac Lake, Clinic Consultant, for evaluation and follow-up. Children, accompanied by a parent, came from Minerva, Westport, AuSable Forks, Keene, Keene Valley, Wilmington and Lake Placid.

Physicians participating in the clinic were Dr. H. M. Bergamini, Chairman of Essex County Heart Committee; Dr. B. Ring, clinic chief; Dr. George Owens; all of Lake Placid; Dr. Hans Sowka, Wilmington; Dr. James Monroe, assistant director of State Hospital, Ray Brook.

Volunteer nurses assisting Miss C. Marie Beede, executive secretary of the Heart Committee, were Mrs. Kenneth Bliss, Mrs. Virginia Adams, Mrs. Ruth Straight, Mrs. Mabel Campbell. Mrs. Francis Amis was present to take all dictation on each case. Dr. Ring will send a report of each case to the family physician.

A field consultant from American Heart Association visited Miss Beede recently and had high praise for the program being conducted in Essex County.

The most comfortable tents, and the easiest to erect, are the umbrella and pyramidal types which require but one pole. Get a jointed metal one that packs easily.—Sports Afield.

# 'Green Berets" Chaplain Family Night Speaker

LOWELL — Rev. Arthur P. Craig, OMI, former Assistant at the Immaculate Conception Church and former director of the CYO, will give a lecture and present slides on the "Green Berets" (Army Special Forces) during "Family Night" at the Immaculate Conception School on Monday Jan. 22, at 8 p. m.

This affair is sponsored by the Holy Name Society of the Immaculate Conception Church and is free. All are invited.

Rev. Craig's military career has taken him around the world. He is well experienced in the problems of men and women in the Service. Questions will be answered at the end of the program.

In preparation for his work as chaplain with the "Green Berets," Major Craig's Service education was diversified — the Basic Chaplain's Course, Basic Airborne, Jump Master School, Air Force Jungle Survival Course, Army Jungle Operation Course, Special Forces Unconventional Warfare School and Army Language School.

**MAJOR CRAIG entered U.S.** Army service Oct. 9, 1961, serving at Perrin Air Force Base, Sherman, Texas before his tour of duty in Vietnam from January 1963, to March, 1964. Since his return, he has served with the 3rd SFG at Fort Bragg, the 8th SFG in Panama and at the JFK Center at Fort Bragg.

His decorations include Air Force Commendation Medal, Army Commendation Medal with Oak Leaf Cluster, Master Parachutist Badge, Jungle Expert Patch and Special Forces Qualified Flash.

Born in 1928 in New York City, he attended Sacred Heart School Manhattan; Power Memorial Academy and Cathedral College both in New York; St. Jerome's College, Kitchener, Ontario, and Oblate College, Washington, D. C. He was ordained to the priesthood in 1955 at the Immaculate Conception Shrine, Washington, D. C., as a member of the Oblates of Mary Immaculate.

Rev. Craig served as assistant pastor at the Immaculate Heart of Mary Church, Grand Rapids, Mich., from 1956 to 1959, then at the local parish until 1961.

His hobbies include refereeing high school and college basketball , playing handball, tennis and squash.

Rev. Arthur P. Craig, OMI

# *Wall-to-Wall Carpets 'In'*

*By Robert Goldenstein*

CHICAGO (AP) — Wall-to-wall carpeting is becoming the American way of life.

A carpeting industry spokesman said today that roughly one-half of all current purchases are for wall-to-wall, whereas as recently as 1961 wall-to-wall accounted for only one-third of all sales.

Arthur B.E. Lauman, of Dalton, Ga., president of

**Lowell Sun**, January 20, 1968 Pg. 3, Lowell, Massachusetts, US

Rev. Alphonse Breault, OMI

# Missions Open Sunday At St. Jean Baptiste

LOWELL — The annual missions in St. Jean Baptiste church will start Sunday at 7 p.m.

The sermons in French will be given in the lower church for women only.

In the upper church, the sermons will be given in English and these services are open to men, women and young people.

For those unable to attend evening services, there will be mission services at 10 a.m. each day.

The second week's mission will be for men and will take place in the upper church, starting Oct. 22, with the sermon to be in French.

TWO outstanding preachers have been obtained by Rev. Anatole Lessard, OMI, pastor for these missions, Rev. Alphonse Breault, OMI, and Rev. Roland Lavallee, OMI.

Rev. Fr. Breault, presently attached to Colebrook, N.H. Retreat House, is widely known throughout Canada, New England, and in the western states where the Oblate Fathers have parishes. Formerly attached to St. Jean Baptiste parish, he has many friends here who will be pleased to welcome him.

Rev. Fr. Lavallee, also formerly of St. Jean Baptiste parish, is now at the Manville, R.I. Retreat House.

**Excerpt from the *Bangor Daily News* (February 28. 1978)**

A 1966 view of the Bucksport seminary

# Former Bucksport seminary sold

By David Platt
Of the NEWS Staff

BUCKSPORT — The former St. Joseph's Seminary in Bucksport was sold late last week to a New York man who reportedly plans to develop it into apartments for the elderly.

The seminary, which had been closed since 1971, consists of two buildings. There is a large complex containing a library, a chapel, classrooms, a dormitory and a gym. Parts of the complex were formerly separate buildings but have been connected by more recent construction. The other building on the 12.5 acre property is a house, Morris Hall built in 1852, which formerly housed faculty members.

When it was in operation, St. Joseph's was a "minor seminary," or private school for high-school age students considering the priesthood. The Oblates of Mary Immaculate, a Catholic order with regional headquarters in Lowell, Mass., owned and operated the school.

The buyer, Aaron Gleich, had been negotiating with the Oblate Fathers for the purchase of the seminary property since last summer.

The exact sale price was not available, but the Oblate Fathers were asking $185,000.

Since the seminary closed its doors to students, two members of the Oblate Fathers, Rev. Roland Gaulin and Brother Donat Daigle, have been living on the premises to maintain them.

Gaulin will leave Wednesday for Lowell, Mass. Daigle will move to the Oblate Retreat House in Willimantic, Conn.

Gliech, the buyer, plans extensive renovations to the facility, converting the dormitory into apartments for the elderly, according to sources in the Oblate community. He also plans, according to the same sources, to construct 16 two-family units on the former ball field at the seminary.

The ball field has been a popular playing-field in Bucksport for many years.

Rev. Norman Parent, the Provincial of the order, said Monday he thought the decision to sell had been made shortly after the school closed. He said, however, that he had only in administration for a year, and that he was unsure about decisions made before he took over.

Since the 1971 closing, Bucksport citizens and others had discussed two proposals for the use of the seminary property.

One plan would have set up a training center for Vietnam veterans. It was rejected by the state Department of Education in 1972.

A second proposal, put forth in 1975, called for town purchase of the property for a community center. Bucksport offered $130,000, but the offer was rejected by the Oblate Fathers.

When Gleigh first explained his plans to town officials last summer, he raised the possibility that he might donate Morris Hall, built in 1852, to the town as an historic building. But the fate of Morris Hall was not announced at the time the seminary changed hands last week.

The school was purchased by the Oblate Fathers in 1941. Previously it had operated as the Eastern Maine Conference Seminary for about 80 years. In 1961, it enrolled 143 students, but by 1971 enrollments had dropped.

Declining enrollments, increasing costs, and a shortage of Oblate teachers were given as reasons for closing the seminary in 1971.



10 THE LOWELL SUN, MONDAY, APRIL 29, 1968

## 900 Attend St. Jean's Parish Banquet

Marking the 100th anniversary of the founding of St. Jean Baptiste parish, 900 parishioners, former parishionors and guests from practically all parts of the country and Canada attended last night's banquet at a Pawtucket Boulevard restaurant closing a week of activities. Pictured from the left, at top, are: Rev. Emile Bolduc, OMI, principal speaker; Msgr. William Drapeau of Lynn, Very Rev. Raymond Tague, OMI, provincial; Atty. Gen. Elliott T. Richardson, Mayor Robert C. Maguire, Stanislas O. Paquin, toastmaster; Rev. Anatole Lessard, OMI, pastor; Msgr. Alfred Julien, JCD, pastor, St. Louis de France parish; Mrs. Richardson, Homer W. Bourgeois, Mrs. Andre Ouellette and Rev. Eugene Labrie, OMI; bottom picture, from left, Rev. Emile Rossignol, OMI, pastor, Notre Dame de Lourdes parish; Ferdinand Rousseau, dean of parishioners; Rev. Andre Payette, OMI, pastor, Ste. Marie's parish; Rev. Alfred Pelletier, OMI, former provincial; Rev. Lucien Brassard, OMI, director, St. Joseph's cemetery; Mrs. Homer W. Bourgeois, Rev. Herve Gagnon, OMI, pastor, Ste. Jeanne d'Arc parish; Rev. Emile Hemond, pastor, Ste. Therese's parish, Dracut; Rev. Donat Morrissette, OMI, former pastor, and Andre Ouellette, general committee chairman.

# 900 At Centennial Banquet Of St. Jean Baptiste Parish

By Leon W. Lamoureux

LOWELL—A week-long program by St. Jean Baptiste parish marking "One Hundred Years of Glory," or its 100th anniversary, was climaxed last night with a banquet attended by over 900 persons at a Pawtucket Boulevard restaurant and featured by a most interesting speaking program and entertainment. State and local dignitaries were on hand to pay tribute to the contributions made by the Oblate Fathers and their parishioners and present also were priests and laymen from practically all parts of the country and from Canada, former parishioners and priests who have served the parish in the past.

Exceptional as a toastmaster was Stanislas O. Paquin, treasurer of the CMAC. The dinner was preceded by the singing of the Star Spangled Banner by Gerard A. Brunelle, director of music at the Bartlett Junior High School. The opening prayer was given by Msgr. William Drapeau, pastor of St. Jean Baptiste parish, Lynn. Andre Ouellette, chairman of the centennial committee, gave the toast and the address of welcome.

A MOST appreciated part of the program, in addition to the singing of Mr. Brunelle, who provided, later in the evening, a potpourri of French and French-Canadian songs, were the numbers provided by a group of scholastics from the St. Eugene Scholasticate in Natick. So good is this group that plans are being made for the recording of their songs and music. This group, known as the "Kumbaye Singers," includes Bro. Armand Lacourse, OMI, on the bass viol and the guitar; Bro. Richard Desmarais, OMI, Bro. Maurice Monette, OMI, Bro. Gerard Bolduc, OMI, and Rev. Arthur Morrissette, OMI.

Messages of congratulations were read from U. S. Senator Ted Kennedy and Cong. F. Bradford Morse, and from General President Rene Pare of the Artisans Society, from Montreal.

REV. ANATOLE Lessard, OMI, pastor and superior in St. Jean Baptiste parish, was presented as a pastor or who has made numerous improvements in the parish. Prior to coming to St. Jean's he was a curate in Ste. Jeanne d'Arc parish, served as a missionary in Haiti and is a former director of the Franco-American Oblate Fathers' House in Washington, D. C.

Fr. Lessard told of his pride in being pastor of a parish which has seen 40,000 baptisms since its founding, and has three schools and two churches. His pride extends to the accomplishments of Oblate Fathers who preceded him, of the Grey Nuns of the Cross and the Marist Brothers who serve the schools, of the Sisters of the Holy Family, who serve the rectory, of the Grey Nuns of Quebec who serve the Franco-American school, formerly the orphanage, the Grey Nuns of the Cross who serve St. Joseph's hospital, and to the fact that St. Jean Baptiste parish, formerly St. Joseph's, is the mother parish of five other parishes, St. Louis de France, Ste. Therese, Notre Dame de Lourdes, Ste. Jeanne d'Arc and Ste. Marie's in South Lowell. Despite Urban Renewal which has taken hundreds of parishioners from the parish, those remaining are still loyal to the parish.

Fr. Lessard thanked all who helped in making the celebration such a huge success.

ATTY. GEN. Elliot Richardson received a standing ovation after a magnificent address in fluent French. He said, "You have a right to be proud of the progress of your parish and of the Oblate Fathers who have served you in the past 100 years."

Mayor Robert C. Maguire, bringing the official greeting of the City of Lowell, said, in part, that per capita, no city has a greater moral standing than Lowell with all its churches and that, certainly, St. Jean Baptiste parish has contributed more than its share to that standing.

VERY REV. Raymond Tague, OMI, provincial, answering to the toast of "The Oblates," told of being brought up in Rhode Island in a parish where only English was spoken and of coming to Lowell as a young man to attend the consecration of Bishop Jean Louis Collignon, OMI, now deceased, as Bishop of Les Cayes, Haiti, and how, shortly after, he entered the Oblate Order. He said that he never thought at that time that he would be speaking, as provincial, at the 100th anniversary of the same parish. He told of the province which started with 31 priests and now numbers 250. He termed Catholic laymen as consecrated people destined to take a positive role and that, without those present and their predecessors there would have been no St. Jean Baptiste parish to observe a 100th anniversary.

Predecessors of Rev. Fr. Tague as provincials have been Rev. Eugene Turcotte, OMI, first vice provincial; Rev. Louis G. Bachand, OMI, Rev. Arthur W. St. Cyr, OMI, Rev. Eugene Labrie, OMI, Rev. Ferdinand Richard, OMI, and Rev. Alfred Pelletier, OMI, Rev. Joseph Lefebvre, OMI, served as provincial of the American province from 1904 to 1907.

HOMER W. Bourgeois, presented as president of the Jean d'Arc Credit Union, originally founded by the Oblate Fathers, answered to the toast "The Parishioners." He reviewed the accomplishments of the Oblate Fathers, with the parish schools, from which have graduated 6000 boys and girls, of the bank which he heads which started with a few hundred dollars but now has over $8,000,000 in assets; of the taking over of the former Lowell Corporation Hospital, in 1930, now directed by the Grey Nuns of the Cross of Ottawa, with presently over 300 beds; of the D'Youville Manor, also directed by the Grey Nuns, with its 207 beds; of the Franco-American school, directed by the Sisters of Charity of Quebec; of St. Joseph's cemetery with its chapel and well-kept grounds. In all these accomplishments in the parish, the Oblate Fathers, said Mr. Bourgeois, have been the inspiration and he concluded his remarks with "Thank God for the Oblate Fathers."

Mr. Bourgeois has been a life-long parishioner. He is a knight of the Order of Malta, since 1950; of the Order of the Holy Sepulchre of Jerusalem, since 1954; and, in 1965 was conferred the title of honorary Oblate Father. He is president of the Union National Bank, president of the Jeanne d'Arc credit union, president of St. Joseph's Hospital, and has been awarded honorary degrees by several colleges. He maintains an active interest in many organizations.

THE PRINCIPAL speaker, Rev. Emile Bolduc, OMI, former pastor, for the past 29 years a missionary in the Philippines, was presented as priest who, now at the age of 73 years, has contributed greatly to the Catholic Church, having been in the priesthood for the past 45 years. He celebrated his first high Mass in St. Jean Baptiste Church June 17, 1923 and spent 16 years in this parish, serving as chaplain of several societies and teaching catechism in the schools. He was named superior of the rectory in 1933 and became a pastor in 1934. In 1939 he accepted a call to the Philippines, fulfilling a life-long ambition to serve as a missionary in foreign fields.

Fr. Bolduc told his hearers that racism did not exist in Lowell 100 years ago and the same conditions exists today. He told how Fr. Garin, coming to Lowell 100 years ago, was warmly greeted by Rev. Fr. O'Brien in St. Patrick's parish, how that parish gave over its lower church for services for the French-Canadians and how, even while the erection of St. Jean Baptiste church was going on, Fr. Garin started construction of the Immaculate Conception church to take care of the needs of Irish Catholics in the section. Later, in the lower St. Joseph's church on Lee Street, the Oblates sponsored services for Polish and Lithuanian Catholics who today boast of their own churches. He said that his predecessors went around doing good without regard to race and creed and termed himself as extremely happy on returning to his mission field to know that younger men have taken over and will continue the work begun 100 years ago, as manifested by the Spanish Center now being operated in St. Joseph's Shrine on Lee Street.

THE CLOSING prayer was given by Very Rev. Fr. Tague. Mr. Paquin called attention to the work of Rev. Roger Lamoureux, OMI who supervised the installation of additional microphones for the amplifying system. He is the son of Mr. and Mrs. Emile J. Lamoureux of Varney Street.

The schalastics concluded the evening's program with more songs, including one dedicated to the late Dr .Martin Luther King titled, "To My Brothers," composed by two members of the group.

Ferdinand Rousseau, considered the dean of parishioners, occupied a place at the head table.

Rev. Fr. Brassard, OMI, now 73, director of St. Joseph's cemetery, was presented as the first priest ordained in the province. He has served for 20 years as provincial treasurer, was for 15 years a curate in St. Jean Baptiste parish, 12 years pastor of Notre Dame de Lourdes parish, two years pastor of Ste. Marie's parish, South Lowell and the priest who, in 1934, with Rev. Fr. Leon Loranger, OMI, started the closed retreat movement in the province, in Natick.

Fr. Armand Morissette, OMI, unable to attend due to a commitment at the rectory, was mentined for serving as secretary to two provincials, Rev. Frs. Labrie and Richard. Fr. Morissette's brother, Rev. Joseph Morissette, OMI, attended the banquet, coming from St. Louis parish in Fond-du-Lac, Wisc., where he is pastor.

A poem by Antoine Clement was read by Mr. Paquin.

# Donahue Presses Attack On Volpe Absenteeism

From The Sun's State House Bureau

STATE HOUSE — Sen. Pres. Maurice Donahue renewed his attack this morning on Gov. John Volpe's absenteeism from the state, which Donahue claims has slowed the work of the legislature.

Donahue maintained that the governor had "broken his promise when he sent to the General Court two special messages after April 15.

"The governor told us (House Speaker Robert Quinn and Donahue) separately that he would not send in any special messages after April 15. He has broken his word on that score.

"His only motive, as I see it, could be political — that he just doesn't want us to go home."

Pressed on this subject at his press conference last week, Gov. Volpe denied he had made any firm commitment to either of the two legislative leaders.

"In fact," he insisted, "I intend to file more special messages." He went on to chide the two men for having themselves filed 12 bills this month.

# Northeastern U. Poll Favorable To Rocky

By Raymond P. Bates
Sun State House

STATE HOUSE—Results of a poll conducted by Northeastern University political science students and released for publication today, revealed that New York Gov. Nelson A. Rockefeller is the lone Republican who stands a chance of bringing victory to the GOP in the forthcoming presidential election.

The poll, headed by Prof. Robert W. Miller, also showed that Rockefeller is the preferred choice of Republicans to win the party's nomination.

Furthermore, the poll, consisting of 692 sample votes in Boston and within a 22-mile radius of the Hub, showed that Rockefeller is the strongest GOP candidate against any and all Democratic contenders and that Rocky drew 55 per cent of the Republican votes to 42 per cent for former Vice President Richard Nixon.

Results of the poll were strikingly similar to one conducted by the Ripon Society recently. Both the Ripon Society and Northeastern University political science student polls showed Rockefeller as the leading Republican in most categories.

Prof. Miller pointed out in evaluating the poll it should be remembered that all questionaires were obtained by personal interviews in a random sampling of 692 registered voters. Also, 60 per cent of those questioned were Democrats, 16 per cent were registered Republicans and 24 per cent were Independents.

To a question asking "if the Republican convention were held today who would you like to see nominated?" 55 per cent cast ballots for Rockefeller, 42 for Nixon and another 3 per cent went to others. Only Republicans were asked this question.

Asked "if the presidential election were held today which of the following candidates would you vote for?" Rockefeller rolled up a considerable lead over Nixon. Nixon drew 35 per cent of the votes to 65 per cent for President Lyndon B. Johnson and Sen. Robert F. Kennedy, 32 per cent to 68 per cent against Sen. Eugene J. McCarthy, and 43 per cent to 57 per cent against Vice President Hubert H. Humphrey.

Rockefeller, against these same Democratic names rolled up a much stronger score. He drew 50 per cent of the votes against President Johnson, or 15 per cent more than Nixon received against Johnson; 48 per cent to 52 per cent of the tally against Kennedy, or 13 per cent more than Nixon; and 55 per cent to 45 per cent of the vote against Humphrey, or 12 per cent more than Nixon.

# Negroes Confront Powell

MONT TREMBLANT, Que. (AP) — A group of Negroes forced their way into Mont Tremblant Lodge Sunday and confronted British Conservative Enoch Powell with a charge that he is a racist and should be brought to trial. Powell told them to mind their own business.

Powell set off a racial controversy in Britain with a speech calling for a halt to the annual influx of 50,000 colored persons into the British Isles. He was fired from the leadership of the Conservative party.

He is here for a private conference at the lodge of government, labor and business experts.

About 25 Negroes, several of them students from the West Indies, pushed through a police cordon and reached the front door of the lodge.

Powell came out and a delegation of four of the demonstrators proceeded to read a petition describing Powell as a racist and saying he should be prosecuted under the Race Relations Act.

Data From U.S. WEATHER BUREAU - ESSA
STATIONARY
COLD
WARM
OCCLUDED
40
50
60
H
L
Rain
Showers
Snow
Flurries
FORECAST
Figures Show Low Temperatures Expected Until Tuesday Morning
Isolated Precipitation Not Indicated—Consult Local Forecast

## The Nation's Weather

Showers are forecast for Monday night for much of the South. Warmer weather is expected in New England, along the Rocky Mountains Plateaus, in the West and in the Midwest. With the exception of the South, skies will be clear to partly cloudy.

# Fair, Not So Cool

LOWELL AND VICINITY — Tonight fair and not quite so cool. Low temperatures in upper 40s. Tuesday partly cloudy with not much change in temperature. Highest in the 60s. Probability of rain 10 per cent tonight, 20 per cent Tuesday.

Massachuetts and Rhode Island — Fair tonight not so cool as last night with lowest temperatures in the 40s. Tuesday partly cloudy not much change in temperature. Highest in the 60s.

Eastport to Block Island — Northwest winds less than 10 knots tonight. South to southwest winds ten to 20 knots on Tuesday fair this afternoon and tonight. Partly cloudy Tuesday. Visibility over 6 miles.

New Hampshire and Vermont—Increasing cloudiness not so cool tonight lowest temperatures upper 30s or lower 40s. Tuesday mostly cloudy and mild with chance of scattered showers principally north portions highest temperatures in the 60s.

Maine — Fair followed by increasing cloudiness and not quite so cool tonight. Lowest temperatures in the 30s. Tuesday mostly cloudy and mild with chance of scattered showers principally over north and central portions.

APRIL

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

April 13 Full
April 19 Last Qtr.
April 27 New
May 5 First Qtr

| | Hi | Lo | | Hi | Lo |
|---|---|---|---|---|---|
| Atlanta | 64 | 56 | New Orleans | 82 | 67 |
| Boston | 62 | 46 | New York | 66 | 48 |
| Buffalo | 56 | 33 | Phoenix | 90 | 57 |
| Charleston SC | 68 | 58 | Pittsburgh | 62 | 40 |
| Chicago | 60 | 60 | Portland, Me. | 61 | 40 |
| Columbus O. | 64 | 45 | Portland, Ore. | 81 | 47 |
| Des Moines | 66 | 41 | Raleigh | 68 | 43 |
| El Paso | 79 | 47 | Richmond | 67 | 44 |
| Houston | 82 | 66 | St. Louis | 71 | 42 |
| Indianapolis | 66 | 46 | Salt Lake City | 65 | 38 |
| Kansas City | 71 | 45 | San Francisco | 58 | 51 |
| Los Angeles | 73 | 57 | Seattle | 67 | 52 |
| Memphis | 78 | 57 | Spokane | 74 | 42 |
| Miami Beach | 83 | 76 | Washington | 59 | 48 |
| Minn.-St. Paul | 65 | 42 | Wichita | 66 | 37 |

## Cub Pack Organize

A new Cub Pack is being organized for Acre boys in the 8-9-10-year-old age brackets. Shown at one of the first meetings are, left to right: Dennis Bourque, Den Chief; Duane Ward and Larry Davis, Cub Scouts, and Mrs. Mary Townsend, president of Acre Council.

TINY Hearing Aid
slips right into ear
Sonotone's smallest hearing aid is worn all in the ear — ideal for active men and women who need better hearing. The SONET® weighs just one-tenth of an ounce with battery. It slips right into the ear — no outside cords, tubes or wires. See for yourself — get FREE non-operating replica.
Phone, visit or write — SONOTONE®
45 Merrimack St., Lowell (Over 5 & 10 Cent Store)
Room 403, Hildreth Bldg.
Over 29 Years In The Same Location
Call 452-3850
Norman J. Comeau, Mgr.
MAIL THIS COUPON TODAY —
SONOTONE — the house of hearing
Send me FREE actual-size replica (non-operating) of smallest hearing aid Sonotone ever made — worn all in the ear.
Name ______
Address ______
City ______ State ______

TOWN OF CHELMSFORD
Notice
PRESIDENTIAL PRIMARY
Tuesday, April 30, 1968
Polls Open From
12:00 Noon to 8:00 p. m.
at the following locations:

- Prec. 1: McFarlin School, All Purpose Room,
- Prec. 2: North School, Auditorium,
- Prec. 3: Junior High School, Band Room,
- Prec. 4: East Chelmsford School,
- Prec. 5: Liberty Hall, South Chelmsford
- Prec. 6: Westlands School, Auditorium,
- Prec. 7: North School, Auditorium,
- Prec. 8: High School, Small Gymnasium,
- Prec. 9: South Row School, Cafeteria,
- Prec. 10: South Row School, Cafeteria,
- Prec. 11: Westlands School, Library,

Board of Selectmen.

F-R-E-E
CALL & DELIVERY
Double S&H Green Stamps with This Coupon and your Order
AMBASSADOR CLEANERS
720 Aiken St.—Lowell
Call GL 2-3661

# CLASSIFIED ADS

LATE FLASHES taken just before press time too late for regular Classified Pages.

HELP WANTED FEMALE

RELIABLE BABY SITTER — Days, In my home only, 452-4424 before 5 p.m.

L.P.N. — 3 to 11 p.m. & 11 to 7 p.m. Nurses aides all shifts & housekeeper. Call Mrs. Burl, 455-5623.

BOOKKEEPER, Cashier, Bus Girl — Apply to Mr. Sullivan, Canteen Corp. Internal Revenue Service, Lowell St., Andover, an equal opportunity employer.

HELP WANTED MALE

EXPERIENCED rough framing carpenters wanted. Must have car & tools. Call 658-8202 after 6 p.m.

WANTED — Experienced painters, interior & exterior, steady work. Call GL 2-1635 between 5 & 8 p.m.

Lowell Sun, April 29, 1968,Pg. 73, Lowell, Massachusetts, US

# Grateful Lowell Area Citizenry Honors Oblates

**By Marguerite Lyons**

LOWELL—Rightly and justly solemn tribute was paid to the Oblates of Mary Immaculate yesterday by a grateful Lowell area citizenry composed of parishioners of all the Oblate parishes here, joined by the clergy of all faiths and parishioners of churches throughout the city on the glorious occasion of the 100th anniversary of their arrival in the Spindle City and the archdiocese of Boston.

The Oblates of Mary Immaculate of both St. John the Baptist province and the Eastern Province extolled by Richard Cardinal Cushing, DD, archbishop of Boston and by Thomas Cardinal Cooray, OMI, DD, archbishop of Colombo and Ceylon, by Congressman F. Bradford Morse, and by civic leaders and people in all walks of life, have made priceless and innumerable contributions to the betterment of Lowell since the day in April 1868 when Rev. Andre Marie Garin, OMI and Rev. Candidus Lagier, OMI, the latter succeeded by Fr. Cosson OMI, pioneered and blazed the trail for the scores of priests and lay brothers of their congregation who founded and served in seven Greater-Lowell parishes and a shrine in its downtown area.

The Oblates served Lowell with an unparalleled spirit of missionary zeal and with complete, inspiring dedication to all the people whose spiritual welfare was entrusted to them during the past 100 years, and Lowell swelled the ranks of vocations to their congregation by an impressive total of 186 priests and lay brothers.

Of this number, one Lowell man, Rev. John King, OMI assumed the duties of the second highest office of this worldwide congregation and is presently one of the six assistants to the Most Rev. Leo Dechatelets OMI, superior general in Rome, Italy.

EIGHT LOWELL priests became provincials. The late Rev. Henri Constantineau, OMI, first Lowell vocation to the Oblates of Mary Immaculate in 1882, later became provincial of the Southern Province in Texas. The late Rev. Eugene Turcotte, OMI, though not born in Lowell, came here as an infant ,was educated here, lived here all his life, and was the first provincial of the St. John the Baptist Province then known as the Franco-American Province. Rev. Arthur W. St. Cyr, OMI and Rev. Eugene Labrie, OMI were also provincials of the St. John the Baptist province. Lowell Oblates appointed provincials of the Eastern Province were the late Rev. Lawrence Tighe, OMI, Rev. Raymond Hunt, OMI, now in Washington and the late Rev. Charles Barry, OMI.

Another Lowellian Rev. Bertram Silver, OMI is presently provincial of the Oblates in Japan.

Lowell born missionaries of the St. John the Baptist province include: Rev. Emile Bolduc, OMI, Rev. Roger Paradis, OMI, Port Salut, Haiti; Rev. Roland Gagnon, OMI, Camp Perrin, Haiti; Rev. Marcel Peloquin, OMI, Chantal, Haiti; Rev. Armand Bedard, OMI, chancelor of Les Cayes, Haiti; Rev. Andre Bedard, OMI, Camp Perrin, Haiti; Rev. Roland Lussier, OMI, Les Cayes, Haiti; Rev. Albert Pichard, OMI Antofagasta Chile; Rev. George St. Jean OMI now in Hudson but for many years assigned to Basutoland Africa; Rev. Albert Lirette, OMI, Les Coteaux, Haiti; Rev. Alphonse Fournier, OMI, Mont Organise, Haiti.

Lowell born missionaries of the Eastern Province are: Rev. Joseph Boyd, OMI, and Rev. Edward Gordon, OMI, Rev. Philip Smith, OMI, Philippines; Rev. Raymond Crowe, OMI, Brazil; Rev. Joseph Hogan OMI, Brazil; and Rev. Edward Lowney OMI, Japan.

LOWELL BORN Oblates of the St. John the Baptist Province and their present assignment are as follows: Rev. Henry Bolduc, OMI, Rev. Donat Morissette OMI, Rev. Louis Desruisseaux, OMI, Colebrooke, N.H.; Rev. Arthur Salvas OMI, Rev. Leo Monette, OMI, Hudson, N.H.; Rev. George Protopapas, OMI, Paris, France; Rev. Roger Lamoureux, OMI, vocation recruiter; Rev. Armand Morissette OMI, chaplain of the French Navy personnel in U.S., Rev. George Lessard, OMI, Rev. Lionel Labrie, OMI, St. Jean Baptist, Lowell; Rev. Herve Gagnon OMI., pastor; Rev. Lucien Brassard, OMI, Rev. Roland Bourgeois, OMI, all Ste. Jeanne d'Arc, Lowell; Rev. Bernard Belley, OMI, St. Joseph's Shrine, Lowell; Rev. Maurice Jean, OMI, chaplain St. Joseph's Hospital, Lowell; Rev. Andre Payette OMI, pastor, St. Marie's, South Lowell; Rev. Maurice Savard, OMI, St. Joseph's Shrine; Rev. Laureat Savard, OMI, and Rev. Lucien Sawyer, OMI, both at Notre Dame de Lourdes; Rev. Joseph Morissette OMI, Rev. Charles Dozois, OMI, Williamantic, Conn.; Rev. Arthur Morissette OMI, Washington, D.C.; Rev. Roland Gaulin, OMI, Rev. Leo Desmarais, OMI, Rev. Andre Houle, OMI, Bucksport, Me.; Rev. Real Labrie, OMI, Treadwell Mills, N.Y.; Rev. Richard Beauchesne, OMI, Natick; Rev. Maurice Rochefeau, OMI, Natick; Rev. Arthur Lemire OMI and Rev. Paul Beauregard, OMI, Augusta, Me.; Rev. Olivier Renaud, OMI, Manville, R.I.; Rev. Maurice Bouvier, OMI, mission band; Rev. Victor Alexander, OMI, D'Youville Manor, Lowell; Bro. Joseph Boisclair, OMI, Colebrooke, N.H., Bro. Robert Monette, OMI, Bucksport, Me., Bro. Augustin Cote, Bro. Leo Chandonnet and Bro. Donat Daigle, Hudson, N.H.

Lowell Oblates of the Eastern Province and the cities of their present assignments are: Rev. William Brown, OMI, Rev. Arthur Connors, OMI, Rev. Eugene Dooley, OMI, Rev. Joseph Garrity, OMI, Rev. Joseph McCann, OMI, Rev. Edward Sullivan, OMI, Rev. William Quinn, OMI, Rev. Leo Wholey, OMI, all at Holy Angels, Buffalo, N. Y.; Rev. Matthew Casey, OMI; Rev. Harold Frazer, OMI, Rev. William Kirwin, OMI, Rev. Patrick Linehan, OMI, Rev. Hugh McCabe, OMI, Rev. Francis McCartin, OMI, Rev. James McDermott, OMI, Rev. Walter Mack, OMI, Rev. Richard Mahoney, OMI, Rev. Walter Roberts, OMI, Rev. Edward Ward, OMI, Rev. Timothy Wholey, OMI, all at the Novitiate, Tewksbury; Rev. T. Francis Curry, OMI, Rev. Raymond Hunt, OMI, Rev. George McLean, OMI, Rev. Walter Mooney, OMI, Rev. James Sheehan, OMI, Rev. William Maguire, OMI, Rev. John Kennedy, OMI, Rev. George Kirwin, OMI, Rev. Emmet Lane, OMI, all in Washington, D. C.; Rev. Daniel Finnegan, OMI, Rev. John Murphy, OMI, St. William's, Tewksbury; Rev. Francis Flanagan, OMI, Rev. Joseph C. Sullivan, OMI, Rev. Arthur Tobin, OMI, Newburgh, N. Y.; Rev. Thomas Flanagan, E. Orange, N. J.; Rev. James Garrity, OMI, Rev. Paul McCarlin, OMI, Rev. Arthur Ward, OMI, Gary, Ind.

Also, Rev. Nelson Hamilton, OMI, Rev. John Hynes, OMI, Rev. James B. Sullivan, Toledo, Ohio; Rev. John Hogan, Douglas, Ga.; Rev. Brendan Hunt, Rev. Joseph Rheault, OMI, Bishop Newman, Buffalo, N. Y.; Rev. Robert Kilroy, OMI, Rev. Francis McCarron, OMI, Brattleboro, Vt.; Rev. William Lanlagne, OMI, Fayetteville, N. C.; Rev. John Linehan, OMI, Ligonier, Ind.; Rev. John McGowan, OMI, Brockton; Rev. Joseph Quinlan, OMI, Chillicothe; Rev. Edward Tighe, OMI, and Rev. Domenic Qninn, OMI, West Jefferson, Ga.; Rev. Edward Randall, Sumter, N. C.; Rev. William Smith, OMI, Ashland, N. C.; Rev. John McLaughlin, OMI, Rev. Frederick Higgins, OMI, Rev. Albert McDermott, OMI, Rev. Thomas Wood, OMI, all Sacred Heart, Lowell; Rev. William Kelleher, OMI, D'Youville Manor, Lowell; Rev. James McCartin, OMI, Rev. William McFadden, OMI, Rev. Edward Mahoney, OMI, Rev. Joseph O'Keefe, OMI, Rev. Alban Sheehan, OMI, Rev. John Wholey, OMI, Rev. Joseph Wild, OMI, all Immaculate Conception, Lowell; Rev. John Nelson, OMI, Denver, Col; Rev. Francis Ouellette, OMI, Fallon, N. J., and Rev. Joseph Tully, OMI, McCook, Neb.

Deceased members of the Eastern Province born in Lowell are Rev. Henry Cromey, OMI, Rev. Gerald C. Noonan, OMI, Bro. Denis Keohane, OMI, Rev. John Bandley, OMI, Rev. James Connors, OMI, Rev. John Doherty, OMI, Rev. Denis Sullivan, OMI, Rev. Joseph Moynihan, OMI, Rev. Patrick Hammersley, OMI, Rev. Edward Connolly, OMI, Rev. Michael Scollen, OMI, Rev. Francis Furlong, OMI, Rev. James Flannery, OMI, Rev. William Kirwin, OMI, Rev. Owen McQuaid, OMI, Rev. Eugene Sweeney, OMI, Rev. William Farley, OMI, Rev. James Dunleavy, OMI, Rev. Lawrence Tighe, OMI, Rev. Clarence McIntyre, OMI, Rev. John Flynn, OMI, Rev. William McKay, OMI, Rev. Thomas Haggerty, OMI, Bro. James W. Burke, Rev. Leo Burke, OMI, Rev. William Noonan, OMI, Rev. Edward McMahon, OMI, Bro. Alfred Julras, OMI, Rev. Edward Fox, OMI, Rev. Charles Barry, OMI, Rev. James B. McCarlin, OMI, Rev. John Roche, OMI and Rev. John Duffy, OMI.

Deceased members of the St. John the Baptiste province are Rev. Henry Constantineau, OMI, Rev. Julien Racette, OMI, Rev. Herve Racette, OMI, Rev. Joseph Bolduc, OMI, Rev. Rosario Jalbert, OMI, Rev. Paul Germain, OMI, Rev. Pierre J. Archambault, OMI, Rev. Joseph Paille, OMI, Rev. Edouard J. Carrier, OMI, Rev. Leon Loranger, OMI, Rev. Eugene Turcotte, OMI, Rev. Normand Beauchesne, OMI, Bro. Louis Desjadons, OMI, Bro. Ovide Levasseur, OMI.

**Historical Day**

With two cardinals and the assistant general of their congregation present for the 100th anniversary of the arrival of the Oblates of Mary Immaculate in Lowell, yesterday was a historical day. Discussing highlights of that 100 years with Richard Cardinal Cushing, DD, archbishop of Boston, center, in Liberty Hall prior to the Concelebrated Mass offered in the Memorial Auditorium are Thomas Cardinal Cooray, OMI, DD, of Colombo, Ceylon, right, and Very Rev. John King, OMI, assistant general, a native of Lowell, with headquarters in Rome, Italy.

## Oblates From Throughout The World Represented

**By Marguerite Lyons**

LOWELL — Oblates of Mary Immaculate laboring for the Kingdom of God in all parts of the world were represented by their confreres returning from the various assignments of their apostolate and in some cases returning to their native city to attend the glorious celebration marking the arrival of the congregation in Lowell 100 years ago.

Oblate priests and lay brothers and clergy from the sister churches of Lowell joined the 3600 parishioners and school children attending the Concelebrated Mass at 4 o'clock in the Memorial Auditorium and met with the 750 guests attending the gala Centennial reception and banquet in the evening at a Pawtucket Blvd. restaurant.

Accompanying Thomas Cardinal Cooray, OMI, DD, of Colombo, Ceylon was his secretary Rev. Milton Anandappa, OMI, of Ceylon. Present from the missions in Japan were Very Rev. Bertram Silver, OMI, provincial, Rev. John Mahoney, OMI, and Rev. Robert Gill, OMI. Very Rev. John King, OMI, assistant to the superior general came from Rome.

There from the Philippines were Very Rev. Edward Gordon, OMI, provincial, Rev. Francis Crump, OMI, Very Rev. Joseph Milford, OMI, provincial, Rev. Henri Lavallee, OMI and Rev. Emile Laquerre, OMI, and from Cap Haitien, came Rev. Mauril Rancourt, OMI.

OBLATES from the various missions in the USA attending were: Rev. Francis McCarron, Brattleboro, Vt., Rev. James Cleary, OMI, Newburgh, N.Y.; Rev. Eugene Labrie, OMI, Hudson, N.H.; Rev. Roland Gaulin, OMI and Rev. Roger Lamoureux, OMI, Bucksport, Me.; Rev. Paul Mayrand, OMI and Rev. Gerard Roux, OMI, Willimantic, Conn.; Rev. Joseph Vaillancourt, OMI and Bro. Henry Menard, OMI, House of Studies, Cambridge; Rev. Arthur Connors, OMI, Holy Angels, Buffalo, N.Y.; Rev. John Donnelly, OMI, Rev. Charles F. Bergstrom, Rev. Francis J. Linehan, OMI, and Bro. Edmond Babicz, Provincial House, Jamaica Plain; Rev. Martin Walsh, rector of the Oblate College and Rev. Robert Kilroy, both Washington, D.C.; Rev. George Croft, West Palm Beach, Fla.; Rev. William Ryan, OMI, Lafayette, N.C.; Rev. Roland Lavallee, OMI, Manville, R.I.; Rev. Anthony Jopolo, OMI, Palisades Park, N.J., Rev. Real J. Labrie, Plattsburgh, N.Y.; Rev. Arthur Lemire, Rev. Real Bourque, OMI and Rev. Jean Vallieres, OMI, Augusta, Me.

ALSO THERE were Rev. Donat Morissette, OMI and Rev. Adhemar Deveau, OMI, Colebrook, N.H.; Rev. Harold Frazier, OMI, Rev. Hugh McCabe, OMI, Rev. Matthew Casey, OMI, Rev. Thomas Scanlon, OMI, Rev. William Brooks, OMI, Rev. Walter McMahon, OMI and Bro. Herbert King, from the Oblate Novitiate, Tewksbury; Rev. Anatole Lessard, OMI, pastor, Rev. Eugene Beaucage, OMI, Rev. Lionel Labrie, OMI, Rev. Robert Levesque, OMI, and Rev. George Lessard, OMI, St. John the Baptist, Lowell; Rev. Herve Gagnon, OMI, pastor, Rev. Romeo Murphy, OMI, Rev. Roland Bourgeois, OMI, Rev. Lucien Brassard, OMI and Rev. Arthur Obin, OMI, Ste. Jeanne d'Arc, Lowell; Rev. Emile Rossignol, OMI, pastor, Notre Dame de Lourdes, Lowell; Rev. Maurice Savard, OMI, Rev. Alfred Pelletier, director of parent education and Rev. Bernard Belley, OMI, all St. Joseph's Shrine, Lowell; Rev. Andre Payette, OMI, pastor St.Marie's, South Lowell; Rev. Aldor Boisvert, OMI, provincial house, Lowell; Rev. Archille Lhermitte, OMI, Our Lady of Grace Society, Lowell; Rev. Garrett Barry, OMI and Rev. John Hynes, OMI, St. William's, Tewksbury.

Also attending were Rev. William Lynch, OMI, pastor, Rev. John Wholey, OMI, Rev. Stewart O'Brien, OMI, Rev. Edward Mahoney, OMI, Rev. Joseph Wild, OMI, Rev. Lawrence Deery, OMI, Rev. Daniel Kennedy, OMI and Bro. John McCarthy, OMI, all Immaculate Conception parish, Lowell; Rev. John McLaughlin, OMI, pastor, Rev. Patrick Conlon, OMI, Rev. Edward Tighe, OMI, Rev. Frederick J. Higgins, OMI, Rev. Daniel Finnegan, OMI and Rev. Donald O'Brien, Sacred Heart, Lowell; Rev. Alban Sheehan, OMI, St. Margaret's, Lowell; Rev. Richard Mahoney, OMI, St. Michael's, Lowell; Rev. Maurice Jean, OMI, St. Joseph's Hospital, Lowell; Rev. John Zuronsais, St. Joseph's Lithuanian Church, Lowell; Rev. John F. Silva, St. Anthony's Church, Lowell; Rev. Thaddeus Muldoon, St. Patrick's, Lowell and Rev. James Crowley, pastor, St. Rita's, Lowell.

## Miracle Time In Naples

NAPLES, Italy (Reuters) — Blood believed to be that of fourth century Saint Januarius turned liquid in its phial today before a crowd of Pilgrims in Naples Cathedral.

A priest waved a hankerchief to announce that the miracle had happened again as the Archbishop of Naples, Corrado Cardinal Ursi, held the phial.

Almost simultaneously, in a church in nearby Pozzuoli, bloodstains liquified on a stone on which the saint is believed to have been beheaded in 305 A.D.

The miracle, devoutly believed in by Neopolitans but regarded sceptically by many other Italians, traditionally occurs on the first Saturday in May and Sept. 19.

Some scientists believe that the liquification is caused by the warmth of human hands.

## Save Three From Sea

WESTERLY, R. I. (AP) — A Westerly lobsterman and his son, using a fishing boat and a surf board, rescued three Boston youths Wednesday who had been carried more than 100 yards from Misquamicut Beach.

A neighbor alerted Anthony Servidio, who grabbed his surf-board, reached the three swimmers and helped one of them onto the surboard.

Albert Servidio, the youth's father, who had just returned in his 20-foot lobster boat, was alerted to the trouble and headed out into the ocean.

He picked up his son and the three boys and brought them back to the beach.

The youths were James Tobin and James Gallagher, both of the Dorchester section, and Arthur McCarran of Hyde Park all 21 years old.

Police said the youths did not require medical attention.

## Dock Men Returning To Jobs

BOSTON (AP) — A 10-day work stoppage which tied up shipping in Boston Harbor ends Friday when longshoremen return to their jobs under an agreement worked out Wednesday night.

A dozen ships were tied up at piers or remained at anchor in the harbor after the International Longshoremen's Union and the Boston Shipping Association got into a dispute over the size of unloading gangs.

Four gangs reported on piers Sept. 9 with less than the 18-man minimum strength, and the Shippers refused to hire them. The remaining gangs, with dock clerks quit in protest.

Federal Mediator John Sullivan announced the settlement Wednesday after a meeting in his office with representatives of the union and the shippers.

As part of the agreement the shippers agreed to lift restrictions on the number of men in work gangs, and the Longshoremen agreed to open their books for addition of 40 new men to the hiring rolls.

MARY CARTER PAINTS
MARY CARTER'S GOOD-BETTER-BEST Paint Bonanza

GOOD PAINT — Reg. $4.00 PER GALLON
SAVE $3.02
INTERIOR LATEX WALL PAINT 2 GALS. FOR $4.98
EXTERIOR LATEX HOUSE PAINT 2 GALS. FOR $5.98

BETTER PAINT
ACRYLIC LATEX WALL PAINT Reg. $5.00 PER GALLON 2 GALS. FOR $6.98
OIL BASE HOUSE PAINT Reg. $5.60 PER GALLON 2 GALS. FOR $7.98
SAVE $3.02

BEST PAINT
ONE COAT-NO DRIP LATEX WALL PAINT Reg. $6.50 PER GALLON 2 GALS. FOR $8.98
ONE COAT LATEX HOUSE PAINT Reg. $7.33 PER GALLON 2 GALS. FOR $9.98
MARY CARTER CARRIES A COMPLETE LINE OF PAINT AND PAINT ACCESSORIES
SAVE $4.02

OTHER INTERIOR & EXTERIOR PAINTS from $2.88 Gal.

WALLPAPER
ONE OF THE AREA'S LARGEST SELECTIONS of WALLPAPER from over 500 patterns in stock from 25¢ to $25

ALL TYPES OF RENTAL TOOLS

MARY CARTER PAINTS
338 MARKET STREET
One Block From City Hall
Plenty of FREE PARKING in Rear of Store

PIONEER MARKET
WEEKEND SPECIALS
CORNER OF CENTRAL AND CHARLES STS.

FRESH, MEATY, READY TO COOK, ROASTING — 3½ LB. AVG.
CHICKENS 37¢ lb
U. S. CHOICE FANCY BRISKET CORNED BEEF 69¢ lb
LEAN-THIN-END 79¢ lb. FRONT-CUT
SMALL, LEAN CORNED SPARE RIBS 65¢ lb.
U.S. CHOICE TENDER CUBED STEAK 98¢ lb.
ESSEM KIELBASY ..... 79¢ lb.
ESSEM LUNCHEON LOAF 59¢ lb.
SUNNY HILL FARM, HOME STYLE CHICKEN PIE 2¼ Lbs. Reg. Price 1.59 $1.29
SHURFINE FRUIT COCKTAIL 303 Can 4 for 89c
DOLE PINEAPPLE JUICE 46 Oz. Can 3 for 79c
PRINCE ELBOW MACARONI 3 lb. pkg. 59c
REYNOLDS WRAP Economy Size Reg. Price 83c 65c
PILLSBURY FLOUR 5-LB. BAG 55¢
CRISCO 3 Lb. Can 79¢
SUNSHINE VIENNA FINGERS ............ 39c

GROVELAND FRUIT COMPANY
439 MARKET ST., LOWELL
(OUR NEW HOME)

U. S. No. 1 New POTATOES 20 LBS. 59c
Cello-Pac CARROTS 2 pkgs. 19¢
Native Green BEANS 2 lbs. 29¢
Fancy Pascal CELERY Bunch 19¢
FANCY NATIVE TOMATOES 3 POUNDS 29c
Sweet Juicy Prune PLUMS 3 DOZEN 39c
Sunkist Grapef't 5 for 39¢
Sugar Sweet Canta'pes 2 for 39¢
NEW ONIONS 4 lbs. 29¢
SWEET JUICY PEACHES 39c BASKET

WE'VE MOVED TO 439 MARKET STREET — FREE PARKING

Lowell Sun, September 19, 1968,Pg. 71, Lowell, Massachusetts, US



# The Essex County Republican

VOL. CXIX 48 — PUBLISHED AT KEESEVILLE, N. Y. FRIDAY, JULY 31, 1959 — NUMBER 6234

## Re-Dedication of the First Baptist Church of Keeseville This Sunday, August 2nd

The First Baptist Church of Keeseville, oldest religious society in the Champlain Valley, will be re-dedicated at the 11 o'clock service Sunday morning, observing the 350th anniversary of the discovery of Lake Champlain. It will be attended by state and national church dignitaries.

The Rev. Robert W. Thurston is minister of the historic congregation which was organized in 1777 and constituted in 1791.

Re-dedication rites will be conducted by the Rev. Dr. H. Vissar Kane of Syracuse, executive secretary of the New York State Baptist Convention. Greetings will be given by the Rev. Dr. Edwin T. Dahlberg of St. Louis, president of the National Council of Churches of the U. S. A., and the Rev. Ralph E. Turner of First Baptist Church in Plattsburgh.

The observance will begin Saturday with historical exhibits in the church, constructed in 1851, and an old-fashioned ice cream social and concert by the Keeseville Band in the evening.

Members of all denominations as well as special friends of the church, are cordially invited to attend this impressive ceremony.

The First Baptist Church of Keeseville—Built in 1851

The Rev. Reuben S. O'Dell For 42 Years Pastor of the Baptist Church of Keeseville

The Rev. Robert W. Thurston Present Pastor of the First Baptist Church of Keeseville

## Vermonters Cause Turmoil At County Jail

Three Vermonters, serving sentences for vagrancy in Essex County jail at Elizabethtown, stirred up a commotion at the jail Wednesday, the last day of their sentence.

Elizabeth Jane Bradley of Lincoln, Norma Jean Grant of Winooski and Gerald Thibault of Burlington, committed July 16 by Justice of the Peace Bradford of Crown Point on vagrancy charges, were picked up at Crown Point State Park.

According to Deputy Sheriff Jack Crowley, in charge of the county jail in the absence of Sheriff Davies, who is attending a jail management school at St. Lawrence University, the three were unruly, boisterous and uncooperative prisoners.

Wednesday, they started in to make real trouble from their cells and were subdued by Crowley and Mrs. Davies.

Reports that tear gas was used are emphatically denied by Crowley, who stated that members of the fire department went to the jail on the call of someone not connected with the sheriff's department, were informed that everything was under control and left.

Deputy Sheriff Crowley stated to your reporter that the incident had been greatly magnified.

## $8,480 Raised By County Unit Cancer Society

Grant W. Johnson, campaign chairman of the Essex County Unit of the American Cancer Society, announces the total raised for the year 1959 is $8,480.82. Of this amount, $886.90 constituted memorial gifts.

Mr. Johnson expresses his sincere gratitude to all the volunteers and contributors who gave so generously. "We are most grateful for the valuable publicity we have received thru the county newspapers, which in no small way attributed to the success of the campaign," he said.

### Ticonderoga Craft Mart

Three hundred New York State and Vermont craftsmen are holding the second of a series of Champlain Festival Crafts Marts at the Ticonderoga town shed this week. The week long craft show is being sponsored in Ticonderoga by the Kiwanis Club, under Dr. Milton Bennett. Mrs. Reita Litz, House of Litz, Pittsford, Vermont is Director and originator of the five Champlain Festival Crafts Marts being planned during the Festival Year.

## Keeseville Elks Lodge Will Dedicate Their Home On Sunday Afternoon

The members of Keeseville Lodge, 2072, Benevolent and Protective Order of Elks will dedicate their home next Sunday with proper ceremonies. The Hon. James Fitzpatrick of Plattsburgh, former assemblyman from Clinton County, will be speaker on the program to be directed by Exalted Ruler Harold Bracken.

Starting promptly at three o'clock in the afternoon, the program will include the impressive dedicatory ritual of the Elks, conducted by Exalted Ruler Bracken and his staff of officers. The "Two Dots," Mrs. Dorothy Ryan and Mrs. John Mussen, will sing, accompanied by Miss Mildred Stone.

A cocktail party will follow the dedication at five o'clock in the afternoon and a buffet, under the direction of Donald La-Fortune, steward of the club, will be served at seven o'clock in the evening. Dancing will follow if an outdoor floor can be completed.

All visiting Elks, as well as members of the local lodge, and their ladies are urged to attend this important celebration of the local lodge of Elks which has traveled so far in so short a time.

### Local Lodge Co-sponsors Golf Tournament

This week Saturday, Keeseville Lodge joins Plattsburgh Lodge in sponsoring an Elks' golf tournament to be played off at Indole Golf course at AuSable Forks to be followed by open house at the Keeseville Elks Home. A buffet will be served at Indole Club house. Tee-off will start at ten o'clock in the morning.

America's five million farmers now own liquid financial assets of about 14.5 billion dollars with about five billion of the total in Savings Bonds, the Department of Agriculture reports.

## Seven Keys To Baldpate By Keene Players

The Keene Valley Players will present "Seven Keys to Baldpate," a melodramatic farce by George M. Cohan, in Keene Central School auditorium Saturday, August 8, for the benefit of Keene Valley Hospital. This former Broadway success is being directed by Kenneth A. Lawrence and includes the same cast which presented it so successfully in the spring.

Edgar Marvin has the major role with Emily Jaques in the feminine lead. Others in the order of their appearance include William Payne, Blanche Isham, Lloyd Watson, Betty Alexander, Hamilon J. W. MacCormack, Frances Dennison, Elmore Edmonds, Robert Ashe, Ernest Kelley, Kenneth Lawrence, Ralph Alexander, Charles Broe and Gilbert Jaques.

Tickets are now being sold at various places throughout the area and may be purchased at the door on the night of the performance.

### Flower Show At Lake Placid

The annual flower show presented by the Garden Club of Lake Placid will be held on Wednesday, August 5th from 2 to 9 in Erdman Hall of the Community Church in Lake Placid.

## N. Y. & Vermont Bishops Will Officiate At Oblate Shrine

The Shrine of Our Lady of Hope at Essex will be the site of a three-day program of religious services in which Catholics of the Champlain Valley will observe the 350th Anniversary Celebration of the discovery of Lake Champlain.

The services will begin at 8:00 p. m., Friday, July 31, with a Holy Hour. The Rosary will be recited in procession followed by Special Prayers to Our Lady of Hope. The Rev. John T. McLaughlin, O. M. I., S. T. L., Oblate Provincial Secretary will deliver the sermon, after which the Rt. Rev. Msgr. Benjamin J. ..., P. F., will preside at Solemn Benediction. The ceremony will close with the veneration of a relic of the True Cross.

Services on Saturday, August 1, will begin at 5:00 p. m., with a Pontifical Mass to be celebrated by the Most Rev. James J. ..., D. D., Bishop of Ogdensburg. The sermon will be preached by Father Thomas Reddy, O. M. I., ... O. A., Music for the Mass will be sung in their native tongue by the Mohawk Indian Choir from the St. Regis Reservation at Hogansburg. Seminarians from the Oblate Major Seminary at Washington, D. C., will sing the processional and recessional hymns. Holy Communion will be distributed at the Pontifical Mass and facilities will be made available for confessions beforehand.

The three-day anniversary observance will conclude with a Solemn Pontifical Mass at 5:00 p. m., Sunday, August 2, to be celebrated by the Most Rev. Robert F. Joyce, D. D., Bishop of Burlington, Vt. The Very Rev. Raymond J. Hunt, O. M. I., Ph. D., Eastern U. S. Oblate Provincial, will preach the sermon and the choir will be composed of Oblate Seminarians.

A color guard from the Plattsburgh Air Force Base and an honor guard of Knights of Columbus will be present at the Saturday and Sunday afternoon services.

The Oblates of Mary Immaculate of the Eastern U. S. Province introduced the devotion to Our Lady of Hope in this country in 1952. It is centered about the apparition of Our Lady of Hope which occurred at Pontmain, France, in 1871. In 1953 the American Shrine to Our Lady of Hope was erected at the Oblate Mission House situated on the shores of Lake Champlain one mile north of Essex on Route 22.

## Fred Lackey, 97 Years Old Tendered Surprise Party

Fred Lackey was a guest of honor at a surprise party at his home July 22, the occasion being his 97th birthday anniversary. His daughter, Mrs. Clara Lyons was hostess and Albert Gates of Ticonderoga entertained 29 relatives and friends by showing slides of the Champlain Festival 350th Anniversary celebration and canoecade. Mr. Lackey received several gifts and cards, and two decorated birthday cakes one being made in the form of a horseshoe for good luck, horses being one of his favorite hobbies. Delicious refreshments were served.

Among those present were: Mrs. Kenneth Bond and daughter of Darien, Conn., Mr. and Mrs. Kenneth Bond, jr., and three children, Westport, Conn.; Albert Gates, Ticonderoga; Mr. and Mrs. William Plumadore and three children, Port Henry; Mrs. Raymond Monty and son, Moriah; Mrs. Gordon Bigelow and sons, Roger and Gordon, jr., of Pittsfield, Mass.; Mrs. Raymond Fields and son, Witherbee; Mr. and Mrs. Roy Rivers and children, Elizabethtown; William Gates, sr., Elizabethtown; Mr. and Mrs. Donald Elmore and Elon Gates, Westport; and Mrs. Mary Gates of Willsboro.

Richard Coonrod

## Richard M. Coonrod Artificial Breeding Technician

Richard M. Coonrod of Willsboro began work July 24 as dairy cattle artificial breeding technician in Unit One of the Essex County Artificial Breeding Cooperative, Inc., according to Wallace Johnson of Ticonderoga, president of the affiliate of New York Artificial Breeders' Cooperative of Ithaca.

Coonrod replaced Erwin Barber of Westport. A technician in that area since February, 1954, Barber resigned to devote full time to his farm. Unit two of the Essex association is staffed by Robert A. Young of Crown Point.

In his new capacity, Coonrod is bringing artificial breeding service from NYABC sires of all five major dairy breeds—Holstein, Guernsey, Jersey, Ayrshire and Brown Swiss—and Augus beef sires in Regular Service and these and other sires in Planned Mating Service to dairymen's herds in the townships of Willsboro, Essex, eastern Elizabethtown, and eastern Lewis. Dairymen may phone Coonrod at Willsboro, Woodland 3-4265.

Twenty-seven year old Coonrod was born and raised on a 350 acre dairy farm in Essex County near Elizabethtown. He was a member of the 4-H and the Dairymen's League Young Cooperators. During his senior year at Elizabethtown Central School, he managed his father's farm.

When he graduated, Coonrod won an award from Becker College for the highest average in a four-year high school business major. For two years after graduation, Coonrod continued to work on the dairy farm.

Coonrod is married and he and his wife have three children. The Coonrods own and operate a small grocery store in Reber, where he is a member of the Reber Fire Company.

In May, 1959, Coonrod graduated from the artificial breeding technicians training course at Cornell and the Field Service Department of the New York Artificial Breeder's Cooperative.

## Le Grande Pow-Wow Scholarship Benefit

"Le Grande Pow Wow" will be held in the Windsor Wigwam on August 8. This ceremonial meeting is to honor the Indian goddess Paint on the Palette. All peaceful tribe members who donate one scalp, or its equivalent in white man's money, are invited to attend. The proceeds will be used to help some local brave or squaw learn how to apply the old war paint at the Old Mill Art School.

In celebration of the 350th anniversary of the discovery of Lake Champlain, we Indians welcome all French settlers or woodsmen who will join in he fun.

Remember folks, it is more fun for all if you dress in costume. Come, join the fun, tell all your friends.

### Dies Following Crash

Stanley F. Fifield, 40, of Newcomb died at Moses Ludington Hospital, Ticonderoga, of injuries received in an automobile accident early yesterday morning about a mile south of the village of Ticonderoga. He had run out of gas for his car and was picked up by a car driven by Andrew Barnabee, 17, of the Portage, Ticonderoga. Investigated by the State Police of Port Henry, John Miller was the coroner.

## Pageantry at Fort Ticonderoga with High Ranking Dignitaries Climaxes Conoecade

Governor Nelson A. Rockefeller of New York, Governor Robert T. Stafford of Vermont and a host of U. S. and foreign government representatives were at Fort Ticonderoga Sunday to welcome the 350th Champlain Anniversary Canoecade as it climaxed its journey down Lake Champlain.

Also on hand to greet Champlain and his 60 Algonquin Indians were some 80 Iroquois Indians for a dramatice re-enecament of the historic battle on that site in July, 1609.

Upwards of 10,000 persons watched the pageantry and the official program, lining the walls of the fort and ranging along spacious Trembling Meadows on the lake short. Again, Champlain's ancient harquebus, first firearm encountered by the Iroquois, blazed, and the Iroquois were routed.

In a high point of the afternoon's program, Assemblyman Grant Johnson of Ticonderoga, chairman of the Interstate Commission on the Lake Champlain Basin which is sponsoring the Champlain Festival, presented engraved gold medallions to the two visiting governors.

Presentation of the Festival medals to the many visiting dignitaries was made by Assemblyman Johnson in Crown Point on Saturday when the Canoecade of 24 birch bark canoes visited there for the re-dedication of the 300th Champlain Anniversary Memorial, adjacent to the bridge.

John H. G. Pell, chairman of the Federal Hudson-Champlain Commission and co-chairman of the Champlain Festival, was master of ceremonies at the fort Sunday afternoon.

(Continued on Page 5)

## Exception Taken To Statement Of James Morse

Information in the letter of James Morse of Essex, printed last week in this paper, is not correct according to a statement by William Preston, jr., of Burlington, Vt., president of Champlain Canoecade, Inc., the organization responsible for the formation of the Canoecade and execution of the part played by it in the 350th Champlain Festival to the entertainment of thousands of spectators who witnessed it as it depicted discovery of the lake by Samuel de Champlain.

### The Letter

July 24, 1959

To the Editor of the Essex County Republican:

In the July 24th issue of the Essex County Republican certain questions are raised by one of your readers about the Champlain Canoecade. I would appreciate the opportunity to answer these questions and present the facts as I know them to exist.

During the last two years several meetings have been held by the 3550th Anniversary Committee of the New York-Vermont Commission for the Development of the Lake Champlain Basin. The purpose of these meetings was to develop a program suitable for the commemoration of the 350th Anniversary of the discovery of Lake Champlain. It was expected that an event of this magnitude would afford an opportunity for numerous citizens in towns and cities in northern New York and western Vermont to participate in a celebration of great historical significance, would encourage the news media to publicize the Lake Champlain Basin and would attract many visitors to this general area.

It was decided that an important feature in this celebration would be the re-enactment, to

(Continued on Page 10)

## Protestant 350th Festival Observance At PAFB Sunday

Protestant denominations of the United States and Canada will combine for the huge 350th Champlain Anniversary Protestant Observance to be held at the Plattsburgh Air Force Base gymnasium at 4:30 p. m., next Sunday, Aug. 2, sponsored by the New York State Council of Churches.

Among church dignitaries attending will be the guest speaker, the Rev. Dr. Edwin T. Dahlberg of St. Louis, formerly of Syracuse, president of the National Council of Churches of the U. S. A., and the Rev. Charles Cochran, president of the Montreal Council of Churches.

Massed choirs of Protestant churches of Essex, Clinton, Warren and Washington Counties will sing under the direction of Colony at Schroon Lake. In addition there will be a concert by Princeton Seminary Choir.

The committee also is scheduling a four-day program at famed Silver Bay Association on Lake George. On Aug. 9, Georgia Harkness, native of Harkness in the Champlain Valley, now Professor of Theology at the Pacific School of Religion, Berkeley, Cal. will speak.

A Year of History campus fair, with historical exhibits and special film programs, will be held Aug. 10 and 11, and on Aug. 12, State Sen. Dutton S. Peterson of Odessa, president of the State Council of Churches, will speak.

## Mutual Aid Fire Service Demonstrated

A fine demonstration of the Mutual Aid, in case of a big fire, was demonstrated Wednesday evening when the rubble of a house on Pleasant street was burned by the Keeseville Fire Department. Gilbert Hulett, chief of the Peru department and deputy Mutual Aid co-ordinator of Clinton County, was present for observation.

The fire was touched off at seven o'clock and simultaneously the alarm was sounded. Under direction of the chief, Lloyd Bresette, assistant chief, sent out a call for Mutual Aid. In exactly 27 minutes, five fire departments from the area, including Keeseville, had arrived and were taking part in applying four streams of water to the fire, which gained headway fast.

The water came from the AnSable River. The Keeseville portable pump, placed on the swinging bridge, pumped water to its pumper from which it was pumped to the Rescue Hose pumper and into hoses which played on the fire.

The portable pump of the Peru Department was placed back of the old shirt factory, pumped to the peru pumper thence to the AuSable Forks pumper from which it was pumped to hoses fighting the fire.

The Morrisonville department stood by at Wallace St. John's to protect the barn there.

Chief of the department in whose fire district the fire is burning is in charge of the operation, in this case Chief William Benware of the Keeseville department, whose pumper truck was in close proximity to the fire, establishing headquarters for orders issued by the chief.

The fire threatened a utility pole carrying telephone cable and high tension wires, but was kept under control. A house, very close to the fire was kept wet down and free from fire.

Co-ordinator Hulett declared the demonstration a success. The burning mass, the remains of a condemned house, was entirely extinguished, but it was well after mid-night before the hose had been picked up and the firemen left the scene.

## AuSable Valley Tel. Co. Installs Modern Service In Silver Lake Area

Since early spring, construction by the AuSable Valley Telephone Company, has been underway on a new telephone system for the Silver Lake area. This area, now served by the AuSable Forks 13 and 15 lines, has in the past presented serious engineering and economical obstacles to the introduction of modern communication service, because of the sparse and widely scattered population, heavy induction from power lines, and heavily wooded areas.

Experiments, however, carried on with newly developed carrier equipment indicate a means of overcoming these difficulties and at the same time provide means of economical expansion if further developments occur in the Silver Lake area.

The construction now underway provides a new pole line and a new two-wire copper circuit extending to Silver Lake. At the terminals of the new circuit transistorized carried equipment will be installed capable of serving up to 110 subscribers, there are now 27 in the area, with fully selective ringing phones and high high grade voice transmission. Since the construction will be new and employ only a single pair of wires, service interruptions should be much less frequent and restoration after storms much easier and quicker than in the past.

Carrier equipment, essentially is a radio circuit confined to the physical telephone circuit which converts normal voice frequencies of around 1,000 cycles to from 27,000 cycles to 350,000 cycles. This equipment can be arranged to provide as many as eleven conversions over a single pair of wires without interference. It is hoped to have the new system in operation in time to give our seasonal customers in this area a sample of the service they can expect next season.

For some time service to subscribers in the Upper Jay-Glenn area has been very poor because it was expected that upon dial conversion the last four subscribers on the Glen line would be served by the N. Y. Telephone Company's facilities in this area. These subscribers are really located in the other company's territory according to maps filed by both companies with the Public Service Commission. However, rather than continue fruitless negotiations the AuSable Tel. Co. is proceeding with the necessary new line construction to overcome the interference now experienced. It is expected that improvement will shortly be in evidence. The company expresses to Glen subscribers sincere appreciation for their patience during this unfortunate situation.

### Stock Available

July 1, regular quarterly dividends of $1.38 per share were paid to holders of the company's preferred stock and a semi-annual dividend of $1.20 to the common stockholders. Of the authorized issue of 1,000 shares of preferred stock, but 211 shares remain unsold. Anyone interested in a good safe telephone company Preferred stock investment which pays dividends quarterly on a 5 1/2% basis which can be purchased at par $100 plus accrued dividends at time of sale without brokerage or other charges should call the business office collect TE 4-7211.

Keeseville Essex County Republican, July 31, 1959, Pg. 1, Keeseville, New York, US

**Seeks area delegate support**

Senate President Maurice Donahue, second from left, has been touring the Lowell area seeking support from Lowell area delegates to the Democratic State convention. Shown from left are Representative Nicholas Lambros of Dracut, Donahue, Representative Felix Perrault from Westford and James O'Connor, Chairman of Ward eight of the Democratic city committee.

# Many Lowell area priests receive new assignments

LOWELL — Very Rev. Raymond Tague, OMI, provincial of the Oblate Fathers of St. John the Baptist Province, has announced the following assignments, which will go into effect during the summer months:

Rev. Anatole Lessard, from pastor at St. Jean-Baptiste parish, Lowell, to Oblate House of Studies, Cambridge, as superior and bursar.

Rev. Myles Cyr, from Notre Dame de Lourdes parish, Lowell, to St. Jean-Baptiste parish, Lowell, as pastor and superior.

Rev. Romeo Fillion, Oblate Provincial House, Lowell, as superior and bursar.

Rev. Romeo Murphy, from Ste. Jeanne d'Arc parish, Lowell, to Notre Dame de Lourdes parish, Lowell, as assistant pastor.

Rev. Eugene Labrie, from Oblate Retreat House, Hudson, N.H., to Oblate Residence, Bangor, Me., as chaplain St. Joseph's Hospital, Bangor, Me.

Rev. Lucien Sawyer, from Notre Dame de Lourdes parish, Lowell, to Immaculata Retreat House, Willimantic, Conn., as retreat master.

Rev. Raymond Lebrun, from St. Jean-Baptiste parish, Lowell, to St. Peter's parish, Plattsburgh, N.Y., as assistant pastor.

Rev. Lionel Desjardins, from St. Joseph's Seminary, Bucksport, Me., to St. Jean-Baptiste parish, Lowell, as bursar.

Rev. Roger Lamoureux, from St. Joseph's Seminary, Bucksport, Me., to Immaculate Retreat House, Willimantic, Conn., as superior and bursar.

Rev. Adhemar Deveau, Oblate Fathers' Novitiate, Colebrook, N.H., as superior for a second term.

Rev. Real Bourque, St. Paul's Retreat House, Augusta, Me., as superior for a second term.

Rev. Joseph Morissette, from Immaculata Retreat House, Willimantic, Conn., to St. Joseph's parish, Treadwell Mills, N.Y., as pastor.

Rev. Willrid. Belanger, from Oblate Provincial House, Lowell, to Ste. Jeanne d'Arc rectory, Lowell.

Rev. Charles Dozois, from Immaculata Retreat House, Willimantic, Conn., to Ephpheta House, Manville, R.I., as retreat director.

Rev. Normand Tousignant, from Oblate House of Studies, Washington, D.C., to Oblate College and Seminary, Natick, as director of Formation.

Rev. Charles Breault, to Oblate College and Seminary, Natick, as chairman of the Department of Philosophy.

Rev. Georges Sirois, from Oblate College and Seminary, Natick, to director of newly-farmed Brothers' Formation Center.

Rev. Joseph Vaillancourt, from Oblate House of Studies, Cambridge, to Oblate Mission in Haiti.

Rev. Alphonse Houle, from St. Joseph's Hospital, Bangor, Me., to Oblate Retreat House, Hudson, N.H.

Rev. Paul Mayrand, from Immaculata Retreat House, Willimantic, Conn., to Oblate Retreat House, Hudson, N.H., as retreat master.

Rev. Charles Moreau, from Ephpheta House, Manville, R.I., to St. Paul's Retreat House, Augusta, Me., as retreat master.

Rev. Louis Desruisseaux, St. Paul's Retreat House, Augusta Me., as bursar.

Rev. Real Labrie, from pastor at St. Joseph's parish, Treadwell Mills, N.Y., to St. Peter's parish, Plattsburgh, N.Y., as assistant pastor.

Rev. Carl Capen, to St. Joseph's Seminary, Bucksport, Me., as vocation director.

Rev. Marcel Duclos, St. Joseph's Seminary, Bucksport, Me., as principal.

Rev. Claude Dozois, from St. Peter's parish, Plattsburgh, N.Y., to St. Joseph's Seminary, Bucksport, Me., as professor.

Rev. Robert Labranche, from Oblate House of Studies, Cambridge, to Ste. Peanne d'Arc parish, Lowell, as assistant pastor.

Rev. Raymond Marquis, from Oblate House of Studies, Cambridge, to St. Jean-Baptiste parish, Lowell, as parish aide during fourth year of theology.

Rev. Donald Soucy, from Oblate House of Studies, Cambridge, to Notre Dame de Lourdes parish, Lowell, as parish aide during fourth year of theology.

Rev. Romeo Ferland, from Oblate Fathers' Novitiate, Colebrook, N.H., to hospital chaplaincy, Waterville, Me.

Rev. Allred Charpentier, from Oblate House of Studies, Cambridge, to Oblate Missions in Haiti.

Rev. Armand Lacourse, from Oblate House of Studies, Cambridge, to Immaculata Retreat House, Willimantic, Conn., as retreat aide during fourth year of theology.

Rev. Robert Morin, from Oblate House of Studies, Cambridge, to Connecticut Valley Hospital, Middletown, Conn.

Rev. Gerard Tetrault, from Oblate House of Studies, Cambridge, to Loyola University, Chicago, Ill.

Rev. Gerard Bolduc, from Oblate House of Studies, Cambridge, to St. Jean-Baptiste parish, Lowell, as assistant pastor.

Rev. Raymond Breton, from Ephpheta Retreat House, Manville, R.I., to Oblate College and Seminary, Natick, as professor.

**Five children hurt**

# Storm causes heavy damage in suburban Lowell towns

By RALPH JACOBS
Sun Staff Reporter

LOWELL—Five small children were injured last night, one now reported in critical condition and another serious, when the family station wagon was wrecked and apparently overturned at the height of the season's first serious electrical storm which hit suburban area towns last night.

Kimberly McKenney, 5, and her brother Mark, 2, both of Pine Street, Nuttings Lake section of Billerica, are hospitalized with serious injuries at Boston's Children Hospital. Kimberly, according to hospital authorities is reported in critical condition and Mark is serious. Both, they said suffered head injuries.

Three other children, Lorraine and Richard McKenney and Timothy S. Conrad, 12 suffered less serious injuries and are reported as "doing fine" in the Choate Memorial Hospital in Worburn. Lorraine, 6, and Richard, 7, both had lacerations.

The McKenney childrens' mother, Mrs. Carol McKenney, who police say was the operator of the car, was also taken to Choate but after a check by doctors was released. She had apparently sustained no injuries.

Although it appears neither the police nor the firemen who responded seem to know how the accident occurred, it appears the station wagon was overturned and one or more of the children were pinned underneath. Reports indicate that the fire department received the first call (just after 6:30 p.m.) and the caller said "there is a car turned over and someone is pinned under it."

Othe officials reporting on the accident this morning believe that someone in an effort to extricate the children may have uprighted the vehicle before police and fire officials arrived at the scene.

The Conrad boy, whose injuries reportedly include lacerations of the face and the right thigh and multiple contusions of the scalp and chest told police "a white car cut us off the road."

Billerica Patrolman Edward Gas, concerned that if he waited too long for the ambulance, it could endanger lives placed the two most serious injured children in his cruiser and accompanied by one of the firemen, departed immediately. Officer Harold Blake, took the other three children, he was also accompanied by a fireman.

The ambulance, apparently detained on another matter, caught up with the two cruisers at Chote and doctors immediately transferred Kimberly and Mark for the trip to Boston.

The storm, which apparently caused a number of power failures, and several small fires was also considered partly responsible for five automobile accident in Chelmsford, two of which also resulted in injuries and hospitalization.

The first accident according to Chelmsford police, was on Northern Ave. when a car operated by David Sadowski, 17, of 65 Northern Ave. left the road and struck a mail box and utility pole. He was taken to St. Joseph's hospital and admitted for treatment of back, head and leg injuries.

At 7:45 p.m. two cars sideswiped on Route 3 near the rotary Albert Gregoire of 5 Parkview Ave., Lowell, was taken to St. Joseph's for treatment. Gregoire was operator of one car and the other was being driven by Lawrence Mailland, 31, of Littleton. Police said there were no injuries reported in the other accident.

One fireman in Dracut was overcome by heat and exaustion after responding with other Dracut firemen to a call on Sicard Ave. where an unfinished home was struck by lighting.

George Andrews, who at first was treated by his fellow firemen at the scene was taken to a hospital where he was treated and released.

Dracut officials said the lightening struck the ground near the home being constructed by Edward Surlado and then snaked its way into the attic.

Chelmsford and Billerica fire officials also report strange behavior patterns by the lightning.

IN Chelmsford lighting damaged electrical wiring at the home of William F. Dempsey at 20 Marose Ave about 5:30 last night, at the height of the storm.

Firemen from the Center station reponded on the alarm. They reported the lightning apparently struck a pine tree near the house and then bounced off against a television antenna on the roof of the attached garage.

It followed this line into the house where it blew a fuse. The house itself appeared to be undamaged.

## White to speak here Sunday

LOWELL — Boston Mayor Kevin H. White will be the guest speaker at the annual communion breakfast of Fireman's Local 853 on Sunday.

The firefighters will march from the central fire station on Palmer Street to St. Michael's Church for the 8:30 a.m. mass before the breakfast. The breakfast will be held in the St. Michael's school hall.

Tickets for the breakfast can be obtained by calling breakfast committee members Robert Page, chairman, John Abrams and Roland Brooks.

Firefighters president, Walter Casserly, is chairman of the communion breakfast, assisted by vice president, Roland Brooks, and secretary-treasurer, Robert Page.

The honorary chairman is Fire Chief Walter J. Kane.

White is one of four Democrats seeking the gubernatorial nomination.

SATURDAY
BANKING
IN
PELHAM
OPEN SATURDAY FROM 9 to 12
Pelham Bank & Trust Co.
Pelham Plaza, Pelham, N.H.

Political Advertisement

MEET . . .
County Commissioner
JOHN F. DEVER
— FOR —
SHERIFF
AT
Long Meadow Golf Club
TOMORROW NITE
June 5, 7:30 p.m.
Committee to elect John F. Dever

KRESGE'S
SALE PRICES EFFECTIVE FOR 4 DAYS ONLY-WED., THURS., FRI., SAT.

SUMMERTIME SWINGERS

Beat the Heat!

JAMAICA SHORT SETS IN SUMMERY COLORS
Reg. 4.44 4 Days Only 3.57 Your Choice
Sleeveless cotton/acrylic knit tops, cotton shorts. 8-18. Nylon knit top, shorts in 10-18. Save!

KICKY PANT DRESSES TO WEAR FOR SUMMER
Reg. 3.66 4 Days Only 2.77 Your Choice
Sleeveless cotton denim or duck in solids, prints or two-tone colors. Styles in 8-16. Buy now!

Reg. 1.57—4 Days Multi-purpose. 28 x 16½ x 14". Under-bed, 35 x 18 x 6" 1.17

Reg. 2.87-2.37—4 Days Non-reflecting glass. Special! 1.97

20-IN. TWO-SPEED PORTABLE BOX FAN
Seafoam enamel metal case, polystyrene safety guards, handle and rotary switch. For floor, table or window. 15.97

Deluxe Roll-About Stand For 20" Breeze Box Fans, Has Chrome Tubular Uprights, two 4" Wheels........9.88

10" ROUND ENAMEL FAN 10.78
Single speed, on tilting stand, feed-thru on-off switch on cord.

38¢

KRESGE DOOR BUSTER COTTON TERRY PANTS, 2-6 4 for $1

KRESGE DOOR BUSTER 35/45" COTTON YARD GOODS 44¢ yd.

KRESGE DOOR BUSTER SEAMLESS PANTY HOSE Reg. 76¢ pr.

KRESGE DOOR BUSTER BRIEFS AND BIKINIS 3 for $1

KRESGE DOOR BUSTER 10" TEFLON FRYING PAN 1.44

KRESGE DOOR BUSTER 10-PAK "MA" FREEZE POPS 33¢

1.49 Value! Complete Fried Chicken Dinner with Jello and Coffee or Coke...1.18

S. S. KRESGE COMPANY

35 MERRIMACK ST. DOWNTOWN LOWELL

STATE COLLEGE STUDENTS MOVING OUT

. . . Gail Thomas, Joan Scollan assist Glenda Dubay

# LTI-State students begin moving chores as school year nears end

LOWELL—Students from Lowell State College and Lowell Technological Institute packed their bags and evacuated their in-school living quarters this week, anxiously anticipating their summer holiday.

Seniors, however, remain in their respective dorms until Sunday, when they will graduate during commencement exercises, at L.T.I. and L.S.C.

Those undergradute students who have already left for the summer are either going home for the summer where they will work in local areas around their residences or will be traveling to one of the many New England summer resorts where they will be working as waitresses, musicians, cooks, and a variety of other jobs.

SOME politically active students will be working in conjunction with organizations who are promoting local candidates for the up and coming November election.

A few fortunate students will be traveling abroad to further their studies especially in the area of foreign languages. Some of these students will be joining their parents on a European holiday, traveling to Paris, the port of Marseille, Italy, and other sundry places.

Some ambitious senior students will be embarking on their master degrees after they receive their bachelor degrees Sunday. Many will be attending the summer graduate degree programs being offered at Lowell State College, LTI, U. of Mass. Boston University and many other colleges and Universities located throughout the state.

LALLAS BUICK
If you're going to pay the price of a Buick why not own a Buick?
41 W. Merrimack St. GL 3-5155

Special General
MEETING
Sunday, June 7, 11 a.m.
H. E. Fletcher
Social & Athletic Club

## CLASSIFIED ADS

LATE FLASHES taken just before press time too late for regular Classified Pages

LOST

LOST CHILDREN'S PET—Golden Retriever, 4 years old. License No. 120677. Reward. 458-1133.

SITUATION WANTED FEMALE

WILL DO IRONING CALL 453-4021

SITUATION WANTED MALE

DRUMMER is looking for work. Has full set of drums. GL 3-5831.

HELP WANTED FEMALE

RELIABLE WOMAN—To baby sit 2 small children in my home weekdays. Pawtucketville area. 454-4455.

Case 1:23-cv-05294-RPK-LB Document 1-2 Filed 07/11/23 Page 12 of 13 PageID #: 50

# Machinery Seen in Motion For All-Out Mobilization

### President Truman's Request for More Wartime Powers Seen as Indication

WASHINGTON, Dec. 19 (AP)—President Truman's request for additional wartime powers was greeted in some quarters today as a sign that the machinery is in motion for all-out mobilization.

The president asked congress yesterday to approve legislation that would let him juggle government bureaus and set up emergency agencies, as well as permit renegotiation of defense contracts.

Senator Magnuson (D., Wash.), a member of the armed services committee, told reporters he thinks this is only a step toward the full mobilization of resources he said is necessary to fight off Communist aggression.

However, Chairman McCarran (D., Nev.) predicted the senate judiciary committee will move cautiously in giving the president authority to reorganize agencies.

McCarran indicated the proposed legislation may have to wait until the new congress meets next month.

**Careful Screening**

While Magnuson and other members of congress saw in Mr. Truman's bid for new legislation a sign that the all-out mobilization many of them have been demanding is on the way, there were indications the request would be carefully screened.

Senator Brewster (R-Me.), for example, said Republicans will want to be certain the president isn't given such blanket reorganization authority that he could create a new welfare department. The president proposed such a move in a previous reorganization plan vetoed by congress.

Mr. Truman said in a letter to Vice President Barkley and House Speaker Rayburn yesterday he wants authority to make only emergency and temporary changes in the government setup.

"When the emergency has ended, the agencies affected will revert to their present status unless further action is taken by congress," the president said.

## More Troops Will Go to Europe

Continued from Front Page

ing overseas." The president said he couldn't answer that.

Mr. Truman said he talked by telephone with Eisenhower last night and the general is coming in to see him. He said it would be up to Eisenhower to pick his own staff.

Eisenhower, the president added, will have the same position in Europe that Gen. Douglas MacArthur now has in the Far East.

Mr. Truman named Eisenhower to the Western European post at the request of the North Atlantic powers, now meeting in Brussels. It was announced there today that Eisenhower will begin early next year to organize an international army to defend Europe against Communist aggression.

It had been a common assumption for months that "Ike"—who has a tremendous personal popularity in Europe—would be given the command as soon as planning of the united defense force had advanced to the point where filling of the post became advisable.

The formal appointment was disclosed in an exchange of telegrams between the president and Secretary of State Acheson, who is in Brussels for the North Atlantic council meetings.

**Complete Plans**

Cabinet ministers of the 12 Atlantic pact nations today completed plans for the formation of the international European defense force which Eisenhower will head.

Officials at the Brussels session said the plans call for 55 to 60 divisions, plus air and sea forces, by the end of 1953. The commitment of forces by the member nations is expected to begin almost at once.

In his telegram to Mr. Truman, Acheson said the pact council members had asked him to forward their request that a U. S. officer be named supreme commander, along with "their earnest hope that you will find it possible" to name Eisenhower.

In complying, the president told Acheson he agreed that "General Eisenhower's experience and talents made him uniquely qualified to assume the important responsibilities of this position."

The five-star general, now president of Columbia university, made it plain weeks ago he would accept the command if asked to do so.

On Oct. 27, he told reporters who asked whether he would accept the job if it was proffered that "I am a soldier and will do as I am told to do."

**Background**

He has, in fact, continued to be a soldier throughout his civilian job as president of Columbia university. The terms of the law providing five-star rank for certain generals and admirals stipulate that they never retire, as do other military officers, but continue in the service although they can go on inactive status.

In that status, Eisenhower has been out of uniform since February, 1948; when he stepped out as Army chief of staff to begin a vacation before assuming the university post in New York city.

However, since then he has been back in Washington in an advisory capacity to President Truman and the defense secretaries and as chairman of the joint chiefs of staff in a civilian role.

It was seven years ago when "Ike" went to work on his other big job in Europe. In December, 1943, the late President Roosevelt and then Prime Minister Churchill of Britain decided that Eisenhower was their man and named him supreme commander of the Allied expeditionary force destined to liberate Nazi-held western Europe and eventually to crush the German military machine.

Until the invasion, SHAEF's headquarters location was first in London, then near Portsmouth, England. Following the Normandy landings, Eisenhower set up an advance command post in France in August, 1944. With liberation of much of France, SHAEF "main" was moved from England to Versailles.

**Military Governor**

When hostilities in Europe ended, Eisenhower became military governor of the United States zone of occupation in Germany, remaining in that command until November, 1945, when he came home to take over as chief of staff of the Army, succeeding Gen. George C. Marshall, now secretary of defense.

Eisenhower's name figured in 1948 Republican presidential nominee talk. A similar move, directed at 1952, began developing last summer. Gov. Thomas E. Dewey, among others, has said "Ike" would have his support.

When speculation about Eisenhower's appointment to the Western European command arose, some political experts wondered what such appointment would do to his prospects in 1952 political affairs.

One suggestion made was that Eisenhower could take the command, get the European defense machine into operation and return some time in early 1952. About all this political experting and speculation Eisenhower has said only he isn't interested in politics. But he has never said it forcefully enough to convince many politicians.

**60 Years Old**

Eisenhower was 60 years old last Oct. 14.

By birth he is a Texan, born in Dennison, but when he was two years old his parents moved back to Abilene, Kans., which had been the Eisenhower family home since. He and Mrs. Eisenhower recently bought a farm near the battlefield at Gettysburg, Pa.

Ike came near being a naval instead of army officer. He took competitive examinations for both Annapolis and West Point, finishing first in the naval exams, second for West Point.

He was appointed to the Annapolis academy, but it was discovered he would be a few months too old for entrance when the next academy year started. The highest man on the West Point list was unable to accept appointment and Eisenhower was named. He became an army officer upon his West Point graduation in 1915.

## Gruenther Chief of Staff for Eisenhower

ST. LOUIS, Dec. 19 (UP)—Gen. Dwight D. Eisenhower, newly appointed supreme commander of Allied European forces, said today he would appoint Lieut. Gen. Alfred M. Gruenther as his chief of staff.

Eisenhower, en route to a Christmas vacation at Denver, Colo., described the Army department's deputy for plans and operations as "one of the most brilliant men in the service."

WILL YOUR LOVED ONE HEAR THE CHRISTMAS BELLS?

The finest gift you can give a loved one who is hard of hearing is the precious gift of being restored again to the world of normal sound.

SONOTONE

Your Hearing Deserves The Best!

401 HILDRETH BLDG.

45 MERRIMACK ST.

TEL. 2-3690

OFFICE HOURS 9.00-5.00

WED. 9.00-12.00

## Candidates to Get Their Exam Grades

LOWELL—The school committee voted last night to have Supt. of Schools Vincent M. McCartin officially notify in writing, each successful candidate of his grade and rank in the competitive examination held recently for teachers.

It was also voted that a copy of the results of these teachers examinations, including names and grades of all successful examinees, be sent to all the members of the school committee.

By vote of the committee, the superintendent was also directed to notify all cafeteria employees at the high school to file with his office by January 1, 1951, the required permit showing that the individual is free from tuberculosis and that failure of any employee to comply with the superintendent's directive will result in loss of employment.

## 20 P. C. Cut in Tin

WASHINGTON, Dec. 19 (AP)—The government today ordered a 20 per cent cut in civilian use of tin, effective Feb. 1.

The regulation, issued by the National Production Authority, will affect the production of tin cans, tooth paste and shaving cream tubes, jar and bottle lids and other closures, and a variety of other items, including costume jewelry.

However, industry will be free to use substitutes, thinner coatings of tin, or other devices which will stretch the supply.

## Eno Asks for Exam

Continued from Front Page

ing his resignation as headmaster of that school."

The motion was finally approved and it was voted to send a letter requesting their assistance to the two educational heads.

## Bank Bandit in Court Tomorrow

Continued from Front Page

$25,000 bail for the armed robbery of the Lowell Five Cent Savings bank last Thursday morning.

Ordinarily, police would have to go before the grand jury seeking an indictment in the case. However, Cuccurullo has signed a waiver, thus eliminating the necessity for grand jury action.

District Attorney George E. Thompson told The Lowell Sun today that he has placed Cuccurullo's case on tomorrow's list, and that it will be brought before Judge Thomas H. Dowd tomorrow morning.

Cuccurullo, his pretty young wife, Joyce, and their 15-month-old daughter, Patricia, came to his mother's home at 10 Carleton avenue, East Chelmsford, over two weeks ago from Neptune, N. J., a suburb of Asbury Park, to "make a fresh start."

However, the young father was unable to find work and, in a moment of desperation, took the toy pistol and robbed the John street bank of over $1500. However, he gave himself up 10 hours later at police headquarters and returned the money.

## Rites Today for Father Smit, OMI

Continued from Front Page

due to the present unsettled condition in world affairs.

**Hundreds at Mass**

St. Jean Baptiste church was filled to capacity this morning when the solemn high funeral mass was celebrated at 10 o'clock. Present were priests representing practically all local Catholic parishes and many from out of town, along with hundreds of parishioners and the school children of the parish under the supervision of the Grey Nuns of the Cross of Ottawa and the Marist Brothers. Also in attendance were Sisters of the Assumption from St. Louis de France parish, Ste. Therese of Dracut and Ste. Marie's of South Lowell; Grey Nuns of the Cross of Ottawa, From St. Joseph's hospital, Notre Dame de Lourdes parish and Ste. Jeanne d'Arc parish of the Grey Nuns of the Cross of Ottawa.

Also, the children of the Franco-American orphanage, in charge of Rev. Sisters Ste. Mecthilde du Saint Sacrament and Ste. Anna, both of the Grey Nuns of Charity of Quebec; delegations from the orders of "Les Filles du Saint Esprit," from Putnam, Conn.; the Grey Nuns from St. Joseph's hospital, Nashua, N. H.; the Grey Nuns from St. Joseph's Orphanage, Nashua, N. H.; the order of "Les Religieuses Filles de la Charite du Sacre Coeur de Jesus," from Hudson, N. H.

**Officiating Priests**

Very Rev. Eugene J. Labrie, OMI, provincial, officiated at solemn high funeral mass. Serving as deacon was Rev. Arthur W. Saint Cyr, OMI, former provincial, now superior of the Byrne Memorial Oblate seminary in Bar Harbor, Me.; sub-deacon was Rev. Lucien Hebert, OMI, superior of the Oblate Fathers Retreat House, Mary, Queen of the Apostles, in Hudson, N. H.; Rev. Roland Bourgeois, OMI, of St. Jean Baptiste was master of ceremonies and Rev. Victor Alexander, OMI, of Notre Dame de Lourdes parish, was thurifer. Serving as acolytes were Rev. George Lemieux, OMI, of Notre Dame de Lourdes parish, and Rev. Romeo Murphy, OMI, of Ste. Jeanne d'Arc parish.

Serving as pall bearers were Rev. Eugene Noury, OMI, Rev. Jean-Joseph Vallieres, OMI, and Rev. Herve Gagnon, OMI, director of closed retreats, all of the Hudson house; Rev. Marcel Genereux, OMI, of St. Jean Baptiste parish, and Rev. Leonard Boucher, OMI, of Haiti, and Rev. Albert Beausoleil, OMI, of Colebrook, N. H.

**Scholasticate Choir**

The Gregorian mass was chanted by the choir of scholastics from the St. Eugene scholasticate of the Franco-American Oblate province, from South Natick, under the direction of Rev. Andre Houle, OMI, with Prof. Charles E. Belanger, organist at St. Jean Baptiste church, as organist.

In the choir were the following scholastics: Roland Gagnon, OMI, Jean Morin, OMI, Roland St. Pierre, OMI, Yves Dejean, OMI, Adhemar Deveau, OMI, Joseph Bouchard, OMI, Claude Vachon, OMI, Emile Rossignol, OMI, Nelson Boucher, OMI, George Sirois, OMI, Lucien Dejean, OMI, Armand Carrignan, OMI, Roland Couture, OMI, Robert Fortier, OMI, and Robert Sevigny, OMI.

**Large Congregation**

City Councilor George A. Ayotte was in attendance as were the following priests:

Rev. Charles Bergstrom, OMI, pastor, Immaculate Conception parish, Lowell; Rev. Charles E. Burque of Dover, N. H.; Rev. John J. Wholey, OMI, of the Sacred Heart parish, Lowell; Rev. Vincent A. Tatarczuk of the Cathedral of Portland, Me.; Rev. Anselme Morrison, AA, and Rev. Alphonse Bugnard, AA, of Assumption college, Worcester; Rev. J. J. Sullivan, OMI, of the Immaculate Conception parish, Lowell; Rev. Arthur O. Mercier, pastor of St. Joseph's parish, Lynn; Rev. F. C. Furlong, OMI, of the Oblate Mission House, Tewksbury; Rev. William J. Shanahan, OMI, also of the Oblate Mission house; Rev. Napoleon J. Gilbert, of St. Jean Baptiste parish, Manchester, N. H.; Rev. Nicholas J. Neville, OMI, of the Sacred Heart parish, Lowell; Rev. Roland Dion, pastor of Ste. Therese parish, Dracut; Rev. Gilbert Leduc of Ste. Anne's parish, Salem; Rev. Eugene J. Vincent, pastor, from Salem; Rev. F. X. Lariviere of Marlboro; Rev. Albert Montplaisir, CSC of Montreal, P. Q., Canada; Rev. Hector Lamontagne of Hudson, N. H.

Members of the Franco-American Oblate province in attendance included: Rev. Gerard Chouinard, OMI, pastor of St. Jean Baptiste parish, Lowell; Rev. Donat Morissette, OMI, pastor of Ste. Jeanne d'Arc parish; Rev. Lucien Brassard, OMI, pastor of Notre Dame de Lourdes parish, Lowell; Rev. Armand Morissette, OMI, secretary to the provincial, Very Rev. Eugene J. Labrie, OMI; Rev. Edouard J. Carrier, OMI, director of the Franco-American Oblate Fathers Missionary society; Rev. Louis G. Bachand, OMI, bursar of St. Jean Baptiste parish, Lowell; Rev. Antoine Barette, OMI, of Hudson, N. H., chaplain of St. Joseph's hospital, Nashua, N. H., for years serving in Lowell parishes; Rev. George Lessard, OMI, pastor of Ste. Marie's parish, South Lowell; Rev. Ovila Fortier, OMI of Hudson, N. H.; Rev. Anatole O. Baillargeon, OMI of Natick, Rev. Henri E. Bolduc, OMI of Colebrook, N. H., Rev. Joseph Bolduc, OMI of Hudson, N. H.; Rev. Roland Lavallee, OMI of Lowell, Rev. Alban LeHoullier, OMI of Natick, Rev. Alfred Pelletier, OMI of Natick, Rev. Marcel Peloquin, OMI of Lowell, Rev. Emilen Lecomte, OMI of Manville, R. I., Rev. Emery Lyonnais, OMI of Lowell, and Rev. Paul Cote, OMI, of Natick.

Rev. Jules Guy, OMI of Lowell; Rev. Ferdinand Richard, OMI, of Natick; Rev. Normand Beauchesne, OMI of Natick; Rev. Anatole Lessard, OMI of Ste. Jeanne d'Arc, Lowell; Rev. George E. Rivard of St. Jean Baptiste, Lowell; Rev. George Protopapas, OMI of the Oblate Seminary in Bucksport, Me.; Rev. Charles Denizot, OMI of St. Joseph's church, Lowell; Rev. Paul E. Marquis, OMI of Ste. Jeanne d'Arc, Lowell; Rev. Leo DeBergh, OMI of St. Jean Baptiste, Lowell; Rev. Joseph Juaire, OMI of St. Jean Baptiste, Lowell; Rev. Gerard Trahan, OMI of Notre Dame de Lourdes, Lowell; Rev. Achille Lhermitte, OMI of St. Jean Baptiste, Lowell.

Lay brothers of the Oblate Order present included: Rev. Bro. D. Joyal, OMI, and Rev. Bro. L. Desjadons, OMI of St. Jean Baptiste, Lowell; and Rev. Brothers Leo A. Turcotte, OMI and Joseph Violette, OMI, both of Hudson, N. H.

Interment took place in the Oblate Fathers lot in St. Joseph's cemetery, East Chelmsford where committal prayers were read by Very Rev. Eugene J. Labrie, OMI, in the presence of most of the clergymen present at the church services. Funeral arrangements were in charge of Maurice L. Bouchard, funeral director, of Nashua, N. H.

# City Officials, Boston Engineer Confer Today on New Well Field

### Will Endeavor to Settle Question of Who Should Pump Water Out of Ground

LOWELL—A conference will be held this afternoon at city hall between City Manager John J. Flannery, City Engineer Stephen Kearney, City Solicitor P. Harold Ready and Paul Howard of the engineering firm of Whitman and Howard of Boston relative to continuation of the work on the well field on the Bowers land in the outer Highlands.

A dispute has arisen between the city and the contractor building the well houses at the project. The contractor has claimed that the water department is supposed to pump water out of the ground while he is in progress of building the well houses, while the city solicitor is of the opinion that this phase of the work is contained in the contract which the builder signed with the city before the work was started.

Some solution of the problem will be attempted at the conference this afternoon, and it is possible that Manager Flannery may have some report to make to the city council at its meeting later in the afternoon.

Howard will sit in with the council at its meeting today to go over the question of damages for which the city would be liable through land taking from the Bowers property and also from a sandbank owned by the P. Cogger company. He is appearing at today's session through special invitation of the council which is seeking more information about the matter before a final vote is taken.

# Pine Street Market Damaged As Boiler in Cellar Explodes

LOWELL — Shapiro's market on Pine street was almost demolished about 10 o'clock this morning when a boiler located underneath the building exploded displacing the floor of the market upwards to the extent of six inches, knocking out two large plate-glass windows, and littering the uplifted floor with cans, groceries, peelings from the jarred walls and ceiling, and even the proprietors, who were thrown adamantly upon the shuddering floor by the abrupt detonation.

**"I thought the Russians had arrived," said the still-shaking proprietor, Leonard Shapiro, after the blast. "The place was a mass of flying debris, cans and glass. Both myself and the butcher, Michael Marquis, were thrown to the floor by the explosion."**

The extent of damage done by the blast has not been ascertained yet. The windows were completely shattered, many groceries destroyed, walls and ceiling lacerated, and refrigeration thrown temporarily out of kilter.

The tentative estimate is damages in the vicinity of $2000.

## School Board Cuts Extra Pay

Continued from Front Page

Anna Ryan, adviser for school publications at the high school; Miss Mary Casey, director of the annual school play; Francis D. Reardon, head of the English department; Edward B. Cornell, head of the Spanish department; Charles D. Foley, head of the Latin department; and Miss Elizabeth McCarthy, special office worker.

Further department heads may be also affected when lists are checked to determine the enrollment in other departments of the high school.

**Strong Support**

The motions for the abolishment of extra compensation were made by Committeeman Arthur L. Eno, Jr., with strong verbal support from Committeeman Xenophon D. Michopoulos, plus their own and votes from Committeemen Albert E. Brunelle and Richard E. Burns.

Committeemen Roger S. Hoar, Paul A. Sullivan and Chairman William C. Geary voted against the abolishment of the extra compensations.

Miss Ryan has been receiving $500 in extra compensation for her work as adviser for the school publications; Miss Casey has been receiving $241.80 for directing the annual play at the high school.

**Lose Money**

Both teachers will lose this money beginning January 1, 1951, the date the change goes into effect, by the action of school committee last night.

According to figures obtained from Supt. Vincent M. McCartin which are subject to change following further checking, the following department heads will lose money as a result of the motion to level department heads' salaries, which was also passed last night.

**Department Heads**

Francis D. Reardon, head of the English department, who will drop from $1000 he's now receiving in extra wages to the newly established $200 above maximum pay; Edward B. Cornell head of the Spanish department, now receiving $200 in extra wages, will drop to the $100 allowed for enrollment under 2000 pupils; Charles D. Foley, head of the Latin department, will drop from $300 to $100 allowed under the same ruling.

Miss Casey, head of the department of elocution, may regain $100 of the $241.80 she lost when the motion was passed abolishing the extra compensation for directing the school play.

The $100 would come to her as head of a department with an enrollment of less than 2000 pupils.

Miss McCarthy will lose the $380 she has been receiving as extra compensation for work in the main office.

**Defends Teachers**

Supt. McCartin defended the teachers who will face the pay cuts in January and declared that every one of them was worth the extra money they have been receiving.

He pointed out that in many cases a great deal of extra specialized work was involved and in some instances it was impossible to get other teachers to take over the work when the jobs were first set up.

Committeeman Hoar joined with the superintendent in bringing out examples where extra skill and work were attached to the jobs under fire.

**Defeated Motions**

One of the two extra compensation posts which was in the defeated motions for extra compensation abolishment was the position of director of guidance at the high school.

After much debate as to the merits of the position held by Dana Palmer, with argument in its favor expounded by Chairman Geary and Supt. McCartin, the motion fervently argued by Committeemen Eno and Michopoulos was defeated by a 4-3 vote. Committeemen Brunelle, Sullivan, Hoar and Chairman Geary voted against the abolishment of this post and the extra compensation attached to it. Michopoulos, Burns and Eno voted for the defeated abolishment.

The other extra compensation and position abolishment motion which was defeated at last night's meeting was the position of supervisor of the lunchroom at the high school, with the extra pay attached to the job.

The motion had recommended that the supervision of the lunchroom be assumed by the headmaster and Mrs. Meunier.

The motion was defeated, with Committeemen Michopoulos, Brunelle and Eno voting for its approval, and Burns, Sullivan, Hoar and Chairman Geary voting against the abolishment.

The establishment of salaries of department heads at the high school was approved, with Committeemen Eno, Michopoulos, Brunelle and Burns voting for its passage and Sullivan, Hoar and Chairman Geary voting against it.

# Watchman to Be Appointed At Bartlett

LOWELL—It was voted last night at the meeting of the school committee to appoint a permanent watchman at the Bartlett school after it was brought out that the school has been without such protection since the new school was opened this fall.

At the same meeting it was voted to request the lands and buildings department to join with the assistant superintendent of schools and the supervisor of custodians in examining the condition of a broken fence adjoining the Bartlett school on the Clare street side and to report their recommendations or actions to the committee as soon as possible.

A motion by Committeeman Richard E. Burns that the high school bandmaster be allowed to rehearse the band in spare periods of the members was passed by the school board.

# Bartenders' Yule Party

LOWELL—The Bartenders' Union, Local 85, held its annual Christmas basket social at the CLU hall last night.

Winners of turkeys were the following: Edward Gilligan, 16 Belrose avenue; Edward Gaffney, 93 Lane street; T. Hatch, Hynes tavern; Norma Sanford, 90 Appleton street; Ann Harrison, 18 Webber street; Harry Sears, 170 Riverside street; Bonnie Cross, 2 Ayer avenue; P. Dubuque, 284 Salem street; J. Milton, Jr., T. A.'s cafe; 'Peggy,' 129 Summer street; P. Spoor, Lobster Cot; J. McNamara, 361 Bridge street; E. Costello, Middlesex street, North Chelmsford; Paul Major, 141 Aiken avenue and Leo Maillhot, 7 Decatur avenue.

The drawings were made by Thomas P. Ahearn, vice president of the Massachusetts State Federation of Labor.

The committee in charge was made up of the following bartenders: Henry W. Garrity, John E. Downes, Edward F. Gath, Armando Alberghini, John Gomes and Harold Prescott.

## STOCK MARKET

NEW YORK, Dec. 19 (AP)—Heavy buying prodded the stock market into new high ground today.

Gains were not spectacular, ranging from fractions to around $1 a share, nor was the volume of trading with yesterday's hig surge of buying power.

Nevertheless, it was an active market and prices settled solidly in a rising route after an hour or so devoted to see-saw tactics.

Motors, steels, rails, and airlines all sold above the levels that sent prices to a new 20-year high average yesterday. Rubbers, mail order, radio-TV, utility, mining and chemical stocks were pretty well mixed.

Higher from 50 cents to around a dollar were U. S. Steel, Bethlehem, General Motors, Chrysler, Montgomery Ward, Lockheed, Allied Chemical, Du Pont, Chesapeake & Ohio, Southern Pacific, United Airlines and American Airlines.

Trimmed by about the same margin were Schenley, Homestake Mining, American Cyanamid, Eastman Kodak, Philip Morris, American Woolen, Nickel Plate and U. S. Gypsum.

Prices generally were higher in the curb market, with oil issues making the best showing. Marked up were Arkansas Natural Gas, Cosden Petroleum, Creole Petroleum, Electric Bond & Share, Fairchild Engine & Aircraft and Sterling Engine. Alcoa, Cities Service and United Shoe Machinery, were among the few priced lower.

Railroad bonds were mixed in quiet trading, while U. S. treasury obligations tended to stick at yesterday's closing levels.

## TOWN OF TEWKSBURY

### CALL FOR BIDS

**Sealed bids for the printing of the annual town report will be received at the office of the selectmen in the town hall until 8 p. m., Dec. 26. All bids must contain quotations for the price per page. The board of selectmen reserves the right to reject any and all bids.**

**(Signed)**

**C. ABBOTT BATTLES**
**WILLIAM B. CARTER**
**GILBERT E. FRENCH**

AT CHRISTMAS TIME

Say it with FLOWERS-BY-WIRE

Send exciting, distinctive gifts—give your Christmas list to an F.T.D. FLORIST! Relatives and friends love FLOWERS-BY-WIRE. Ordering is easy where you see the famous Mercury Emblem which identifies the right shops—full values and prompt deliveries assured. Prices low as $5.00; service worldwide through Interflora.

FLORISTS' TELEGRAPH DELIVERY ASSOCIATION, 200 Lafayette Bldg., Detroit 26, Mich.

CHRISTMAS SPECIAL

REG. $8.50 CREME OIL PERMANENT $5.00 Complete

Truly a Natural looking wave. It's lovely from every angle, a hair-do you can comb into a dozen lovely styles. Easy to manage. It takes only a minute to arrange. For all types of hair.

MACHINE, MACHINELESS or COLD WAVE including Haircut, Cream Shampoo, and Set

BEVERLY BEAUTY SALON

Open All Day Wed. 36 Central St. Tel. 8681

Case 1:23-cv-05294-RPK-LB Document 1-2 Filed 07/11/23 Page 13 of 13 PageID #: 51

Today, September 9, 1942
Sun rises 5.16; sets 6.06.

## LOCALS

Mrs. Lord's and Mrs. Gallant's groups of Ward 2 will hold a meeting on Thursday night at 8 o'clock at the home of Mrs. Watson, 31 Lorraine street.

—An important meeting of the Trades and Labor Assembly will be held tonight at eight o'clock.

—The Mizpah circle will hold their annual experience social tonight at the home of Mrs. E. N. Dominy of 11 Lorraine St., at 8:00 o'clock.

—The Auxiliary of St. Jean Baptist will hold a meeting tonight at 7:30 p.m., at 28 City Hall Place.

## CAPTAIN WESSELL NOW IS SERVING OVERSEAS

**Former City Doctor Has Charge of All Surgery in Fifteenth Station**

Captain Elmer Wessell of Point View Terrace, a surgeon who reported for military duty, July 27 has been sent overseas, second in command of the Fifteenth Station, and is somewhere in the war zone, safe and well, according to a cablegram received from him by his wife, Monday.

Captain Wessell reported for duty at Boston, Mass., and was sent to Camp Edwards on Cape Cod, Mass. A short time after, he was transferred to the Fifteenth Station which was organized for overseas service in March. Captain Wessell is second in command in this unit, and is in charge of all surgical operations.

## Beth Israel Services

ROSH HASHONO (New Year) SERVICES AT BETH ISRAEL:

Rosh Hashono Eve service Friday evening at 6 o'clock. Subject "An Appeals of Intercession."

Rosh Hashono morning service Saturday morning at 10 o'clock. Subject "A Decade of Synchronized Deterioration of Democracy's and Israel's World Positions."

The Beth Israel choir of a full quartet will participate.

Other Rosh Hashono services will be announced from the pulpit.

**MUCH RATHER**

"In these hard times we should put a bridle on our appetites."

"I would rather put a bit in my mouth."

**Could Henry VIII Have Had Stomach Ulcer Pains?**
History tells how Henry VIII would gorge himself with food and suffer afterward. Don't ignore your sufferings. Try Udga for relief of ulcer and stomach pains, indigestion, gas pains, for heartburn, burning sensation, bloat and other conditions caused by excess acid. Get a 25c box of Udga Tablets from your druggist. First dose must convince or return box to us and get DOUBLE YOUR MONEY BACK. At Gordon-Abraham and drug stores everywhere. —adv.

**Full Line of Made-to-measure Clothes**
Splendid line of All Wool Materials - Reasonably Priced
Phone 1203 for appointment
**W. A. CARPENTER**
25 Beekman St.
(S3-4-5-8-9-10)

Phone **80**
OSTRANDER'S
**BEAUTY SHOPPE**
Six Operators Est. 1897
(A15-S15)

The
**Royal Savage Inn**
4 miles South of Plattsburgh — Route 9
Will Remain Open Until Further Notice
Catering to Week-day and Sunday Luncheons and Dinners
TRY OUR SPECIAL LOBSTER and STEAK DINNERS
Tel. Plattsburgh 1000 Lake Shore Road
(S9-10-11)

## KUHN SEEKING TO KEEP HIS CITIZENSHIP

**Former Bund Leader is One of 27 to Answer Proceedings**

Opening a fight to retain his American citizenship, Fritz Kuhn, former leader of the German-American Bund now serving time in Dannemora State prison as a "common thief," declares in a letter that he had "always expressed belief in the constitution."

His plea was addressed to U.S. Attorney Mathias Correa, according to the Associated Press, said that Kuhn was the only one of 27 Bund members with denaturalization proceedings against them to file an answer.

Two Bundnists have been interned as enemy aliens after consenting to denaturalization action, and the remainder will have their naturalization automatically revoked and will be arrested by F.B.I. agents immediately, Correa said. The deadline for filing appeals passed at 4:30 p.m. today.

In his handwritten letter to Correa, Kuhn said that he had made various offers to Congress and to the Department of Justice asking that the Bund be outlawed if it were found to be undesirable for any reason.

Kuhn said that denaturalization proceedings against him in 1938 were dismissed and that in the same year Congress and the Department of Justice made a full and complete investigation of him and the Bund without filing a complaint.

High officers of the government, Kuhn said in his letter, had spoken at different meetings of the Bund and "these officers and both political parties have asked the Bund for its support in election matters."

Correa said that he had sent the letter back to Kuhn with instructions to file an affidavit and a pauper's oath to cover the $5 filing fee.

Kuhn was convicted of grand larceny and forgery in November, 1939, in connection with thefts from the Bund, and is serving a term of two and a half to five years.

## OMI TRANSFERS ARE ANNOUNCED

**First American Province Changes Announced Yesterday**

Transfers of Oblates of Mary Immaculate in the First American Province, Lowell, Mass., affecting members of the order in various parts of the country, were announced yesterday.

Rev. Edward F. Talbort has been transferred from Washington, D.C. to Newburgh, N.Y.

Rev. William Collins, newly ordained, also to Newburgh.

Rev. Charles Leonard, from the Dontenwill Novitiate at Essex, to Buffalo.

Rev. Joseph M. Supply, from Newburgh, N.Y., to Washington, D.C.

Rev. Joseph Bollard from Douglas, Ga., to Newburgh.

Several of the priests listed are well known in this area, having vacationed at the O.M.I. house at Essex on various occasions.

## NAVAL RECRUITING OFFICER TO BE HERE

William F. Rogers, Chief Quartermaster in U. S. Navy, will be stationed at the Plattsburgh Post office Thursday from 10 a. m. to 6 p. m. and from 9 a. m. until 1 p. m. this Saturday to contact men for Regular Navy, Naval Reserve and the Sea Bees, besides High school graduates who are desirous of becoming aviation cadets.

Many ratings are open in the different Naval branches. Those men who want detailed information concerning enlisting in the Navy are invited to call upon Quartermaster Rogers at the Post office tomorrow or Saturday.

## VAGRANT FINDS ESCAPE IS NOT ALWAYS EASY

**One of Pair Brought Here Free Few Minutes from Sheriff's Deputies**

A youth, charged with vagrancy, tried without success yesterday afternoon to make a get-away while being detained following his arrest, together with another New York youth, by State Police of the Keeseville patrol.

The two youths, Michael Pastoressa, 19, of 356 East 42nd street, New York, and Martin Flink, 17, of 72 Lewis street, New York, were brought to the county court house here for questioning previous to raignment.

During the period that Flink was under questioning, Pastoressa was left in the custody of officers at the sheriff's office. He sat quietly for a few minutes and then asked the office deputy if he might be directed to the men's rest room. He was escorted there and, in some manner, managed to elude the deputies. His absence was discovered in a few minutes and deputies immediately started out to rearrest him.

It was quick work. Pastoressa was picked up a short distance from the business section, headed out of the city as fast as he could walk. When questioning of Flink had been completed, Pastoressa, resigned to the fact that authority comes first, was calmly sitting in the same chair in which state police had left him only ten minutes before.

Pastoressa and Flink were later arraigned before Acting City Judge Sherlock E. Haley in municipal court. They pleaded guilty to vagrancy. Pastoressa was sentenced to a term of 30 days in the county jail; Flink to a term of 25 days.

## SUPER-MARKET TO BE OPENED

**Grand Union Co. Leases Lower Part of Hannan & Henry Garage**

Opening of one of northern New York's finest and most modern super-markets is anticipated by the Grand Union Company it was learned yesterday by the Daily Press. The new market will be located at the site of the former Hannan & Henry garage on Margaret street, just north of Cornelia street.

The super-market will occupy the entire first floor of the two-storey brick building, the southern section being used for the display of grocery, meats and vegetable stocks and the north end converted into stock rooms. In other words, approximately 75 per cent of floor space will be utilized as a sales room.

Two new entrances will be fashioned and a new floor constructed with local workmen employed in the alterations. The building has been used recently as a automobile display room by the E. S. Mason, Inc., automobile agency and also by the National Youth Administration.

It is expected that the new market will be formally opened to the public within the next eight weeks. The deal was arranged through Herbert Hannan of Ogdensburgh.

The Grand Union Company recently opened new super-markets at both Lake Placid and Tupper Lake.

BUFFALO, Sept. 8. (AP)—Sugar cane charcoal was offered to the American Chemical Society today as a new method of utilizing the great wastes of cane bagasse.

## LELAND OLDS TO BE SPEAKER AT C. OF C. MEETING

**Change in Schedule of Steamer Ticonderoga is Announced**

The committee in charge of the cruise and annual meeting of the Champlain Valley Council, Federated Chambers of Commerce, aboard the steamer Ticonderoga on Sunday, September 13th, announce that there has been a change in the schedule of the steamer Ticonderoga.

The steamer will leave Burlington, Vt., at 9:00 a.m.; Port Kent, 10:00 a.m.; Crown Point State Pier, at 12:30 p.m., arriving at Westport at 1:15 p.m., where the boat will dock for the broadcast of the speaking program over stations WCAX Burlington and WMFF Plattsburgh by remote control. Returning the steamer will leave Westport at 2:30 p.m., arriving at Crown Point State Pier at 3:30 p.m.; Port Kent, 6 p.m. and Burlington, 7:00 p.m.

Joseph Winterbotham, Burlington, member of the National Seaway Council and chairman of the Speakers Committee, announced that the principal speaker will be Leland Olds, St. Louis, Mo., chairman of the United States Power Authority, whose subject will be "Electricity and the War." Others invited and expected to attend are: U.S. Senator Robert M. LoFollette, Jr., Congressman Francis H. Culkin of New York, and Congressman Thomas H. Elliott of Massachusetts.

Others who have expressed intention of attending are Assemblyman Sheldon F. Wicks, Ticonderoga; C. B. Crocby, Massena, member of the National Seaway Council.

Burlington, Vt., Middlebury, Vt., Massena, N.Y., and Port Henry, N.Y. Chambers of Commerce are to send large delegations, according to the information received from the secretaries of these organizations.

Members of Chambers of Commerce invited are privileged to invite their families and friends. A la carte meals will be served aboard the steamer and those who desire can bring their picnic lunch. Chamber members at Westport are urged to board the steamer at Crown Point State Pier as the steamer will only stop at Westport for the broadcast.

The committee in charge hopes for a large attendance as they feel with the country engaged in the most terrible war in its history that this meeting is most important to the war effort as well as to this whole region. Many important topics will be discussed and officers of the Council will be elected.

## VARIETY PROGRAM FOR ROTARY CLUB

A variety program has been scheduled for this noon's meeting of the Plattsburgh Rotary Club and it is being staged by the Plattsburgh Y.M.C.A. under the direction of N. Milton Brown, Boys' Secretary of the "Y." Mr. Brown will be the speaker of the occasion and in his program he will be assisted by the following young men: Bert Vanderbilt, Ray Dwyer, Charles Smith and Wilbur Carpenter, with Miss Shirley Stockbower acting as pianist. The program should prove to be a pleasant diversion from regular programs and it should also prove to be very interesting and enjoyable.

Emmett J. Roach, President of the Rotary Club, will be the presiding officer.

## DIED

COOK—At her home in Peru, September 8, 1942, Mrs. Etta Cook, 87. She is survived by one son, Wales Cook, of Peru. Remains are at the Delorme Funeral Home in Peru. Funeral arrangements will be announced later.

**Needed At Once**
**Wire Garment Hangers**
CASH or CREDIT
**Phone 2**
**Spiegel Cleaners**

## LOIS BLAIR OF MOOERS HONORED BY A PARTY

Miss Lois Blair of Mooers was honored by a farewell party given by a group of her friends at the Hotel Chantecler Friday evening.

Games and dancing were enjoyed following a delicious dinner. Miss Blair was the recipient of many appropriate going away gifts.

Among those who were present were Miss Lois Blair, her mother, Mrs. Blair, the Misses Lena Gonyea, Vivian McDougal, Edna Keddy, Hazel Harris, Frances Boyle, Natalie Rugar, Theresa Duesberg, Florence Mousseau, Loretta Brown, Helen Sibley, Verna Burns, Helen Yates, Vera Willette, Verlia Jack and Coleen Light.

## DELINQUENCY AMONG MINORS RAMPANT HERE

**Ten of 20 Prisoners in County Jail Are 20 Years Or Under**

Solving of the problem of juvenile delinquency in Plattsburgh and Clinton county will be the number one order of business this fall for many civic leaders and it is expected that conferences of clergymen, school authorities, police, service organizations and the courts will be called to consider ways and means of correcting the situation.

Throughout the present summer a large number of minors have come under the probe of police authorities for crimes ranging from misdemeanors to major offenses. Rarely has a week passed without the detention of one of more minors by police and their arraignment in Juvenile court.

This week perhaps found the greatest number of violations by youths. Last night at the Clinton county jail there were a total of 20 prisoners in the custody of the sheriff. Of these, ten are minors, ranging from 20 years down to 16. Several of them are being held for the grand jury for alleged commission of felonies.

## JUDGE KELLOGG LAID TO REST

**Delegations Representing Bar Associations in Three Counties Attended Funeral**

Funeral services for Judge Henry T. Kellogg, 73, who died at his home at Valcour Sunday, were held at Trinity Episcopal church yesterday at 2:00 p.m., with Rev. Henry N. Herndon, rector, officiating. Burial was made in Riverside cemetery where Rev. Herndon recited prayers at the grave.

Honorary pall bearers included Hon. Augustus N. Hand, judge of the U.S. Circuit Court of Appeals; Hon. Christopher J. Heffernan, Justice of the Appellate Division of the New York State Supreme Court; Hon. O. Byron Brewster, Justice of the New York State Supreme Court; Hon. Frederick H. Bryant, Judge of the United States District Court; Hon. Ellsworth C. Lawrence, Judge of the United States District Court; Thomas F. Conway, Patrick J. Tierney, I. H. Chahoon, John P. Myers and John T. O'Brien.

Delegations representing the Bar Associations of Clinton, Essex, and Franklin counties attended the services as did the Champlain Valley hospital's Board of Directors of which Judge Kellogg was a member.

Messages of condolences were received from former associates of Judge Kellogg on the Court of Appeals and from many prominent State and government officials.

## AIR MECHANIC TRAINING AT UTICA N. Y. A.

**Girls Between Ages of 17½ and 24 Are Offered Fine Opportunties**

Girls in Clinton and Essex counties, who are interested in types of work relating to aviation, will be interested to learn that the Utica N.Y.A. Aviation Ground Mechanic center for girls will open September 16.

Requirements for entrance to this Center include being between the age brackets of 17 and a half years to 24 years; being an American citizen and a High school graduate; having a knowledge of algebra, geometry and preferably physics, and being physically and mentally capable of profiting by the type of training which will be provided.

Aviation training is divided into six units, aviation engines, aircraft fabrication, tubular welding, electrical equipment, repair and maintenance, including radio installation and aircraft woodwork.

Each youth will be required to give 160 hours per month in work training of which a minimum of 100 hours will be in training and a maximum of 60 hours in propect work. The project work will be in machine shop practices, aircraft woodwork, industrial sewing related to parachute repair service. Each youth will receive $10.80 in cash plus room and board and emergency medical service.

The facilities of this center are three newly constructed buildings—one being combined administration building and dining hall, second a "U" shaped two-story dormitory building with the wings being connected by a lounge, infirmary and reading room, and the third being the training shops and central heating plant. The facilities can accommodate 200 girls in residence. It is expected to enroll the first 50 on September 15 and the remaining 150 on October 1. Transportation is furnished by N.Y.A. to the Center.

The training program has been set up on a four-month basis and to meet U.S. Civil Service requirements, and will not qualify trainees for C.A.A. licenses. This means that a trainee who completes the course is approved by the Civil Service Commissions, has U.S. Government approval for employment in aviation work, which at the present time covers a wide scope of employment that is true of C.A.A. licensed workers. In this connection the Center has established qualifications for admission to the project that are in keeping with Civil Service requirements and standards established by the director of training in the U.S. Army Air depot. Rome, New York, where it is expected that the great majority of girls completing the training will find employment.

Girls in Clinton and Essex counties interested in making application for the Utica center should contact the nearest United States Employment office or write direct to Harry F. Clark, field interviewer, N.Y.A., Clinton and Essex counties. City Hall, Plattsburgh. Phone 1128. Mr. Clark will be only too glad to call on any youth in either counties.

**FUEL OIL SHORTAGE**

With the present fuel oil shortage and servant problem, no doubt small families would not only be happier but it would be more economical to close their homes for the winter months.

In view of this fact, the management of
**HOTEL WITHERILL**
have decided to make a drastic cut in their room rates for the winter months.

Our rooms are all in excellent condition with comfortable beds with innerspring mattresses and we invite the public to call and inspect the rooms and get our very attractive rates.

## BOND PLEDGE DRIVE HERE IS PROGRESSING

**Air Raid Wardens Meet Ready Response in Half of Canvass**

The half-way mark in the current appeal for the systematic purchase of Defense Bonds and Stamps, being made through the medium of a canvass by air raid wardens in all parts of the city and county, has been reached, it was announced last night by Edward B. Doherty, chairman of the Clinton county committee.

Though all air raid wardens have not yet completed their total number of assigned calls, reports from those who have completed their canvass are most gratifying, Mr. Doherty said. In some instances the wardens met with 100 per cent success in their canvass.

"This success," Mr. Doherty pointed out, "is an indication that the public in general is aware of the immediate need for everyone to purchase Defense Bonds and Stamps. The results being attained reflects highly on the American people's understanding of the seriousness of the situation."

He went on to explain that the air raid wardens have nothing to sell. Rather, they are contacting the people in their assigned districts and making a pledge canvass to ask for promises that Defense Bonds and Stamps will be purchased to the limit of the individuals' ability to buy and that these purchases will become systematic.

Meanwhile industry throughout the county continues to swell the list of those whose employes are 100 per cent behind the plan payroll deduction. There is every indication, the chairman stressed, that Clinton county will lag in this appeal for systematic purchases of shares in America's victory.

The week-end holiday necessarily brought a lull in the canvass. This was resumed yesterday and will continue throughout the remainder of the week.

## KEESEVILLE POLICE CATCH CAR THIEVES

State police at Keeseville caught a pair of 14-year old boys, Labor Day, who have been accused of stealing an automobile, Thursday evening from behind the Queensbury hotel in Glens Falls, in a second stolen car from Elizabethtown a short time after the first stolen vehicle was found abandoned south of that village.

The case of the two youths has been referred to the Warren county Children's Court.

## METHODIST BOARD TO MEET THURSDAY NIGHT

Members and their wives of the Official Board of the Methodist church will meet tomorrow evening for a covered dish supper at the camp of Rev. F. J. Ball on the west side of Cumberland Head.

After the supper, Board members will hold their first meeting of the Autumn season and will plan the [illegible] on the ensuing quarter. Supper will commence at 6:15 o'clock.

**STRAND** TODAY and THURSDAY
Mat. 2:30; Eve. 7:00 & 9:00
**Big Time Thursday at 9 P. M.**

One of the most dramatic plays of all time
becomes
the most exciting picture you've ever seen!
Rich in its lashing action...set against the lurid background of Shanghai, the City of Sin. Here is great entertainment! Don't miss it!
Dr. Omar—unscrupulous, fascinating—planning Poppy's destruction!

ARNOLD PRESSBURGER presents
THE SHANGHAI GESTURE
From the celebrated play by JOHN COLTON
starring GENE TIERNEY
WALTER HUSTON • VICTOR MATURE • ONA MUNSON
with PHYLLIS BROOKS
ALBERT BASSERMAN • MARIA OUSPENSKAYA
SALUTE TO OUR HEROES MONTH
BUY A WAR BOND AT THIS THEATRE AND HONOR EVERY MOTHER'S SON IN SERVICE!
LATEST WORLD NEWS

LAST TIMES | **CHAMPLAIN** | Mat. 2:30 Evening 7.00 and 9:00
**timely and terrific!**
SPY SHIP
A WARNER BROS. HIT SENSATIONAL EXPOSE
with CRAIG STEVENS • IRENE MANNING • Maris Wrixon • Michael Ames • Peter Whitney
Directed by B. REAVES EASON • Screen Play by Robert E. Kent • From a Novel by George Dyer
STAMPS BUY HERE BONDS
Edgar Kennedy in "Cooks and Cooks"
Travelogue "Minnesota Land of Plenty"
Musical "Glen Gray and Band" News
**Thursday and Friday**
Night in New Orleans
A Paramount Picture

RIN TIN TIN
FANGS OF THE WILD