# EXHIBIT 3

**§ 752-C. Sexual acts towards minors, ME ST T. 14 § 752-C**

---

Maine Revised Statutes Annotated
   Title 14. Court Procedure--Civil
      Part 2. Proceedings Before Trial
         Chapter 205. Limitation of Actions
            Subchapter 1. General Provisions

14 M.R.S.A. § 752-C

§ 752-C. Sexual acts towards minors

Effective: October 18, 2021

Currentness

**1. No limitation.** Actions based upon sexual acts toward minors may be commenced at any time.

**2. Sexual acts toward minors defined.** As used in this section, "sexual acts toward minors" means the following acts that are committed against or engaged in with a person under the age of majority:

    **A.** Sexual act, as defined in Title 17-A, section 251, subsection 1, paragraph C; or

    **B.** Sexual contact, as defined in Title 17-A, section 251, subsection 1, paragraph D.

**3. Application.** This section applies to all actions based upon sexual acts toward minors regardless of the date of the sexual act and regardless of whether the statute of limitations on such actions expired prior to the effective date of this subsection.

**Credits**
1985, c. 343, § 1; 1989, c. 292; 1991, c. 551, § 1; 1993, c. 176, § 1; 1999, c. 639, § 1; 2021, c. 301, § 1, eff. Oct. 18, 2021.

Notes of Decisions (4)

14 M. R. S. A. § 752-C, ME ST T. 14 § 752-C
Current with emergency legislation through Chapter 552, 572 to 574 of the 2022 Second Regular Session of the 130th Legislature. The Second Regular Session convened January 5, 2022.

---

**End of Document**
© 2022 Thomson Reuters. No claim to original U.S. Government Works.

---