EXHIBIT 4

# The "Grey Nuns"





## Grey Nuns On Television

Shown above are representatives of the Grey Nuns who will be interviewed on one of two programs to be televised Sunday. From left to right, Mother Dorothy Reece, provincial of the American province of the Grey Nuns of Charity of Montreal; Sister Mary-Evelyn, G.N.S.H. superior of the Immaculate Conception school, Lowell; Mother Marie-Edmond, secretary-general of the Grey Nuns of the Cross of Ottawa; Mother Berthe Dorais, bursar-general of the Grey Nuns of Charity, Montreal; Mother Louis de Montfort, bursar-general of the Grey Nuns of the Cross of Ottawa, and Sister Mochtilde du Saint-Sacrament, of the Sisters of Charity of Quebec, principal at the Franco-American orphanage in Lowell.

### On TV Sunday

# Grey Nuns Celebrate Beatification Of Mother d'Youville Founder

LOWELL — Celebration of the beatification of Mother d'Youville will continue Sunday, September 20, with two television programs scheduled. A special mass will be televised at 9 a. m. over WNAC-TV. At 10:30 a. m., over WBZ-TV, beatification ceremonies in Rome will be shown on film, followed by interviews with representatives of the four branches of Grey Nuns in the archdiocese, Mother Berthe Dorais, and Mother Dorothy Reece of the Grey Nuns of Montreal, Mother Marie-Edmond and Mother Louis de Montfort, of the Grey Nuns of Ottawa, Sister Mary-Evelyn, of the Grey Nuns of Philadelphia, and Sister Mechtilde du Saint-Sacrement, of the Grey Nuns of Quebec.

These programs, as well as a radio broadcast over station WEEI last Sunday were arranged and produced by Reverend Walter L. Flaherty, director of the Catholic Television Center in Boston.

AT A magnificent ceremony in Holy Cross Cathedral in Boston last Sunday, His Eminence Richard Cardinal Cushing presided at a Pontifical high mass in honor of Blessed Marguerite d'Youville, foundress of the Sisters of Charity, known as Grey Nuns. In his sermon based on the life of the Canadian-born nun recently elevated to the altars by Pope John XXIII, his Eminence elaborated on the courage and virtue displayed by this woman, whom the pope has named "Mother of Universal Charity," in overcoming obstacles and opposition to her work for children, for the poor, the sick, the aged, the handicapped and the homeless.

The Cardinal also praised the followers of Blessed Marguerite d'Youville, the various branches of Grey Nuns, particularly those working in the archdiocese of Boston.

THESE ARE: The Grey Nuns of Charity of Montreal, the mother branch, whose provincial house is in Lexington. They staff various hospitals in New England; the Grey Nuns of the Cross of Ottawa, who have a provincial house, a hospital and five schools in Lowell and Haverhill, as well as a novitiate in Framingham; the Grey Nuns of Charity of Quebec, who staff the Franco-American Orphange in this city; and the Grey Nuns of the Sacred Heart of Philadelphia, who teach in the Immaculate Conception school here.

HIS EMINENCE also congratulated the other two branches of the order, the Grey Nuns of Charity of St. Hyacinthe, Quebec, and the Grey Nuns of the Immaculate Conception of Pembroke, Ontario.

He made special mention of the fact that the Grey Nuns of the Cross are extending their work in the archdiocese by building a new home for the aged, D'Youville Manor, actually under construction on outer Varnum avenue, this city.

An assistance of 3000, including hundreds of Grey Nuns, religious from other congregations, nurses, students, relatives and friends filled the Boston Cathedral as the Cardinal, preceded by more than 20 monsignori and an even greater number of priests, and accompanied by His Excellency John Wade, missionary bishop in the Solomon Islands, entered in solemn procession and proceeded to the altar where, by special indult from the Holy See, the Mass "Cognovi" was celebrated by Right Rev. Thomas Riley, spiritual director for all religious of the archdiocese. Singing for the entire ceremony was provided by the all-male choir of St. Mary's church in Cambridge.

AMONG THE clergy who attended the ceremony were Rt. Rev. Timothy O'Leary, archdiocesan superintendent of schools, Rt. Rev. William Drapeau, Rev. Ronald Haffner, SM, Rev. Augustine Depatie, SM, Rev. Normand Marcette, SM, Rev. Leo Staves, OMI, Rev. Louis Bachand, OMI, Rev. Anatole Lessard, OMI, Rev. Donat Morissette, OMI, Rev. Henri Bolduc, OMI, Rev. Eugene Noury, OMI, Rev. Paul Maynard, OMI, Rev. Normand Beauchesne, OMI, Rev. Roger Lamoureux, OMI and Rev. Richard Beauchesne.

Delegated to represent the mother houses in Canada were Mother Berthe Dorais, bursar-general of the Grey Nuns of Montreal, Mother Marie-Edmond, secretary-general of the Grey Nuns of Ottawa, and Mother Louis de Montfort, bursar-general of the Grey Nuns of Ottawa. Also present were Mother Dorothy Reece, provincial of the American province of the Grey Nuns of Montreal, and Mother St.-Andre-Corsini, provincial of the American province of the Grey Nuns of Ottawa.

Immediately following the religious ceremony at the Cathedral, all Grey Nuns proceeded to Lexington, where they were guests at a luncheon served by the Grey Nuns of Montreal. Benediction of the Blessed Sacrament was offered by Rt. Rev. George Casey, pastor of St. Bridget's parish, Lexington.

## No Jamming

WASHINGTON (UPI) — The Voice of America for the first time beamed a complete recording of President Eisenhower's news conference to the Soviet Union yesterday. Officials said it apparently "went through clearly on most frequencies."

The voice normally sends only excerpts of presidential news conferences to Russia.



## To Appear Here

Lowell-born Bette Davis and her husband, Gary Merrill, will present readings from "The World of Carl Sandburg" at the Memorial Auditorium, Oct. 14, at 8:30 p. m. The appearance is sponsored by B'nai B'rith and all proceeds will go to the organization's charities.

## Stocks Decline Continues

NEW YORK (UPI) — Stocks extended yesterday's late decline 1 to 2 points today, but trading remained on the quiet side.

It was the thinness of the market rather than any particular news item that brought about the easiness. With only a small amount of stock being made it takes only a limited amount of buying or selling to bring about fairly wide price swings.

Electronics issues again were the heaviest losers, paced by a drop of nearly 5 points in general time. Litton dropped 2 despite a stock split proposal, and Zenith and IBM both lost about 1.

Dupont lost 2 and Allied Chemical a point in the chemicals to help lower the industrial average. Oils were mostly lower with Richfield down more than 1. Motors moved fractionally lower. American home products rose 3 in the drugs, while Vick lost 1½.

Steels were mixed. Lukens added a point and Youngstown a fraction, while U. S. Steel and Bethlehem both were down around a point, and U. S. Playing Cards, up 1⅝.

Sales for the first hour totaled 520,000 shares, against 410,000 yesterday.

(From Draper, Sears, Co., 9 Central St.)

| | Open | Noon |
|---|---|---|
| AUTOMOTIVES | | |
| Am. Motors | [illegible] | 51⅞ |
| Chrysler | [illegible] | 67¼ |
| Ford | [illegible] | 79¼ |
| Gen. Motors | [illegible] | 54⅛ |
| Stud. Pack. | [illegible] | 13½ |
| AIRLINES-AIRCRAFT | | |
| Am. Airline | [illegible] | 25¾ |
| Boeing Air. | [illegible] | 30½ |
| Curt. Wr. | [illegible] | 29¼ |
| G. Dynam. | [illegible] | 45⅞ |
| Lockh. | [illegible] | 25 |
| NAmAir. | [illegible] | 36 |
| PanAAir. | [illegible] | 22⅞ |
| BUILDING | | |
| Crane Co. | [illegible] | 52¼ |
| Flintkt | [illegible] | 33⅞ |
| Johns Man. | [illegible] | 50 |
| Nat. Gyps. | [illegible] | 54 |
| CHEMICAL | | |
| Allied Ch. | [illegible] | 106⅛ |
| Am. Cyan. | [illegible] | 54¼ |
| Du Pont | [illegible] | 246 |
| Food Mach. | [illegible] | 47⅛ |
| Un. Carbide | [illegible] | 135¼ |
| DRUGS | | |
| Merck | [illegible] | 76⅜ |
| Schering | [illegible] | 65⅞ |
| ELECTRICAL-ELECTRONIC | | |
| Avco Corp. | [illegible] | 12¾ |
| Gen. Elec. | [illegible] | 76 |
| Int. Tel. & Tel. | [illegible] | 31⅝ |
| RCA | [illegible] | 57 |
| Raytheon | [illegible] | 46 |
| West El. | [illegible] | 88 |
| METALS MINING | | |
| Anaconda | [illegible] | 59¼ |
| AmSmelt | [illegible] | 41⅞ |
| Kennecott | [illegible] | 94⅛ |
| N Lead | [illegible] | 116⅞ |
| Phelps D. | [illegible] | 56¾ |
| OIL | | |
| All. Refin. | [illegible] | 39¾ |
| St. Oil N.J. | [illegible] | 49⅞ |
| Socony | [illegible] | 41¾ |
| Skelly | [illegible] | 59½ |
| Texaco | [illegible] | 77¼ |
| RAILROADS | | |
| Balt. & Oh. | [illegible] | 40¾ |
| ChNWPP | [illegible] | 25 |
| NY Cent. | [illegible] | 28 |
| Erie RR | [illegible] | 13¾ |
| NorPac | [illegible] | 47⅞ |
| SouPac | [illegible] | 68½ |
| STEELS | | |
| Beth. Steel | [illegible] | 55¼ |
| Jones & L. | [illegible] | 78 |
| Repub. & St. | [illegible] | 77 |
| US Steel | [illegible] | 100⅝ |
| Wheel. St. | [illegible] | 60 |
| Yngs S & W. | [illegible] | 137 |
| UTILITIES | | |
| Am. Tel. Tel. | [illegible] | 76¼ |
| Con. Edis. | [illegible] | 60⅝ |
| New Eng. El. | [illegible] | 20⅝ |

## Fraternal Activities

### Picnic to Aid St. Anthony's Building Fund

ST. ANTHONY'S COMMITTEE—Members of Saint Anthony's Church Building Fund committee are completing plans for the final picnic of the season, to be held at Holy Ghost park tomorrow and Sunday.

An entertainment program has been planned for both days and with delicious dishes being prepared by women of the parish. It is hoped that a large sum will be raised to help defray the cost of the construction program now in progress at the local church.

A local orchestra has been engaged to furnish music for dancing on Saturday and on Sunday the celebrated, "Five Friends," will entertain with songs, skits and native dancing.

Honorary chairman of the affair is Rev. John F. Silva, pastor of the church. The following parishioners are assisting him: Manuel F. Mendonca, Mrs. Tebert P. Mello, Mrs. Mary S. Caldeira, Mrs. George C. Sousa and Mr. and Mrs. Belarmino C. Leite, Joseph Ferreira, Edward Santos, Tebert P. Mello, Mrs. Manuel Correa, Mrs. Lino Bettencourt, Mrs. Manuel Aguiar, Mrs. Maria Medeiros, Mr. Frank Lawrence, Mrs. Rosa Francisco, Joseph Soares, Mr. and Mrs. Manuel Alves, George Dastou, Antonio Abreu, Mr. and Mrs. Anthony Perry, and others.

AMERICAN LEGION—National Executive Committeeman Gabriel Olga of the Massachusetts department, American Legion, today announced the appointments of members of Lowell post to national committees. Those so honored are, Frank J. Duggan, John Campbell and Oscar Camacho. Dugan also is a member of the national executive committee of the federal employees veterans association.

LOWELL ROTARY—Hon. David Williams, judge of the municipal court in Haverhill, will be the speaker at next Tuesday noon's meeting of Lowell Rotary club. Judge Williams has recently completed a year as national commander of the Disabled American Veterans and a few weeks ago returned from a conference of all veterans' organizations in Rome. Leo Mongeau is chairman of the annual ladies' night to be held on Nov. 3. The Poland Spring conclave is scheduled for next week and reservations now are being made.

AUXILIARY POLICE—Uniformed men of the auxiliary police in several Greater-Lowell towns will attend the third annual Communion breakfast of the Greater-Boston Special and Auxiliary Police, to be held Sept. 27 in Watertown.

Men from Chelmsford, Concord, Lowell, Tewksbury, and Woburn will attend the mass that will be held at St. Theresa's church, at 8:30 and then go to the East Junior high school for the breakfast.

LOWELL LIONS — "Transportation is the biggest single factor effecting the growth of this country's economy." Ted Ostrowski of Nashua Corporation, Nashua, N. H., told members of the Lowell Lions club Tuesday at their first meeting of the season under new president, Arthur J. Keenan.

The speaker, also a night instructor in "Transportation and Traffic" at St. Anselm's college, was introduced by Harold E. Wright, Sr., program chairman.

Ostrowski said: "Transportation and traffic means a great deal to the nation. Everyone is so speed conscious everytime they order something they want it 'yesterday.' Gone are the days when they wanted it in two weeks, two days. They want things quickly. It's one of the reasons why the new profession, and I predict it will be profession within 10 years, is that of traffic of management."

"A traffic manager," said the speaker, "is one who ascertains rates, the best means of the transportation for the product involved; the fastest and safest modes of transit. He knows all about costs and tariffs. He knows how to trace shipments; how to file for claims on damages; how to get raw products coming in and finished products going out."

# Gov. Furcolo Fails to Name District Attorney

By Raymond P. Bates

EAST CAMBRIDGE — Gov. Furcolo's failure to name his choice for interim Middlesex county district attorney, to succeed James L. O'Dea, Jr. of Lowell, likely means that no selection will be made until the executive council meets again next Thursday.

Informed sources are of the opinion that the district attorney hopefuls have been applying exceedingly heavy pressure on Furcolo, and that the governor apparently had not reached a decision, before yesterday's meeting of the council.

These same sources also have it, that Acting District Attorney William H. Sullivan, of Lowell and John J. Droney, of Cambridge, present first assistant district attorney, are the two top contenders for the prized position.

Droney served under O'Dea since Dec. 10, 1956. He is said to have the staunch support of U. S. Senator John F. Kennedy, for whom Droney managed campaigns in 1948, 1952 and again in 1958.

It is also reported that Droney has the support of several top men in Governor Furcolo's administration. Sullivan the 31-year-old Lowell aspirant made his political debut during the last election, when he unsuccessfully ran for U. S. representative in the 5th district. However, in defeat he compiled a sizable vote and later was named an assistant to Attorney General Edward J. McCormack Jr.

Last Friday, Sullivan, accompanied by Atty. Gen. McCormack and Asst. Atty. Gen. Joseph Duggan, from New Bedford, took over O'Dea's office, when McCormack named Sullivan to serve as acting DA until Gov. Furcolo names an interim incumbent.

SINCE THEN Sullivan has been busily engaged in stabilizing the district attorney's office. His first move last Friday was to halt superior criminal court trials. Last Monday all assistant district attorneys were sworn in as special assistant attorneys general, after which court sessions were resumed. Sullivan also halted arraignment of some 130 defendants indicted by the present grand jury. Among them were 22 from the Greater-Lowell area. All were recalled for preliminary hearings as a precautionary measure to avoid any legal hassels.

Others mentioned in the race for the DA's job are former Governor's Councilor Endicott (Chub) Peabody, of Cambridge; former Rep. John Zamperelli, of Medford, and former assistant Atty Gen. Andrew T. Trodden, of Cambridge. Zamperelli and Trodden were candidates for the berth in 1956 primary.



John F. Reilly, Jr.

# Reilly Named to UF Post

LOWELL — John F. Reilly, Jr. of 33 Guild street, has been named a section chairman in the business division for the 1960 Greater-Lowell United Fund campaign, Edward F. O'Day, division chairman, said today.

Reilly, employed as an insurance broker, will be in charge of Section E. During past United Fund campaigns he has served as a key man in the industrial division.

He is a graduate of Lowell high school and Dartmouth college.

Reilly is an incorporator of the Lowell Institution for Savings, director of the Mass. Society for the Prevention of Cruelty to Animals, board of founders for D'Youville Manor, and a member of the Immaculate Conception Holy Name society and the Knights of Columbus.

THE COMMONWEALTH OF MASSACHUSETTS
Board of Bank Incorporation
Clarence Barnes
Fred T. Cale
Philip Gardner
David J. Ellman
Philip F. Leduc
Roger T. Hayden
Robert J. Cain
Thomas Croke
William A. Simmons
Harold E. Smith
Herbert W. Pickering
Henry L. Foster
Paul M. McCabe
George W. Smith
Rufus S. Stevens, Jr.
Leroy S. Poole
Harold W. Foley
John C. Catlow
Allick Epstein
Donald C. Kidder
Fred D. Cain
William L. Bach
Roderick W. Hoag
John J. Cellan
having associated themselves by an agreement in writing for the purpose, and having given notice to the Board of Bank Incorporation of their intention of forming a corporation according to the provisions of General Laws, Chapter 172, Sections 6 to 11, inclusive, and all acts in amendment thereof and in addition thereto, to be known as the
WILMINGTON BANK AND TRUST COMPANY
and to be located in the Town of Wilmington, Massachusetts, a public hearing will be given to all parties interested at Room 261, State House, Boston, on Wednesday, September 23, 1959, at 10 A. M.
EDWARD A. COUNIHAN, III, Commissioner of Banks
JOHN F. KENNEDY, Treasurer and Receiver-General
ROBERT T. CAPELESS, Commissioner of Corporations and Taxation
Board of Bank Incorporation.
a4,11,18

Commonwealth of Massachusetts
Middlesex, ss. Probate Court
To all persons interested in the estate of Clara I. Blaisdell late of Lowell, in said County, deceased.
The executor of the will of said Clara I. Blaisdell has presented to said Court for allowance his first account.
If you desire to object thereto you or your attorney should file a written appearance in said Court at Lowell before ten o'clock in the forenoon on the sixteenth day of October, 1959, the return day of this citation.
Witness, John C. Leggat, Esquire, First Judge of said Court, this sixteenth day of September, 1959.
JOHN V. HARVEY, Register.
s 18, 25, o 2.

Commonwealth of Massachusetts
Middlesex, ss. Probate Court
To all persons interested in the estate of Alfred A. Perreault also known as Alfredre A. Perrerrenult late of Dracut in said County, deceased.
A petition has been presented to said Court for probate of a certain instrument purporting to be the last will of said deceased by George Perreault of Dracut in the County of Middlesex praying that he be appointed executor thereof without giving a surety on his bond.
If you desire to object thereto you or your attorney should file a written appearance in said Court at Lowell before ten o'clock in the forenoon on the sixteenth day of October, 1959, the return day of this citation.
Witness, John C. Leggat, Esquire, First Judge of said Court, this fourteenth day of September, 1959.
JOHN V. HARVEY, Register.
s 18, 25, o 2.

Commonwealth of Massachusetts
Middlesex, ss. Probate Court
To Robert F. Savard of Lowell in the County of Middlesex, now commorant of Fort Huachuca, in the State of Arizona, in the County of Cochise.
A libel has been presented to said Court by your wife, Blanche J. Savard praying that a divorce from the bond of matrimony between herself and you be decreed for the cause of cruel and abusive treatment.
If you desire to object thereto, you or your attorney should file a written appearance in said Court at Cambridge within twenty-one days from the ninth day of November 1959, the return day of this citation.
Witness, John C. Leggat, Esquire, First Judge of said Court, this eleventh day of September 1959.
JOHN V. HARVEY, Register.
s 18, 25, 28.

Commonwealth of Massachusetts
Middlesex, ss. Probate Court
To all persons interested in the estate of Margaret T. Burns late of Lowell in said County, deceased.
A petition has been presented to said Court, praying that Mary E. Burns of Chelmsford in the County of Middlesex or some other suitable person be appointed administratrix of said estate.
If you desire to object thereto you or your attorney should file a written appearance in said Court at Lowell before ten o'clock in the forenoon on the twenty-fifth day of September 1959, the return day of this citation.
Witness, John C. Leggat, Esquire, First Judge of said Court, this twenty-eighth day of August 1959.
JOHN V. HARVEY, Register.
s 4, 11, 18.

Commonwealth of Massachusetts
Middlesex, ss. Probate Court
To all persons interested in the estate of Anson W. Stone late of Billerica in said County, deceased.
A petition has been presented to said Court for probate of a certain instrument purporting to be the last will of said deceased by Leila S. Stone of Billerica in the County of Middlesex praying that she be appointed executrix thereof without giving a surety on her bond.
If you desire to object thereto you or your attorney should file a written appearance in said Court at Lowell before ten o'clock in the forenoon on the twenty-fifth day of September 1959, the return day of this citation.
Witness, John C. Leggat, Esquire, First Judge of said Court, this thirty-first day of August 1959.
JOHN V. HARVEY, Register.
s 4, 11, 18.

Commonwealth of Massachusetts
Middlesex, ss. Probate Court
To all persons interested in the estate of Mary Rose late of Lowell in said County, deceased.
A petition has been presented to said Court for probate of a certain instrument purporting to be the last will of said deceased by Henry W. Cloutier and Katherine Sliva of Lowell in the County of Middlesex praying that they be appointed executors thereof without giving a surety on their bond.
If you desire to object thereto you or your attorney should file a written appearance in said Court at Lowell before ten o'clock in the forenoon on the twenty-fifth day of September 1959, the return day of this citation.
Witness, John C. Leggat, Esquire, First Judge of said Court, this first day of September 1959.
JOHN V. HARVEY, Register.
a4,11,18

DO FALSE TEETH Rock, Slide or Slip?
FASTEETH, an improved powder to be sprinkled on upper or lower plates, holds false teeth more firmly in place. Do not slide, slip or rock. No gummy, gooey, pasty taste or feeling. FASTEETH is alkaline (non-acid). Does not sour. Checks "plate odor" (denture breath). Get FASTEETH at drug counters everywhere.

Political Advertisement

FOR COUNCILOR
VOTE FOR Robert Murphy
● A man with 37 years of practical experience in private and public works.
● A vote for Robert Murphy is a vote for honest service.
● Please consider me for one of your nine votes.
Signed: ROBERT MURPHY, 504 Princeton Blvd.



Supervisory Electronics Opportunities
Accelerating space-age programs at Boeing are creating high-level supervisory openings for ELECTRICAL and ELECTRONIC ENGINEERS. For information watch for advertisements in Sunday paper, or arrange for a confidential interview by phoning Mr. George Davidson, beginning Sunday. CA 7-8620, Boston.
CApitol 7-8620

FREE FREE
$1280
EDWARD J. SLDOL
108 Aberdeen St.
Now, A New Twist . . .
$100.00 plus $15.00 PER DAY
With the opening of our new plant —our Big Jackpot will grow $15.00 per day.
A Junior Jackpot winner of $50.00 each week from that week's registrants.
Details at Any Plant
HIGHLAND Cleaners

FREE MUFFLER INSTALLATION
At MIDAS
You save money at MIDAS because you pay no installation charge on mufflers. The labor is free.
You save money, too, because you get a better muffler. And there is nothing added on to the very low price you pay for the muffler itself.
DRIVE IN TODAY
555 GORHAM STREET
Near Gallagher Square
GL 4-1868
OPEN DAILY 8:00—6:00
SATURDAY 8:00—4:00
MON. & THURS. 8:00—8:30
Unconditionally Guaranteed

George Upton Insurance Agency
Insurance
SINCE 1933
9 Central St GL 2-6072

Case 1:23-cv-05294-RPK-LB Document 1-4 Filed 07/11/23 Page 2 of 7 PageID #: 54



# Franco-American Orphanage 40th Anniversary Monday

## Former Pupils, Benefactors, Other Interested Persons Invited to Open House

LOWELL—The Franco-American orphanage, located on Pawtucket street, at School, observes the 40th anniversary of its founding next Monday and on that day will hold open house at which former pupils are expected to renew acquaintances and benefactors are expected to view the many improvements made possible by their generosity.

Mass will be celebrated in the beautiful chapel at the orphanage at 8.30 o'clock Monday morning. The traditional luncheon will follow. The Grey Nuns of Charity of Montreal, who have so ably directed the destinies of this worthy institution for the past 40 years extend an invitation to all interested persons to visit the orphanage next Monday.

**Founded In 1908**

It was on June 24, 1908, during an entertainment at St. Joseph's boys school on Merrimack street, that Rev. Joseph Campeau, OMI, pastor of St. Joseph's parish, announced the purchase of the Ayer property at Pawtucket and School streets for the purpose of founding an orphanage. Since then, May 30, has always been a day of remembrance at the institution in view of its proximity to the first official announcement of the purchase of the property which was actually consummated about May 30, 1908, and that day is always considered the anniversary date.

Since its founding, the Franco-American orphanage has been the home of thousands of children.

A complete grammar school course of eight grades is located in its spacious buildings. The original Ayer home has been expanded with substantial constructed buildings of brick containing dormitories, play rooms, auditorium, a beautiful chapel.

**Spacious Grounds**

The spacious grounds of the Franco-American orphanage have for years been the Mecca of devout who have visited its Way of the Cross which leads to the huge grotto in the rear.

It was in June, 1910, that the idea of constructing a memorial to Our Lady of Lourdes, in this city, took form and a year later magnificent ceremonies were held at the dedication. Rev. Henri Watelle, OMI, pastor, had obtained the co-operation of all organizations in the parish and a huge parade proceeded downtown to be review at city hall by the mayor and other city officials along with Rev. Fathers Watelle, Lefebvre and Paquette, of the Oblate order, from St. Joseph's parish. Thousands of Franco-Americans passed in review.

At night, on the orphanage grounds, was held the procession with candles for illumination, a most impressive sight. Since then, the grotto has been the scene of many pilgrimages. Seats are maintained there and the grotto is capped by a high crucifix which is illuminated on special occasions.

**The Bread Fund**

In December of 1911, was founded the Bread Fund of the Franco-American orphanages, an organization which has provided much support to the institution. Devout persons promise the sum of 10 cents per week, to be collected by team captains, This money is in turn given to the orphanage and utilized to purchase bread, a large item of expense in such places. Each month, in the orphanage chapel, a special mass is celebrated for the intentions of members of the fund and other benefactors.

Much more could be written about the Franco-American orphanage but a volume would be required to properly due justice to its contribution to the welfare of the city. Suffice to say that it continues serving, under the direction of the good Grey Nuns of Charity of Montreal, as it has for the past 40 years.

Next Monday is "Remembrance Day" at the orphanage, and the good nuns expect to see their former charges there, with relatives and friends, to gladden the hearts of their former teachers and serve as ideals to the youngsters now filling the places left vacant by those who preceded them and who, today, can be listed among this city's most substantial citizens.

# Shoots Foot For Prowler

SYCAMORE, Ill. (AP)—George White, Sycamore trucker, had a nightmare and visioned a stranger standing at the foot of his bed. White pulled his gun from under his pillow and fired. Only George's foot was there, he told attendants while in the hospital. White added it was the second time he had had such a mishap. Hospital authorities told him to keep his gun elsewhere than under his pillow.

The entrance to a Navajo Indian hogan in Arizona is always built facing east.

## RADIO PROGRAMS

WEEI 590 CBS | WLAW 680 ABC | WBZ 1030 NBC | WNAC 1260 MBS

3:00 WLAW—Ladies, Be Seated.
WBZ—Life Can Be Beautiful.
WNAC—Martin Block Show.
WEEI—Double or Nothing.
3:15 WBZ—Ma Perkins, sketch.
3:30 WLAW—P. Whiteman Record Club.
WBZ—Pepper Young's Family.
WNAC—The Happy Gang.
WEEI—One World.
3:45 WBZ—Right to Happiness.
WEEI—Irving T. MacDonald.
4:00 WBZ—Backstage Wife, sketch.
WNAC—Jack Smith.
WEEI—Hint Hunt.
4:15 WBZ—Stella Dallas, drama.
WNAC—Guy Lombardo.
4:25 WEEI—Rideout Weather.
4:30 WLAW—Hit Tunes.
WBZ—Lorenzo Jones, sketch.
WNAC—Xavier Cugat.
WEEI—House Party.
4:45 WBZ—Young Widder Brown.
WNAC—Up the Ladder.
4:55 WEEI—This Women's World.
5:00 WLAW—Dick Tracy, sketch.
WBZ—When a Girl Marries.
WNAC—Adventure Parade.
WEEI—Listen, Ladies.
5:15 WLAW—Terry and the Pirates.
WBZ—Portia Faces Life.
WNAC—Superman, sketch.
5:30 WLAW—Sky King, sketch.
WBZ—Just Plain Bill.
WNAC—Captain Midnight.
5:40 WEEI—Sports Review.
5:45 WBZ—Front Page Farrell.
WNAC—Tom Mix, sketch.
WEEI—Lum 'n' Abner.
6:00 WLAW, WBZ, WNAC—News.
WEEI—Eric Sevareid, news.
6:05 WBZ—Geoffrey Harwood, news.
6:15 WLAW—Songs.
WBZ—Bump Hadley, sports.
WNAC—Let's Go to the Games.
WEEI—C. T. Scanlan, news.
6:25 WNAC—Joe McCarthy speaks.
WEEI—Names in the News.
6:30 WLAW—Music.
WBZ—Robert Rissling Sings.
WNAC—The Answer Man.
WEEI—Sweet Music.
6:45 WBZ—Three Star Extra.
WNAC—Animal World Court.
WEEI—Lowell Thomas, news.
WLAW—Pianist.
6:50 WNAC—Washington Snapshots.
6:55 WLAW—Edwin C. Hill, news.
WBZ—Supper Club.
WNAC—Fulton Lewis, Jr.
WEEI—The Beulah Show.
7:15 WBZ—News of the World.
WNAC—Tello Test.
WEEI—Jack Smith Show.
7:30 WLAW—Henry Morgan Show.
WBZ—Thursday at 7.30.
WNAC—News, Cedric Foster.
WEEI—Club 15.
7:45 WNAC—Inside of Sports.
WEEI—Edward Murrow.
8:00 WLAW—Radio Telephone Game.
WBZ—The Aldrich Family.
WNAC—Boston Queen for Day.
WEEI—FBI in Peace and War.
8:30 WLAW—Ellery Queen, sketch.
WBZ—George Burns, Gracie Allen.
WNAC—Great Talent Hunt.
WEEI—Mr. Keen, sketch.
8:55 WNAC—Billy Rose.
WEEI—Bill Henry, news.
9:00 WLAW—Willie Piper, comedy.
WBZ—Musical Hall, Al Jolson.
WNAC—Gabriel Heatter, news.
WEEI—Dick Haymes Show.
9:15 WNAC—Mutual Newsreel.
9:30 WLAW—Guy Lombardo's Orchestra.
WBZ—Jack Carson Village Store.
WNAC—All Star Revue.
WEEI—Crime Photographer.
9:45 WNAC—Background for Stardom.
10:00 WLAW—Candid Microphone.
WBZ—Bob Hawk Quiz.
WNAC—The Family Theatre.
WEEI—The Radio Digest.
10:30 WBZ—Eddie Cantor Show.
WNAC—Dr. David Coffin.
WEEI—First Nighter, sketch.
10:45 WLAW—Guest Star.
WNAC—Ray Anthony's Orchestra.
11:00 WLAW, WBZ, WNAC, WEEI—News.
11:10 WNAC—Sports Final.
WEEI—Rideout Weather.
11:15 WLAW—Music.
WBZ—Starlight Serenade.
WNAC—News.
WEEI—Pick of the Stars.
11:20 WNAC—Round the Town.
11:25 WEEI—Sports News.
11:30 WBZ—First Piano Quartet.
WEEI—Club Midnight.
11:55 WNAC—News.
12:00 WBZ—News; Musicana.
WNAC—United Nations Today.

## RADIO FEATURES

**HENRY MORGAN SHOW**, fun and satire; WLAW, 7.30.

**THURSDAY AT 7.30.** Half hour musical show; WBZ, 7.30.

**EDWARD MURROW** interviews Senator Robert A. Taft of Ohio; WEEI, 7.45.

**THE ALDRICH FAMILY**, with Ezra Stone; WBZ, 8.00.

**BOSTON QUEEN FOR A DAY**, from Mechanics Building; WNAC, 8.00.

**GEORGE BURNS** and Gracie Allen, comedy sketch; WBZ, 8.30.

**MUSIC HALL**, with Al Jolson, M. C. Dorothy Kirsten, Metropolitan Opera soprano, guest; WBZ, 9.00.

**DICK HAYMES SHOW**, featuring musical portrait of America, titled "An American Poem"; Martha Tilton, in songs; WEEI, 9.00.

**GUY LOMBARDO** and Royal Canadians serenade Hawaii; WLAW, 9.30.

**BACKGROUND FOR STARDOM**: Eleanor Powell tells of her steps to success; WNAC, 9:45.

**BOB HAWK QUIZ SHOW**; WBZ, 10.00.

**THE FAMILY THEATRE**: "The Unsung Hero," Memorial Day drama. Lee Bonnell and wife, Gale Storm, co-starred. Mona Freeman, actress, hostess; WNAC, 10.00.

**RADIO DIGEST**: Roger Pryor starred in "Francesco's Debt of Honor," story of Perseverance; WEEI, 10.00.

**EDDIE CANTOR COMEDY SHOW**; WBZ, 10.30.

**DR. DAVID COFFIN**: "Modern Medicine Goes to the Zoo"; WNAC, 10.30.

**FIRST NIGHTER SKETCH**: "A Good Joe," story of waitress who turned actress; WEEI, 10.30.

**FIRST PIANO QUARTET**; WBZ, 11.30.

Tea Made in a Teapot Is Better Tea
"SALADA" TEA

NOW... SAVE 5¢




Hurry to Your Grocers for Special Limited-Time Offer on . . .
Carr CRACKIN' GOOD Sandwich Cookies

M-m-m, try CRACKIN' GOOD Sandwich Cookies. . . you'll love 'em! NOW, for a limited time only, your grocer is featuring these tempting cream-filled cookies at 5c off the regular price. Money-saving coupon is on every package.

CARR-CONSOLIDATED BISCUIT COMPANY

MIDDLESEX SUPPLY CO

WE HAVE EVERYTHING
FOR YOUR SUMMER HOME—CAMP OR COTTAGE NEEDS
AND EVERYTHING AT SAVINGS!



REGAL NO. 1107 $9.75
$1.00 DOWN
$1.00 WEEKLY
- BUILT-IN LOOP
- SLIDE RULE VISIBLE DIAL
- AUTOMATIC VOLUME CONTROL
- FULL SIZE BAKELITE CABINET


Camp Cook STOVE 9.95
Handy for summer outdoor living.


LAWN CHAIR 4.95
50c Down.
All metal—Bright weather-proof finish.


PORCH SHADE 6.50
1.00 Down
4 ft. wide by 7 ft. long.



RENUZIT 2 GAL. 1.55
Quick economical cleaning of your summer play togs.


MINUTE MOP 1.95
Clean up your camp floors with a minimum of hard work.


Garbage Can 4 GAL. 1.19
Wheeling heavy galvanized, waterproof, non-rusting.



SOILAX 1½ LB. 25c
Banish soil with Soilax. Quickly, easily.


NEW 1948 PHILCO PORTABLE
Have fun this summer with this lovely Personal Portable. It's small and lightweight and plays on AC-DC and batteries.
$22.95
75c Weekly
Less Batteries


Ice Cube Tray 29c All Metal
Welcome ice cubes for long, cool summer drinks.


PICNIC JUG $3.29
Insulated jugs to keep picnic drinks cold.


PRESTO COOKER 4 Qts. 12.95
Cook a full meal in two or three minutes when summer heat drives you outside.


Household SCALE 3.95
All metal scale to check on weights.


Unpainted CHESTS 9.95
4 Drawers
For keeping Junior's summer duds in order.


Plastic TOILET SEAT 6.49
Full guarantee. Choice of 5 beautiful pastel shades. Chrome hinge.


Step-On CAN 98c
White enamel finish, trimmed in red with enameled inner pail.


Inlaid STAIR TREADS 16.95
Covers 16 steps and the risers with inlaid linoleum in choice of colors. Each piece bound in metal.


SOFA and BED $59.95
$6.00 DOWN
A lifesaver when that unexpected week-end guest shows up—An attractive sofa by day—a comfortable double-bed by night.



Gold Seal Glass Wax
Quart 98c
The Miracle Cleaner.
Eliminates soap and water cleaning of glass, porcelain, plastics, glazed tile, silverware and other metal objects. Ideal for mirrors, windows, windshields and all glass surfaces.


Having a Rollaway Cot is like Having Another Bedroom
$16.95 COMPLETE With Mattress

Keep Your Home Beautiful with the NEW "DUTCH BOY" BLENDED PAINT!





Making your home look good is one thing. *Keeping* it that way—is another.

That's why our new line of "Dutch Boy" Paint is *blended.* White blended to stay white. Tints blended to stay right. Trim Colors blended to stay bright. Porch and Deck Paint blended to stand up.

There's even a new, improved Primer, specially blended to hide the old surface better.

To *keep* your home smart, keep this in mind. Your home's best friend is the "Dutch Boy" Blend. And we've got it!

USE MIDDLESEX FRIENDLY BUDGET CREDIT SERVICE
DIAL 6811
MAIL and PHONE ORDERS FILLED

MIDDLESEX SUPPLY Co.
86-114 MIDDLESEX ST.
Also on Sale at Scott Hardware, 450 Bridge St.

86-114 MIDDLESEX ST.
OPEN SATURDAY and MONDAY NIGHTS
USE MIDDLESEX FRIENDLY CREDIT—DIAL 6811
CLOSED ALL DAY MONDAY and TUESDAY NIGHTS
DIAL 6811



## At Autumn Social

Principals at the annual AEFA silver tea held at the Franco-American orphanage pictured left to right, are, Rev. Armand Morissette, OMI, chaplain and guest speaker for the occasion; Rev. Mother St. Elizabeth du Portugal, SGQ, superior; Miss Jacqueline Turcotte, soloist, and Mrs. George E. Caisse, pourer.

**Traditional Event**

# AEFA Holds Silver Tea At Franco-American Orphanage

LOWELL—A long established tradition of Franco-American Educational association took place when its members held the annual silver tea at the Franco-American orphanage for the benefit of the half century old Pawtucket street institution staffed by the Sisters of Charity of Quebec, who were the guests of honor of the day, represented by Rev. Mother St. Elizabeth du Portugal, SCQ, superior and Rev. Mother St. Christiane, SCQ, bursar.

In a setting of rust and brown autumn flowers and foliage members renewed acquaintances with the nuns and their friends prior to the business meeting at which Mrs. Henry Achin presided and gave an account of disbursements amounting to $2925 for various charitable causes made during her term of office.

Miss Shirley Morin gave the secretary's report and Mrs. Martin Tymowicz gave the financial statement. Mrs. Alfred Vigneault gave a report on membership, which has reached a record number.

A contribution was also voted to the United Fund and announcement was made that the school of naturalization sponsored by the association, has resumed its courses for the fall and winter seasons. Classes are in session every Monday and Wednesday evenings in the hall adjoining St. Jean Baptiste church. The Christmas fair is scheduled for Nov. 14 and will be held in the CMAC hall.

**MRS. ACHIN** appointed the following committees: Mrs. Leon Bolduc and Miss Aldea Ducharme, co-chairmen of the plant auction; Mrs. Harvey Mercier and Miss Florence Marion in charge of the cake and pastry table. Mrs. Joseph Ouellette, chairman and Mrs. Alfred Vigneault, co-chairmen will supervise the novelty table assisted by members of the association. The apron table will be under the direction of Mrs. Paul Ouellette, Mrs. Leo Beauchesne and Mrs. Leo Beaulieu, co-chairmen.

Members are invited to send articles to the various chairmen for their tables at the fair.

After the meeting, Mrs. Achin presented Marguerite B. Lyons, program chairman of the afternoon who gave a talk on the Sisters of Charity known as Grey Nuns, founded in 1737 by Blessed Marguerite d'Youville, and the five detachments constituting five distinct and approved congregations branching from the original foundation namely the Sisters of Charity of Montreal, The Grey Nuns of St. Hyacinthe, the Grey Nuns of the Cross of Ottawa, The Sisters of Charity of Quebec, The Grey Nuns of the Sacred Heart of Philadelphia, Pa., and the Grey Nuns of Pembroke, Canada.

Rev. Armand Morissette, OMI, chaplain of the association gave an informative talk on present day methods of education, thanked the group for its constant support of educational projects and outlined an interesting plan of future activities to benefit the advanced education of worthy candidates through scholarships.

**MISS JACQUELINE** Turcotte, soprano delighted the gathering with her rendition of several numbers from her extensive repertoire. She was accompanied at the piano by Miss Georgianna Desrosiers.

Then all partook of the lavish variety of culinary delicacies at the appointed table, beautifully decorated with an autumn floral centerpiece flanked by silver candelabra holding orange tone tapers. Pourers for the afternoon were Mrs. Harvey Mercier, Mrs. George E. Caisse, Mrs. Leo H. Beaulieu and Mrs. Samuel Bernier. Servers were Miss Shirley Morin and Miss Lillianne Fontaine. Mrs. Joseph Gagnon and Mrs. Victoria Simonneau presided at the donation tray, and hostesses were Miss Beatrice Lacourse, Mrs. Emile Galgus, Mrs. Andre Fauvel, Miss Florence Marion, Mrs. Joseph Gregoire and Mrs. Philomene Lynch. Decorations were contributed and arranged by Mrs Victor Nickrosz and Miss Jeannette Morin.

Serving on the reception committee were Mrs. Joseph Ouellette, chairman with Mrs. Nelson Larmand, Mrs. Paul Ouellette and Mrs. Regina Tousignant.

## Club News

**SODALITY** — There will be a bean and ham supper given by St. Anne sodality of Ste. Jeanne d'Arc parish from 4:30 to 7:30 at the Parish hall on Fourth avenue. The public is invited. Tickets are available at the rectory or from the officers.

**DLKV** — The DLKV auxiliary will meet Sunday at 2:30 o'clock at 447 Central street. New plans will be announced. All members are urged to attend.

**PHILATHEA** — The annual harvest supper, one of the two principal events sponsored by the Philathea class each year, will be held Wednesday evening, October 24 at 6:30 o'clock in the Calvary Baptist Fellowship hall. All who have attended the famous suppers know that they are inimitable. A variety of delicious home cooked foods and desserts are served. Tickets are available for adults and children. Reservations may be made until Sunday evening by calling Mrs. Walter Robinson at 2-2031 or the church at 9-9598. A real treat is in store for all who attend.

# League To Honor Presidents Sunday

LOWELL — The initial meeting of the League of Catholic women will take place Sunday, at 2:30 o'clock when Liberty hall will be the scene of the past presidents tea. Miss Mary Teague will be chairman.

Pourers for the tea will be Mrs. Neil A. Boyle and Miss Esther Burns; assistant pourers, Miss Mary Lyons and Mrs. Walter Mahoney, Sr.

Past presidents of the League are: Mrs. John F. Saunders, Mrs. William H. Sullivan, Miss Ruth Murphy, Miss Joan Snanley, Miss Helen Mulcahy, Miss Rita Kilroy, Mrs. Mary M. Lynch, Mrs. George B. Markham, Mrs. O. Edward Dutile, Mrs. Cecil P. Dodge, Mrs. John J. Savage, Miss Esther Burns, Mrs. Neil A. Boyle, Mrs. Ernest C. Sullivan, Mrs. William Moriarty.

Rev. Vincent A. Jakul, chaplain, will be the honored guest.

Mrs. Harold Newton, president, will conduct a brief business meeting followed by a musicale planned by Mrs. George Macheras, program chairman. The officers of the League are: Miss Agnes Dreven, first vice president; Mrs. Edward M. McKinley, Jr. 2nd vice president; Miss Mary Lyons, treasurer and Mrs. James Willy, corresponding secretary.

Also Mrs. George Desrochers, chairman of decoration, Mrs. Thomas Sullivan, chairman of hospitality, Mrs. George Deaudelin, co-chairman of hospitality, assisted by Mrs. Richard Botti, Mrs. Catherine Thompson, Mrs. Leon Sullivan and Mrs. Francis Ledgard. Miss Mary E. Rourke is chairman of ushers and Mrs. Arthur Sutcliffe is chairman of servers.

A partial list of servers and ushers are: St. Patrick's Mrs. William Conley, Mrs. Catherine Conlon, Mrs. Francis Regan, Mrs. William B. Toohey, Mrs. Robert Bryan, Mrs. Robert Howe, Miss Alice Kiernan, Mrs. Arthur Cryan.

**ST. MICHAEL'S:** Mrs. John Costello, Miss Frances Larkin, Mrs. Leo McHale, Mrs. Leo Mitchell.

Sacred Heart: Mrs. Eugene A. Fitzgerald, Mrs. Solon G. Leary, Miss Eleanor Finnegan, Miss Anne Finnegan, Miss Mabel Sullivan.

Immaculate Conception: Mrs. Clyde Allen, Miss Kathleen Byrt, Miss Mary Haggerty, Miss Stella Maloney, Mrs. Leonard McDermott.

Ste. Jean Baptist: Mrs. Blanche Congelose, Mrs. Anna Gauthier.

St. Rita's: Mrs. John R. Mahoney, Mrs. Herby Doyer and Miss Gertrude Savage.

St. Margaret's: Mrs. John Conway, Miss Mary Fitzgerald, Mrs. Edward Hassett, Miss Jane Nelligan.

St. Peter's: Mrs. Margaret Swan, Mrs. Patrick Conway, Miss Mabel Hey, Miss Virginia Dooley and Mrs. Edward Quigley.

**HOLY TRINITY:** Mrs. Charles Maliszewski, Mrs. Jan Majder, Mrs. Walter Szczypinski and Mrs. Helen Szczypinski.

# GS Council Will Meet Tuesday

LOWELL — The Greater-Lowell Girl Scouts, Inc. will hold its fall council meeting at the new Knights of Columbus hall at the junction of Lakeview avenue and Nashua road in Dracut on Tuesday, Oct. 23, at 7:30 o'clock.

There will be a brief business meeting with reports on the progress of the area development committee by Mrs. Lamson and on the program change by Mrs. Walter McNamara.

The Greater-Lowell Girl Scouts who went to the roundup last summer will show their slides and tell of their experiences. The senior troop from Tyngsboro under the leadership of Mrs. Arthur Holmes will present a "Program Surprise."

All registered Girl Scout adults are invited to attend this meeting to keep up with the news.

## Births

**Lowell General**

DESMARAIS, Oct. 18, daughter, Mr. and Mrs. Raymond Desmarais, 293 Nesmith street.

DENISON, Oct. 18, daughter, Mr. and Mrs. John Denison, 31 Janet road, Chelmsford.

GLARDON, Oct. 18, daughter, Mr. and Mrs. John Glardon, Old Lowell road, Westford.

**St. Joseph's Hospital**

GAGNON, Oct. 19, son, Mr. and Mrs. George Gagnon, 341 Fletcher street.

**St. John's Hospital**

THRESHER, Oct. 18, daughter, Mr. and Mrs. Harold E. Thresher, 18 Doris avenue, Billerica.

GROVER Oct. 19 daughter Mr. and Mrs. Glendon Grover, 440 Middlesex Turnpike, Billerica.

CALHOUN, Oct. 19, daughter, Mr. and Mrs. Leo Calhoun, 12 Cambridge place.

**Emerson Hospital (Concord)**

MILLER, Oct. 18, son, Mr. and Mrs. Charles Miller, 85 Hammond street, Acton.

RICHARDS, Oct. 19, son, Mr. and Mrs. Fred Richards, Sudbury road, Stow.


FREE $260
JOHN WAYNE
3 Carter Street, Lowell
HIGHLAND Cleaners




"WE'LL RELEASE YOU IF YOU TELL US THE SECRET— HOW DO YOU GET YOUR PEOPLE TO GIVE THE UNITED WAY"

26 CAMPAIGNS IN 1
UNITED FUND
OF GREATER-LOWELL
150 Middlesex Street, Lowell




pollards OF LOWELL
WE GIVE S&H GREEN STAMPS

IF It's Furred It's Right.. and It's For You!

ALL KINDS OF FUR TO ADD A FEMININE POINT OF VIEW TO IMPORTANT COATS

This is the look for women with unerring good taste, an elegant coat crowned with a deep luxurious fur. Shown here, just one example from our superb collection of fur trimmed coats. This silhouette is straight and classic with a natural blue fox collar on beige oatmeal tweed, 8 to 16.

109.00

plus S&H stamps

Ask about the seven different credit plans, one to suit everyone. It's easy to buy at Pollards!


A-Look-Twice Fashion
100% Wool Jacket Dress
19.98

plus S&H stamps

Compliments start the moment you put on this semi-jacket dress. Come out as early as tea at the club and stay right into evening. The full skirt has deep inverted pleats. Available in red, blue, navy, brown 12-18.

pollards second floor for fashion

Call Your Personal Shopper! GL 8-2511

pollards OF LOWELL
WE GIVE S&H GREEN STAMPS

that good feeling starts now...



with sheer all-nylon Supp-hose®
Stockings by KAYSER®

The minute you put on a pair of Supp-hose, you *feel* the difference! Your legs get gentle support . . . a wonderful relaxed feeling that lightens your busiest day. Yet Supp-hose look like other fashion-sheers, because they are *all-nylon*. Whatever your age, you'll look good and feel good, too . . . with Supp-hose stockings! And remember, Supp-hose outwear regular nylons by far, actually save you money! In your choice of styles and fashion shades.

4.95

Reserve Your Christmas Gifts Now!
Call Your Personal Shopper! GL 8-2511

plus S&H stamps hosiery — street floor

ADVERTISE WITH THE LINK
ADS@THELINKNEWSPAPER.CA

# The Order of Grey Nuns Facilitated Child Kidnappings

## A Peoples' History of Canada Column

OPINIONS Lou Teeluck — Published September 4, 2018




Graphic Aiden Locke

### If Concordia students are familiar with the Grey Nuns, it's probably because of the charming residence that bears their name.

But there's also a dark past involving the Grey Nuns of Montreal—it was one of the various religious orders responsible for what came to be known as the tragedy of the Duplessis Orphans.

In the 1930s the Grey Nuns hid execrable secrets behind its charitable facade. Investigations have since revealed that the ex-convent was host to numerous crimes.

The building we now call Grey Nuns was host to countless atrocities perpetrated upon wards of the state settled there. Hundreds of thousands of children were physically and sexually abused, purposefully misdiagnosed with mental disabilities, and tortured for financial gain.

These children became known as the Duplessis Orphans. Several decades after the tragedy, some of the survivors formed the Duplessis Orphans' Committee and filed a class action lawsuit against the government and church to seek reparations. Due to the cruelty they had to endure, many have been unable to lead healthy adult lives. Scarce reparations have been accorded, but the meager amounts have only left them further aggrieved.

The story of the Duplessis Orphans takes place in an era known as La Grande Noirceur, or The Great Darkness. Poverty was widespread from the Great Depression and conservative values dominated the political sphere. Spearheading this political force was premier of Quebec Maurice Duplessis with strong support from the Roman Catholic Church.

During his time in power from the mid-1930s to the late 1950s (with one break where the Liberals re-took power), Duplessis transferred power to the Church by extending their responsibilities to include operation of most social services like orphanages. This gave the Church authorization to act as a government-sponsored agency—minus any form of public accountability.

At the time, federal funding allocated $0.70 to $1.25 per day, per orphan to the church. If an orphan was mentally disabled, they received $2.50 in subsidies. This precipitated a mass scale process of proliferating "orphans" and intentionally misdiagnosing them as mentally disabled to qualify for the larger subsidy.

In many instances, the children recruited weren't legitimately orphaned. Nuns and priests would travel to low-income neighborhoods throughout Quebec and Eastern U.S. and convince parents to hand over their children, promising them a better future.

Bernard Piché, a doctor who falsely certified the orphans as mentally disabled, admitted to not examining any children in 1999. In a statement, Piché said, "I did it because the nuns asked me to."

Religious orders converted orphanages into psychiatric hospitals in order to maximize fiscal gain. An investigative report done by social activist Léo-Paul Lauzon revealed the finances of the scandal. The study concluded that the government and Roman Catholic Church were recipients of over 70 million in subsidies and in one instance saved 37 million by converting one of its orphanages into a mental hospital.

Multiple ombuds said the investigation proved difficult due to the lack of existing documents. Thousands of files regarding patient identities and communication channels were missing. However, some survived.

The surviving orphans' class-action lawsuit mentions a Quebec government authorized investigative report contained evidence of ice baths, torture, beatings, and other forms of abuse. The petition includes a quote from an involved psychiatrist saying "orphans died from psychiatric treatments and that these treatments were nothing more than sadistic pseudo-treatments."

Multiple testimonies from surviving Duplessis orphans describe similar experiences. In a New York Times interview from 1999, an orphan recounted being put in a straitjacket and tied to a bed frame for weeks on end, surviving from the food she was force fed. Her abuser was said to be a sister belonging to Grey Nuns of Montreal, one of the religious orders repeatedly brought up in the class action lawsuits.

> Nuns and priests would travel to low-income neighborhoods throughout Quebec and Eastern U.S. and convince parents to hand over their children, promising them a better future.

Rod Vinneau, a spokesperson for the Duplessis Orphan Committee spoke about the atrocities that occurred during this time in an interview in 2016. He says the hospitals built to facilitate the torturing of children were under the rule of the American Psychiatric Association and C.I.A.

The matching testimonies of the Duplessis orphans being tortured with electro-shock therapy, forcible injections with powerful drugs and other human experimentation raises serious concern that this tragedy was part of MK Ultra—a US government program which honed torture techniques and had a known human-experimentation centre in McGill University.

Sylvio Albert Day, a Duplessis Orphan, says that one of the priests was Joseph Mengle, a former Nazi doctor during World War II. Day's job was to transport dead bodies into unmarked graves. Some of these bodies had to be cleaned because in 1942 Quebec law allowed nuns to sell unclaimed bodies to medical schools for $10.

A lawyer representing the Duplessis Orphan Committee filed a motion to have an abandoned graveyard dug up. The committee believed thousands of orphans were buried at this site and forensic testing could provide evidence of torture and medical experimentation. Despite over two thousand bodies being discovered, no report on forensic study was released, or even occurred in the first place.

Later that year in 1999, the Quebec government offered $15,000 to each orphan that was misdiagnosed, which was the government's first financial response to the allegations. This settlement was rejected and heavily criticized, especially because the lawyers on behalf of the government were paid over $1,000 a day.

In 2001, 1,100 of the remaining Duplessis Orphans accepted a $25 million settlement. This amounted to approximately $10,000 plus $1,000 for every year they were wrongfully detained and incorrectly diagnosed. This settlement was not eligible for those that were abused but not misdiagnosed. In negotiating the settlement, each recipient had to sign an agreement that they would not pursue the Roman Catholic Church for further compensation and prosecution.

Some of the Duplessis Orphans did not accept the settlement on principle and continue fighting for justice. Much of the evidence presented during the trial was obtained with strong resistance from the government and Church. Even though financial compensation was earned, the committee believed it wasn't enough.

While many of the individuals involved in the abuse of orphans have likely passed away, the institutions which governed it and shielded its perpetrators remain strong—and, in the Church's case, mired in more abuse allegations. Justice, in this case, will look like holding these institutions accountable for the crimes they perpetrated.

Although this outcome seems impossible, like all activism, it is worth fighting for.

Like 114 Tweet Share 16

LATEST POPULAR

Coping with past trauma through childhood memories
Opinions – 04/13/22

The Refugee Centre launches a new campaign for Ukrainian students
News – 04/10/22

The challenges faced by students in Montreal's housing market
News – 04/10/22

'The Family of the Forest': A film about modernity and self-sufficiency
Fringe Arts – 04/10/22

Concordia security restrained woman in revolving doors
News – 04/10/22




CURRENT ISSUE




The Sidewalk Issue

VIDEO




Montreal students march for free education

RELATED READING



OPINIONS
Quebec's Student Movements: A History
Erika Morris – April 2, 2019



OPINIONS
Morgentaler's Fight for Abortion Rights
April Tardif Levesque – February 5, 2019



OPINIONS
The Dark Legacy of John A. Macdonald
Franca G. Mignacca – March 6, 2018




OPINIONS
The Hydroelectric Crises: The Fight to Live in the North
Olivier Cadotte – March 15, 2018


All content © 2022 The Link Publication Society Inc. Top of Page

Get The Link in your inbox. Subscribe to our newsletter.
Enter your email address

Sun Journal NEWS SPORTS OPINION BUSINESS POLITICS THINGS TO DO SUBSCRIBE LOGIN

Join our professional network. Follow the Sun Journal on LinkedIn™ sunjournal.com

Posted June 18, 2017 | Updated June 21, 2017

INCREASE FONT SIZE

# ‘Horrors’ and healing

BY LINDSAY TICE, STAFF WRITER



A Grey Nun from St. Joseph’s Orphanage in Lewiston reads to a group of girls in this undated photo. Women from the orphanage say they were abused as children by the nuns who ran the institution.

NOW HIRING! CNA • PSS CRMA 16 Locations across Maine! DLTC HEALTHCARE Bella POINT CLICK HERE TO LEARN MORE

## After decades of silence, the women of St. Joseph’s Orphanage talk about their abuse and about finding peace.

DAILY HEADLINES
Sign up and we'll deliver the top stories to begin the day to your inbox at 6 a.m.
Enter your email
SUBMIT

**Editor’s note: This story contains descriptions of disturbing events.**

LEWISTON — Every day for seven years, Julie Fortin Jipson’s morning started with the sounds of screaming and sobbing.

The nuns didn’t tolerate bed wetters.

“They used to put the girls who wet the bed up front, all together,” Jipson said. “Every one that she pulled up there, they’d sit there and they’d shake. I’m talking little kids. She’d take them by the head and throw their face right in the piss and hold it there while she’s hitting the hell out of them.”

As an adult, for the longest time, Jipson wondered if she imagined the horror that she endured growing up at St. Joseph’s.

Advertisement
SEBAGO TECHNICS MAINE'S CREATIVE ENGINEERING COLLECTIVE Join our team! SHAPING TOGETHER Everything we do is shaping. From land and relationships to careers and communities. We are excited to hear your fresh ideas and learn from you. SEBAGOTECHNICS.COM/CAREERS • 100% EMPLOYEE-OWNED

The DaVinci Experience Science & Arts daycamps for girls & boys ages 4-15 We love learning at camp! NEW LOCATION IN WESTBROOK! LEARN MORE >

MOST READ STORIES
1 Auburn Planning Board supports 60-unit Court Street development
2 Forage on Lisbon Street now fully open
3 Drivers injured in head-on collision in Auburn
4 Oxford Hills superintendent’s departure leaves community with more questions than answers
5 Driver escapes with minor injuries after crash in Lewiston

Being forced to eat moldy food and oatmeal riddled with mealworms and, when other girls threw up their food, watching them being forced to eat that too.

Being called by a number, like a prisoner.

Kneeling for hours in the corner on dried peas.

Seeing a girl with Down syndrome tied to a chair all day and another, smaller girl — the one she had loved and cared for like a little sister — shaken so forcefully that her head snapped back and forth like a rag doll until it looked like she was dead.

During her darkest times she wondered, after five decades with these memories, if maybe they were memories at all.

Advertisement
Maintenance Techs Lewiston, Maine NEW Starting rate of $24.65/hour ($27.00/hour after one year of employment) $2,000 Hiring Bonus! Full-Time, Great Benefits, 2nd & 3rd Shifts COUNTRY KITCHEN Bakers of great taste. CLICK HERE To Apply Online!

OLVER ASSOCIATES INC. NOW HIRING! ENGINEERING TECHNICIAN CONSTRUCTION INSPECTOR Winterport, Maine Click Here For More Info!

Then she found other girls of St. Joseph’s, women now, most of them old enough to be grandmothers and great-grandmothers. Jipson had just wanted a reunion, a gathering of the girls she’d known, but her tentative query in the Sun Spots section of the Sun Journal around 2011 revealed so much more.

The women who responded were hesitant at first, too scared to give her their names even though the orphanage had been shuttered since the 1960s, but they offered similar tales of abuse. They bore so many of the same memories.

“I was thinking, ‘Oh my god, those were not nightmares. It really happened,’” said Jipson, 67.

Not only did it happen, she realized, but it went back decades.

Gradually, as they talked by phone, the women grew more confident. They started sharing their names. They agreed to meet.

Advertisement
LEPAGE BAKERIES is hiring for FULL-TIME, SEASONAL AND PART-TIME POSITIONS Shipping $19.85/hr Production Operators $20.75/hr Production Helpers $17.60/hr $1,500 Bonus! WONDER CLICK HERE To Apply Online!

That first gathering in 2012 was part reunion, part catharsis. It led to the formation of two groups that still meet regularly in the Lewiston area.

“An 80-something-year-old came and she was crying. She was saying, ‘Thank you, thank you,’” Jipson said. “She says, ‘I’ve been telling my husband and my kids what happened. I told everybody my whole life. Nobody believed me. Thank you.’ She’s hugging me and she’s saying, ‘Thank you so much for doing this. Now I can die in peace.’ She died a year later.”

But while the gatherings proved healing for some, there was still anger, still disbelief. Talking among themselves wasn’t enough.

Last year, Jipson and the women of St. Joseph’s reached out to the Grey Nuns, the Canadian Catholic order that ran the orphanage.

They wanted their voices heard.

Advertisement
Woodard+Curran Leave the world a better place BUILD YOUR CAREER WITH US

[illegible]

when the orphanage shut its doors in the mid-1960s.

The women who talked to the Sun Journal said they have sought their orphanage and school records over the years to no avail. They said they were told the records were in Canada. When they later asked the Grey Nuns in Canada, they were told the records were gone.

All the women went on to build new lives. But they carried with them the trauma of St. Joseph’s.

“There’s no movie that’s more scary than what we experienced,” Loubier said. “Right under everybody’s noses. With a big crucifix around their necks.”

Many of the women said they’ve had problems trusting other people and navigating relationships. Those with children found themselves stuck on one end of the parenting spectrum or another: very lenient or overly protective, extremely affectionate or very restrained.

Advertisement

“I wasn’t a loving mom. How could I give what I didn’t have?” asked Denise Godwin, who spent three years at St. Joseph’s in the 1960s and later raised four children.

As time went on, some started to wonder whether they imagined the abuse. Fifty, 60, 70 years out, some of it seemed outlandish, horror movie-esque.

“I’m 71 and I’ve been dragging this along with me my whole lifetime and no one to talk about it with. No one could possibly understand the misery and the pain,” Loubier said.

**A reunion**

Around 2011, Jipson, who lives in Greene, posted her query in the Sun Journal’s Sun Spots column: Would any St. Joseph’s women want to get together?

Advertisement

She was thinking of a reunion of her childhood friends. What she got instead were anonymous phone calls, intense conversations, tears.

“I had memories, but I had no idea the extent (of the abuse). I didn’t know how bad it was for so many women,” Jipson said. “I thought it was just my group, but it went back 40 years.”

Gradually, the women agreed to meet. On March 4, 2012, they held a reunion at Davinci’s Eatery in Lewiston. Ten or 12 said they’d come. More than 20 showed up, including a woman in her 80s who had just gotten out of the hospital.

“It didn’t take long. At our first luncheon we started talking and everything came out,” Jipson said.

That reunion led to a regular monthly luncheon, a kind of support group for women who call each other “my sister.”

Advertisement

“We healed together,” Jipson said. “As we got together we started talking about things. It was validation. It was, ‘That really happened?’ ‘Oh, yes.’”

A second group later split off from the first, forming their own regular get-togethers. There is also a Facebook page.

But while the gatherings were validating and, for some, healing, there was still anger. How could this have happened? Did anyone in Sisters of Charity care?

The Grey Nuns left Lewiston years ago, but the order still existed in Saint-Hyacinthe, Quebec. A few years after that first reunion, Jipson reached out and asked for a meeting.

“It was like a calling for me. That’s the only way I can put it,” Jipson said.

Advertisement

Sister Diane Beaudoin, general superior for the Grey Nuns, agreed to come to Maine.

The visit

On Feb. 2, 2016, Beaudoin, another sister and about 15 women from St. Joseph’s sat in a circle at St. Phillip’s Church in Auburn.

“One girl started talking a little bit, then another girl started talking a little bit,” Jipson said. “We were there for almost three hours.”

As the stories spilled out, Jipson said Beaudoin seemed distraught.

Advertisement

“She said, ‘We had heard there was abuse, but we had no idea the extent of the abuse,’” Jipson recalled.

Jipson said she made it clear that the women didn’t want money and were not interested in suing anyone. At the end of the meeting, Jipson said, Beaudoin asked her what she wanted, what the Grey Nuns could do.

“I said, ‘I’ll tell you what, what I want is validation for what went on there,’” Jipson said.

Six weeks later, a two-page letter arrived in Jipson’s mailbox, addressed to her and “the women of St. Joseph.” It was from Beaudoin.

“I am so sorry for all you suffered; for a childhood robbed of happy carefree days and comforting affection; for the consequences you have suffered and carried well into adulthood, affecting and coloring your entire lives,” Beaudoin wrote. “In the name of all the Sisters of Charity, I want to express my deepest apology for all you have suffered and continue to suffer all these years since leaving the orphanage. To say we are sorry seems like so little in the face of your tremendous pain, but know that our hearts have been profoundly touched by your pain.

Advertisement

“Because of your courage and strength, you have brought us to a new truth that will forever change us as a community.”

In the letter, she offered to help pay for counseling for the women and said this new knowledge of the abuse at St. Joseph’s has “spurred us on to make sure this does not ever happen again in any of our sponsored institutions involving children.”

Sisters of Charity no longer maintains orphanages in the United States or Canada, but it does run 20 schools and three centers for girls in Haiti, according to Beaudoin’s letter. She said protecting children from abuse was already a topic there, and directors and teachers in Haiti were committed to making sure children weren’t hurt under their watch.

“Because of your initiative to make us aware of what you have all suffered, I commit myself to personally supervising this process closely and seeing to it that this initiative on their part is followed up, that policies are written and that they are enforced in all our schools and centers for children,” she said. “I will also see to it that all our sisters in Haiti are made aware of this dark side of our past and that they all receive the proper training and help needed to care for the children entrusted to them.”

Beaudoin ended the letter by saying she was grateful for the women’s willingness to share their pain with her.

Advertisement

“May it bring you some peace and healing to know that you have been instrumental in raising our awareness and leading us to change,” she wrote.

Jipson called the letter “intense.”

“I felt like 50 pounds off my shoulders,” she said. “I felt like my job was done at that point. I felt that, ‘Yeah, that’s what you were looking for, Julie.’”

The aftermath

A year later, the women still meet for lunch regularly but, in Jipson’s group at least, conversations are more likely these days to focus on husbands, kids and grandkids than child abuse. And when St. Joseph’s does come up, the women talk about the funny stories and good times — like secretly dancing to the radio while working in the laundry room — as much as they do the bad times.

Advertisement

“You’ve got to let go or you’re going to have a very unhappy life if you don’t,” said the 77-year-old woman who asked to remain anonymous.

[illegible]

Some of the women said they understand what might have led the nuns to be abusive. Just two sisters were in charge of more than 100 girls at a time, with no breaks, no days off, and just one short trip away each year. There was little money, even for food. Some of the nuns, they thought, only knew harsh discipline themselves as children.

"They really didn't give them enough help," said one 69-year-old woman who lived at St. Joseph's in the late 1950s and early 1960s.

Others say there's no justification.

"Absolutely, those women never should have been alone," Jipson said. "But I've said it before and I'll say it again: Nothing excuses the horrors that we experienced in that place."

Advertisement

The women are divided, too, on whether the story of St. Joseph's Orphanage should be told publicly.

Some believe the experience is done, the order has apologized and nothing good can come from opening old wounds. They believe the private trauma of the girls should remain private.

Others believe they have been silent long enough.

"I saw my mother last night. She's 96 . . . and she said it's about time this story was told," said the 69-year-old woman who asked to remain anonymous.

The Sun Journal reached out to Beaudoin over the course of four weeks without response. In a telephone interview on Friday, she said the letter she sent the women, which Jipson has forwarded to the St. Joseph's women who contact her, was supposed to be private. She also said she was uncomfortable with a story on abuses at the orphanage. However, she said she respects that some women felt the need to tell their story publicly so such abuses don't happen again.

Advertisement

"I cannot say anything against that," she said. "If this is a dark side of our history that needs to be put out there, then OK, so be it."

Jipson and other women stress that the Grey Nuns did a lot for Lewiston-Auburn for many years. The order started schools, built a hospital, helped the poor, cared for the elderly. The women of St. Joseph's said they don't want to take away from that reputation.

"The good they've done in the community absolutely still stands," Jipson said.

But it bothered the women when the nuns were honored and celebrated over the years. There was another side of the story to tell.

Jipson doesn't want the women of St. Joseph's to have to hide anymore.

Advertisement

"For this story not to be told, for me, is sacrilegious," she said. "We're here. It was real. We're survivors, not victims."

ltice@sunjournal.com

Maison Marcotte, the former Marcotte Home on Campus Avenue in Lewiston, was the location of St. Joseph's orphanage from the 1920s to the mid-1960s.

"Who was closer to God than the priests and the nuns? So you were in a good place. That's what they thought, anyway."

**Excerpt from Sister Diane Beaudoin's letter to the women of St. Joseph's Orphanage**

"I am so sorry for all you suffered; for a childhood robbed of happy carefree days and comforting affection; for the consequences you have suffered and carried well into adulthood, affecting and coloring your entire lives. In the name of all the Sisters of Charity, I want to express my deepest apology for all you have suffered and continue to suffer all these years since leaving the orphanage.

"To say we are sorry seems like so little in the face of your tremendous pain, but know that our hearts have been profoundly touched by your pain. Because of your courage and strength, you have brought us to a new truth that will forever change us as a community.

"We must and do accept this truth about our past, our hurtful acts and our neglectful silence. It is a dark side of our history that you have helped us to see and accept and that we now must and will fully integrate into our history. No longer will we present ourselves solely as having accomplished great things, but also as having gravely failed in some instances in our mission to care for the most vulnerable.

"Thank you for bringing us to this truth, for your initiative in speaking out so that never again will these things happen. I hope that the awareness of the good you have done, will help you all in your healing process.



Girls attend class at St. Joseph's Orphanage in Lewiston in this undated photo. More than 100 girls lived at the orphanage and went to school there at any one time.

Advertisement



[illegible]

[illegible]



[illegible]



[illegible]

[illegible]



[illegible]

[illegible]



[illegible]

[illegible]



[illegible]

[illegible]



[illegible]



Denise Godwin lived at St. Joseph's Orphanage in Lewiston for three years, from ages 7 to 9. She grew up and went on to have four children of her own. "I wasn't a loving mom. How could I give what I didn't have?" she said.



Girls from St. Joseph's Orphanage in Lewiston sing in a choir in this undated photo. Some women have said the choir was one of the few bright spots during their years at the orphanage.

'Oh my god, those were not nightmares. It really happened.'



Suzette Lubier spent a year and a half at St. Joseph's Orphanage in Lewiston. "I'm 71 and I've been dragging this along with me my whole lifetime and no one to talk about it with. No one could possibly understand the misery and the pain," she said.

Advertisement




Julie Fortin Jipson, right, is pictured with her brother. She and a sister were later placed in St. Joseph's Orphanage so her single father could work. She would live there for seven years.

*Soeurs de la Charité de Saint-Hyacinthe*

April 15, 2016

Ms Julie Jipson

Grene, ME 04236

Dear Julie & Women of St. Joseph,

You have been on my mind since our meeting at St. Philip's Church on February 2nd. I want to thank you for your initiative in inviting myself and Sister Jacqueline to meet with you, to share the experiences of your days spent at St. Joseph's Orphanage. We were both deeply touched by your courage and strength and your willingness to bring up yet again, those painful memories of your childhood.

As difficult as it was for us to hear all you suffered at the hands of some of our sisters, and realizing that there would have been so much more you could have shared, know that we did hear you, not only with our ears, but also with our hearts. We were both profoundly disturbed and hurt by all you shared. We had certainly heard things throughout the years

disturbed and hurt by all you shared. We had certainly heard things throughout the years, but we could never have imagined some of the things you revealed to us.

I am so sorry for all you suffered; for a childhood robbed of happy carefree days and comforting affection; for the consequences you have suffered and carried well into adulthood, affecting and coloring your entire lives. In the name of all the Sisters of Charity, I want to express our deepest apology for all you have suffered and continue to suffer all these years since leaving the orphanage. To say we are sorry seems like so little in the face of your tremendous pain, but know that our hearts have been profoundly touched by your pain. Because of your courage and strength, you have brought us to a new truth that will forever change us as a Community. We must and do accept this truth about our past, our hurtful acts and our neglectful silence. It is a dark side of our history that you have helped us to see and accept and that we now must and will fully integrate into our history. No longer will we present ourselves solely as having accomplished great things, but also as having gravely failed in some instances in our mission to care for the most vulnerable. Thank you for bringing us to this truth, for your initiative in speaking out so that never again will these things happen. I hope that the awareness of the good you have done, will help you all in your healing process.

Page one of Sister Diane Beaudon's letter to the women of St. Joseph's Orphanage.

As we move forward from this meeting with you, let me share with you the steps you have helped us take. Firstly, I want to reiterate our commitment of financial support to any of you who feel the need for some counseling around the issues related to your stay at St. Joseph's Orphanage. Know that we are committed to helping you find healing and peace, if at all possible.

Secondly, you have spurred us on to make sure this does not ever happen again in any of our sponsored institutions involving children. We are active today only in Haiti where our sisters operate about twenty nursery, elementary and high schools, as well as three Centers of young girls. I am aware of a process begun a few years ago among our sisters there to deal with the issue of child abuse. A couple of months ago, the person responsible for our schools on our leadership team, , brought together all the directors and teachers of our schools for a three day workshop, where this topic was brought up and a commitment was made to protect our children from all kinds of abuse.

Because of your initiative to make us aware of what you all have suffered, I commit myself to personally supervising this process closely and seeing to it that this initiative on their part is followed up, that policies are written and that they are enforced in all our schools and centers for children. I will also see to it that all our sisters in Haiti are made aware of this dark side of our past and that they all receive the proper training and help needed to care for the children entrusted to them.

I hope these actions on our part will assure you that you have been heard and that your initiative will bear much fruit, protecting countless children in the future from suffering what you all suffered.

In closing, let me again offer you my deepest apology for all you have been through all these year; we are truly sorry and are committed to never letting this happen again. We are grateful for your courage and willingness to share with us your pain. I'm sure it was not easy. May it bring you some peace and healing to know that you have been instrumental in raising our awareness and leading us to change.

Be assured of our prayer for each of you

With all our sincerity and gratitude

Sr. Diane Beaudoin

Sr. Diane Beaudoin, General Superior
Sisters of Charity of Saint-Hyacinthe

Page two of Sister Diane Beaudoin's letter to the women of St. Joseph's Orphanage.



Girls from the St. Joseph's Orphanage in Lewiston gather outside in this undated photo. Women from the orphanage say they were abused as children by the nuns who ran the institution.

Faded writing on the front of the Marcotte Home in Lewiston proclaims a section of the building for St. Joseph's Orphanage.

Advertisement

Hi, to comment on stories you must create a commenting profile. This profile is in addition to your subscription and website login.
Already have one? Login.

Comments

Discussions for this article have been closed. Thank you for your contributions.

All Comments 0 Viewing Options

There were no comments on this article.

Send questions/comments to the editors.

FILED UNDER:
ST. JOSEPH'S ORPHANAGE

RELATED STORIES

LEWISTON-AUBURN
Edward Little students raise over $1,000 for Ukrainian refugees

THE RANGELEY HIGHLANDER
Home groan....Easter grass

THE RANGELEY HIGHLANDER
Snapshots in Time- April 30, 1896

THE RANGELEY HIGHLANDER
SPRING into as many events as you can schedule!

DEAR ABBY
Widow's friend unsettled when mystery man appears

LATEST ARTICLES

IN THE PHOTO STORE
Snapshots from Maine: Boats

MAINE
Maine House sends Senate a bill to grant tribes exclusive rights to mobile sports betting

MAINE
Car crashes into Westbrook Inn, displaces tenants

LEWISTON-AUBURN
Edward Little students raise over $1,000 for Ukrainian refugees

MAINE
Man arrested after attempting to rob Fairfield bank, police say



© 2022 | All Rights Reserved | Lewiston Sun Journal