Continued on Page Three

Continued on Page Three

# Former Lowell Man Named Sacred Hearts Seminary Head

### Very Rev. Frederick G. Furey, SS, CC, Son of James Furey, 97 Mt. Washington Street

WAREHAM, April 19 — Very Rev. Frederick G. Furey, SS.CC., a former Lowell resident, was appointed superior of the Sacred Hearts seminary here Thursday. His appointment was made by the superior general of the Congregation who resides at Braine-le-Comte, Belgium. He succeeds the Very Rev. William Condon, SS.CC., recently appointed provincial of the American Province of the Congregation of the Sacred Hearts.

For the past two years, Rev. Fr. Furey has been professor at the Sacred Hearts seminary. Formerly, he was prior of the Sacred Hearts monastery in Fairhaven, and, at the same time, curate of St. Joseph's church there.

Born in Turners Falls, Feb. 27, 1919, the son of James Furey, 97 Mt. Washington street, Lowell, and the late Anna (Stowell) Furey, he attended the Sacred Heart parochial school in Lowell under the Rev. Sisters of St. Mary of Namur. He also studied under the Xaverian Brothers at Keith academy. His family residence is in St. Patrick's parish.

Previous to his entrance into the Congregation, he attended Holy Angels college, Buffalo,



Very Rev. Frederick G. Furey, SS, CC

N. Y., and Boston college. His major studies of philosophy and theology were made in Washington, D. C., at the Sacred Hearts seminary and St. Joseph's seminary, both affiliated with Catholic university.

### Ordained in 1946

Rev. Fr. Furey pronounced his perpetual vows and on June 11, 1946, was ordained a priest at the national shrine of the Immaculate Conception, Washington, D. C.

Since his ordination, Rev. Fr.

Continued on Page Two

---

If your **LOWELL SUNDAY SUN** is not delivered to your home by 8 A. M., please call The Sun 5671, anytime prior to noon and delivery will be expedited by your regular Sun carrier boy.

---

**Lowell Sun**, April 19, 1952 Pg. 30, Lowell, Massachusetts, US

3,500 homes to provide production facilities and originate local public service programming.

munities better with locally-originated programs.

"Among the many exciting prospects for the new technology of cable television which has interested my subcommittee over the years," he said, "has been the ability of the medium to serve relatively small communities which cannot receive from large metropolitan over-the-air broadcasters the attention they deserve."

He added, "I have personally felt that there is no more conflict between over-the-air stations and cable TV systems in terms of news and public affairs than there is between large metropolitan daily newspapers and community dailies and weeklies. Both serve a vital communications need."

"Under the FCC regulations," he offered, "many systems will now follow the lead of progressive cable TV operators who have voluntarily provided public service cablecasting to their subscribers."

## Rev. Mahoney to mark 25 years as priest

LOWELL — Rev. Raymond Rankin Mahoney, SSCC, a native of Lowell and son of the late Mr. and Mrs. William (Mary Leedham) Mahoney, will mark the 25th anniversary of his ordination to the priesthood tomorrow with the celebration of a Mass of Thanksgiving at 11 o'clock in the Sacred Heart Church.

Fr. Mahoney, a graduate of the Sacred Heart School and Keith Academy entered the Sacred Hearts of Jesus and Mary Novitiate in Fairhaven in 1941 and pursued his studies in Theology and Philosophy at Sacred Hearts Seminary, Washington, D. C. He was ordained June 10, 1947 at the Shrine of the Immaculate Conception and following ordination did parish priest work in Harwichport, Chatham and Wareham on Cape Cod.

In 1947 Fr. Mahoney was assigned to parish duty in Rochester, N. Y., and in 1956 was appointed chaplain of the Pacific Coast State Mental Hospital in Pamona, Calif. Appointed pastor of the Holy Name of Mary parish in San Dimas, Calif., in 1960, Fr. Mahoney was transferred to New Bedford as pastor of Our Lady of Assumption Church in 1964.

Fr. Mahoney became director of Sacred Hearts Monastery, Fairhaven, in 1968 and was assigned to his present duties as assistant at St.



**REV. RAYMOND R. MAHONEY, SSCC.**
... ordained 25 years

Marks' parish, Dorchester, in 1970.

Immediately after the Mass of Thanksgiving tomorrow a silver jubilee buffet will be served in the Sacred Heart new school hall.

**This FALL enjoy a BERMUDA CRUISE from PROVIDENCE, R.I. 6 DAYS**
Via the ISLAND·VENTURE brand new luxury cruise ship (Norwegian Reg.).
Oct. 8th to Oct. 14th, 1972
BOOK NOW — Don't Delay
Call or Visit
**FLYNN TRAVEL SERVICE**
Lowell — 457-7361

**trulls mill hill garden center for beautiful fresh sympathy flowers ...**
411 river road, tewksbury
tel. 851-6161, 851-7221

## NATURAL BREADS

With the old fashioned whole grain flavor. Made from grains that are naturally grown in composted soil, free from acidulated fertilizers without the use of pesticides, fungicides, and herbicides. Stone ground flours are then refrigerated, not fumigated.

**Lowell Sun**, June 09, 1972 Pg. 26, Lowell, Massachusetts, US

# DIOCESE OF FALL RIVER

## REPORT OF PUPIL PROGRESS

Grades 3 - 8

Pupil ███████████████  Grade  8

School  *Sacred Hearts Academy*

City or Town  *Fairhaven, Mass.*

School Year  19*69* to 19*70*

Teacher  *Sr. Muriel Louise, ss.cc.*

Principal  *Sr. Brigid, ss.cc.*