The Boston Globe
From the Archives  |  Abuse in the Catholic Church
boston.com

| INTERACTIVE | CARDINAL LAW AND THE LAITY | THE CHURCH'S RESPONSE | THE CLERGY | INVESTIGATIONS AND LAWSUITS |
| HOME | 2002 SCANDAL OVERVIEW | PARISH MAP | EXTRAS | ARCHIVES | DOCUMENTS | ABOUT THIS SITE |

The Diocese of Fall River

**2014 update**

Crux_a Catholic news site

A new site from the Boston Globe includes news updates on clergy abuse and other Catholic issues.

**Coverage**

Globe coverage of the scandal has been divided into nine categories:

**Predator priests**

The worst abusers preyed on dozens of children in many parishes around Boston.  [ Go ]

**Scandal and coverup**

For years, the church moved priests and paid off victims to keep abuse cases quiet.  [ Go ]

**The victims**

Hundreds of people have come forward claiming they were abused by clergy.  [ Go ]

**The financial cost**

With hundreds of lawsuits pending, the church could be forced into bankruptcy.  [ Go ]

**Cardinal Law and the laity**

An energized lay movement helped force the resignation of Cardinal Bernard Law.  [ Go ]

**The church's response**

Church leaders have turned over priest files and adopted a new policy on sex abuse.  [ Go ]

**The clergy**

Priests around Boston have struggled to comfort their shaken parishioners.  [ Go ]

**Investigations and lawsuits**

Civil suits have been brought against the church; criminal charges may be next.  [ Go ]

**Opinion**

Globe columnists and guest writers offer their perspectives on the abuse crisis.  [ Go ]

The Rev. James Porter was sentenced to 18 to 20 years in prison in 1993 for sexually abusing 28 children in the Fall River Diocese. (Globe Staff Photo / Wendy Maeda)

# The Boston area's first predator priest case

*The Rev. James R. Porter abused some 100 young boys and girls at parishes in North Attleborough, New Bedford and Fall River in the 1960s. In December 1993, Porter was sentenced to 18 to 20 years in prison in a case that shocked Catholics in the Diocese of Fall River and the neighboring Boston Archdiocese. At the time, Boston's Cardinal Bernard Law called Porter an "aberrant" and blasted the media over their intense scrutiny of the case. But the scandal prompted the Boston Archdiocese to enact a new sexual abuse policy which church leaders said would prevent future acts of molestation.*

## 1992

**May 8**
Nine allege priest abused them, threaten to sue church

**May 9**
Six more allege priest abused them in '60s

**May 12**
Some fault church on sex abuse by priests

**May 12**
30 more allege sex abuse in 1960s by priest

**May 13**
Little-known law limits church liability to $20,000
Priest's past is talk, lament of town

**May 14**
Sexual abuse by priests is betrayal,' 'rare,' Law says

**May 15**
Right to celibacy of priests stressed

**May 20**
Questions are catching up to ex-priest in abuse case

**May 23**
Sex abuse by ex-priest is alleged in Minn.

**May 24**
Law rips ex-priest coverage

**May 25**
Two deferred coverage of ex-priest

**May 26**
Church is asked to pay for aid in sex case

**May 27**
The cardinal and the news media
Law sidesteps victims-fund idea

**May 29**
Cardinal Law says he deplores abuse by priest

**May 30**
Sex cases put celibacy back in spotlight

**June 1**
A bad call on otherwise fair coverage of ex-priest

**June 3**
Ex-priest's accusers tell of the damage

**June 10**
Diocese allegedly was told of abuse

**June 17**
New Fall River bishop reaches out to the abused

**July 2**
Anguished cries fell on deaf ears

**July 5**
In wake of abuse cases, clergy endure in faith

**July 14**
Ex-priest accused in Minnesota

**July 15**
In Minnesota, familiar reverberations

**July 16**
Portner admits abusing children as priest, apologizes

**July 16**
Porter's treatment questioned

**July 19**
Ways cited to treat priests who abuse

**July 20**
▶ Globe Editorial: Responding to Porter's victims

**July 24**
Other abuse by Porter alleged in N.H.

**July 25**
Porter got Minn. post with help of retreat home

**July 26**
Group criticizes church response to sex offenders

**July 29**
Ex-priest says Porter abused boys in Revere

**August 4**
Fall River father says diocese not responsive to complaint

**August 10**
Flynn sends letter of support to Boston Catholic school

**August 11**
In Fall River diocese, high hopes

**August 12**
New Fall River bishop vows early action on Porter case

**August 13**
Former New Bedford altar boy says Porter raped him in church

**August 20**
Porter case on table, church insurer backs out

**August 21**
Bishop to aid Porter accusers

**September 22**
Porter held in Minn. on Mass. charges

**September 24**
Porter faces Mass. court as '87 abuse claim arises
For accusers' attorney, case's high profile is a plus

**September 25**
Cardinal calls sex abuse by priests an 'evil act'

**October 11**
Two solos spar on clergy abuse

**October 22**
Alleged victims urge release of Porter files

**October 23**
Man says charge made before Porter was priest

**October 24**
Porter said to have told pope of abuse

**October 25**
Church view on Porter noted

**November 12**
Policy-board promised for abuse cases tied to clergy

**November 17**
Bishops apologize to abuse victims

**November 20**
Bishops delayed response in abuse cases

**November 22**
▶ Breaking the Silence: Catholics struggle with delay

**November 23**
▶ Breaking the Silence: Catholics watching for change

**December 4**
48 victims settle Porter case with Catholic Church

**December 6**
Parishioners say they'll dig deep to pay Porter settlement

**December 7**
Porter goes on trial today

## 1993

**January 15**
Archdiocese sets misconduct rules

**January 15**
Porter's leaving was used in 1970

**March 31**
▶ Globe Magazine: Porter case a painful legacy for North Attleborough

**October 5**
Porter pleads guilty to assaults as priest

**October 6**
Porter's plea gets victims little, church paper says

**October 7**
Porter gets 18-20 years

**December 8**
Porter says church to blame

**December 9**
Lawyer for Porter victims says 20 other priests in area are accused

## 1999

**April 3**
Sex offender Porter is denied parole

## 2000

**June 3**
Rector's clergy_sex is bestseller - among priests.

## 2001

**March 16**
Bill would give voice to molestation victims

## 2002

**February 2**
For father and son, a shared anguish

**July 14**
Despite past, jailed ex-priest seeks 'just one chance'

### James Porter's career

**1952**
Graduates from Boston College High School.

**1956**
Earns bachelor's degree in mathematics from Boston College.

**1960**
Ordained as priest after graduating from Baltimore seminary and assigned to St. Mary's Church, North Attleboro.

**1963**
After complaints from parents, is assigned to Sacred Heart Parish in Fall River.

**1965**
Following further complaints, is assigned to St. James Parish in New Bedford.

**1967**
Left New Bedford and enters a church-run treatment program operated by the Order of the Servants of the Paraclete in Jemez Springs, New Mexico.

**1967**
Assigned to St. Philip's Catholic Church in Bemidji, Minn., after receiving treatment in a church halfway house in Nevis, Minn.

**1969**
Dismissed from St. Philip's after new allegation of sexual abuse and moves to nearby small town in Minnesota, begins work at a bank teller and receives private therapy.

**1970**
Enters Paraclete treatment center in St. Louis and decides to leave the priesthood.

**1971**
Moves to Maplewood, Minn., and works in nearby bank.

**1974**
Is officially terminated as a priest.

**1976**
Marries Verlyne Kay Bartlett, 23, in St. Paul; first of four children is born; quits bank job and becomes a "house husband."

**1982-1991**
Tutors math at the Transfiguration Catholic School, Maplewood.

**1980**
Frank Fitzpatrick, a Rhode Island private investigator who had been an altar boy under Porter, confronts the former priest by telephone about alleged sexual abuse. Fitzpatrick takes out advertisements in New England newspapers seeking other alleged victims of Porter's abuse.

**May 8, 1992**
WBZ-TV of Boston reports Porter's alleged history of sexually abusing children. In a taped interview, Porter tells the TV station of abusing 50 to 100 children. In the weeks to come, more than 60 alleged victims give accounts of abuse to Boston news media or law enforcement officials.

**May 22**
Authorities from Boston and Oakdale, Minn., interview Porter for more than two hours, but no charges are filed. Oakdale police say two women reported being abused by Porter 10 or more years earlier in Oakdale. A man surfaces later, telling Oakdale police a similar story of abuse by Porter.

**June 7**
A notice in St. Philip's Parish bulletin urges anyone who was a victim of Porter's alleged abuse in Bemidji to come forward.

**June 11**
St. Philip's issues another announcement, this time in a press release, urging alleged victims to come forward.

**July 14**
As seven alleged victims file suit against him in Minnesota, Porter releases statement contending he has not sexually abused children since he left the priesthood in 1974.

**December 3**
In the Catholic Church's largest sexual-abuse settlement to date, 68 alleged Porter victims drop their lawsuit against the Fall River Diocese in exchange for at least $5 million.

**October 4, 1993**
Porter pleads guilty to sexually assaulting 28 young Catholics in parishes in southeastern Massachusetts in the 1960s.

**December 6**
Porter is sentenced to 18 to 20 years in maximum-security prison

Sources
Interview, news media reports

© Copyright 2004 The New York Times Company
Advertise | Contact us | Privacy policy

BOSTON.COM | A&E | BOSTON GLOBE | CARS | JOBS | REAL ESTATE | SPORTS | TECH | TRAVEL

The Boston Globe boston.com
From the Archives Abuse in the Catholic Church

HOME | PREDATOR PRIESTS | SCANDAL AND COVERUP | THE VICTIMS | THE FINANCIAL COST | OPINION
CARDINAL LAW AND THE LAITY | THE CHURCH'S RESPONSE | THE CLERGY | INVESTIGATIONS AND LAWSUITS
INTERACTIVE | 2002 SCANDAL OVERVIEW | PARISH MAP | EXTRAS | ARCHIVES | DOCUMENTS | ABOUT THIS SITE

**2014 update**

Crux, a Catholic news site

A new site from the Boston Globe includes news updates on clergy abuse and other Catholic issues.

**Coverage**

Globe coverage of the scandal has been divided into nine categories:

**Predator priests**

The worst abusers preyed on dozens of children in many parishes around Boston. | Go |

**Scandal and coverup**

For years, the church moved priests and paid off victims to keep abuse cases quiet. | Go |

**The victims**

Hundreds of people have come forward claiming they were abused by clergy. | Go |

**The financial cost**

With hundreds of lawsuits pending, the church could be forced into bankruptcy. | Go |

**Cardinal Law and the laity**

An energized lay movement helped force the resignation of Cardinal Bernard Law. | Go |

**The church's response**

Church leaders have turned over priest files and adopted a new policy on sex abuse. | Go |

**The clergy**

Priests around Boston have struggled to comfort their shaken parishioners. | Go |

**Investigations and lawsuits**

Civil suits have been brought against the church; criminal charges may be next. | Go |

**Opinion**

Globe columnists and guest writers offer their perspectives on the abuse crisis. | Go |

# Town secret

The case of James Porter, who has been charged with sexually abusing children in his parish in the 1960s, has been a painful legacy for North Attleborough, where many of the former priest's accusers and their families still reside. Suddenly, the town that could not talk about sexual abuse speaks of little else.

**By Linda Matchan, Globe Staff, 8/29/1993**

**In-depth**

In 1992, the Rev. James R. Porter case in Fall River brought the problem of clergy abuse into the open.

Coverage of the Porter case

It's not that the folks in North Attleborough were completely in the dark about the conduct of their parish priest. Thirty years later, a lot of them still remember the talk around town after Rev. James Porter quietly vanishedfrom St. Mary's Parish in the summer of 1963.

"Rumors were that he liked little boys," recalls Edward Lambert, who runs a North Attleborough insurance agency. Frank Fitzpatrick Sr. had heard it, too. "Suddenly he was transferred, and the rumor that we got was that he was too friendly with the kids and that the church felt he had gone overboard," says Fitzpatrick, a retired owner of an insurance adjusting business who sent all four of his children to St. Mary's School.

But this was a small New England town before the days of Oprah, a more trusting and innocent period when words like "pedophile" and "sexual molestation" were not part of most vocabularies, when the actions of Catholic priests were not questioned, the judgment of their superiors never second-guessed. That the ebullient Father Porter seemed to prefer children's company to adults' was seen by many as a plus, a sign that the young curate had a "way with kids." Just how far overboard did he go when he supervised St. Mary's altar boys or coached North Attleborough's Little League All-Stars? The notion that a priest could have sexual designs on children was a concept most people could not fathom. "It was a sin even to have had the thought pass through your head," says Bea Gaboury, who sent her five children to St. Mary's School and has learned that her youngest son is among Porter's accusers.

And so while Porter was allegedly fondling, assaulting, and sodomizing scores of boys and girls in St. Mary's Parish between 1960 and 1963, there was little public speculation about his inclinations. A North Attleborough mother who says she found Porter fondling her 12-year-old son in his bedroom while the priest was visiting never spoke of what she saw, because, "My husband said, 'Who would believe you? It's his word against yours.' " Another who remembers telling "10 or 20" other mothers that Porter had touched her son improperly said not one would believe her. Boys who were sexually initiated by the priest say they kept it to themselves, because they were scared they'd be called homosexual. Girls who normally told their best friends all their secrets say they didn't divulge what Porter had done to them because they were sure it must have been their own fault.

It was a family secret on a grand scale, a sort of townwide "institutional denial," says John Daignault, a Brockton psychologist who conducted forensic evaluations on more than 40 of Porter's alleged victims who reached a settlement last year with the Catholic Church. It was a burden borne most painfully at the time by many of the town's children, who felt it was theirs alone, and hidden by members of the church hierarchy, who, several parents have charged, were aware that the priest was victimizing children but failed to expel him from the diocese for nearly seven years.

It would be nearly three decades before North Attleborough's shameful little secret would be broken by one of those children, Frank Fitzpatrick Jr., now a private detective. He is the son of the insurance adjuster who had heard the rumor about Porter in 1963 but never guessed that all four of his children -- three daughters and a son -- would number themselves among Porter's victims.

It was Frank Jr., the detective, who spoke out first. After years of repressing the sexual abuse, he began to have flashbacks in 1989. Launching what would ultimately become the most celebrated case of his career, he tracked Porter down in Minnesota, confronting him by telephone in 1990 with his memories of the assault. In conversations taped by Fitzpatrick, Porter, now 58, acknowledged that he had molested children in Massachusetts while he was "hiding behind the cloth."

When all the press conferences were over and the dust had settled, there would be 99 men and women from southeastern Massachusetts -- 68 of them from North Attleborough alone -- who would seek legal representation by Boston attorney Roderick Macleish Jr. against the Diocese of Fall River. The 77 men and 22 women charged that the diocese had wilfully shuffled Porter among three Massachusetts parishes despite knowledge that he was abusing children, and last year 68 of them settled their case with the diocese, reportedly for a total of at least $5 million (both parties agreed not to reveal the specific amount). As the story made national headlines, still more alleged victims would come forward from Minnesota and New Mexico. All would accuse Porter of molesting them in parishes to which he had been assigned by church authorities, even as he was undergoing treatment for pedophilia in the late 1960s and early 1970s

Porter, who left the priesthood in 1974 and is now married and the father of four children, was convicted last December of molesting his children's teen-age baby sitter in 1987; he was released from a Minnesota jail in May after serving four months. He is currently at home awaiting trial in Massachusetts, tentatively scheduled for October 4, on 41 counts of indecent assault, unnatural acts, and sodomy involving 28 victims in North Attleborough during the early 1960s. He still faces civil charges in Minnesota and New Mexico.

At a time when legions of priests are being accused of sexual improprieties with youths, James Porter stands as a kind of benchmark by which priestly misconduct can be measured. As details from his bulky personnel record have emerged, he has entered the annals of infamous Americans, earning a place in history as the predatory man of the cloth who dotted the American landscape with youthful victims while his superiors repeatedly forgave his sins.

This has not been a comfortable legacy for the small, proud town of North Attleborough, where many of Porter's accusers and their families still reside. Suddenly, the town that could not speak out about sexual abuse now can't be still about it. Many of Porter's accusers contend that they will no longer be silent about their trauma, maintaining that sexual abuse is a pervasive problem among Catholic clergy and that silence only feeds it. Liberated from their long-held secret, they are seeking therapy, organizing support groups, and lobbying vocally for stronger laws to protect child-abuse victims. So- called Porter survivors have formed two separate organizations to assist victims of sexual abuse.

To be sure, there are plenty of others in town who wish this sorry period in North Attleborough's history would just be swept back under the rug. They are tired of the sight of television cameras in front of St. Mary's Church and resentful that their beloved church has been associated with this scandal. One shop owner says he fears the name of North Attleborough will become inextricably linked with James Porter's, "like Lizzie Borden and Fall River, or David Koresh and Waco, Texas, or Ted Kennedy and Chappaquiddick. If you press it into people's minds enough," warned Joseph Veilleux, "you'll get your wish fulfilled."

In 1959, as James Porter was winding up his training at St. Mary's Seminary in Baltimore, 10-year-old Fred Paine moved with his family from Pawtucket, Rhode Island, to North Attleborough. He remembers his first impression of the town -- the large houses, the nearby farms, the leafy streets -- and says he decided it was the most beautiful place he'd ever seen. "It was like the Garden of Eden," explains Paine, now 44, who says he was molested by Porter when he was 12.

A pristine working-class community of about 14,000, with little extreme poverty and little extreme wealth, North Attleborough was a Sinclair Lewis kind of town, its population evenly divided for the most part between Protestants and Catholics of Irish or French Canadian heritage. It had a well-integrated main street with prominent churches and family-owned shops. While most families were of modest means, there were gracious old homes to the south of town, and hills and farms to the west.

The town was quiet and self-sufficient -- a secure, right-thinking place for parents to raise families. "We never locked our doors," recalls Paine. "You knew your neighbors. You could basically go anywhere and your parents wouldn't have to worry."

It would be a few more years before Route 95 would slice through the town as a three-mile link in President Eisenhower's ambitious highway- development program, and with the economy at full tilt, insular North Attleborough seemed to glimmer with hope, prosperity, and community spirit. Even the Attleborough area's major industry -- the manufacture of jewelry -- had a sheen to it. There was a job for almost everyone at places like the L. G. Balfour Co., which made class rings; Swank Inc., which produced cuff links and tie clips; and the Jewelled Cross company, manufacturers of crucifixes.

"We weren't sophisticated or cynical. We . . . kind of accepted the American way, the role of religion in the world, the role of neckties and shined shoes," says Richard L. Sherman, a former newspaper reporter and author of a 1976 history of the town.

"We were in the middle, between Providence and Boston, and kind of in a time warp," says Robert Van Ness, one of Porter's alleged victims, who now works as a sales and marketing executive in a nearby town. "We were in the 1960s but really in the 1940s."

For many Catholic families, it was the church that gave the community its stable underpinning. St. Mary's was one of two Catholic churches in town, and it was an all-encompassing institution, operating a nine-grade grammar school and sponsoring several athletic teams through the Catholic Youth Organization.

"St. Mary's was not just a school, not just the church, it was the blacktop where the basketball courts were," Van Ness explains. A meeting place before, during, and after school, he continues, it was where friendships were formed, forged, and grew. "Catholicism was something like that. It transcended a religion. It was like a club."

There was an order to life in those days, the last years before the Second Vatican Council issued its call to renewal and liberalized the rules of the church. "You went to church every Sunday, just as you ate fish on Friday and you had beans and frankfurters on Saturday," says Van Ness. Mass was still celebrated in Latin, and Pope John XXIII urged frequent Communion. If you spoke English, you went to Saint Mary's, known to townies as the "Irish church." If you were French Canadian, you went to Sacred Heart.

And few questioned the respect that was owed to priests, those sacred mediators between heaven and earth who had sacrificed so much for their vocation -- money, time, personal lives. "We were taught they were Christ's representatives on Earth, and that's a direct quote," Fred Paine remembers. "A priest would walk in, and nuns would bow to him."

Into this world swept Father Porter, a newly minted priest of 25 who had grown up in East Boston and Revere. Tall, fit, brimming with energy, he was assigned to St. Mary's in the spring of 1960, recommended by his seminary as "a manly, genuine young man" of "excellent character," whose "serious generous nature, and his sense of responsibility and his quickness of mind should help to make him somewhat of a leader among priests . . ."

St. Mary's parishioners couldn't have been more delighted with this vigorous new curate, who seemed an antidote to the more aloof older priests in the parish. Chain-smoking, restless, eager to take on responsibilities, he lost no time organizing the Little League All-Stars, coaching CYO basketball, and supervising the altar boys.

Today a few parents will confess that they were suspicious about Porter from the beginning. "I never trusted him from the time he came," says one North Attleborough mother who asked not to be identified because her son, an alleged victim, wants to remain anonymous. "He was too touchy, lovey-dovey, too feely."

'There was something about him that I didn't like," recalls another woman who, together with Porter, carpooled boys to a nearby cathedral camp and observed Porter there, associating with priests whom she suspected were homosexual. "I couldn't pinpoint it, and I couldn't tell anyone," she says. "They would have thought that I was crazy. But I always called Father Porter a sexual deviant."

But many adults were impressed with this chatty, down-to-earth curate who pitched right in on community events, seemed devoted to the sick and aged, and was proficient at all kinds of sports, even winning the town's Hi Neighbor award after rolling a high triple of 582 in the Knights of Columbus bowling league.

"I thought he was a goofy, galooping, gangly kind of guy," says Sherman, who belonged to a Protestant church but recalls that Porter had a strong presence in the town even among non-Catholics. "He was a priest for the kids at a time when priests interested in kids were thought to be good."

Years later, while in treatment at a New Mexico center for troubled priests, Porter would be characterized in a psychological evaluation as a "very likable person" who was "frivolous to the point of immaturity." But the boys of St. Mary's Parish thought he alone among priests could speak their language. He kidded around with them, knew their favorite TV shows, and was always showing off his athletic talents -- boasting that he had been a Golden Gloves boxer and tackling them on the ground and wrestling with them. To this day, men who knew Porter when they were children can still call to mind a vivid picture of the way he stood on the porch of St. Mary's rectory, hooked one arm around the railing, and performed a dazzling one-arm pull-up. They speak with one voice about his impact on them.

"My parents and family came first, but Jim Porter was probably next on the list," says Kerry Vigorito, who owns a North Attleborough clothing store and has charged Porter with molesting him in 1963.

"He was not likable, he was lovable," says Bob Van Ness. "He was very charismatic. You could talk to him about anything. He was accessible. He was everything every kid wanted to be, but he was an adult, in a position of power and respect."

"One of the reasons why I wanted to be an altar boy was so I could be close to Porter, " says Fred Paine. "Up till then, St. Mary's had been an old-fogy kind of parish. He was the one person I looked up to more than anyone and wanted to emulate."

But it wasn't long before a darker side of Porter's personality emerged. He had a hair-trigger temper that could erupt on the sports field. He developed a habit of hugging girls and asking boys for back rubs. The friendly punches on boys' arms got rougher and hurt. The playful wrestling became aggressive and more physical. Some of the older boys called him "the horn," a reference to the priest's apparent horniness.

According to interviews with the alleged victims and their families, Porter began sexually abusing boys, as well as some girls, within weeks of his arrival. The assaults, they say, ranged from being restrained and aggressively fondled to more abusive sexual behavior -- more than half a dozen boys were sodomized or subjected to oral sex; about the same number of girls were digitally raped. For some it was a one-time assault, while others were molested repeatedly. A few have said that other priests in the church, most notably Rev. Armando Annunziato, observed acts of abuse or were told of them by children but failed to take action to stop them.

Apparently unconcerned about the risk of discovery, Porter is said to have had a ravenous sexual appetite, brazenly molesting children in the church rectory, during Confession, in the sacristy, in the school, in the children's homes, even beneath the statue of the Virgin Mary in the schoolyard.

One mother who says she found him fondling her son in his bedroom and ordered him angrily out of her house discovered the priest back at her door the next day; he'd returned to get his hat. Fran Battaglia says Porter molested her when she was 12 and in the hospital following a serious car accident. He had been asked by her parents to break the news to her that her uncle, who had been the driver, had been killed.

Most thought they were the only children Porter victimized. Some who witnessed assaults on other children say they had an unspoken agreement never to tell. The promises were honored for 30 years.

"No one would have believed you," says Cheryl Landry Bryant, who said Porter assaulted her one night in seventh grade while she was waiting outside the school for a ride home from choir practice. She didn't even tell her cousin, who lived two houses away, "and we told each other everything."

This, after all, was a priest, and "as Catholics we are brought up to think priests are God," says Janet Blythe, one of Frank Fitzpatrick's sisters. Many say they feared their parents would punish them if they dared speak against Porter at home. They had been taught that the hands of priests were sacred. How could they explain that Father Porter's hands had defiled them -- particularly in Catholic North Attleborough, which was so Victorian in its sexual attitudes that "you couldn't say the word "pregnant," according to Bob Van Ness.

"There was such a warped sense of sexuality," says Janet Blythe. She remembers a schoolmate in third grade being scolded by a nun for conducting an "immodest act" -- doing the splits. In fifth grade, she knew another girl who confessed to a priest that she'd committed "adultery" because she hadn't been wearing an undershirt.

So naive was she that Blythe could not even begin to comprehend what had happened to her the day -- it was her birthday -- that Porter assaulted her when she was either 11 or 12. "We had no clue," says Blythe. "Your body tells you it was not appropriate, but your mind doesn't understand."

"I couldn't even describe what he did to me," says Kerry Vigorito. "I'd never had experience with an erection. How did you tell someone these things?"

Nor did many children feel they could seek solace among the nuns who taught at St. Mary's, many of whom seemed more antagonistic to the children than benevolent. Blythe and other former students of St. Mary's recall being verbally abused by "even the nice nuns" and seeing children struck with rulers and threatened that they would be sent to reform school for even minor transgressions. The epitome of modesty, with their black habits and "the longest rosary beads you ever saw," the nuns were hardly confidantes to whom a child could confess sins of the flesh.

But even adults who had suspicions about Porter couldn't imagine what was happening. Pedophilia was "a totally foreign concept," says Rita Fitzpatrick, Frank and Janet's mother. "The only thing we heard about was incest, and you thought that happened in some far, distant place, in some uneducated family." One mother who said her son, an altar boy, had confessed to her that Porter had been fondling him called a meeting of other mothers to alert them. But not one of them believed her, nor did her husband.

"I told them he was touching boys where he shouldn't be," she said. "But it was all, 'He's a priest, and he couldn't do things like that,' " says the woman, who now lives out of state and asked not to be identified. "And then I saw the same ones I told on Prime Time Live on a July 1992 program featuring Porter's victims and their parents, and it just made me ill."

Bishop Sean O'Malley, of the Fall River Diocese, describes a "ghetto mentality" in the Catholic community at the time and says he "wouldn't be surprised" if some of the parents of victims "closed ranks" if they knew what was happening out of fear that the scandal would reflect badly on them. "They might have felt, 'What would Protestants think? What would Yankees think?' " the bishop suggested in a recent interview.

At least four parents did take their concerns to church officials, however, and by 1963 authorities were evidently convinced that some action had to be taken. In July of that year, they abruptly transferred Porter to a parish in Fall River. Although he apparently received psychological treatment, including shock therapy, complaints continued to emerge about his behavior with boys. Two years later, he was transferred again, this time to New Bedford, where he allegedly molested even more children.

But in July of 1963, the official word in North Attleborough was that Father Porter had left the parish as part of a routine transfer of personnel. "Father James Porter Goes to Sacred Heart, Fall River" proclaimed a breezy front-page article with a large photograph of the priest in North Attleborough's Evening Chronicle. "He has been a fine assistant at the local church ever since he came here three years ago," the paper reported. "He was beloved by the youngsters and highly regarded by all adults with whom he came in contact."

Given the heightened interest in sexual abuse in the last few years, it was inevitable that a social scientist or two would come along and see a gold mine of research potential in the victims of James Porter.

Without question, they are an exceptional group. Unlike other studies of child abuse, which tend to be hampered by confounding variables -- the victims are of different ages, for example, or have different backgrounds -- the population of men and women who say they were abused by Father Porter is unusually homogeneous. Most children came from intact and happy families. They were abused at roughly the same age. They lived in the same town, in many cases the same neighborhoods. Even the perpetrator was the same.

Not surprisingly, they are the focus of two separate research studies being conducted by Brockton forensic pysychologist John Daignault and his colleagues and by a group of researchers coordinated by Dr. Stuart Grassian, a Chestnut Hill psychiatrist. Both men were drawn to the Porter story last year, after they were retained to interview the 68 alleged victims who were negotiating a settlement with the Fall River diocese.

Both studies found the alleged victims to have been seriously traumatized. "There was no individual who sailed through this without significant consequences," Grassian says.

Many of the alleged victims had experienced problems that developed immediately after the abuse was said to have begun. They became depressed, withdrawn, guilt-ridden, fearful, and prone to behavioral disturbances, including heavy drug use "as a means of coping with the guilt and shame," according to Daignault.

Many did grow up to lead outwardly productive lives. Many married and became parents. Among their number are several businessmen, a dentist, an educator, a civic leader, and a legal administrator. But upon detailed examinations, the researchers say, many have experienced a degree of psychological turmoil that is out of proportion to what one might have expected from what Grassian terms "apple-pie-and-ice-cream kids" from stable homes.

As adults, many reported difficulties in achieving meaningful, productive lives. Several were chronically unemployed. At least two women in Daignault's sample had had multiple hospitalizations for suicide attempts and substance abuse. A number of men had spent time in jail, generally following drug-induced rages that led to assault-and-battery charges.

Grassian says he saw in a striking number of alleged victims "a very, very pronounced tendency towards a development of either chemical dependency, gambling addiction, or sexual compulsiveness, like compulsive masturbation." He found that in preliminary interviews with 25 victims, 80 percent reported problems with long-term substance abuse, 50 percent had had symptoms of depression, and 70 percent had difficulties with intimacy, including divorce or an inability to sustain long-term relationships.

What most shared, says Daignault, was a profound sense of spiritual restlessness, a lack of inner peace. Most reported an "across the board" loss of faith in the Catholic Church. While some still attend church, including St. Mary's, the vast majority, he says "had discontinued all contact."

Although Daignault has in the course of his career heard many moving stories about the lingering after-effects of child sexual abuse, he says there was a qualitative difference to the stories related by Porter's alleged victims. As children, they had been betrayed by the ultimate figure of trust -- a priest who was a stand-in for God. These children's agony could only be described as "existential," says Daignault. "It was too much to bear. If God would betray you, who does one turn to?"

Thirty years have passed. Ninety-nine men and women have stepped out of the shadows. Their stories are variegated and still emerging.

Some are faring better than others. There are those, like Cheryl Landry Bryant, a 45-year-old mother of two who says that even though she has never forgotten the assault -- "in these 30 years I thought about it once or twice every week" -- the experience "has impacted me, but not in an overwhelming way. I never got totally lost."

But there are others, like George Hardie, 44, for whom the Porter legacy continues to be a struggle. He can enumerate a lengthy list of symptoms that cropped up after his alleged sexual encounters with Porter, not all of which have abated. They include alcohol abuse, violent outbursts, gastrointestinal disorders, migraine headaches, memory loss, obsessive-compulsive behavior, and thoughts of suicide. Although he has had a successful career and feels he's putting his personal life back together, he believes it was the abuse by Porter that contributed to the recent breakup of his marriage. "Imagine hearing, 'Take your flashbacks and get out -- I'm not living with James Porter anymore,' " Hardie says sardonically.

For many of Porter's accusers, particularly those who repressed the conscious memories of the abuse for many years and are only now confronting them, the pain is easily revisited. Fred Paine said he stayed away from North Attleborough for 22 years -- "the sign on 95 bothered the hell out of me" -- but a few weeks ago, he returned on a Sunday morning to attend Mass at St. Mary's for the first time since he was a boy. He walked out after only a few minutes, his eyes misted and hands trembling. "That son of a bitch," he murmured bitterly, when he got outside.

It has been an especially difficult burden for the families of Porter's accusers. Parents say they have been consumed with guilt, and at least one child described becoming a sort of second-generation victim. A 15-year-old North Attleborough high school boy whose father has gone public with his accusations against Porter says he has been teased cruelly by other students: "I was pushed, I had smoke blown in my face, I was called names and punched. . . . One kid wrote me a note that said I screwed my father anally. It went on for months."

"You are left with such a feeling of hopelessness," says Frank Fitzpatrick Sr. "You cry not for yourself but for your children and what they must have gone through."

Yet as the criminal case has dragged on, those who have been affected by James Porter have had to find a way to integrate the experience and move forward. For some, this has meant stepping away from the microphones, dropping out of the support groups, and getting on with the business of life. A small number have maintained a connection with the Catholic Church. Others have taken comfort in community work to assist other victims of sexual abuse, through public speaking or their involvement with the Protect the Child Foundation, a new North Attleborough-based support network and referral service for victims of child abuse that was founded by Porter victims.

For others, their experience with Porter continues to be a defining, all- consuming aspect of their lives. Frank Fitzpatrick Jr. has, with his wife, Sara, formed Survivor Connections, an organization that maintains a "survivor database" of sex-abuse perpetrators to link victims with one another and spins out prolific mailings, including a newsletter about sex-cases, "The Survivor Activist."

Most express a sense of accomplishment that as a group of victimized individuals, they were able to mobilize 30 years after the fact and seek Porter's indictment.

"We have brought this to light," says Michael Vigorito, a North Attleborough dentist who says he was molested by Porter in the sixth grade. "We have proved that, no matter what the outcome of the trial, we can get someone like this into the justice system."

If there is any commonality among the victims and their families, it is in their bitterness toward the Catholic Church for what many describe as a "good old boys' network" of priests who placed the welfare of men of the cloth above the good of parish children. How else, they say, does one interpret the fact that church authorities gave Porter so many second chances? How else does one interpret the fact that five months ago, Bishop Sean O'Malley elevated to monsignor Rev. Armando Annunziato, the Mansfield priest accused of witnessing acts of sexual abuse by Porter and failing to take action to stop it? Or that in an article last December in The Anchor, the diocese's official newspaper, the bishop defended this decision by saying of the victims' testimony: "I believe that memory can play tricks on us." Or that hardly a day seems to go by without more stories in the news about priests who have molested minors?

At the chancery of the Fall River Diocese, Bishop Sean O'Malley has, he says, been praying for the victims of James Porter. He has heard their stories, many times, in graphic detail. He says he is convinced that the abuse was as "horrifying" as the victims have depicted it.

O'Malley will venture even further -- a distance traveled by few other bishops on the subject of sexual abuse -- and say that "we know we have inadequacies" and that "mistakes were made" in the Porter situation. "But," he adds cautiously, "mistakes were made across the board. The church did depend on the behavioral sciences of the day and got bad advice." As far as Father Annunziato is concerned, the bishop says, he has seen documentation that has led him to conclude unequivocally that the monsignor is innocent.

Though O'Malley did not produce the documents, he insists that Annunziato "was the first one to blow the whistle on James Porter. He came immediately to the bishop. He was a very good priest for over 40 years, he is dying of cancer, and I felt not to do something to vindicate him and his family would have been a crime." He continues, "I know it was a very unpopular thing to do. But I feel I have a moral obligation . . . I have to answer to God."

Bishop O'Malley, who is 49 and a Capuchin Friar, is surprisingly open about the scandal that has dogged him during his 11-month tenure in Fall River. He knows there are many among the alleged victims who have turned their backs on the church, but he has not lost hope that eventually they will reconcile. He acknowledges frankly that their anger has been "frustrating," since he has made their concerns "a priority," implementing their ideas in a new diocese policy on child sexual abuse, speaking to victims every week, and visiting the three parishes where Porter served in order to address the issue with parishioners. The diocese will soon begin sexual-abuse "consciousness- raising" for Boy Scouts and other Catholic youth

*Linda Matchan is a member of the Globe staff.*

This story ran in the Boston Globe Magazine on 8/29/1993.

© Copyright Globe Newspaper Company.

© Copyright 2004 The New York Times Company
Advertise | Contact us | Privacy policy

Case 1:23-cv-05294-RPK-LB   Document 1-6   Filed 07/11/23   Page 3 of 6 PageID #: 65

# The Fairhaven Star.

VOL. 33.                    FAIRHAVEN, MASS., SATURDAY, AUGUST 26, 1911.                    TWO CENTS.

## HOT WEATHER FOOTWEAR

Goodyear's Glove Tennis
All Styles
For Men, Women and Children
White Canvas Ties and Pumps for Women
$1.50, $1.75 and $2.00
First Quality Tan Calf
Bare-foot Sandals
For the Children

41 Purchase St.    Opp. Waiting
New Bedford                 Station

## LUCAS SHOE COMPANY

## Hathaway's Sporting Goods Store
### Sells Bicycles,

TIRES, BICYCLE SUNDRIES, BASE BALLS
and all kinds of SPORTING GOODS cheaper
than any store in New Bedford. Call and
see.
122 Purchase Street,                    New Bedford, Mass.

## THREE YEARS' HARD USAGE
### Hasn't Kinked or Cracked

## REVERO

Hose is the kind that stands
the rough usage in greenhouses,
stables and all places where the
heaviest hose demands are found. If Revero will continue to
give satisfaction after three years of hard service isn't it the
cheapest hose for you to buy for use on lawn or garden or
wherever else you may need to use hose? We will tell you all
you want to know about Revero.

## BABBITT STEAM SPECIALTY CO.
55 SOUTH WATER ST. - - - - - NEW BEDFORD.

If you want the very finest Upholstering Work, if you want
your furniture repaired or refinished, if you want the mattress re-
made or a new one to order, call on

## JOHN G. DANTSIZEN
214 Court St.

Fine Job Printing at The Fairhaven Star Office.

## Without an Equal!
### THE ROLL AWAY SCREEN

fits any window. It is the most perfect screen ever placed on the mar-
ket—most durable, most convenient, most sanitary. Let us explain to
you why it will pay you to invest in the Roll Away Screen and the
Champion Metal Weather Strip and Parting Bead

## THOMAS N. HANKERSON, Agent.
117 HIGH ST., NEW BEDFORD  -  BELL TEL. 1076-4.

## C. F. BROWNELL & CO.
63 Main Street                    Tel. 33.                    Fairhaven, Mass.

### Hack Livery and Boarding Stable

### HAY
for sale in Quantities
to suit

Carriages for Weddings, Funerals, Parties.
YOUR PATRONAGE IS SOLICITED.

## STORAGE   STORAGE   STORAGE
For All Kinds of Merchandise

Special Locked Rooms for Furniture    $1.50 per month and Up.
LOWEST INSURANCE RATE

NEW BEDFORD
## WAREHOUSE COMPANY
222-272 Sawyer St., New Bedford.        Bell Tel. 1340, Auto. Tel. 9276.
Andrew H. Jewell, Manager.

## ARTISTIC DESIGNS IN
## Wall Paper
### Bliss & Upjohn,
Painters, Paper Hangers, Decorators.    107 Main St., Fairhaven
Telephone 547-5

## SILVERWARE
The most exclusive line of flat ware
both in sterling and 1847 Rogers.

## SULLIVAN'S
130 Union St.,                    New Bedford





KING NICHOLAS OF MONTENEGRO, POPULAR MONARCH.

THE kingdom of Montenegro is about as large in relation to the
rest of Europe as is Rhode Island in relation to the rest of the
United States. Nevertheless, King Nicholas rules a country
which for 260 years has resisted with success the aggressions
of the Ottoman. Just now Turkey is said to have designs on Monte-
negro, chiefly out of pique because the people of that country sympa-
thize with their kinsmen, the Albanians, whom the sultan is coercing.
King Nicholas was monarch in everything but name for fifty years be-
fore he assumed the crown a year ago. An prince of the little princi-
pality of Montenegro since 1860 he showed himself a wise ruler, beloved
by his people, and a man of commendable enterprise. One of his daugh-
ters is the queen of Italy.

## POULTRY

## TWO FRIENDS OF THE BOYS IN KHAKI



### MOTHER FOR YOUNG POULTS
Most Satisfactory Plan Is to Give
First Clutch to Hens and
Second to Turkey.

(By HERBERT L. POTTINGER.)
On large farms where block head
has not had the trouble of raising
broods in the poultry department of-
ten prove unsatisfactory than turkey
raising.
Though tender during the first few
weeks, they later supply little care
save regular feeding twice a day as
an inducement to them to come home
at night.

THIS photograph shows two very interesting American women, Miss
Helen Miller Gould, the soldier and sailor's friend, and Mrs. Grant,
wife of General Frederick Dent Grant. Miss Gould is always called
the one who has been ordered to repair to Texas to take charge of
the troops there. Mrs. Grant accompanied her husband's command, and the
fact that General Grant goes to Texas means that many improvements will
be made in conditions at the forts where the soldiers and sailors are concerned
and has been concerned in everything that relates to the welfare and the
generous contributions to the Army and Navy Sunday society. She is one of
the best known women in the military world. The society is in the hands of the
wives of army officers, who understand the real needs of the soldier.

Copyright by American Press Association, 1911.

MISS HELEN GOULD AND MRS. FREDERICK D. GRANT.

## EARLY TOWN MEETINGS

A town meeting was held in the Old
Congregational meeting house on Sat-
urday, May 14, 1825, 1 p. m.
Chose Benjamin Manchester, Moderator.
Voted to choose three men as agents
of the town of Fairhaven to petition
the legislature of this commonwealth
for a division of the said county of
Bristol.
Chose James Taber, Joseph Whelden
and Stephen Merrihew, Esqs., said
agents, and they are hereby authorized
and instructed to use their exertions
and influence to obtain a division of
the said County of Bristol provided that
the Town of New Bedford will adhere
to said proposition of furnishing the new
county buildings to the satisfaction of
the court of sessions of the said new
county when established; wholly at
her own expense, for the privilege of
having a shire town or half shire coun-
ty.

A town meeting was held in the Old
Congregational meeting house on Sat-
urday, May 24, 1825, ad 3 p. m. to
see whether the town's representative in
the general court.
Chose James Taber, Joseph Whelden
and Stephen Merrihew Esqs., to repre-
sent the town of Fairhaven in General
Court.

A town meeting was held at the Old
Congregational meeting house Satur-
day, June 4, 1825, 3 p. m.
Chose Israel Gibbs moderator.
Voted to canvass Israel Gibbs from
serving as surveyor of highways.
Chose Reuben Fish, Loren Pope and
Benjamin Hamblin surveyors of high-
ways.
Voted that the Selectmen and Town
Clerk be authorized to draw jurors
without calling the town together.
Voted to reconsider the vote respect-
ing Town schools passed at the last an-
nual meeting.
Voted that the Selectmen be author-
ized and they are hereby directed to
procure a suitable place for keeping
the southern section of the town, a
place to which the accommodation of
the town's school districts.
Voted that this meeting be adjourned
to the last Saturday in this month at 3
o'clock p. m.

## FROM THE "STAR"
## OF AUGUST 29, 1896

The ladies of the Congregational
Church served a clambake to nearly 200
at Fort Phoenix, Thursday.

At this season of the (slap) year the
fly (slap) becomes unusually (slap) an-
noying. No doubt he (slap) has his uses
(slap) but we don't know (slap) just
(slap) what (slap) they are. We slap
up (slap) the exposed body in a mass
(slap) of welts, and (slap) don't (slap)
make this article later in the season.
(Slap)

### Don't Disturb Him.
Manager—We have a boy in the of-
fice who whistles at his work.
Up Friend—It drive you mad?
Manager—Oh, no; you see he's so
seldom working.

Arrangements for President Taft's
six weeks' trip through the West are
completed.

## DAD'S LITTLE STUNT WITH THE VACUUM CLEANER.



NEW WAY TO FIND THE LOST COLLAR BUTTON.
—Fox in Chicago Evening Post.

## For Those Whose Time Is Limited

Hartford, Conn., it is said, uses more
electricity per capita than any other
city.

Topeka, Kas., hires two men at $7 a
day to watch two ducks hatching their
eggs in the park.

The display of a number of American
flags and one Cuban flag in a field of
corn at Blueprint, L. I., apparently to
frighten away crows, is causing indig-
nation on the part of the residents of
that place. They say that J. R. War-
ner, owner of the flags and of the field
of corn, is showing disrespect to the
colors by using them as scarecrows.
The flags surround a scarecrow in the
vegetable shape. Warner says he
means no disrespect to the U. S.

Morton Crisler, an aged man who
lives alone near St. Paul, Ind., hung
his old coat on his back porch a month
ago and on going to put it away a re-
turning swarm into one of the pockets,
finding therein the nest of a downy
bird. Since then the old man will
not disturb the swan and in a short
time she had completed her nest. She
laid three eggs and a few days ago
three little wrens took their flight into
the woods.

The postoffice authorities have been
obliged to close the postoffice at Shaker
Station, Conn., because of inability to
get anyone to take the place of the re-
tiring postmaster, John Trask. The
residents must now get their mail at
Mansfield.

## Practical Fashions
SUMMER SKIRT.

5428

This design shows a dainty model
for a summer skirt. As illustrated it
was made of plain white lawn and or-
namented, but rows of tucks or
marquisette, batiste, printed tulle and
the like, and also soft silks, pongee,
foulard or messaline may also be em-
ployed. The upper part is laid in five
tucks and the band of insertion is set
above a deep tuck below which is a
flounce edged with lace insertion. The
skirt is in five-gore. Figured material
for the upper part and plain band and
flounce will also be found effective.
The pattern (5428) is cut in sizes 22
to 32 inches waist measure. Medium
size requires 5 yards of 36 inch ma-
terial, 7¾ yards of 18 inch. Remaining
the above pattern to any address on
receipt of 10c in silver or stamps. Be
sure to give size and number of pattern.

No. 5428             SIZE ......
NAME ......
TOWN ......
STREET AND NO. ......
STATE ......

A Hint.
He—I met a surgeon I knew today
on the street and he tried to cut me
dead.
She—What did you do?
He—I just bowled him and advised him
not to do that to anybody again. It
was too suggestive.

## TOWN OFFICERS
## IS FIRST WOMAN TO SERVE
## ON THE BOARD OF HEALTH

Mrs. Bertha F. Carl Frommelt, M.
D., is the first woman to hold an elec-
tive office, outside of the school board,
in Fairhaven, and those who have come
in contact with her work believe that
no mistake was made.

When the time for the annual elec-
tion arrived last Spring it was found
that it was necessary that a physician
should be elected as a member of the
Board of Health. No physician in
town would accept the office and finally



[Photo by Frommelt]
BERTHA F. CARL FROMMELL, M. D.
Secretary of Board of Health.

Dr. Frommelt was persuaded to be-
come a candidate. It is her first ex-
perience as a public official and as secre-
tary of the Board of Health she has
shown capability.

Mrs. Frommelt was born in Somer-
ville Feb. 2, 1873. When very young
her parents moved to New Bedford
where she attended school, graduating
from the New Bedford high school in
1892. The next year she entered the
Woman's Medical College in Philadel-
phia graduating from the three years'
course in 1896. She then entered the
Woman's hospital in Philadelphia the
special work in women's and children's
diseases, remaining there two years.

She returned to New Bedford in 1897
and was a practicing physician there,
continuing since her removal to Fair-
haven two years ago.

While a resident of New Bedford she
was prominent in organizations con-
nected with the Unitarian church and
has worked earnestly with the medical
organization of that city, and has
served as one of its directors.

She was married in 1902 to Martin H.
Frommelt.

## WAMSUTTA SPRING WATER
is recommended highly by phy-
sicians. It has real medical
qualities. Let us bring you a
bottle.

## H. F. WILDE. Prop.
Main & Oxford Sts.,          Fairhaven
Telephones 1609-4—6129-2.

## WILLIAMS
### General Photographer

Makes Photographs of
Family Groups, Your
Home, Children, or Fam-
ily Pets, on Post Cards
or Large Photos. All work
First Class and Best of
Stock used, in Black and
White or Sepias.

I do Developing & Print-
ing for Amateurs and do
it right.

IF YOU ARE THINKING OF HAV-
ING A PICTURE OF YOUR HOME,
NOW IS THE TIME WHILE
THINGS ARE GREEN AROUND IT.
JUST DROP A POST CARD AND I
WILL CALL.

## WILLIAMS
60 High St.,    New Bedford

## Vacation Photography
Let Us Furnish the Supplies

If results depend upon the materials
you will not be disappointed with what
you buy here.

## Do You Appreciate Quality
IN DEVELOPING AND
PRINTING

Then you should come here where you
have the services of professional photo-
graphers who do not depend upon boys
or machines for results.

## W. P. SMITH
Photo Supplies
134 Pleasant St.,    Near High
New Bedford

## SNAPPY
## TAN OXFORDS

Get your Summer Footwear now, and
come here for it. We have some great
trades that will save you a dollar or
two. All clean, new stock—mostly
samples that we picked up at our own
figure. That's how we can close them
out at big saving to you.

## TRULL
507 PURCHASE ST.,    NEW BEDFORD

## Our Plumbers
have orders to do their very best
work, always. You are sure of
getting good results.

## C. F. DELANO
PLUMBER
HARDWARE, TINSMITH, GAS FITTER
72 Main St.,    Fairhaven

## ADVERTISE IN THE STAR.

## Choice
## MEATS
and
## VEGETABLES
Best
## CANNED GOODS
On the Market.

## E. S. WHITING,
30 CENTRE STREET,    FAIRHAVEN

### White Holland Turkeys.

heads to hatching if they do not fall
a prey to hawks.
The most satisfactory plan, how-
ever, since the turkey's time is so
valuable in the early spring for lay-
ing, is to give the first clutch to hens,
arriving to overcome their defects as
much as possible.
She will soon commence laying
again, and should be allowed to
mother the second brood herself.
Many turkeys will even raise their
third clutch, so managed, and have
the youngest birds ready for the holi-
day market.

It is noting Governor Frothingham
for two weeks. Just getting his hand
in for next year, when it will be Spar-
rows for Governor Frothingham, unless all signs
fail.—Plymouth Enterprise.

## For Toothache.
This simple remedy will often relieve
a child of toothache: Fill a small tray
with boiling vinegar, dip a piece of
cotton wool into it and rub the gum,
allowing the vinegar to be as hot as
can be borne. Dip a small piece of the
wool into vinegar and place it in the
hole of the tooth. The pain will im-
mediately cease.

Mrs. Della Moulton, 71 years old, of
Saco, Me., has picked 74 quarts of blue-
berries, 25 quarts of field strawberries
and she gathers all her potatoes, be-
sides having dug 11 bushels of dande-
lion greens this season.

In Georgia a man more than 66 years
old is now disqualified for the jury.

It is estimated that the islands of the
world have 540 inhabitants; per mile
of coast line.

It times the circumference of the earth
at the equator.

Hartford, Conn., it is said uses more...

Workmen removing an old elm tree
at Springfield, Mass., noticed a bulging
root four feet underground and through
curiosity decided to open it. They
found inside, completely enveloped by
the root, two common clay bricks.

Edward Rosencraus of New York city
in honor of his 45th birthday anni-
versary held a corn eating contest,
"Lord of the Corn," the title "Red"
Dugan, cab driver and cham-
pion banana eater and lemonade drinker
of the city, won the first prize of $50 by
eating 47 ears of corn. The second
prize was $10 won by Harry Bauman,
a window cleaner, who ate 46 ears.

James D. Branch, 16 years old, of
Sailor Springs, Ill., is chief operator of
the Santa Fe railroad at Dundas, Tex.,
and the youngest in the business.
He picked up telegraphy in play, but
railroad officials say he is now a "wire
wonder."

A high wind at Pass Tree, Ind., blew
a wallet from Fred Branch' pocket and
scattered $170 in bills broadcast over a
quarter of a mile of territory. The en-
tire population of the village turned
out to seek the lost money, but at the
end of two hours $10 was still missing.
The favorite pastime of the Pass Tree
neighborhood now, it is said, is search-
ing for the missing $10.

It cost the Sixty Olympic $175,000 to
make a trip between Southampton and
New York. And on a recent one she
collected $325,000 in passenger fares.

## TO LET

TO LET—Nicely furnished front room. Centrally located. Inquire at Star Office. aug26-tf

TO LET—Upper tenement, 27 Main Street. aug19-tf

TO LET—Pleasant furnished room, with baths, Telephone, etc. Inquire at this office. jul8-tf

TO LET.—Nine room tenement over National Bank. All conveniences. Apply at bank. dec24-tf

## FOR SALE.

FOR SALE—9-room cottage with good grounds. Inquire 112 Main St. aug26-3t

FOR SALE—45 rods land, southwest corner Rotch and Rodman Sts. Fruit trees, shade trees, well fenced. Inquire of J. H. Pease, 32 Summer St. dec17tf

FOR SALE.A lot of Stone, suitable for cellar walls. W. C. STODDARD, Sconticut Neck. avg26tf

## LOST.

LOST—Pair of gold eye glasses in case. Suitable reward. H. L. Card. aug12-2t

LOST—July 13, a black, tan and white Collie dog, without collar. Finder please notify X, Star office and be rewarded. au5-1t

## FOUND.

FOUND—Small skiff. Owner may have by proving property and paying charges. Manuel Augusto, 79 Middle street, Box 20, Fairhaven. aug12-3t

## WANTED.

WANTED—About Oct. 1st, tenement or cottage with improvements. Address Room 14, Y. M. C. A. Building, New Bedford. aug12-6t

## REAL ESTATE---INSURANCE.

**Insurance and Real Estate**

**J. C. Tripp, Agent.**

| | | | |
|---|---|---|---|
| Spring Garden Insurance Co. | | | Fire |
| Agricultural | " | " | " |
| Germania | " | " | " |
| Girard | " | " | " |
| North River | " | " | " |
| National Union | " | " | " |
| Commerce | " | " | " |
| Traders & Mechanics Mutual | | | " |
| Merrimac | | " | " |
| Fitchburg | | " | " |

Total assets of Fire Companies over $22,000,000.

Policy Holders Surplus over $8,000-000.

Mutual Life of N. Y. Ins. Co., Life

Aetna Life " { Liability, Accident, Health, Automobiles

American Surety Co., Surety Bonds

Metropolitan Casuality Co., Plate Glass

**COAL & WOOD**

**J. C. TRIPP, Town Hall.**

**J. N. GIFFORD,**
*Real Estate Broker*
*Auctioneer and Appraiser.*
Large list of Fairhaven and New Bedford Property for sale.
Room 200, Merchants Bank Bldg., New Bedford.
Residence—121 Green St., Fairhaven.

**The Cream That Makes New Bedford Jealous**
IS USED FOR ALL OUR
**COLLEGE ICES**
**H. L. CARD**
Phoenix Block
20 Centre St. Fairhaven, Mass.
Tel. 1451-4.

**JOHN THOMAS**
EAST ALLEN ST.
**Contracter and Builder**
Ship Repairing
GET OUR PRICES

**WE SELL THE FAMOUS ACME GOODS**
CHARLES W. HAMMOND
COR. CENTRE AND ROTCH STS.

**PICTURE FRAMES**
Careful selection is necessary in order that the picture may be set off to the best advantage. Our work gives satisfaction.
**A. B. CROWELL,**
24 Fifth St., Cor. School.
New Bedford. - - - Mass.

**COFFEE AND TEA**
Fine line of Boxed chocolates.
Leading brands of cigars and tobacco.
Wilde's Bread and Pastry
Banannas, etc.
DRISCOLL'S VARIETY STORE
Cor. Main and Ferry Streets

**BOARD OF HEALTH**
Regular Meetings 2d and 4th Thursdays of each month at 8 P. M.
Dr. Bertha F. Carl Frommell, Secretary.

Jacob W. Wilbur has sold to John Cordeira two lots of land on Washington street.

# The Fairhaven Star

Published Saturday Mornings.
20 MAIN STREET,
Fairhaven, Mass.

One Dollar a Year in Advance.
Single Copies Two Cents.

The Star is entered at the Fairhaven Post Office as second-class matter.

C. D. Waldron, — — Proprietor.

| 1911 | AUGUST | | | | | 1911 |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

*Mail Schedule.*

MAILS CLOSE FOR
Boston, Western, Southern and Cape Cod 7.00 a. m.
New Bedford and Boston 7.30, 11.30 a. m.
Boston, Western and Southern 9.00 a. m.
New Bedford, Boston, Western and Southern 9.30 a. m.
New Bedford and Boston 11.30 a. m.
All Points except Cape Cod 1.30, 6.00 p. m.
Cape Cod, Northern and Southern 3.00 p. m.

MAILS ARRIVE FROM
New Bedford, Boston, Western and Southern 8.00 a. m., 4.00 p. m.
Boston and Northern Points 10.00 a. m.
Boston and Cape Cod 10.30 a. m., 7.00 p. m.
New Bedford 12.00 m.

**TELEPHONE 250.**

SATURDAY, AUGUST 26, 1911

THE high cost of living is not confined to the United States, or even to the American continent. The reports of our Consular agents abroad show that the increase in the cost of living is world wide, and that it is just as great in free trade countries as in those which have a protective tariff.

Our Consular agent at Malaga, Spain, in an official report says that "the problem of greatly increased cost of living is as acute here as in the United States. As far as wages are concerned the mechanic and laborer of the district are little better off than ten years ago, and the purchasing power of the masses continues to be small."

Vice-Consul K. L. Patton of Rome, Italy, reports that "the steadily increasing price of beef in the local market has been a source of a great deal of study. It 1904, the prices of beef ranged from 11 8-10c to 21c per lb. In 1909, these prices had so increased that the same cuts were selling from 14 4-10c to 28 9-10c per lb."

Consul General Frank H. Mason of Paris, France, reports that "from trust-worthy records, it appears that meat producing animals cost, alive on the hoof, more per kilo than dressed beef, mutton, veal and pork cost seven years ago in the markets of Paris."

Consul General Geo. N. West of Kobe, Japan, reports that "prices have gone up in Japan over two-fold in the last twenty years, while the purchasing value of the currency has sensibly declined."

Our Consul General at Buenos Ayres, Argentina, in a recent report discusses at some length, the high cost of the first necessities of life in that country, and, suggests this as a reason for the numerous strikes of workmen prevailent there. Other reports indicate the same condition of affairs in Java, Germany, Scotland, Turkey, Holland, England, China, Switzerland, and nearly every other European country.

These conditions show conclusively that the upward price movement is practically universal throughout the world, and that tariffs, protective or otherwise, have absolutely nothing to do with it.

THE appointment of Fred J. Macleod to be a member of the railroad commission is received with varying comments from the newspapers. It is certainly to be hoped that he may be more careful in his official statements than he was as chairman of the Democratic State Committee. In 1909 when Mr. E. N. Foss was running for lieutenant governor on the Democratic ticket the charge was made that he was going to "open a barrel." Mr. Macleod rushed to make indignant denial. He said: "The express stipulation has been from the first that Mr. Foss must not and shall not be called upon to finance the Democratic campaign—and he will not do so, either directly or indirectly." That was certainly a square statement. And yet in that campaign Mr. Foss contributed $39,757, and all others gave less than four thousand! It is hardly to be wondered that even Mr. Foss could not bring himself to give Mr. Macleod a place on the superior court bench.

A DEMOCRATIC Congress has shown the people what they may expect if the Senate also should become Democratic. The cotton bill was evidently aimed point blank at New England, and had it not been for President Taft the Southern Democrats in Congress would have inflicted a stunning blow at the prosperity of New England textile centres like New Bedford and Fall River. When workers in England and other European cotton mills receive as high wages as those in the United States it will be time enough to compel the latter to compete with the former. No New England manufacturer can possibly compete with the cheap labor of Europe under the present conditions. He would be compelled to cut wages or close his mills, if confronted with that condition.

THERE is a much better feeling among Republican leaders over the outlook in the Fall campaign. The chances of defeating Gov. Foss in his canvass for reelection are considered much better than a month ago, and the stock of the Democracy seems to be on the down grade. The Republican party surely ought to win. Gov. Foss has fulfilled practically none of the important pledges he made to the people. He has got to run on his record, rather than on promises, this year. He has not reduced the cost of living, and he has not defeated the re-election of Senator Lodge. He has yet to make good, and the only way he seems to be trying to do this is on bluffs. If the people can be fooled again by the same old game of promises they will get another gold brick.

## BISHOP DANIEL FEEHAN WILL DEDICATE ACADEMY SUNDAY

### Exercises, Sunday Afternoon, Will Be Private

Bishop Daniel F. Feehan of Fall River will come to Fairhaven Sunday afternoon to dedicate the new Academy of the Sacred Hearts in North Fairhaven. The exercises will be of a private nature.

Matthew Sullivan of Boston is the architect of the new Academy and the design shows the restraint and intelligent study developed and adjusted to local conditions, under the masterful direction of Rev. F. M. Bernard Pierson, the superior of the Congregation of Sacred Hearts. This wing now completed is but one fifth of the contemplated structure, forty by eighty feet, having accommodation for a total of sixty. The completed building, two hundred and forty feet long, will have accommodation for three hundred.

The feeling and characteristic style is the so-called Mission. The building is of brick plastered over with Portland cement plaster. Grueby tiles interspersed at intervals in the exterior give emphasis in the design. These tiles are of reds, greens, blues and yellows of unusual interest and brilliancy, contrasting with the white cement coated walls, the whole topped by a roof of red tile.

The situation is the beautiful Howland place, Main street, corner of Howland road, high and sightly, overlooking the city of New Bedford, the harbor and Acushnet river, commanding a panorama difficult of description. The old mansion is at present in use as a convent. Corridors connect the mansion with new building at the basement, first and second floor levels. Eventually the new building will be given over to the children, and the mansion become the Novitiate.

The new building has kitchen, bath and recreation rooms in basement; on first floor are refectory, parlors and chapel; on second floor, study rooms; on third floor, dormitories, and on fourth floor, accommodation for open air sleeping. The new wing is 40 by 80 feet. The completed building will be 240 feet long over all. The builder is the Charles B. Maguire company of Providence.

**Swam Eight Miles.**

J. Paul Hoye and John Pitta, Jr., swam from Fort Phoenix to Padanaram Sunday afternoon. They entered the water at 1.40 and reached Padanaram at 6. The distance is eight miles, but they probably swam 10 miles. They had to combat the incoming tide and a choppy sea.

**Nomination Papers.**

The names on the nomination paper of Joseph A. Walker were verified Saturday by the registrars. There were 67 signatures.

There were over 600 names of New Bedford men on the nomination papers of Lt.-Gov. Louis A. Frothingham, candidate for governor.

**Obituary.**

Nellie W., daughter of Elizabeth and the late E. Frank Williams, died at her home, 86 Laurel street, Sunday. She is survived by two sisters, Mrs. Horace K. Nye, Miss Abbie H. Williams, and a brother, Harry Williams.

Deceased was well known in musical circles. She was formerly organist at the Congregational and the Centre M. E. churches and for several years was a member of the New Bedford Choral association.

**Thrown From Car.**

Mrs. Margaret Fisher, who lives at Egypt Lane, was thrown from an Onset car as she was getting off to go to her home shortly after eight o'clock Sunday night. Her son, who was a passenger on the car, stepped from the running board to the ground, and Mrs. Fisher followed, the car being started just as she was about to step to the ground. Her hip was injured and she fainted. Two men carried her to her home.

**Verification of Papers.**

The Board of Registrars will meet each Saturday afternoon during August, from 3 to 5 o'clock, for the purpose of verifying names on nomination papers. See advertisement.

The time for filing nomination papers with the registrars of voters expires today at 5 o'clock. The certified papers must be filed with the secretary of commonwealth not later than 5 on the following Tuesday.

If a candidate waits, and it should turn out that he is shy a few names it will be all up with him, as the registrars need not receive any papers after 5 o'clock.

**CONDENSED LOCALS.**

—All the sewer manholes are being flushed.

—A fife and drum corps is being organized among the High school boys.

—The New England Street Railway club will come to Fairhaven for a clambake at Whitfield's, Aug. 31st.

—In the third district court, Saturday, Richard Dugdale pleaded guilty to the charge of having watered milk in his possession and was fined $75.

—Several boys were captured by Harbor Patrolman Cushing In New Bedford, Thursday. In the boat was a collection of bits of brass and copper rivets which had been stolen from the Atlas Tack Co.

—Shellfish Inspectors Aiken, Fernandes and Dessautels on Friday, seized nine rowboats equipped with fishermen's paraphernalia of the quahoggers, who took to the Dartmouth woods when chased by the officers.

—A free lecture will be given by the International Bible Student association in Odd Fellows' Hall, New Bedford at 3 p. m. Sunday. "The Resurrection of the Dead from the Standpoint of the Bible" will be the subject.

—In the third district court, Thursday, Salome LeBlanc, wife of Clovis LeBlanc, declined to testify against her husband, against whom she had brought a charge of non-support, so he was adjudged not guilty and discharged.

—Among the suits entered at the third district court is the following: Manuel M. Pacheco vs. Charles S. Cromwell, a writ of replevin to recover one Victor engine complete with equipment now installed in the yawl Scout located at Kelley's wharf.

Aviator Harry Atwood reached New York at 2.30 Friday, from St. Louis. He travelled 1265 miles, his flying time being 23 h. 28 m.

OF COURSE

You are goining to burn gas. Of course you will engage us to do the piping. E. P. Hirst Co., New Bedford.

## WILL START POSTAL BANK ON SEPT. 22

Postmaster E. G. Spooner has received notice from the post-office department that the Fairhaven office will become a postal savings bank depository Sept. 22.

## OVER 34 YEARS IN LIGHTHOUSE SERVICE

### Albert Jackson Now on an Indefinite Furlough

Albert Jackson, engineer of the lighthouse steamer Azalia, has been granted an indefinite furlough. Mr. Jackson was 76 years old July 29th, and as he is as young as he feels, several years may be clipped off, theoretically.

Mr. Jackson has been in the lighthouse service 34½ years. He was engineer on the Verbena from 1878 to 1890, and held a similar position on the Azelea since that year. He entered the navy before the war and served a period of four years and ten months, which included service in the war-time period.

**PERSONAL PARAGRAPHS.**

Mrs. Clarence A. Terry and three sons spent Sunday as the guests of Mr. and Mrs. W. B. Hallett of Brockton, formerly of Fairhaven.

Mark R. Plaisted of Swamscott, has been the guest of her sister, Mrs. Charles LeB. Drew for a few days.

Miss Wilhemines Franklin has returned from a six weeks' vacation at the Jersey coast.

Miss Dorothy Franklin has gone to Perth Amboy to spend her vacation.

Mr. and Mrs. Arthur S. Washburn of Winchendon are stopping at William F. Sherman's.

Master Prescott Hoxie has recovered from a severe attack of tonsilitis.

Several from this town were present at the the birthday observance of Loring P. Ashley in Acushnet, Sunday.

Mr. and Mrs. Samuel F. Bumpus of Newburyport are visiting the former's parents, Mr. and Mrs. S. S. Bumpus.

Mrs. C. B. Bishop of Reading, Pa., is visiting her father, Albert Jackson.

Herbert W. Hirst is seriously ill with typhoid fever at his home on Homer street, New Bedford.

Mrs. George W. DeLong, widow of Commander DeLong, of the Jeanette expedition, has arrived in Fairhaven.

Mr. and Mrs. George H. Chase are spending a week's vacation at Lewiston, Me.

Benjamin E. Kempton, an employe at the census bureau, Washington, is spending his vacation with his parents, Mr. and Mrs. John W. L. Kempton.

Miss Emma Sherman has returned from Oak Bluffs.

Miss Marion Sherman is visiting her brother, George E. Sherman, East Orange, N. J.

Miss Lillie Wilkinson of Worcester has been the guest of Selectman Chas. P. Maxfield and wife this week. Mrs. Wilkinson is now the oldest living "Topsie" and was well known as one of the owners of the Wilkinson's "Uncle Tom's Cabin" companies more than 25 years ago.

Mr. and Mrs. Samuel Fallows have gone to Providence to reside.

Mrs. A. J. Paull and daughter Annie are at Attleboro cottage, Oak Bluffs for a week.

Mr. and Mrs. William E. Fish of Forest street, Whitman, have as a guest her daughter, Miss Margaret G. Taber of Fall River.

Mr. and Mrs. T. A. Kelley have returned from Onset.

*Mrs. Wm. H. Tripp and son W. Arthur Tripp, of Brooklyn, N. Y.,* are spending two weeks with Miss Maria Tripp.

Miss Lucy A. Clapp of Utica, N. Y., who has been spending her vacation with her aunt, Mrs. Wallace L. Braley, Green street, left yesterday for the Adarondack mountains for a week with Dr. Merriman's family.

At the annual reunion of the Tripp family association held at Sylvan grove, Wednesday, George H. Tripp retired from the presidency after serving three years and Thomas A. Tripp was elected. Among the speakers were George H. Tripp and Job C. Tripp.

Mr. and Mrs. John Newington are in Boston for a week.

Mr. and Mrs. Chas. E. Shurtleff have returned from Marion.

Register of Deeds Albert B. Collins has announced his intention not to seek the Democratic nomination for register in fairness to his Democratic friends.

At the outing of the Old Colony Club at Monument Beach yesterday officers were elected for the year ensuing, John I. Bryant of Fairhaven being elected Vice President.

Miss Doris R. Price is visiting the Misses Clara and Harriet Studley at Myricks.

Mr. *and Mrs. John S. Brand* who have been in California for the last eight months, are expected home today.

Mrs. Amy E. Snow and Charles M. Snow attended the annual reunion of the De Maranville family held at Sylvan Grove, Friday.

**At the Bathing Beach.**

The record of bathers at the Improvement association houses is as follows:

Saturday 133, Sunday 192, Monday 78, Tuesday 177, Wednesday 231, Thursday 131, Friday 4.

**Unitarian Memorial Church**

*Rev. William W. Fenn, D. D., of the Harvard divinity school, will preach at* 10.30 a. m.

The choir will render the following selections:

| | |
|---|---|
| Grant Us Thy Grace | Buck |
| I Sought The Lord | Stevenson |
| Solo—Blow Ye the Trumpet in Zion | Huhn |

**Marriages.**

In August, 1861, the following marriage was registered:

7. Dennis M. Parker of Fairhaven to Mary Ann Morse of Acushnet.

The following marriages were registered in August, 1886:

20. Frank C. Smith of New Bedford to Susan E. Libby of Fairhaven.

21. George G. Tilton to Lydia A. Goff, both of Fairhaven.

18. George F. Taber of Fairhaven to Clara E. Harrison of New Bedford.

5. David G. Eldredge, Jr., of Yarmouth to Harriet P. Richmond of Fairhaven.

**Fifth Battery Reunion.**

The forty-first annual reunion of the 5th Mass. Battery association will be held at New Bedford, Tuesday, Sept. 12th, 1911. Dinner at Fort Phoenix, Fairhaven, at 1.30. The executive committee is: W. H. Dunham, E. T. Wilson, J. F. Murray. The officers are: F. P. Washburn, President; E. T. Wilson, Vice President; J. A. Wood, Secretary.

This is the 50th anniversary of the formation of the battery.

**What are Corn Husks?**

The board of health will soon have to pass upon the standing of corn husks—whether they are garbage or refuse. A citizen reports that they are refused by the collector of garbage and also refused as refuse.

There is some talk of seeking action in town meeting regarding the collection of swill, as it is thought that the matter can be handled in a more satisfactory manner under an appropriation than by means of voluntary work.

## GRAND OFFICERS WILL MAKE AN OFFICIAL VISIT

Sister Iva E. Brown, grand matron of the Grand Chapter, Order of the Eastern Star of Massachusetts, assisted by Sister Edith R. Avery, Grand Marshal, will make an official visit to Gifford Chapter, Thursday evening, Sept. 7.

**I Like My Scup, But Oh You Lobster.**

Everett Miller, a Fairhaven boy who is spending his vacation with his aunt, Mrs. George Tripp at Harbor View, pulled off a stunt in the fishing line the other day and aroused the interest of every person on the beach.

With his uncle, the boy was fishing off the shanty on the Sconticut Neck shore. Several scup were flopping about in the bottom of the boat, yet they were not numerous enough to satisfy the fishermen.

Suddenly Master Everett decided that a fish was working at his bait. A sharp yank, and his hook entered something that entered a violent protest.

Foot after foot of line was pulled over the side of the boat. A harsh, scraping sound on the wood work, and then over the side came a lobster, snapping and twisting to free itself from the hook that had entered the body through one of the joints of a claw.

It is presumed that the crustacean, which weighed three and a half pounds, had attempted to seize on bait when the second hook on the line was pulled into its body. As far as the residents of a certain cottage at Harbor View were concerned it mattered little how the hook ensnared the lobster.—*New Bedford Times.*

**Unclaimed Letters.**

P. A. LaCroix, Mrs. Edward Higgins, Weeden road; E. T. Burgess, 5 Tallmons lane; Mrs. William C. Cowen, Mrs. N. J. Kelley, 48 East Pearl St.

**More Money Needed.**

The amount needed for the Rogers Memorial is short by several hundred dollars. It is hoped the amount may be raised without anyone being solicited. A number of people have not responded to the appeal for funds and it is hoped they will do so during the coming week. Quite a number of contributions were received as a result of the appeal in the Star last Saturday.

**Centre Methodist Episcopal Church**

Sunday morning at 10.30 the pastor will preach. Subject will be: "The Source of True Fellowship." Our Sunday School will meet at 12.00 o'clock. Everybody will find a welcome.

The evening service will be on the lawn on the east side of Church. This service will begin at 6:00 and close at 7:00. Subject: "The Parole." It will be of interest to you. Plan to come.

**Seven Members Elected.**

At the regular meeting of the executive committee of the Improvement association Tuesday evening seven new members were elected, making 48 since Mr. Hall became president last spring.

The treasurer reported a balance of $1289.77 in the treasury.

There were 16,939 bathers at the beach up to August 13 and the receipts amounted to $2734.15 as compared with $2578.63 for the same period last year.

The committee on fountains were instructed to ascertain the cost of placing the Union street pump in commission in order that there may be a place where horses can be watered.

*It was reported that there was a* large number of people using the public landing at Union wharf.

The following were elected members of the Association: Miss Mary Bumpus, Shirley G. Mitchell, Joseph B. Sylvia, Mr. and Mrs. Charles I. Drew, Mr. and Mrs. Charles LeB. Drew.

**Advent Christian Church.**

A baptismal service will be held near No. 70 Fort St., at 9.30 a. m. Some have desired to confess their belief in the death and resurrection of our Lord and Saviour, by thus following him. For this we are very thankful.

We will be obliged to get up (before breakfast) early, in order to attend the service at 9.30.

Preaching services are at 10.45 a. m. 7 p. m. Rev. Frank Fasaro of Boston will be the speaker. He is an Italian and has not wholly mastered the English language, but can be understood very well. He claims to be a Catholic, but not a Roman Catholic. He will probably tell us many things about the Roman Church. You will have missed a good treat if you miss hearing him.

The Loyal Workers' service will be held at 6 p. m. Everyone is welcome so come over and help us.

STATE OF OHIO, CITY OF TOLEDO, } ss.
LUCAS COUNTY.
Frank J. Cheney makes oath that he is senior partner of the firm of F. J. Cheney & Co., doing business in the City of Toledo, County and State aforesaid, and that said firm will pay the sum of ONE HUNDRED DOLLARS for each and every case of catarrh that cannot be cured by the use of Hall's Catarrh Cure.
FRANK J. CHENEY.
Sworn to before me and subscribed in my presence, this 6th day of December, A. D., 1886.
(SEAL.) A. W. GLEASON, NOTARY PUBLIC.
Hall's Catarrh Cure is taken internally, and acts directly on the blood and mucous surfaces of the system. Send for testimonials free.
F. J. CHENEY & CO., Toledo, O.
Sold by all Druggists, 75c.
Take Hall's Family Pills for constipation.

**DIED.**

LANE—*In this town, Aug. 25th, at* the home of his daughter, Mrs. Drew B. Hall, George Homer Lane of Braintree, Mass., aged 77 years, 1 month, 18 days.

WILLIAMS.—In this town, August 20, Nellie W., daughter of Elizabeth A and the late Edward F. Williams.

PAULL—In this town, August 24th, Emma Y., wife of James K. Paul, aged 70 years, 8 months, 17 days.

**FOR SALE**

A nice five passenger touring car suitable for family, or can be converted into truck, this is a genuine bargain. Can be seen by applying at Star Office.

**MORTGAGEE'S SALE.**

By virtue of a power of sale contained in a certain mortgage deed given by Warren L. Davis to Mary E. Delano, dated May 17th, 1910, and recorded in Bristol County (S. D.) Registry of Deeds, Book 331, Pages 266-267, will be sold at public auction upon the premises on Tuesday, September 19th, 1911, at three o'clock in the afternoon, all the premises conveyed by said mortgage deed, namely:—

A certain lot of land, with all the buildings thereon, situated in Fairhaven, in the County of Bristol and Commonwealth of Massachusetts, and bounded as follows, to wit:

Beginning at the southwest corner of land now or formerly of Milton B. Crowell; thence running easterly in line of land of said Crowell one hundred and sixteen (116) feet to land now or formerly of John A. Hawes; thence southerly in line of land of said Hawes forty-four (44) feet to the northeast corner of land now or formerly of Everett B. MacLeod; thence westerly in line of said MacLeod one hundred and sixteen (116) feet to the east line of Main street; and thence northerly in the east line of Main street forty-four (44) feet to the place of beginning. Containing nineteen (19) square rods, more or less.

The above-named premises will be sold subject to the taxes for the year 1911.

Ten per cent. will be required to be paid in cash by the purchaser at the time and place of sale, balance within ten days thereafter.

MARY E. DELANO, Mortgagee.

aug26sep2-9

CAROLYN B. COWEN
Appointments at residences or below address
Manicuring, Hair Dressing, Shampooing
Waving, Singeing
Scalp and Facial Massage
Puffs and Switches
Made from Combings
Hair Goods to Order
11 Cooke Street.
Fairhaven.
Tel. 2161-3

**POLITICAL ADVERTISEMENT NOTICE**

*The undersigned desires to inform the voters of Fairhaven that he is a Republican candidate for Representative to the General Court and respectfully solicits their support.*

*GEORGE A. BRALEY.*

*Freetown, Mass., August 15, 1911.*

**BOARD OF REGISTRARS**

**LAST DAY**
for the
**Verification of Nomination Papers**

The Board of Registrars give notice that the last Session for the verification of papers will be held

*TODAY FROM 3 TO 5 P. M.*

and no names will be verified after 5 o'clock.

Papers must be filed with the Secretary of State Aug. 29, by 5 P. M.

HENRY D. WALDRON,
CHARLES F. SWIFT,
MARTIN L. BISBEE,
WILLIAM M. ALLEN,
Registrars of Voters.

POLITICAL ADVERTISEMENT.

**Register of Deeds**

*To the Citizens of the Southern Registry District of Bristol County:*

I hereby announce myself as a candidate for renomination for the office of Register of Deeds which I have held for the past eight years and I call on my friends, those who have done business in the office, and whose good will I think I have, and all citizens of both political parties, to do all they conveniently can and honorably may to favor my nomination at the caucuses to be held Tuesday, September 26th, and my election at the polls November 7th.

Respectfully submitted,
ALBERT B. COLLINS,
Register of Deeds.
Residence: 6 Washington St., Fairhaven

**ROSS, The Barber**
is now located in his new location at 24 Centre street, Phoenix Block.
THREE BARBERS
Saturday afternoons and evenings.

**NOTICE.**

Chapter 208, Section 104, Revised Laws in Relation to Shade Trees:

Whoever affixes to a tree in a public way or place a playbill, picture, announcement, notice, advertisement or other thing, whether in writing or otherwise, or cuts, paints or marks such tree, except for the purpose of protecting it and under a written permit from the officer having the charge of such trees in a city, or from the tree warden in a town, shall be punished by a fine of not more than fifty dollars for each offense. The tree warden shall enforce the provisions of this section in towns.

PETER MURRAY, Tree Warden.

p30-tf

**BESSIE M. HANNA**
**Teacher of Pianoforte and Organ**
42 Water Street. Fairhaven

**Cook With Gas**

It is sure, safe, reliable, easily and perfectly regulated, and does more and better work for less money than any other fuel. Let us show our full line of gas ranges at lowest prices.

**THE GAS CO.**

**The Plumbing Supplies**

we employ in our business are the best we can get. From the largest porcelain or enamelled tub to the smallest washer or nut only the best is good enough for us.

**Our Plumbing Work**

matches the materials in quality. That's why a poor job by us is impossible. Once done, done for good, is our motto.

**L. W. MORTON,**
GAS FITTING
55 Main St., Fairhaven.

**HARD AND PINE WOOD SAWED AND SPLIT**

KINDLINGS
11 Bushels 1.00
State at stores of Washburn, Gelette, Stetson and Record.

**Charles W. Hammond**
94 Centre St., Cor. Rotch
TEL. 461-2

**ADVERTISE IN THE STAR.**

**NO FEAR**

*need be felt by sending your children here. They will get the same quality that we would give you.*

DELANO'S PURE CREAM
Fresh Every Day
WARD'S TIP TOP BREAD

**CHURCH'S** Meat & Groceries
45 Main St., Phoenix Block, Fairhaven.

**FAIRHAVEN GARAGE**
*E. G. SPOONER, JR., Prop.*
Cor. Rotch and Washington Streets
Tel. 461-3. Fairhaven.

**VAULTS CLEANED**
The undersigned is now prepared to clean vaults and cesspools promptly and reasonably. Drop a line to
**J. P. QUIRK.**
32 Cedar Street Fairhaven
Sawed Oak Wood for sale.

**GEO. A. BLAKE & CO.**

have bought out and resumed the drug business, 92 to 98 North Second St., New Bedford, sold a little over a year ago to John E. Trigueiro & Co., and will continue the policy of fair dealing that has made the store a success for more than 60 years.

**Geo. A. Blake & Co.**
DRUGGISTS,
92-98 No. Second St., New Bedford.

**ADVERTISE IN THE STAR.**

**The House For Value**
**James Ede, Masonic Building**

**SPECIAL SALES DURING AUGUST AND SEPTEMBER**

White Waistings and Cotton Dress Goods, ready to wear Wrappers, House Dresses and Kimonos. Odd lots in Fancy and Toilet articles to clean up.

We have added to our stock The DeBevoise Brassiere, also new things in the Art Needlework Department. Parents should take advantage of our half price sale of Knee Pants, Shirts and Hosiery for school wear. Watch our large windows for Special Values in Genuine Mark-Downs. There will be many things of interest to you. Be sure to get coupons for our Rogers Brothers Silver and Standard Talking Machines Free with all Cash Purchases.

AGENT FOR PARSONS STEAM LAUNDRY

**THE PHOENIX FIREPROOF GARAGE**
**Off Main St., North of Phoenix Block.**

We are satisfied that this is just what the automobilists were waiting for, because of the success it has met with.

**Owners of Expensive Cars Should Visit This Plant.**

All orders receive prompt attention
Automobile supplies on hand

**WILLIAM P. SHAW, JESSE S. GIFFORD, Proprietors.**
TELEPHONE 1451-2

**GROWING NORTH FAIRHAVEN**
***Business Men Are Helping to "Push"***

**Hallmark Shirts**
North Fairhaven young men who desire to be well dressed cannot do better than invest a dollar in a Hallmark shirt. Attractive patterns. Long wearing. Stylish. You'll be surprised at the value. Don't ask us how we do it. We don't make them.
WE GIVE S. & H. GREEN TRADING STAMPS
MRS. H. J. GOURLEY
ADAMS ST., NORTH FAIRHAVEN

***Prescriptions***
at all hours
at the
***Oxford Pharmacy***
F. H. WILLARD
*REGISTERED PHARMACIST AND GRADUATE OPTICIAN*
344 Main St., No. Fairhaven
*Public Tel Sub-Post Office.*

*We always have in stock Acme Sliced Beef, Acme Sliced Bacon, Acme Peanut Butter, Shredded Brand Codfish, and Star Brand Boneless Herring. The canvassers have been telling you about them, and we sell the goods.*
D. A. REGAN
MAIN & E. COGGESHALL STS.
NORTH FAIRHAVEN

**GAS MANTELS AND GLOBES**
PITCHERS 10 and 25c
A few unique patterns
- WILLIAM LIVESEY -
*48 Winsor St. No. Fairhaven*

DAVID VALLEY
**GENERAL CONTRACTING**
DEALER IN
Hardware
Paints and
Wall Paper
COR. MAIN AND BALL STS., NORTH FAIRHAVEN

CORNED BEEF
Good Cuts
6 cts. and up
Lamb and Green Peas
Fresh Vegetables
H. W. HIRST
*Cor. Adams and Brown Sts., North Fairhaven*

Steiger, Dudgeon Co. | Steiger, Dudgeon Co.
"THE WOMAN'S STORE."

# The Anniversary Sale

AN ERA OF VERY LOW PRICES
SOME THINGS AT HALF OR LESS
READ THESE ITEMS

**1.98** for muslin, linen and chambray dresses that were up to 4.98.

**79c** for white skirts that were up to 1.98.

**3.00** for choice from any linen coat or suit formerly to 15.00.

**5.00** for choice from silk dresses, linen dresses, lingerie dresses and others formerly to 22.50.

**98c** for choice from cotton foulard dresses worth 2.00.

**78c** for muslin kimonas, sacques and neglige gowns, some daintily lace trimmed formerly to 1.75.

**98c** for girls' gingham dresses formerly up to 1.75.

**1.19** for girls' white dresses sizes to 12 yrs. formerly to 2.98.

**1.00 Dress Goods—59c Per Yd.**

On Saturday our dress goods man will show a full range of fall colors in 41 inch wide Basile serges specially desirable for tailored suits or separate skirts AT ONLY 59c PER YD. This is a bargain lot of the exact goods we sold two months ago at 1.00. Be sure and see them Saturday.

## STEIGER, DUDGEON CO.

Union through to Purchase St., New Bedford

---

# BRUSHES

Who does not enjoy using a good hair brush? A poor brush is a bad investment at any price and as we want our patrons to feel that they have made a good investment when they make a purchase here we do not hesitate to call attention to our line of Brushes.

Our stock of Toilet Articles includes all the best known lines, and we are selling at the same low prices that prevail in our New Bedford store.

## THE BROWNE PHARMACY

Phoenix Block
Cor. Centre and Main Sts., Fairhaven

---

## Cronin--Cleanser

It takes a good many years to learn all the wrinkles of cleansing clothing the proper way. Experience brings satisfaction.

BELL TELE. 678-11.

TWO STORES—                274 Centre St., Fairhaven
                           403 County St. New Bedford

---

CHARLES I. DREW.
CONTRACTOR & BUILDER
27 GREEN ST.                    Tel. 1196-2
BAGGAGE DELIVERY AND EXPRESS
H. W. BARNEY
43 Spring St., Fairhaven        Tel. 1463-4

---

## Madame Malliet
HAS OPENED
MILLINERY PARLORS
AT
146 NO. MAIN STREET
and solicits the patronage of the ladies of Fairhaven and vicinity
They will receive her personal attention from 10 A.M. to 5 P.M.
—Tuesday excepted. Evenings by appointment.
TEL. 1426-3

---

# Learning Something

all the time. We are learning new ways to give our patrons better service; you are learning that it pays to send your order to the Fort street store. We are each being benefited.
You will be surprised how well you can do here. Let us show you.

## JOHN GELETTE

63 Fort St.                     Tel. 8161-2
JOB PRINTING—STAR OFFICE

# AMUSEMENTS

## NEW BEDFORD THEATRE
— W. B. Cross, Manager —

SUMMER PICTURE SHOWS
with VAUDEVILLE

New Programs Every
Three Shows Daily—Four Saturday.
Matinees at 2—Evenings at 7.15 & 8.45.
Admission Always 10 Cents
Seats Free

TUESDAY, Sept. 5
WHIRLEY, SINGLEY, LOVELEST OF ALL SONG PLAYS

5 Months in New York
# NEWLYWEDS AND THEIR BABY

FOUNDED ON THE FAMOUS CARTOONS
NOW appearing in
THE NEW YORK WORLD

60 1-2     PEOPLE     60 1-2
75 PER CENT GIRLS

SEATS ON SALE MONDAY, SEPT. 4

---

## HATHAWAY'S
NEW BEDFORD

WEEK OF MONDAY, AUG. 28

The Lonergan Stock Company

Will Present

"BROWN of HARVARD"

Matinees 10 & 20c. Nights 25, 35, 50 & 75c.
Office open at 10 a. m.

---

## MOONLIGHT SAIL

The postponed moonlight sail of Dartmouth, New Bedford and Gifford Chapters, O. E. S., will be held on
TUESDAY EVENING SEPT. 5
Steamer Sankaty will leave New Bedford wharf at 7.30 p. m.
Remember These Dates
OCT. 18 AND 19
O. E. S. FAIR

---

## WHITFIELD'S CLAMBAKES
At Fort Phoenix
At Lincoln Park
TICKETS 50 CENTS

---

## Home Canning
is a pleasure and time, money and health are saved by using
Economy Jars

The kind that have a wide mouth, straight sides and no rubber ring. Whole fruit put in and taken out.

WARD'S TIP TOP BREAD
"FRESH EVERY DAY"

A. R. WASHBURN
47 Centre Street
Tel. 1717                      Fairhaven

---

## September 1st

We vacate our Lower store, 208 Union street. Until that date a 10 per cent reduction on our stock of Japanese Bowls, Dishes, Cups and Saucers, Teapots, Vases, Sugar and Creams, Chocolate Sets Jardineers, Nut Sets, and Brasses.

WRIGHT'S
208-276 Union St., New Bedford,
Phone 565-10.

## ELECTRIC LOCOMOTIVES IN HOOSAC ARE POWERFUL

In a general way, the system of electrification of the Hoosac tunnel is similar to that in successful operation on the New York, New Haven & Hartford road between New York and Stamford, and the overhead wiring and bridges at the approach to both portals will recall this part of the New Haven system.

[remainder of article text continues in columns]

---

## SCHOOL TEACHERS WERE ELECTED LAST EVENING

At a meeting of the school committee Friday evening the following teachers were elected:

Fairhaven.
High School—Albert B. Kimball, principal. Mabel C. Bly, Mildred Whitney, Edith C. Hill, Charles Johnson, Miss Florence R. Eldred, Miss Grace M. Grant, Mrs. Ann E. Blossom.

---

## ATTRACTIONS AT THE NEW BEDFORD THEATRES

NEW BEDFORD THEATRE.
Moving picture shows will be the attraction at New Bedford Theatre every afternoon and evening until Wednesday, Sept. 6th, when the first real night attraction is booked; and nothing better will be interruptions during the fall and winter season, the management promises.



We Furnish Homes
C. F. WING CO.                          NEW BEDFORD

## Do You Want to Save Real Money

[advertisement text]

Marked Down

Carpet Rugs, Linoleum, Matting, Furniture, Draperies, Pianos, Wall Papers, Crockery and Kitchen Ware. As for general summer lines, they are marked at "must go" prices.

## C. F. WING CO.,

54-66 Purchase St.,
New Bedford, Mass.

---

# Great Care

should be used in the compounding of prescriptions and we want to impress upon Fairhaven people that they can always depend upon this store to put in their prescriptions "just what the doctor ordered." We not only exercise great care, but we are prompt. Your order will be delivered to you in Fairhaven. Send your next prescription here.

## CHURCH and HAMMOND
Odd Fellows' Bldg.      PHARMACISTS      Telephone 494-4
Cor. Pleasant and William Sts., New Bedford

---

Greatest Snap of the Season now offered by the Young Men's Christian Association

# Five Bath Coupon Tickets
with towels $1.00
included for only

Take shower bath first then a fine swim in the pool. Can be taken any time during weekdays from 8.30 a. m. to 9.30 p. m.

Simply Pay Your Dollar at the Main Office, get your pass ticket, and begin at once.

## Young Men's Christian Association

---

# BAY STATE CHAIR CO.
A. P. FOSTER, Propr.
Headquarters for all kinds of
Furniture repairing, Staining, Polishing, Upholstering, Mattress Work, etc.
REED CHAIR REPAIRING AND CANING A SPECIALTY. ANTIQUES BOUGHT AND SOLD.
PROSPECT ST., OPP. PAIRPOINT
Tele. 1081.
Residence 89 Green St., Fairhaven.

---

# 1911 WALL PAPERS
All Specialties for the Season's Grade
Telephone for a Painter or Paper Hanger
H. H. HATHAWAY                  TELEPHONE 1898-3

---



Honest tea is the best policy
LIPTON'S TEA
OVER 2 MILLION PACKAGES SOLD WEEKLY

---

PINE LAWN SANITARIUM
ESTABLISHED 1899
Endorsed by the Physicians and a Long List of Patients
Delightful Location.
Up-to-date Methods.
MRS. L. E. ASHLEY
PROPRIETOR.
ACUSHNET, MASS.
New Bedford, Mass.

---

F. M. BATES,
CARPENTER and JOINER.
SHOE FACTORY BLDG.,
Main St., Fairhaven, Mass.
Don't Forget the Sign "STOP"
If you want the BEST THERE IS IN SHOE REPAIRING
T. LONSDALE, Prop.
53 MAIN STREET
Give Us a Fair Trial.

---

SEWER COMMISSIONERS.
Regular meetings of the Sewer Commissioners will be held the first Friday evening of each month, at 7.30 o'clock.

These Italians were shot in Middleboro, Sunday night. Louis Cornelli made his escape, and the police sent out a general alarm.

## Professional Cards

### Dentists

**George C. Irish, D.D.S.**
DENTIST
Rooms 2 and 3, Wing Building
64 Purchase St., New Bedford
Residence: 49 Union St., Fairhaven

**DR. FRED'K E. PIERCE**
Surgeon Dentist
Merchants Bank Bld., New Bedford
Bell phone, 1823-2.

**DR. WM. L. PETERS.**
DENTIST Cor. Mill & Purchase Sts., New Bedford.
Residence 77 Green street, Fairhaven.

**DR. F. H. WINSHIP, JR.**
DENTIST.
Hours—8.30 to 12.30 a. m., 2 to 5, 7 to 8 p. m.
Sundays 10 a. m. to 2 p. m., by appointment.
*Has moved to*
NO. 3 PLEASANT ST., COR. UNION.
NEW BEDFORD. Bell 'phone 503-4

**S. D. Perry, D. M. D.**
Dental Room, 132 Pleasant Street,
North of Middle, New Bedford.
Hours: 9 to 12 a. m., 2 to 5 p. m.
*Telephone.*

### Lawyers, Justices of Peace

**GEORGE N. GARDINER.**
Attorney at Law,
NOTARY PUBLIC,
...om 3, Masonic Building
NEW BEDFORD, MASS.
...el. Con. Residence, 70 Green St., Fairhaven

**JOB C. TRIPP.**
Justice of the Peace
Notary Public
TOWN HALL FAIRHAVEN.

### Civil Engineers

**A. B. DRAKE,**
Civil Engineer and Surveyor,
Office—164 William St., New Bedford
Telephone 186—3.

**FRANK M. METCALF**
Civil Engineer and Surveyor
Office—211 Merchants' Bank Building
Tel. Connection New Bedford.

**Fire and Lightning, Tornado, Plate Glass and Accident**

**INSURANCE!!**

**GEO. N. ALDEN,**

OFFICE—Room 305, second floor, Merchants Bank Building, corner of William and Purchase streets New Bedford.

**B. F. NICKERSON**
BAGGAGE AND PARCEL DELIVERY.
*RESIDENCE—33 William St.*
Phone 1472-2
*CITY OFFICE—Cummings & Cummings, William Street.*

ADVERTISE IN THE STAR.

**CHAMPION CRACKERS**

If there is a better cracker anywhere we have not learned of it. If you have never eaten a Champion you have never eaten the the best.

For lunch, for Sandwiches, for Rare Bits—you cannot find a more satisfactory cracker anywhere.

**60c can**

**Stetson's Cash Market**
Corner of Centre and William streets, Fairhaven

**Bibles**
**New Testaments**
**Prayer Books**
**& Hymnals**

We urge you to see what we have to offer.

**GEO. L. BRIGGS**
161 Purchase St., New Bedford

## Gems In Verse

### PILOTS OF LIBERTY.

Flawless his heart and tempered to the core
Who, beckoned by the forward leaning wave,
First left behind him the firm footed shore
And, urged by every nerve of sail and oar,
Steered for the unknown which gods to mortals gave—
High hearted surely he—
But bolder they who first off cast
Their moorings from the habitable past
And ventured chartless on the sea
Of storm engendering liberty.
For all earth's width of waters is a span
And their convulsed existence mere repose
Matched with the unstable heart of man,
Shoreless in wants, mist girt in all it knows,
Open to every wind of sect or clan
And sudden passionate in ebbs and flows.
—James Russell Lowell.

### MAD MARGERY.

With this old trembling hands
She pushes back her hair,
Binds it with golden bands
And fastens it with care.

"This ae night shall we meet,
This night of a' the nights,
Shall meet wi' kisses sweet
And seize our stolen rights.

"Your steed is at the gate,
Your step is on the stair.
I will na make ye wait!
My Lewis, are ye there?

"I ken your flashing een,
I ken your eager arm,
I'll feel its strength, I ween,
Ye'll fauld me close and warm!"

The door is locked and barred,
The empty halls are still,
And rusty poplars guard
His grave upon the hill.
—Rose McBride.

### SETTING SAIL.

Exultation is the going
Of an inland soul to sea,
Past the houses, past the headlands,
Into deep eternity.

Bred as we, among the mountains,
Can the sailor understand
The divine intoxication
Of the first league out from land?
—Emily Dickinson.

## A PICTURE ON GLASS

By ALLAN C. CARLYLE

Copyright by American Press Association, 1911.

The residence of the Count Van Arsdale at Rotterdam, Holland, is a very old one. Indeed, it was standing when the first Dutch settlers bought Manhattan Island for $24. In recent times David, one of the Van Arsdale family, came to New York to make a home there, but he did not remain long.

There were two reasons for his return to Holland. Firstly, he was in love with a member of another branch of the family, Anneke Van Arsdale, the daughter of the man who held the title and the Van Arsdale manor house. Secondly, there was a tradition that David Van Arsdale was the real count. The title and estates had passed from David's great-grandfather to an ancestor of Anneke's, and it had never been clear how the transaction came about. David believed that Anneke's father knew something about it, but the count would not admit that he did. When David first came courting Anneke her father favored the suit, but a very wealthy suitor having asked for her hand, the count, feeling that money was needed in the family, favored the latter. Anneke would not wed him and would not accept David without her father's consent.

There appearing to be no hope that the count would relent, David determined to go back to America. He neither could nor would deprive the girl he loved of his prospective possessions, and since she must eventually pass to another, he did not wish to be near her. The night before he was to sail he was sitting in the great square hall which was once used by the Dutch for a living room, making his last visit to Anneke preceding his departure. The lovers were very despondent.

"I believe," said David, "that the reason your father first favored our union is that he believes me to be the rightful heir to the title and estates he is now enjoying."

"Why do you think that, David?" asked the girl.

"Because there are those who say that I am. There has always been a mystery connected with the death of my great-grandfather, John Van Arsdale, and the assumption of the title by Henry. It is well known that Henry's mind was subsequently affected, and it is rumored that this came from remorse."

"But father has nothing to do with that."

"No; but if there was fraud in the change of the title and estates from his ancestor to mine I am the real Count Van Arsdale. If I married you the two branches of the family would be united and the fraud, if any, would not matter. That, I believe, is the reason for your father's willingness at first, because there is no other reason. I am poor, and you need a rich husband."

At this moment something singular happened. Winding about the hall to the upper story was a staircase. Midway, where the staircase turned at right angles with the lower and upper parts, was a window. It was of curious construction, the glass being of different thicknesses in different parts. It had been there no one knew how long, and no one knew why an ordinary window or one of stained glass had not been placed there in its stead.

At this time electricity was first converted into and utilized as light. The searchlight had just been invented, and some electricians were experimenting with one of them on the roof of a neighboring building. Suddenly the window mentioned was brilliantly illuminated. David and Anneke looked at it in astonishment. Instead of being ordinary white glass, it was a picture—a picture in black and white—such as we now see hanging in windows that the light may bring out the scene. And the subject, a man in the Dutch costume of the olden time, lay on his back bestridden by another man who had plunged a dagger into his heart. Below were the words: "The Murder of Henry, Count Van Arsdale."

A mystery was explained by a mystery. The window till that moment had been a blank. The invention of the searchlight had revealed what it contained. But who many years before had learned to make a picture on glass? And what light did he use to bring it out? For how could he have made it without seeing it?

One fact of its being there at all might be explained by the fact that the murderer brooded over his crime until he lost his reason and placed it there while a monomaniac.

While the lovers looked the picture disappeared as instantaneously as it had sprung into being. Then Anneke covered her eyes with her hands.

"I am descended from a murderer," she said. "All that father possesses is yours."

David did not sail for America the next day. Workmen came in, took out the glass in the window and replaced it with a stained one. Then came a wedding between David and Anneke, and the count, having no male issue, surrendered his title to his son-in-law and his estates to his daughter. Having done this, he sailed for America, and Holland never saw him again. He buried himself in the wilds of Canada.

David and Anneke still live in the house in Rotterdam where the picture was revealed to them, but where the picture is kept no one knows. Some say it has been destroyed.

## HEALTH HINT FOR TODAY.

### Deficiency In White Bread.

No question in diet, except the meat question, has been so vigorously debated as that of the relative values of white and entire wheat bread. Some maintain that the fine white flour contains a larger per cent of nutriment than the entire wheat flour, quoting the analysis of a government chemist to prove it. They also insist that the coarse outer shell of the wheat is extremely irritating to the delicate lining of the intestinal canal, one physician, who writes extensively on diet, going so far as to say that it is better to use the white bread and take a "judicious pill" occasionally.

Milk as a food for adults is deficient in iron, which gives that "sand" that is necessary to bring the moral qualities into play. Now the standard analyses show that the percentage of iron in whole wheat is more than double that in superfine white flour. Sulphur and chlorine, highly essential elements of the blood, are entirely eliminated from white flour, and only a trace of sodium is left, which cannot be naturally supplied in common salt.

The ordinary white flour contains less than half as much fat as whole wheat and only one-fourth the mineral matter.

## SATURDAY NIGHT SERMONS

BY REV. SAMUEL W. PURVIS, D.D.

### YOUR OLD SWEETHEART.

Text, "Let every one in particular so love his wife even as himself."—Eph. vi, 33.

The trouble with men is they forget. They don't mean to be grouchy and inconsiderate; they are simply thoughtless and forgetful of the woman whom they love better than they love their own lives. Let me take you back again tonight, brother, to your wedding day. Whether in church, parsonage or little parlor of her home where you spent many a happy courting hour. She said, "Jim, I've only one life to live, but I'm going to cast it with you. I've had a happy girlhood and a good home, but I'm willing to risk all to go with you. 'Whither thou goest I will go. Thy people shall be my people; thy God shall be my God. Where you die I will die.'" And there in the glory of that June day she gave up her girlhood, her home, her name, her all, to follow you. Those were happy days. Life was one grand sweet song. There were disappointments on both sides. She wasn't the housekeeper you had hoped. But you didn't marry her for that. She was pretty and vivacious, and that was all you saw or asked. She didn't pretend to be related to Mrs. Rorer or Marion Harland. If a fellow falls in love with a girl for the graceful way she serves ice cream at a picnic, and she admires him because he is such a good ball player, they neither have any right to expect perfection in everything else. If you find some unpleasant traits keep still and take your medicine.

### Honor to Whom Honor Is Due.

That was years ago. Now, as you look back and see your present success, if you are honest you will admit "she" has made you. "Yonder sits the real president of the United States. If she had left me alone I should now be dozing on the circuit court bench," said our genial president to a New York audience. It was true. He would have dozed along, played some golf, taken things easy and smiled. But she wanted her husband to get on in the world. In the efforts to meet his wife's expectation he discovered latent powers of which he little dreamed. Man is but a half circle. He needs a wife to make him complete. Sometimes a tragedy happens. That wife wears out her youth and her beauty, loses her attractiveness, over the cook stove, the washtub, the scrub bucket, the bearing and caring for children, in her unselfish efforts to help him on in the world. Some night he walks in the limelight of fame, and she stands in the shadow of his prosperity and power, stooped form, gray haired, wrinkled faced, faded—the most pathetic figure God ever looked upon. Have you ever thought when your wife was washing on Monday, ironing on Tuesday, sewing on Wednesday, preserving on Thursday, sweeping on Friday, baking on Saturday and entertaining a raft of your poor relatives on Sunday of the awful grind of her never ending work? The average man knows as little of the nerve wear of household cares as the man in the moon.

### Who Is "Boss?"

The question that has wrecked more homes than any other is, "Who is boss?" I don't know. Society has constituted the husband and father the official representative of the family. Legal proceedings are instituted by or against him. He is held for debt, taxes and damages. The Bible says, "The husband is the head of the wife, even as Christ is head of the church," which sets a tremendously high standard for the husband. Legally and Scripturally, then, a husband is "head" of a family. He goes out to earn and to fight for his family. His dead body should lie across the doorstep before harm comes to wife or children. He has a big task. As to whose authority should be supreme in a household there should be no small question. Between rational people all matters are settled on rational ground, mutual concessions and mutual compromises.

### Your Old Sweetheart.

Next to your old mother who's dead and gone, the best friend you've ever had is that brave little wife of yours. Remember the time you "went wrong?" If ever you needed an angel from God it was then. How quick she was to forgive! When through your blunder your money took wings she fixed up her old hat and turned her dress once more. Tears started to her eyes when neighbors glanced significantly. But never mind, it was for your sake. When you were sick she cooked little dainties, sat and read to you, quoted bits of Scripture, stroked your hot temples and told you of the land where there is no pain. Tonight while you are asleep she will be up with the children. Get out those old love letters, brother, and read the spirit of them, fragrant as lavender. Tomorrow morning when the stove goes wrong and a hurried, harassed face glances across the table be a lover once more. "Say, wife, those biscuits are fine, meat is delicious, coffee is 'like mother used to make.'" Kiss her goodby at the door. See her smile through her tears. She'll sing all day long. Perhaps a year from how you would give all you have in the world to take hold of her hand, tell her you love her and call her your old sweetheart; but, too late; she's gone forever.

## The KITCHEN CABINET

But human bodies are sic fools,
For a' their colleges and schools,
That when nae real ills perplex them,
They make enow themselves to vex them.
—Robert Burns.

### A VARIETY OF PUDDING SAUCES.

In the making of pudding sauces, our cooks are as apt to get into ruts and serve the same sauce day after day, as in serving other dishes. A new sauce will change the character of a pudding and make it seem like an entirely new dish.

**Cocoanut Sauce.**—To the milk of a cocoanut add a cupful of sugar, a half cup of grated cocoanut, two tablespoonfuls of butter, cooked together with a tablespoonful of flour. Mix all the ingredients together and serve hot.

The juices left from canned fruits are most delicious made into sauces, by adding a little cornstarch for thickening and a bit of butter for richness.

**Duchess Sauce.**—Boil two ounces of grated chocolate in one cupful of milk for five minutes, add the yolks of two eggs well beaten with half a cup of sugar and a quarter of a cup of cream; strain and return to the fire. Stir until thick as honey, then take from the fire and add a teaspoonful of vanilla.

**Maple Sugar Sauce.**—Put into a double boiler a cup and a half of grated maple sugar, four tablespoonfuls of butter, beat to a cream. Then add four tablespoonfuls of sweet cream and the juice of a lemon, set into boiling water until melted to a thick creamy froth.

**Peach Sauce.**—To a cupful of peach juice saved from canned peaches add an equal amount of water, sugar to taste and a quarter of a cup of raisins. Boil together ten minutes and just before serving add a few drops of almond extract. A little cornstarch may be added if liked with thickening and cooked well to remove the raw starch taste.

A nice hard sauce may be made by using a half cup each of butter and sugar, well creamed, and the yolks of two eggs added, with flavoring, and set on ice to become firm.

*Nellie Maxwell.*

### Just a Way He Had.

"I suppose," growled the pessimist, "you believe in taking things as they come, don't you?"

"Only when I don't consider them worth going after," replied the optimist.

### How to Make Cleaning Compound.

Mix one ounce of borax and one ounce gum camphor with one quart boiling water. When cool add one pint of alcohol. Bottle and cork tightly. When wanted for use shake well and sponge the garments to be cleaned. This is an excellent mixture for cleaning soiled black cashmere and woolen dresses, coat collars and black felt hats.

### How to Amuse the Baby.

Put the youngster on a thick rug or blanket on the floor, dip his wee fingers in molasses and give him a feather taken from a pillow. He will sit contented and satisfied for hours trying to get the feather off his fingers. When one feather gets too sticky, substitute a fresh one and be rewarded by a smile of approval from his lordship.

### How to Clean a Straw Hat.

To clean a straw hat in the easiest way mix cornmeal to a thick paste with a strong solution of oxalic acid and water. Rub paste well into the straw and let dry, then brush out the meal. Hats which have been sunburned must be bleached with sulphur. Remove the trimmings or hatband and tack hat to the bottom of a wooden tub, barrel or box. Then invert box over a dish containing burning sulphur. Lemon juice and powdered sulphur make an excellent combination for cleaning white straws. Brush the dust from the hat, rub it with a stiff brush dipped in lemon juice, then with sulphur, then once more with lemon juice. Brush it clean, then dry in hot sun. When hats have become grayish and shabby they can be brightened by rubbing over them a flannel sprinkled with a few drops of kerosene.

### A Trained Nurse.

**Our Work and Prices will surely please You**

Cleaning and Dyeing Work all kinds. Send the next order to the

**Globe Dye House**
220 Shawmut Ave.
Bell 1872. Auto 4294.
Centre Office Removed to 52 Pleasant St Upstairs, Room 1, Telephone 1873.
J. N. J. Lonholdt, Prop.

**Whitewashing**
If you want your work done in a manner that will please, you will make no mistake by giving us a trial. Promptness and thoroughness, always.

**M. R. SYLVIA**
Painting and Paper Hanging
*115 SPRING ST., FAIRHAVEN*

**ARRANGE NOW**
for your ice supply for the summer
Telephone 1484-15
and say you want a window card

**FAIRHAVEN ICE CO.**
L. S. CLARK, PROP

**WE WILL MAKE A FINE RUG**
from that old carpet you are thinking of discarding. Rugs and carpets cleaned.
NEW BEDFORD STEAM
CARPET BEATING & RUG CO
North & Water Sts., New Bedford. 'Phone 982-2

**Electrical Work**
of all kinds. Reliable stock and competent workmen. Write or telephone to

**Horace A. Fitch,**
Mansion House, New Bedford, Mass.
Bell 414-5. Auto. 164

**FOR SALE**
AT
**Village Industries**
24 Centre Street, Fairhaven
**Antique Furniture**
Clocks, Secretaries, Bureaus, Desks, Stands, Tables, Mirrors, Etc., Etc.
Orders received for Repairing, Polishing, and Upholstering. Rush Seats Renewed.
Rattan Furniture Repairing

**Many of the Halftone Cuts**
of Fairhaven men that have appeared in the Star were made from our photographs. They have been highly spoken of. We can do as well by you.
J. E.
**REED**
7 Purchase St. New Bedford.

**FROM THE FARM TO YOU**
People are pleased to know that we have branched out and that they can now have orders for Poultry and Eggs filled direct by
**BRALEY & BRALEY**

**Take it to BUSH**
Clothing that is out of repair, like a piano that is out of tune should be either put out of commission or put in condition.
A. M. BUSH & CO.
tune clothing to the proper pitch and provide a harmonious whole, where now the wrinkles of discord are damaging the use of the garments—and your personal appearance.
A. M. BUSH & CO.,
47 William St., New Bedford

ADVERTISE IN THE STAR.

**OXFORD SHOP**
Room 403, Merchants' Bank Bldg., New Bedford.
Take elevator at William St. Entrance.
We are now showing many new designs and materials for Shirt Waists and Summer Garments. This assortment includes the fashionable Japanese Crepe in white and colors.
Tea and Coffee Served, 11 to 1—3 to 5.

**INSURANCE**
**Alvano C. Goddard**
94 OXFORD STREET, FAIRHAVEN
New Bedford Office
**Parlow & Goddard**
ROOM 306
Merchants Bank Building
Fire, Marine, Automobile, Liability, Plate Glass, Burglary, Boiler Insurance.
PROVIDENT LIFE & TRUST CO. for Life Insurance. Compare our policies and rates before buying other
**INSURANCE**

## IS PRACTICAL AND INEXPENSIVE.

### This Design Provides For a Dwelling Containing Five Rooms and Bath—It Is a Cottage of Simple Exterior, but Not Without Individuality.

Design 82, by Glenn L. Saxton, Architect, Minneapolis, Minn.

PERSPECTIVE VIEW—FROM A PHOTOGRAPH.

DINING ROOM
KITCHEN
LIVING ROOM
PIAZZA
CHAMBER
BATH
HALL
CHAMBER

FIRST FLOOR PLAN. SECOND FLOOR PLAN.

Herewith is shown a very practical and trim looking cottage which can be built at a small financial outlay. The dwelling has the appearance of a house that would cost more money, and, while it is designed to meet the needs of only a small family, the five rooms it contains, besides the bathroom, are all of fair size, and their arrangement is modern. The exterior of this cottage, although quite simple, is not without individuality. The advantages of the house both from a viewpoint of economy and desirability are striking. Comfort and even coziness are suggested from without. The porch and its large window add to this impression. The hall, living room and dining room are thrown together by large cased openings, tending to make them appear larger. The Dutch window in the dining room is effective viewed from the outside or inside. Size of cottage is 20 by 24 feet, exclusive of the piazza, which is seven feet wide. First story eight and one-half feet high, second story eight feet. Birch finish in the first story, pine in the second, with birch floors. Cost to build, exclusive of heating and plumbing, $1,200.

By special arrangement with me the editor of this paper will furnish a complete set of plans and specifications of design No. 82 for $10.

GLENN L. SAXTON.

**Williston H. Collins & Co.,**
**PRINTERS**
34-40 NORTH SECOND STREET
NEW BEDFORD, MASS.

**MILL: 159 No. Second St.,**
*New Bedford. Tel. 1450*
**BLOSSOM BROS.,**
*Manufacturers of and Dealers in*
**Window and Door Frames, Sash and Blinds, Mouldings and House Finish**
a Specialty. Estimates Cheerfully Given.
Your Business Solicited.

SUBSCRIBE FOR THE STAR.

**FIRE SETS, HANGING LAMPS,**
etc. refinished.
**SILVER PLATING and NICKELING**
orders receive prompt attention. We guarantee satisfaction.
**Sargent's,** 92 Pleasant St., New Bedford.

## Tree Notice

(Chap. 208, Sec. 102, Revised Laws.)

Whoever wilfully and maliciously injures, defaces or destroys an ornamental or shade tree in a public way or place, or negligently or wilfully suffers an animal, driven by or for him or belonging to him and lawfully in a public way or place, to injure, deface or destroy such tree or whoever, by any other means, negligently or wilfully injures, defaces or destroys such tree, shall forfeit not less than five nor more than one hundred dollars, one-half to the use of the complainant and one-half to the use of the city or town in which said act is committed; and shall in addition thereto be liable to said city or town or other person interested in said tree for all damages caused by such act.

It is the duty of the Officer having the care of trees TO ENFORCE THE LAWS FOR THEIR PROTECTION.

*PETER MURRAY,*
*Tree Warden.*

FINE JOB PRINTING
AT FAIRHAVEN STAR OFFICE.

We promptly obtain U. S. and Foreign
**PATENTS**
Send model, sketch or photo of invention for free report on patentability. For free book, How to Secure Patents and TRADE-MARKS write to
**C.A.SNOW & Co.**
OPPOSITE U. S. PATENT OFFICE
WASHINGTON D. C.

**Vaughan Undertaking Co., Inc.**
Undertakers and Embalmers
Successors to
Weston C. Vaughan, Jr. Office 294 Purchase St. Bell Tel. 9-1, Auto 1907. Lady assistant when desired. Calls answered promptly day or night. Weston C. Vaughan, Jr., President, Charles K. Vaughan, Manager

## NEW YORK, NEW HAVEN and HARTFORD RAILROAD.

(In effect June 4, 1911.)

TIME TABLE showing local and through service to all stations may be obtained at Ticket offices.

### PLYMOUTH DIVISION.

**Fairhaven Branch Trains.**

Lv. FAIRHAVEN for BOSTON (Terminal Station), week days at 6 52, 7 55, 11 00 a. m.; 3 08, 5 00 p. m. Returning lv. Boston, week days, 7 10, *9 25 a. m.; *1 08, †1 38, 4 25, 5 06 p. m. Trains lv. Tremont for Fairhaven, week days, 8 40, †10 50 a. m., *2 37, *2 53, 5 42, 6 40 p. m.

Trains leaving Fairhaven, weekdays, at 6 52, 7 55, 11 00 a. m., 3 08, 5 00 p. m. make connection at Tremont for Middleboro, Bridgewater, Brockton and Boston.

Trains leaving Fairhaven at 5 00 p. m., make connection at Tremont for Woods Hole, Hyannis, Chatham and Provincetown. Sunday trains lv. Fairhaven for Boston 4 54 p. m. Buzzards Bay and Woods Hole 7 55 a. m.

* Discontinued after Sept. 9.

† Commencing June 16 discontinued after Sept. 9.

### New Bedford and Fairhaven Ferry.

(Week days only.)

The Ferry Boat will leave Fairhaven for New Bedford at 6 30, 7 05, 7 30, 7 55, 8 25, 8 50, 9 10, 10 05, 11 03, 11 23 a. m., 12 05, 12 45 noon, 2 00, 2s30, 3e05, 3b25, 4 05, 4 30, 5 05, 5 35, 6 10, 6 48, 7 10 p.m. ¶SUNDAYS 7 15, 8 15, 9 15, 10 15, 11 15 a. m., 12 15 noon, 1 15, 2 15, 3 15, 4 15, 5 15, 6 15 p. m.

Leave New Bedford for FAIRHAVEN, 6 40, 7 17, 7 42, 8 08, 8 38, 9 00, 9 48, 10 48, 11 13, 11 48 a.m., 12 30 noon, 1 48, 2s12, 2 48, 3e15, 3f48, 4 18, 4 43, 5 18, 5 48, 6 20, 7 00, 7 20 p. m. SUNDAYS—7 45, 8 45, 9 45, 10 45, 11 45 a.m., 12 45 noon, 1 45, 2 45, 3 45, 4 45, 5 45, 6 45 p.m.

Leave New Bedford (via Ferry) week days for BOSTON, BROCKTON, MIDDLEBORO, TREMONT, MARION, MATTAPOISETT, at 6 40, 10 48 a. m., 2 48, 4 43 p. m.

For stations on Cape Cod at 7 42 a. m., 4 43 p. m.

s Saturdays only.

e Except Fridays and Satudays until Sept. 9th, inclusive, then daily except Sundays.

f Fridays and Saturdays only; discontinued after Sept. 9, 1911.

### TAUNTON DIVISION.

**Weekday Trains.**

Leave NEW BEDFORD for BOSTON (South Station) at 5 33, 6 30, 7 30, 8 43, 9 40, 10 17, 11 37 11 54 a. m., 1 40, 3 20, 3 38, 3 54, 5 43, 9 40 p.m. Return at 6 40, 7 55, 8 15, 8 50, 10 30 a. m., 12 50, 2 30, 4 00, 4 50, 5 50, 6 50, 9 00, 11 30 p.m.

PROVIDENCE 5 33, 6 30, 7 30, 8 43, 11j54 a. m., 3j38, 6 07, 9 40 p. m.

LOWELL 5 33, 11 54 a.m., 3h38 p.m.

FITCHBURG 5 33, 8 43, 11 54 a.m., 3 38, 9 40 p.m.

MANSFIELD 6 30, 9 40, 11 54 a.m., 1 40, 3 54, 5 43, 9 40 p.m.

TAUNTON 5 33, 6 30, 7 30, 8 43, 9 40, 10 17, 11 37, 11 54 a.m., 1 40, 3 20, 3 38, 3 54, 5 43, 6 07, 9 40 p. m.

NEW YORK via. Fall River line 5 43 p.m.

NEW YORK via. Shore line 7 30, 8 43, 11g54 a.m., 3 38 p.m.

EAST FREETOWN and BRALEY'S 6 30, 7 30, 9 40 a.m., 1 40, 3 20, 5 43, 9 40, p. m.

WATTUPPA and WAY STATIONS 7 30 a.m.

### Sunday Trains.

Leave NEW BEDFORD for TAUNTON, MANSFIELD and BOSTON at 6 37, 8 43 11 30 a. m., 3 30, 5 43, 6x07, 9 40 p. m. Return 6 25, 8 25, 9 00 a. m., 12 50, 5 50, 10 50 p. m. Train leaving Boston at 9 00 a.m. does not stop at Mansfield.

PROVIDENCE 6 37 a. m., 3 30, 5 43, 9 40 p.m.

LOWELL 6 37 a.m., 6x07 p.m.

FITCHBURG 6 37 a.m., 6 07, 9 40 p. m.

MANSFIELD 6 37, 8 43, 11 30 a. m., 3 30, 5 43, 6 07, 9 40 p.m.

TAUNTON 6 37, 8 43, 11 30 a.m., 3 30, 5 43, 6 07, 9 40 p. m.

New York via. Fall River Line 5 43 p. m.

New York via. Shore Line at 6 37 a.m., 3 29 p.m.

d After Sept. 23, 11 37 a.m.

j June 26 to Sept. 9, inclusive, 3 54 p.m.

k After Sept. 17, 5 43 p.m.

e After Sept. 23, 5 43 p.m.

g After Sept. 23, 11 37 a. m.

h June 26 to Sept. 9, inclusive, 3 54 p.m.

x To Mansfield only. Will run between Taunton and New Bedford after Sept. 17.

A. B. Smith, Gen. Pass'r Agent.
B. R. Pollock, Gen'l Supt.

**PETER MURRAY**
**FLORIST**
Washington St., Fairhaven
Tel. Con.

**WINES AND LIQUORS**

We Keep constantly on hand a large stock of carefully selected Wines and Liquors, domestic and imported, for personal, family and medicinal use.

PURITY AND EXCELLENCE IS OUR MOTTO.
California Wines, $1, $2, $3 per Gallon.
Imported Wines, $3, $4, $5, $6 per Gallon.
Pure Grain Alcohol for All Home Uses. The Very Best.
All Orders by Mail or Otherwise Given Prompt and Personal Attention.

**HIRAM WHEATON & SONS**
45, 47, 49, 51 School St., New Bedford, Mass.
ESTABLISHED, JAN. 1, 1853
"OLD AND RELIABLE FAMILY WINE MERCHANTS."

