UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE 1, JANE DOE 2**,<br><br>                    Plaintiffs,<br><br>         v.<br><br>**THE CONGREGATION OF THE SACRED HEARTS OF JESUS AND MARY, DIOCESE OF FALL RIVER, SISTERS OF CHARITY OF MONTREAL ("GREY NUNS"), SISTERS OF CHARITY OF QUEBEC ("GREY NUNS"), MISSIONARY OBLATES OF MARY IMMACULATE EASTERN PROVINCE (THE "OBLATES"), AND BLACK AND WHITE CORPORATIONS 1-10**,<br><br>                    Defendants. | Docket No. 23-CV-5294 |

        Notice is hereby given that the plaintiffs in the above-captioned action, Jane Doe 1 and Jane Doe 2 ("Plaintiffs"), by and through their attorneys, Law Office of Darren Wolf, P.C., 1701 N. Market Street Suite 210, Dallas, Texas 75202, appeal to the United States Court of Appeals for the Second Circuit from each and every part of the judgment against them entered on September 25, 2024, (ECF No. 50), following the Order dated September 24, 2024, and each and every part of that Order granting Defendants' Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12, and every other Order on the docket in any way related to the dismissal.

Dated:  New York, New York
           October 24, 2024

                                                          By:  */s/ Darren Wolf*
                                                                 Darren Wolf
                                                                 Law Office of Darren Wolf, P.C.
                                                                 darren@darrenwolf.com
                                                                 1701 N. Market Street Suite 210
                                                                 Dallas, Texas 75202
                                                                 Phone:  214-346-5355
                                                                 Fax:  214-346-5909

                                                                 *Attorney for Plaintiffs*

1